In the United States District Court
for the Middle District of Alabama

RECEIVED

2005 DEC 29 A 9:33

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Perrion Roberts
        Plaintiff

vs.

Warden Gladys Deese              )
Deputy Warden Frank Albright     )        Application
Lieutenant Lenita Hawthorne      )        for Appointment
Dr. Samuel Englehardt            )        of Counsel
Prison Health Service            )
Marion Wright, R.N.              )        NO. 2:05CV1236-T
Nurse Mobley, L.P.N.             )


Perrion Roberts


Plaintiff need legal representation for this § 1883 claim, because
she is mentally and physically disable to litigate in her own
behalf. It involves complex legal issues that are difficult to
understand and litigate effectively for non-lawyers.
Given the difficulty of the case the Plaintiff cannot obtain
justice without an attorney, she could not obtain a lawyer on
her own, and she would have a reasonable chance of a
positive outcome with a lawyer at her side.


I declare under penalties of perjury that my answers to
the foregoing questions are true to the best of my
knowledge.

I understand that if I am assigned a lawyer and my lawyer learns, either from myself or elsewhere, that I can afford a lawyer, the lawyer may give this information to the court.

I understand that if my answers on my application to proceed in forma Pauperis are false, my case can be dismissed.

Dated: 12-27-05

Signature