IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PERRION ROBERTS, #159116,      ) | |
|                                                    ) | |
|     Plaintiff,                    ) | |
| ) | |
| v.                                            ) | CIVIL ACTION NO. 2:05-CV-1236-MHT |
| ) | |
| GLADYS DEESE, et al.,            ) | |
| ) | |
|     Defendants.            ) | |

**ORDER ON MOTION**

On December 29, 2005, the plaintiff filed a document seeking legal representation which the court construes as a motion for appointment of counsel. The court notes that the facts underlying the plaintiff's claims for relief are relatively simple and the law applicable to such claims is not complex. Moreover, the pleadings filed in this case establish that the plaintiff is capable of presenting the necessary elements of his claims to this court and fail to demonstrate that there are exceptional circumstances justifying appointment of counsel. *See Bass v. Perrin*, 170 F.3d 1312, 1320 (11th Cir. 1999); *Kilgo v. Ricks*, 983 F.2d 189, 193 (11th Cir. 1993); *Dean v. Barber*, 951 F.2d 1210, 1216 (11th Cir. 1992). Accordingly, it is

ORDERED that the motion for appointment of counsel be and is hereby DENIED.

Done this 6th day of January, 2006.

/s/ Vanzetta Penn McPherson
UNITED STATES MAGISTRATE JUDGE