In The District Court of The United States
For The Middle District of Alabama
Northern Division

RECEIVED
2006 JAN 24 A 9:55

Perrion Roberts, )
  Plaintiff )
 ) Civil Action No. 2:05-CV-1236-MHT
vs ) [ WO ]
 )
Gladys Deese, et al., )
  Defendants. )

## Motion for Enlargement of Time

Come now the Plaintiff, and pursuant to Rule 6(b)(1), Fed. R. Civ. P., move for an extension of time in which to file to the Clerk of this Court the sum of $14.13 as an initial partial filing fee. In support of the foregoing, the Plaintiff state as follows:

1. The Plaintiff is having a difficult time getting the Defendants to approve the release of the partial filing fees from the Plaintiff prison account, and to submit the filing fees to the Courts.

2. The Plaintiff requested the disbursement for the partial filing fee January 10, 2006 and has yet to receive a response.

3. The Plaintiff thus request a 15-day extension from January 25, 2006, to February 9, 2006 to obtain approval to submit the required partial filing fee.

4. This extension will not unduly prejudice the Defendants, but will aid in the administration of justice by ensuring that the Plaintiff will have a fair and reasonable chance to file the required partial fees in a timely manner.

WHEREFORE, based on the foregoing, the Plaintiff respectfully request an Court ordering the Defendants to release the partial filing fees within a timely manner, and an enlargement of time of 15 days, to February 9, 2006, to file her fees.

Respectfully Submitted,

_Perrion Roberts_
Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT A COPY OF THE FOREGOING HAS BEEN SERVED UPON State of Al office of Attorney General BY THE U.S. FIRST CLASS MAIL, THIS 19 DAY OF Janurary, 2006.

PETITIONER Perrion Roberts