| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Susie Mims_  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name): Susie Mims   C. Date of Delivery: 1-31-06 |
| 1. Article Addressed to:<br><br>Warden Gladys Deese<br>Tutwiler Correctional Facility<br>8966 U.S. Highway 231, North<br>Wetumpka, AL  36092<br><br>3/13<br><br>C40  05-1236 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☑ Certified Mail   ☐ Express Mail<br>☐ Registered       ☑ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7005 1820 0002 3465 2232 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X [signature] Surii Mim | ☐ Agent<br>☐ Addressee |
| | B. Received by (Printed Name)<br>Surie Mimi | C. Date of Delivery<br>1-31-06 |
| 1. Article Addressed to:          3/13<br><br>Dr. Samuel Englehardt<br>Tutwiler Correctional Facility<br>8966 U.S. Highway 231, North<br>Wetumpka, AL   36092<br><br>C & D    05-1236 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No | |
| | 3. Service Type<br>☑ Certified Mail   ☐ Express Mail<br>☐ Registered       ☑ Return Receipt for Merchandise<br>☐ Insured Mail     ☐ C.O.D. | |
| | 4. Restricted Delivery? (Extra Fee)       ☐ Yes | |
| 2. Article Number<br>(Transfer from service label) | 7005 1820 0002 3465 2102 | |

PS Form 3811, February 2004       Domestic Return Receipt       102595-02-M-1540

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   3/13

   Lenita Hawthorne
   Tutwiler Correctional Facility
   8966 U.S. Highway 231, North
   Wetumpka, AL   36092

   CV0  05-1236

2. Article Number
   (Transfer from service label)

   7005 1820 0002 3465 2096

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  Susie Mims     ☐ Agent
                  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
Susie Mims                        1/31/06

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Susie Nunn_  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name): Susie Nunn  C. Date of Delivery: 1-31-06 |
| 1. Article Addressed to:<br>Marion Wright<br>Tutwiler Correctional Facility<br>8966 U.S. Highway 231, North<br>Wetumpka, AL  36092<br><br>C & O    05-1236 | 3/13<br>D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☑ Certified Mail   ☐ Express Mail<br>☐ Registered    ☑ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Transfer from service label) | 7005 1820 0002 3465 2133 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X  [signature] | ☐ Agent<br>☐ Addressee |
| 1. Article Addressed to:<br><br>Frank Albright           3/13<br>Deputy Warden<br>Tutwiler Correctional Facility<br>8966 U.S. Highway 231, North<br>Wetumpka, AL    36092<br><br>CIO   05-1236 | B. Received by (Printed Name)<br>Susie Mims | C. Date of Delivery<br>1-31-06 |
| | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No | |
| | 3. Service Type<br>☑ Certified Mail    ☐ Express Mail<br>☐ Registered       ☐ Return Receipt for Merchandise<br>☐ Insured Mail     ☐ C.O.D. | |
| | 4. Restricted Delivery? (Extra Fee)   ☐ Yes | |
| 2. Article Number<br>(Transfer from service label) | 7005 1820 0002 3465 2089 | |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540