**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Nurse Mobley
Tutwiler Correctional Facility
8966 U.S. Highway 231, North
Wetumpka, AL    36092

3/13

C&0    05-1236

2. Article Number
(Transfer from service label)    7005 1820 0002 3465 2119

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  Susie Mims
☐ Agent
☐ Addressee

B. Received by ( Printed Name)
Susie Mims

C. Date of Delivery
1-31-06

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail     ☐ Express Mail
☐ Registered         ☑ Return Receipt for Merchandise
☐ Insured Mail       ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes