| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_  ☐ Agent  ☐ Addressee<br>B. Received by ( Printed Name )  Lisa A Smith  C. Date of Delivery 1-6 |
| 1. Article Addressed to:<br><br>Prison Health Services<br>105 Westpark Drive<br>Suite 200<br>Brentwood, TN  37027<br><br>3/13<br><br>c/o   05-1236 | D. Is delivery address different from item 1?  ☐ Yes<br>   If YES, enter delivery address below:  ☑ No<br><br>3. Service Type<br>☑ Certified Mail  ☐ Express Mail<br>☐ Registered  ☑ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7005 1420 0002 8465 2126 |

PS Form 3811, February 2004        Domestic Return Receipt                102595-02-M-1540