IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PERRION ROBERTS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| WARDEN GLADYS DEESE, DEPUTY ) | CIVIL ACTION NO. |
| WARDEN FRANK ALBRIGHT, ) | 2:05-CV-1236-MHT |
| LIEUTENANT LENITA HAWTHORNE, ) | |
| PRISON HEALTH SERVICES, DR. ) | |
| SAMUEL ENGLEHARDT, MARION ) | |
| WRIGHT, R.N. and NURSE MOBLEY, ) | |
| L.P.N., ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF APPEARANCE AND MOTION FOR
EXTENSION OF TIME TO SUBMIT SPECIAL REPORT AND ANSWER**

COME NOW Defendants DR. SAMUEL ENGLEHARDT ("Dr. Englehardt"), MARION WRIGHT, R.N.[1] ("Wright"), CATHERINE MOBLEY, L.P.N. ("Mobley") and PRISON HEALTH SERVICES, INC. ("PHS," collectively with Dr. Englehardt, Wright and Mobley, the "Medical Defendants"), and file this Notice of Appearance and Motion for Extension of Time to submit their Special Report and Answer. For the reasons set forth below, Medical Defendants respectfully request an additional ten (10) days to submit their Special Report, required evidentiary materials (including the affidavits of all pertinent individuals) and Answer. As grounds for this Motion, Medical Defendants state as follows:

---

[1] Contemporaneously with this Notice of Appearance and Motion for Extension of Time to submit their Special Report and Answer, PHS files a Suggestion on Record of the death of Defendant Marion Wright. By virtue of this Notice of Appearance, undersigned counsel does not purport to represent any estate of Wright or any personal administration of any kind of Wright.

90666.1

1. On February 1, 2005, this Court entered an order directing the Medical Defendants to submit their Special Report, required evidentiary materials and Answer in response to the Complaint filed by Plaintiff Perrion Roberts ("Plaintiff") within forty (40) days.

2. Since the time of entry of the order, undersigned counsel has diligently attempted to prepare the necessary documentation required under this Court's February 1, 2006, Order. The personal circumstances of Defendant Catherine Mobley, including the terminal illness of her husband, have resulted in her continued unavailability to meet with undersigned counsel or to assist undersigned counsel in complying with this Court's February 1, 2006, Order.

3. The granting of the requested additional time will afford undersigned counsel an sufficient opportunity to confer with Mobley and complete the preparation of the Special Answer and permit undersigned counsel to submit one response on behalf of all Medical Defendants in this action.

4. The granting of the requested additional time will not prejudice Plaintiff.

WHEREFORE, PREMISES CONSIDERED, Defendants Dr. Englehardt, Wright, Mobley and PHS respectfully request that this Court grant an extension of time, granting the Medical Defendants an additional ten (10) days to file their Special Report, required evidentiary materials and Answer .

Respectfully submitted on this the 9th day of March, 2005.

/s/ William R. Lunsford
*One of the Attorneys for Prison Health Services, Inc., Dr. Samuel Englehardt, Catherine Mobley and Marion Wright*

**OF COUNSEL:**

David B. Block
William R. Lunsford
BALCH & BINGHAM LLP
Post Office Box 18668
Huntsville, AL 35804-8668
Telephone: (256) 551-0171
Facsimile: (256) 512-0119

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and service will be perfected by email to the CM/ECF participants or by postage prepaid first class mail to the following this the 9th day of March, 2005:

Perrion Roberts
AIS# 159116
Julia Tutwiler Prison for Women
8966 U.S. Hwy. 231 North
Wetumpka, AL 36902

/s/ William R. Lunsford
Of Counsel

90666.1                                         3