**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| **PERRION ROBERTS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | |
| **WARDEN GLADYS DEESE, DEPUTY** | ) | **CIVIL ACTION NO.** |
| **WARDEN FRANK ALBRIGHT,** | ) | **2:05-CV-1236-MHT** |
| **LIEUTENANT LENITA HAWTHORNE,** | ) | |
| **PRISON HEALTH SERVICES, DR.** | ) | |
| **SAMUEL ENGLEHARDT, MARION** | ) | |
| **WRIGHT, R.N. and NURSE MOBLEY,** | ) | |
| **L.P.N.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## SUGGESTION ON RECORD OF DEATH OF DEFENDANT MARION WRIGHT

Pursuant to Rule 25(a) of the <u>Federal Rules of Civil Procedure</u>, Defendant PRISON HEALTH SERVICES, INC. ("PHS") by and through its counsel, William R. Lunsford, suggests on the record the death of Defendant MARION WRIGHT, R.N., a former employee of PHS, prior to the initiation of this action.

Respectfully submitted on this the 9th day of March, 2005.


<u>/s/ William R. Lunsford</u>
*One of the Attorneys for Prison Health Services,*
*Inc.*

90662.1

**OF COUNSEL:**

David B. Block
William R. Lunsford
BALCH & BINGHAM LLP
Post Office Box 18668
Huntsville, AL 35804-8668
Telephone: (256) 551-0171
Facsimile: (256) 512-0119

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using

the CM/ECF system and service will be perfected by email to the CM/ECF participants or by

postage prepaid first class mail to the following this the 9th day of March, 2005:

Perrion Roberts
AIS# 159116
Julia Tutwiler Prison for Women
8966 U.S. Hwy. 231 North
Wetumpka, AL 36902

/s/ William R. Lunsford
Of Counsel