IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PERRION ROBERTS ) | |
| ) | |
| Plaintiff(s), ) | |
| ) | |
| v. ) | |
| ) | 2:05-CV-1236-MHT |
| GLADYS DEESE, ET AL. ) | |
| ) | |
| Defendant(s). ) | |
| ) | |
| ) | |

## MOTION FOR EXTENSION OF TIME

COME NOW the Defendants, **Gladys Deese, Frank Albright and Lenita Hawthorne**, by and through undersigned counsel, and hereby request an additional 60 (sixty) days in which to respond to plaintiff's complaint and for grounds state as follows:

1. The Special Report and Answer for these defendants are due March 13, 2006.

2. The undersigned has encountered some delay in securing affidavits and other materials necessary to adequately respond to Plaintiff's allegations.

3. More time is needed by the Defendants to adequately prepare a response to Plaintiff's Complaint.

4. No party will be prejudiced by such and extension.

    Respectfully submitted,

    TROY KING (KIN047)
    Attorney General

    /s/ Benjamin H. Albritton
    Benjamin H. Albritton
    Assistant Attorney General

ADDRESS OF COUNSEL:

Office of the Attorney General
11 South Union Street
Montgomery, AL 36130
(334) 242-7300

## CERTIFICATE OF SERVICE

I hereby certify that I have, this the 13th day of March, 2006, electronically filed with Clerk of Court using the CM/ECF system the foregoing and served a copy of the foregoing upon the Plaintiff by placing same in the United States Mail, postage prepaid and properly addressed as follows:

> Perrion Roberts, AIS 159116
> Tutwiler Prison for Women
> 8966 US Hwy 231
> Wetumpka, AL 36092

/s/ Benjamin H. Albritton
Benjamin H. Albritton
Assistant Attorney General