IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PERRION ROBERTS, #159116, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:05-CV-1236-MHT |
| | ) |
| GLADYS DEESE, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

Upon review of the suggestion of death filed by counsel for the medical defendants on March 9, 2006 (Court Doc. No. 13), in which the defendants advise of the "death of Marion Wright . . . prior to the initiation of this action", it is

ORDERED that on or before March 20, 2006 the plaintiff shall show cause why Marion Wright should not be dismissed as a defendant in this cause of action.

Done this 13th day of March, 2006.

/s/ Vanzetta Penn McPherson
UNITED STATES MAGISTRATE JUDGE