# EXHIBIT "D"

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| **PERRION ROBERTS,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | |
| ) | |
| **WARDEN GLADYS DEESE, DEPUTY** ) | **CIVIL ACTION NO.** |
| **WARDEN FRANK ALBRIGHT,** ) | **2:05-CV-1236-MHT** |
| **LIEUTENANT LENITA HAWTHORNE,** ) | |
| **PRISON HEALTH SERVICES, DR.** ) | |
| **SAMUEL ENGLEHARDT, MARION** ) | |
| **WRIGHT, R.N. and NURSE MOBLEY,** ) | |
| **L.P.N.,** ) | |
| ) | |
| **Defendants.** ) | |

### AFFIDAVIT OF LAURA STRICKLAND

| | |
|---|---|
| **STATE OF ALABAMA** ) | |
| ) | |
| **COUNTY OF MONTGOMERY** ) | |

Before me, the undersigned Notary Public, personally appeared LAURA STRICKLAND who, after being duly sworn, states as follows:

1.     My name is Laura Strickland.  I am over the age of nineteen (19) years, and I have personal knowledge of the information contained in this affidavit.

2.     I am currently employed by Prison Health Services, Inc. ("PHS") as the Health Services Administrator at the Julia Tutwiler Prison for Women ("Tutwiler").  I am currently a licensed registered nurse in the state of Alabama.

3.     Marion Wright was the former Health Services Administrator at Tutwiler.  Ms. Wright died after she left her employment with PHS.

4.     Perrion Roberts ("Roberts") is an inmate currently incarcerated at Tutwiler.

90879.1

5.    Attached hereto are the true and correct copies of (1) the medical records of Perrion Roberts for the duration of her incarceration at Tutwiler, (2) sick call request forms submitted by Ms. Roberts, (3) dental records regarding Ms. Roberts, and (4) two grievances submitted by Ms. Roberts.

6.    Upon arriving at Tutwiler, inmates are notified of the procedures and processes for obtaining medical care and prescribed medications. As part of this orientation process, inmates are provided a form entitled "Access to Health Care Services." When Ms. Roberts arrived at Tutwiler, she signed the Access to Care Form included in her medical records. As set forth in the Access to Care Form, inmates receive prescribed medication through the process commonly referred to as "pill call." Pill call occurs for the general population at Tutwiler (i.e. inmates who are not housed in segregation) every day at 6 a.m. and 6 p.m. At these designated times, inmates line up outside of two pill call windows outside of the health care unit. When the inmate arrives at the pill call window, she provides a member of the medical staff who is standing on the other side of the pill call window with her identification badge which is issued by the Alabama Department of Corrections. The member of the medical staff then retrieves the inmate's medication which is organized alphabetically and punches the medication out of a medication blister pack into a small plastic cup. The medication is provided to the inmate who is required to immediately take the medication. As the pill call process progresses, the medical staff conducting pill call records the disbursement of medication on forms known as "Medication Administration Records" or MARs. These MARs are maintained and filed in the individual inmates' medical records. Once the medications are dispensed, the medical staff member records the dispensing of medication by placing her initial or initials in the space provided on the corresponding MAR. If an inmate does not report to pill call to retrieve her medication, the

medical staff member will either (1) leave the form blank, or (2) place the letter "A" in the space provided, indicating the inmate was "absent." If the medical staff conducting pill call discovers an inmate's medication has run out, expired or cannot otherwise be dispensed to the inmate, the medical staff at Tutwiler is instructed to document the unavailability of the medication and notify their supervisor or the prescribing physician immediately.

7.    During Ms. Roberts's incarceration at Tutwiler, PHS and the Alabama Department of Corrections have maintained a "Keep On Person" or KOP Medication Protocol. Under this protocol, eligible inmates receive medication blister packs containing their medication at one time and are then individually responsible for maintaining the medication, not providing the medication to any other inmates and taking the medications as prescribed. Eligible inmates participating in the KOP program are not required to go through the pill call process to obtain their medication. The blister packs have designated "reorder rows" which designate when the inmate should notify the medical staff that her medication requires reordering. When medication is reordered, the medical staff confirms an inmate's compliance with prescribing physician's orders by checking the remaining blister pack against the inmate's MAR. Inmates are only eligible to receive medication via the KOP process if they have historically demonstrated compliance with their medication or if special circumstances demonstrate it would be medically appropriate for an inmate to forego the pill call process. A physician in consultation with the medical staff determines if an inmate is eligible to receive medication via the KOP process. Eligibility to participate in the KOP program also depends upon the type of medication being prescribed. Before an individual is enrolled in the KOP program, she is educated about the KOP process by the physician or a member of the medical staff. Once an inmate enrolls in the KOP

program, she is responsible for notifying the medical staff when her medication requires reordering.

8.    When an inmate has a non-emergency medical or health problem and/or complaint at Tutwiler, an inmate may file a sick call request form in order to bring this problem or complaint to the attention of the medical staff and/or request medical treatment for this problem. The sick call request process is well-known at Tutwiler and is utilized by inmates on a daily basis. In the Access to Health Care Services Form, inmates are provided a complete description of the sick call process. Sick call request forms are available at the Health Care Unit and at various locations throughout the facility. An inmate making a sick call request is required to complete the top portion of the sick call request form (stating her name, the date of request, AIS number, date of birth, dorm location, the nature of the problem or request and her signature). The inmate then submits the sick call request form by placing it in one of the many locked boxes located throughout the facility. The sick call request forms are removed from the locked box each day at approximately 12:00 p.m., brought to the Health Care Unit and marked as received by the medical records clerk or a nurse at that time. Upon reviewing the sick call request forms, the medical staff compiles a list of inmates that have submitted sick call request forms and provides the list to the Alabama Department of Corrections officer assigned to the Health Care Unit. The Health Care Unit officer summons the patients by radio. Sick call occurs at 7:30 a.m. Inmates who submit sick call request forms are responsible for reporting to the Health Care Unit for evaluation of their complaints. The nurse conducting sick call takes inmates' vital signs and either: (1) provides an inmate with medical treatment that can be provided under the nursing protocols, or (2) refers the inmate to the physician or nurse practitioner on staff at Tutwiler. If an inmate submits more than one sick call request form on the same day, the nurse will only fill in

the intake information on one sick call request form regarding the inmate's subjective complaints, objective vital signs, assessment and plan. A submitted sick call request form that is not completed by PHS's medical staff indicates that an inmate failed to report when summoned to sick call. If the medical complaints or problems identified by an inmate in a sick call request form appear to be urgent or life-threatening, the medical staff will immediately have the inmate brought to the Health Care Unit for medical treatment, and the inmate will not be required to wait until sick call begins.

9.    PHS has a well-established grievance procedure for any inmate who wishes to voice a complaint regarding any medical treatment she has sought or received during her incarceration at Tutwiler. The initial orientation process at Tutwiler also includes educating inmates as to the availability of the grievance process. The existence of Tutwiler's grievance procedure is well-known among the prison population, as indicated by the fact that I receive inmate requests and/or inmate grievances on a daily basis. PHS's physicians, nurse practitioners, nurses and other medical personnel attempt to resolve all inmate concerns prior to an "inmate grievance" being submitted. The grievance process is initiated when an inmate submits a Medical Complaint form to the Health Services Administrator through the institutional mail system. I review the Medical Complaint and provide a written response within five days of receipt of the Medical Complaint. As stated in the Medical Complaint forms, the second step of the grievance process involves the submission of a formal Grievance (also referred to as an "appeal"). Written responses to formal Grievances are provided within five days of receipt. Medical Complaint and Grievance forms are available from the correctional officers at Tutwiler. Inmates are instructed to place completed Medical Complaint and Grievance forms in the sick call boxes located throughout the facility. When received in the health care unit, Medical

Complaint and Grievance forms are sent to me by the medical records clerk or administrative assistant. I review the grievances daily, provide a written response within 5 days at the bottom of the form and return a copy of the completed forms to the inmate. I encourage inmates who have complaints about the medical care they have sought or received at Tutwiler to utilize this grievance process.

10. During her incarceration at Tutwiler, Plaintiff filed two grievances. Mrs. Roberts did not submit any appeal after receiving a response to the Medical Complaint that she filed on June 1, 2004. Since April 13, 2005, Ms. Roberts has not filed any additional grievances of any kind or appealed any of the Medical Complaints she filed during her incarceration at Tutwiler.

11. Alabama Department of Corrections' security protocols prohibit inmates from being informed of the dates and/or times of appointments with off-site medical providers.

Further affiant saith not.

Laura Strickland

**SWORN TO and SUBSCRIBED** before this the ____ day of March, 2006

Notary Public

**(SEAL)**                    My Commission Expires: _____

My Commission Expires 11-19-2006

# ALABAMA DEPARTMENT OF CORRECTIONS

# PROBLEM LIST

INMATE NAME _Roberts, Perrion_    AIS# _159116_

Medication Allergies: _Naprosyn, Motrin, ASA_  DOB - 6-20-64. B/F

**Medical: Chronic (Long-Term) Problems**
    Roman Numerals for Medical/Surgical

Mental Health Code: SMI  HARM  HIST  NONE
    Capital Letter for Psychiatric Behavior

| Date Identified | Chronic Medical Problem | Mental Health Code | Date Resolved | Provider Initials |
|---|---|---|---|---|
| 5-3-04 | MH Code - Hist | | | |
| 2-22-04 | PPD - 0 mm | | 5-24-05 | |
| | Rheumatoid Arthritis | | | |
| | | | | , |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTOCOPIED

**\*\*If Asthmatic label:  Mild – Moderate – or Severe.**

60108-AL

**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# YEARLY HEALTH EVALUATION

**I.    HISTORY** – (LPN or RN)

| | YES | NO | COMMENT(S) |
|---|---|---|---|
| Weight Change (greater 15 lbs.) (Compare Weight Below) | | ✓ | |
| | | | Last weight at least 6 months ago |
| Persistent Cough | | ✓ | |
| Chest Pain | | ✓ | |
| Blood in Urine or Stool | | ✓ | |
| Difficult Urination | | ✓ | |
| Other Illnesses (Details) | | ✓ | R.A. |
| Smoke, Dip or Chew | | ✓ | |
| ALLERGIES 177lb | | | naprosyn, motrin, ASA |

Weight __99__  Temp __99__  Pulse __72__  Resp __16__  Blood Pressure __136/10__

Eye Exam: __20/40__ OD  __20/30__ OS  __20/20__ OU

If greater than > 140/90, repeat in 1hour.
Refer to M.D. if remains > 140/90.

**II.    TESTING** – (LPN or RN)

RESULTS                                          Glucose __86__

| | |
|---|---|
| Tuberculin Skin Test (q yr) | Date given __7/25/05__  Site __(L) FA__ |
| Past Positive TB Skin Test | Read on _____ Results _____ mm |
| (Chest x-ray if clinical symptoms) → | Survey Completed |
| RPR (q 3 yrs) | Date _____ Results _____ |
| EKG (baseline at 35, over 45 q 3 yrs) | Date _____ Results __NR__ |
| Cholesterol (at 35 then q 5 yrs) | |
| Tetanus/Diptheria (q 10 yrs) | __5/27/05__ |
| (if done today) | Last Given _____ Due _____ |
| Optometry Exam (@ 50 if not already seen) | Site given _____ Dose _____ Lot # _____ |
| Mammogram | __N/A__ |
| (females @ 40, q 2 yrs/other M.D. order) | Date __3/18/05__  Results __negative__ |

**III.    PHYSICAL RESULTS** – ( RN, Mid-Level, M.D.)

| | |
|---|---|
| Heart | RRR |
| Lungs | CTA (B) |
| Breast Exam | nl |
| Rectal (yearly after 45) with Hemoccult | Results _____ |
| Pelvic and PAP (q 1 yr) | Results _____ |
| | Date __8/10/05__  Results __nl__ |

Facility __TUT__  Nurse Signature __P. Mims RP__  Date __7/25/05__

M.D. or Mid-Level Signature __H. Yally__  Date __8/9/05__

| INMATE NAME | AIS# | D.O.B. | RACE/SEX |
|---|---|---|---|
| Roberts, Perrion | 159116 | 6/20/64 | BF |

60513-AL

**PHS0002**

# HEALTH EVALUATION

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Age 35 | Sex | Race B | Ht 5 10 | Wt 176 | | | |

| Temp | BP | Pulse | Resp |
|---|---|---|---|
| 98.8 | 130 / 98 | 83 | 18 |

**Do you now or have you ever had, or been treated for:**

| Problems | Y | N | Problems | Y | N |
|---|---|---|---|---|---|
| Head Trauma | ✓ | | Kidney Stones/Disease | | ✓ |
| Loss of Consciousness | | ✓ | Bladder/Kidney Infection | | ✓ |
| Severe Headaches | | ✓ | Alcoholism | | ✓ |
| Vertigo/Dizziness | | ✓ | Drug Abuse | | ✓ |
| Vision Problems | ✓ | | Tobacco Use | | ✓ |
| Hearing Problems | | ✓ | Psychiatric Hx | | ✓ |
| Dental Prob./ Dentures | | ✓ | Suicidal | | ✓ |
| Seizures | | ✓ | **Communicable/Contagious** | | |
| Strokes | | ✓ | Tuberculosis | | ✓ |
| Nervous Disorders | | ✓ | HIV/ AIDS | | ✓ |
| DT's | | ✓ | Hepatitis- Type | | |
| Heart Condition | | ✓ | Gonorrhea | | |
| Angina/Heart Attack | | ✓ | Syphilis | | |
| High B.P. | | ✓ | Lice; Crabs; Scabies | | ✓ |
| Anemia/Blood | ✓ | | **OB/ GYN** | | |
| Lung Condition | | ✓ | LMP Date: 5-04 | | |
| Asthma | | ✓ | Duration: 5-8 | | |
| Bronchitis | | ✓ | LMP Normal: | ✓ | |
| Emphysema | | ✓ | Regularity: | Y | N |
| Pneumonia | | ✓ | Gravida/Para: 1 / 1 | | |
| Diabetes | | ✓ | AB/Miscarriage: | | ✓ |
| Hay Fever/ Allergies | | ✓ | Contraception: | Y | N |
| Gastritis | | ✓ | Describe: | | |
| Ulcers | | ✓ | LAB Tests- Dates | N | Ab |
| Bleeding | | ✓ | RPR | | |
| Gall Bladder/Pancreas | | ✓ | PPD- Date given: 4/22/4 | | |
| Liver Problems | | ✓ | RFN/ LFA | | |
| Arthritis | | ✓ | Date read: | | |
| Joint Muscle Problem | | ✓ | Results in mm.: | | |
| Back/Neck Problem | | ✓ | Deferred/ Follow-up: | | |

| | APPRAISAL | N | Abn/Comment |
|---|---|---|---|
| | **Screening Observation** | ☐ | **Check items below & initial** |
| General | Movement, Deformity, Pain, Bleeding | | |
| | Habitus, Hygiene | ☑ | |
| Neuro | Mental Status, Intox Withdrawal, Tremors | ☑ | |
| | Neuro-deficits | | |
| Skin | Injury, Bruises, Trauma Jaundice | | Ø Tattoos |
| | Diaphoretic, Rash Lesions, Infestations Needle Marks | ☑ | |
| | Color, Turgor | | |
| Head | Normocephalic Atraumatic | ☑ | |
| | Hair, Scalp | | |
| Eyes | Glasses/ Vision Pupils | | |
| | Sclera, Conjunctiva | ☑ | |
| Ears | Appearance Canals, TMs, Hearing | ☑ | |
| Nose | Epistaxis, Sinuses | ☑ | |
| Throat | Teeth, Gums, Dentures Mouth, Tongue, Tonsils Airway | ☑ | |
| Neck | C Spine, Mobility Veins, Carotids Thyroid, Lymph Nodes | | |
| Chest | Config. Ausc./ Resp. Cough/ Sputum | | CTAB |
| (Breasts) | Masses | | SEE |
| Heart | Ausc. Rate, Rhythm Murmurs, Ectopy | ☑ | |
| Abdomen | Bowel Sounds Palp, G/R/T, Hernia | | soft |
| GU | Flank Tenderness Bladder Tenderness /Distension | ☑ | |
| Back | ROM, Spasm, Injury | ☑ | |
| Extrem | Edema, Pulse Cyanosis- ROM, Injury | ☑ | |
| Genitals | Injuries/ Lesions | ☑ | |
| Pelvic/ Pap | Deferred ☐ | | |
| Rectal/ Gulac | Deferred ☐ | | |

CONFIDENTIAL RECORD
PROFESSIONAL USE ONLY
NOT TO BE PHOTOCOPIED

Comments: (R) 20/40 (L) 20/30

| | | |
|---|---|---|
| Placement: | ( ) General Population ( ) Emergency Dept. ( ) Isolation ( ) Medical Observation ( ) Other: | |
| Referral: | ( ) Medical ( ) Dental ( ) Mental Health ( ) Other | When: ( ) Immediately ( ) Next Sick Call |

S. Watson    4/22/4
Screener's Signature    Date/Time

Evaluator's Signature/ Title    4-22-04
Date/Time

PHS0003

# ACCESS TO HEALTH CARE SERVICES

Treatment for routine health services complaints is processed through nurse sick call screening seven days a week. You must complete a sick call screening form for requested health care evaluation.

Forms are located for your convenience in areas of easy access to you. Locked boxes are outside the Health Care unit for prompt access. Nurse's issue and collect sick call request screening slips in the segregation/lock up housing areas.

Various doctor's clinics are held in the health unit Monday through Friday. If you are scheduled to be seen in a clinic you will be advised by facility daily newsletters routinely post notices of who is to report when and where for health care services. If you have requested a health service remember to follow-up.

If you request health services and do not show for evaluation you must sign a refusal of treatment form. If a health services appointment/clinic or treatment has been set for you and you do not show you will also have to sign a refusal of treatment for. This is to let us know you have decided you are okay and no longer need to see us.

Nurses are in house twenty-four hours a day seven days a week for rontine health services and programs. Nurses are also available for emergency care. Doctor's are on call twenty-four hours a day seven days's a week.

In-house medical staff reviews medical services requested over the weekend and on holidays. If your request is noted to be of a nature that will not wait until the next regularly scheduled evaluation (triage) time, you will be called to the health unit for further follow-up during this time period other wise your request will be held until the next regularly scheduled evaluation process.

Medical emergencies such as those involving intense pain, potential life threatening situations or when delaying treatment might cause permanent damage are dealt with at any time. Advise the nearest correctional officer of an emergency so prompt access to health services is provided.

Medications ordered for you by health services are to be picked up at the scheduled pill call/s established as the Doctor has ordered for you. If you fail to pick-up medications as expected you will be called for counseling. If you continue to fail to pick-up your medications you will be required to sign a refusal of treatment form.

Remember that health services are a joint effort between the patient and the health care provider. We expect you to help us help you.

You MUST have your state ID badge to obtain services. You are given a period of time after being in receiving dorm to be issued your nametag. After this time you MUST have your name badge.

PHS0004

Certain over the counter medications are available to you through canteen purchase. Medical service is not involved in canteen operations.

We follow doctor's orders when dispensing medication-dose and time. If over the counter medication is given by health services it is through the order of a doctor.

Population pill call at this institution are scheduled as listed below. If you have medication ordered report to the pill call your medication is to be dispensed at.
6:00 A.M.
6:00 P.M.

Segregation lock-up pill call times are as listed below. Your medication will be issued to you on medication rounds.

8:30 AM
12:30 PM
4:00PM

Dental screening requested are processed and appointments are scheduled at that time on the days listed below.

Screening days Monday/Wednesday/Friday 7:45 a.m. – 11:30 a.m.

If you have a question, please submit request for an answer.

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTOCOPIED

**Inmate Signature** _____

**Witness (Staff)** _____

PHS0005

## ALABAMA DEPARTMENT OF CORRECTIONS
## INMATE ORIENTATION TO MENTAL HEALTH SERVICES

The Alabama Department of Corrections provides the following mental health services:

- Assessment and treatment of mental illness
- Referral to a psychiatrist, if necessary, for medication
- On-going psychiatric treatment
- Group and individual counseling
- Assistance in dealing with stressful problems
        (adjustment to prison, grief and loss, family problems)
- Crisis intervention
- Residential mental health treatment and hospitalization, if necessary

If you wish to speak with mental health staff about routine matters such as scheduling for group or individual counseling, send a Health Services Request form.

In emergency situations or if you have concerns that need to be addressed immediately, contact any correctional officer so that you may receive mental health assistance as soon as possible.

Your participation in mental health services is voluntary except in emergency situations or when you have been provided due process through administrative review.

If you believe the mental health services provided to you are inadequate, you may file an inmate grievance.

Information about the mental health services provided to you is confidential except in the situations when mental health staff believe that you may be:

- Suicidal
- Homicidal
- Presenting a clear danger of injury to self or others
- Presenting a reasonably clear risk of escape or creation of institutional disorder
- Receiving psychotropic medication
- Require movement to a special unit or cell for observation and treatment
- Require transfer to a psychiatric hospital outside of the prison
- Require a new program assignment for mental health, medical or security reasons

Mental health staff have a legal duty to report to appropriate authorities any unreported suspected abuse or neglect of a child.

Mental health and medical staff will have access to your mental health records when completing their duties.
The following persons may have access to your mental health records on a need to know basis:

- Warden of the institution or designee
- Internal investigative staff and legal counsel working with the ADOC
- Departmental and accrediting audit staff
- Persons authorized by a court order or judgment

All other persons or agencies require an authorization for release of information signed by you before gaining access to your mental health records.

*The information on this form has been explained to me and I have received a copy of this information for my future reference.*

Perrion Roberts          159116          4-21-04
Inmate Signature         AIS Number      Date Signed
                                         ALDOC Form # 444-01

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTOCOPIED

Draft AR444 – June 27. 2001

PHS0006

**PHS**

## INMATE INTAKE FORM

Name: Roberts Perrion   D.O.B: 6-20-64   M: _____ (F:) B

Date / Time Admt: 4/21/04  3 16 P   Status: New _____ Return ✓

DOC#: 159116 B   Screened By: _____

B/P 132/98   PULSE 83   RR 18   PERILA ✓ ORIENTED/FOUR ✓ ☐ C

BS 85

### Screener's Observations (If yes, List details in comments section)

Comments Section

1.) Visible signs of trauma requiring
    immediate attention? _____    (No)   Yes _____
2.) Obvious fever, swollen glands, jaundice or
    infection that might spread?    (No)   Yes _____
3.) Poor skin condition, parasites, rashes or needle
    Marks? _____    (No)   Yes _____
4.) Deformities ( Skin or extremities)? _____    No   Yes _____
5.) Appears under the influence of alcohol or drugs?    No   Yes Surgery (Bellow) Arthrosis
6.) Visible signs of alcohol or drug withdrawal?    (No)   Yes _____
    (Odor, gait, nystagmus, inappropriate responses
    extreme perspiration, pinpoint pupils, tremors,
    anxiety, nausea, cramping, vomiting, shakes)?    (No)   Yes _____
7.) Have you had a positive TB Skin test in the past?    (No)

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTOCOPIED

### CURRENT MEDICAL HISTORY – ALL

1. Do you currently have a medical problem?   No   Yes Arthritis Iron pill
2. Are you taking any Rx prescribed by an MD?   No   (Yes) Coltbrex ; Hydroxine 7.5 +10
3. Do you use illegal drugs?   (No) Clayed ice was by pries   Yes

### PHARMACY

### PHYSICIAN

### CLINIC NAME

### MEDICATIONS / DOSAGES

Dec 2001

**Drugs Allergies**   (Arthritis) Klen allow   Asthma   **DT's**
**Diabetes**   Epilepsy   Fainting   **Heart Condition**
**Hepatitis**   High Blood Pressure   Tuberculosis   **Thyroid**
**Ulcers**   Urinary Problems   Venereal Disease   (Other) Anemia

Notes need TKR on (L) knee ; surgery of (R) elbow 2003 & (R) knee 2002

Date PPD placed 4/22/04   Date PPD Read 4/24/04   Results of PPD   6

I have answered all questions truthfully. I have been told and shown how to obtain medical services and I hereby give
my consent for professional services to be provided to me by and through PHS, INC.

Name: _____   Date: 4-21-04

# IMMUNIZATION RECORD

Name _Roberts, Perrion_  AIS _159116_  D.O.B. _6/20/64_

### Hep A Vaccine
Date _____ By _____

Date _____ By _____

### Hep B Vaccine
1) Date _____ By _____

2) Date _____ By _____

3) Date _____ By _____

### Influenza
| | | | |
|---|---|---|---|
| Date _____ | By _____ | Date _____ | By _____ |
| Date _____ | By _____ | Date _____ | By _____ |
| Date _____ | By _____ | Date _____ | By _____ |
| Date _____ | By _____ | Date _____ | By _____ |
| Date _____ | By _____ | Date _____ | By _____ |
| Date _____ | By _____ | Date _____ | By _____ |

### Pneumococcal
Date _____ By _____    Date _____

Date _____ By _____    Date _____ By _____

### TB PPD
| | | | |
|---|---|---|---|
| Date _7/25/05_ | Location Result _LPA_ | Date _7/28/05_ | Result _∅_ |
| Date _____ | Result _____ | Date _____ | Result _____ |
| Date _____ | Result _____ | Date _____ | Result _____ |
| Date _____ | Result _____ | Date _____ | Result _____ |
| Date _____ | Result _____ | Date _____ | Result _____ |
| Date _____ | Result _____ | Date _____ | Result _____ |
| Date _____ | Result _____ | Date _____ | Result _____ |
| Date _____ | Result _____ | Date _____ | Result _____ |

Tetanus Date _____ By _____
Tetanus Date _____ By _____

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTOCOPIED



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## DEPARTMENT OF CORRECTIONS

## NOTIFICATION OF NEXT OF KIN

**In the event of a serious injury or illness, I request the following person be notified:**

Curtis Roberts                          Father
Name                                    Relationship

1000 Oakwood Ave                        256 534 4097
Street Address                          Phone Number

Huntsville                    AL        35811
City                          State     Zip Code

_[signature]_                 159116    42384392    4/21/04
Inmate Signature              Doc#      S.S.#       Date

_[signature]_                                       4/21/04
Witness                                             Date

*FOR PROFESSIONAL USE ONLY*
*CONFIDENTIAL RECORD*
*NOT TO BE PHOTOCOPIED*

| INMATE NAME (LAST, FIRST, MIDDLE) | | DOC# | DOB | RACE/SEX | FAC. |
|---|---|---|---|---|---|
| Roberts   Perrion | | 159116 | 6/20/64 | BF | Tut |

PHS-MD-70003          (White – Medical Record, Yellow – Active File, Pink – Control Center)          **PHS0009**

**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## DEPARTMENT OF CORRECTIONS

## KITCHEN CLEARANCE
## PHYSICAL ASSESMENT

|  | YES | NO |
|---|---|---|
| ANY OPEN SORES OR RASHES ON HANDS, ARMS, FACE & NECK | — | ✓ |
| TB TEST CURRENT | — | — |
| DOES PT. SHOW ANY OBVIOUS SIGNS OF ANY OTHER DISEASE | ✓ | — |

OTHER: (R) arm in sling _____

_____

_____

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTOCOPIED

THIS PATIENT HAS BEEN INFORMED OF THE NEED FOR THE FOLLOWING:

PROPER HANDWASHING, NOT TO HANDLE FOOD WHILE SICK, SEEK MEDICAL EVALUATION WHEN NECESSARY AND TO NOTIFY THE DIETARY SERVICES SHIFT SUPERVISOR OF ANY ILLNESS.

MEDICAL AUTHORITY: _____  DATE: 4/21/04

I attest that the above statement is true to the best of my knowledge.
PATIENT SIGNATURE: _____  DATE: 4/21/04

EXPIRATION DATE: 4/21/05

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | Race/Sex | FAC. |
|---|---|---|---|---|
| Roberts Perrion | 159116 | 6/30/64 | BF | Tut |

PHS-MD-70042     (White - Medical File, Yellow - Kitchen Supervisor,  Pink - Classification Administrator (Inmate))

PHS0010



*State of Alabama*

## Alabama Department of Corrections

Julia Tutwiler Prison for Women
8966 U.S. Highway 231 North
Wetumpka, Alabama 36092

**BOB RILEY**
GOVERNOR

**GLADYS DEESE**
WARDEN III



**DONAL CAMPBELL**
COMMISSIONER

**FRANK ALBRIGHT**
WARDEN II

Roberts Perrion 159116 B

**TO:**       Whom It May Concern

**FROM:**    Gladys S. Deese
            Warden III

**DATE:**    January 1, 2004

**REF:**     **MEDICAL INFORMATION**

Due to the new HEPA law, if you would like any medical information released such as medical condition, test results, etc. you must provide the name and relationship of the individual(s) who can receive this information to ADOC. This form will be maintained in your medical file and will be considered consent to release this information to only the individual(s) listed. If you do not wish ADOC to release any medical information on you please check the appropriate box. Thank you for your cooperation in this matter.

☐    **Yes,** ADOC has my permission to release my medical information to the below individual(s).
☒    **No,** ADOC does not have permission to release my medical information.

Please list the name of the individual(s) and their relationship to you that ADOC can release medical information to.

**Name:**                                    **Relationship:**

1. _____          _____

2. _____          _____

3. _____          _____

4. _____          _____

5. _____          _____

                          **Signature of inmate**          4-7-04
                                                            **Date**

**cc:**   **Medical File**
        **Warden's Office File**

Telephone (334) 567-4369          Fax (334) 514-6576          **PHS0011**



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

INCORPORATED

## Authorization for Release of Information

To: Dr. Howard Miller

Orthopedic Center

Huntsville, AL

Ph 256-539-2728 Fax 256-428-3423

Patient: Roberts, Perrion

Alias: _____

Date of Birth: 6-20-64

From: PHS/Julia Tutwiler Prison for Women
8966 U.S. Hwy. 231 North
Wetumpka, AL 36092
Ph: 334-514-6269   Fax: 334-514-9559

Inmate ID No.: 159116

Social Security No: 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

Date(s) of Service: 2003-present

I hereby authorize the above named provider to release to Prison Health Services, Inc. or any of its representatives the following confidential information:

[✓] Physician/Provider's summary of my diagnosis, medications, treatments, prognosis and recent care

[ ] Admission          [ ] Discharge          [ ] Operative Summary Reports

[✓] X-Ray          [✓] Special Studies Reports          [ ] HIV Test          [ ] Lab Blood

[✓] Laboratory Reports          [ ] Immunization History          [ ] Dental Treatment Records

[ ] Psychiatric Summary Report          [ ] Substance Abuse Treatment History & Counseling Reports

[✓] Other Records: Rhematoid arthritis (severe)
(Specify information requested)
All related medical records

*FOR PROFESSIONAL USE ONLY CONFIDENTIAL RECORDS NOT TO BE PHOTOCOPIED*

This authorization shall remain in full force and effect until withdrawn in writing by me. I hereby release and agree to hold provider harmless from any and all liability that may result from such release of information.

_____
(Patient's Signature)

Claire Molina
(Witness' Signature)

4-27-04
(Date)

4-27-04
(Date)

The information requested is recognized as confidential and will be used only to ensure prompt and appropriate treatment of the named patient.

50102  (11/02)

Claire Molina          Medical Records Clerk          4-27-04
(Signature and Title for PHS)          (Date)

PHS0012

PRISON HEALTH SYSTEMS

Attn: Medical Records

To: Dr. Howard Miller    Fax: 256-428-3423

From: PHS Medical Records    Date: 4-28-04
Claire

Re: Perrion Roberts    Pages: 2

CC:

☐ Urgent    ☐ For Review    ☐ Please Comment    ☐ Please Reply    ☐ Please Recycle

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTOCOPIED

Thank you.

PHS0013

# THE ORTHOPAEDIC CENTER
## 927 Franklin Street
## Huntsville, AL 35801
## (256) 539-2728

## CONFIDENTIAL HEALTH INFORMATION FAX

This transmission contains personal health information that you are required by law to maintain in a secure and confidential manner. Re-disclosure is prohibited. Failure to maintain confidentiality or re-disclosure without authorization could result in penalties as described in State and Federal law.

**DATE:** 4-28-04

**TO:**

Name _Claire_

Office or Organization _PHS_

Telephone Number _334-514-6269_   Fax Number _334-514-95_

**FROM:**

Name _Vernita_   RE: _Roberts Pernio_

Office or Organization _TOC_

Telephone Number _256-539-272_   Fax Number _256-438-342_

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTOCOPIED

**NUMBER OF PAGES SENT:** ____

☐ Urgent        ☐ Reply Required        ☐ Other ____

**REMARKS:** _Per your request_

**WARNING:** This message is intended only for the person listed above. The attach... information is confidential and considered privileged by law. If the reader of this f... is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this information is STRICTLY PROHIBITED. If you ar... not the intended recipient, please notify us and shred this information. Thank you f... your cooperation.

PHS0014

TUTWILER

PAGE   02



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

INCORPORATED

## *Authorization for Release of Information*

To: Dr. Howard Miller

Orthopedic Center

Huntsville, AL

Ph: 256-539-2728  Fax: 256-428-3423

From: **PHS/Julia Tutwiler Prison for Women**
8966 U.S. Hwy. 231 North
Wetumpka, AL 36092
Ph: 334-514-6269  Fax: 334-514-9559

Patient: Roberts, Perrion

Alias:

Date of Birth: 6-20-64

Inmate ID No.: 159116

Social Security No: 423.84.8392

Date(s) of Service: 2003 - present

I hereby authorize the above named provider to release to Prison Health Services, Inc. or any of its representatives the following confidential information:

[✓] Physician/Provider's summary of my diagnosis, medications, treatments, prognosis and recent care

[ ] Admission        [ ] Discharge        [ ] Operative Summary Reports

[✓] X-Ray        [✓] Special Studies Reports        [ ] HIV Test        [ ] EKG Test

[✓] Laboratory Reports        [ ] Immunization History        [ ] Dental Treatment Reports

[ ] Psychiatric Summary Report        [ ] Substance Abuse Treatment History & Counseling Reports

[✓] Other Records Rhematoid arthritis (severe)
(Specify information requested)
All related medical records

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTOCOPIED

This authorization shall remain in full force and effect until withdrawn in writing by me. I hereby release and agree to hold provider harmless from any and all liability that may result from such release of information.

_____
(Patient's Signature)

Claire Molina
(Witness' Signature)

4-27-04
(Date)

4-27-04
(Date)

The information requested is recognized as confidential and will be used only to ensure prompt and appropriate treatment of the named patient.

Claire Molina                Medical Records Clerk        4-27-04
(Signature and Title for PHS)        (Date)

60102  (11/02)

PHS0015

# HUNTSVILLE HOSPITAL

101 Sivley Road • Huntsville, Alabama 35801 • (256) 517-8020

## HISTORY AND PHYSICAL

**Patient Name:** ROBERTS, PERRION DENISE
**Medical Record #:** 00015060
**Dictating Physician:** Howard Miller, M.D.
**Date of Admission:** 03/04/2004

213587

**Room Number:**
**Billing Number:** 000150606416
**Date of Birth:** 06/20/1964
**Patient Type:** Outpatient

Perrion Roberts is a 39-year-old young lady with rheumatoid arthritis, who has had problems with various joints despite use various medications. She has developed progressively worsening synovitis of her elbows. She's undergone a left elbow synovectomy and radial head excision, and although she continues to be symptomatic on that side, it is less symptomatic than her right elbow. She has persistent synovitis of this elbow, which has not responded to aspiration and injections, and given her persistent symptoms, we have elected to proceed with a debridement, synovectomy, and radial head excision. She's admitted at this time for that procedure.

**PAST MEDICAL HISTORY:** Her rheumatoid medication has been recently changed, and at the time of this dictation I do not have the list of the specific medicines she is taking. These can be found on her programmed history and physical. She is unaware of any drug allergies. She denies smoking or alcohol use. Her family physician is Dr. Ansari, and her rheumatologist is Dr. Macon Phillips.

**REVIEW OF SYSTEMS:** Entirely unremarkable for a healthy young lady with the exception of rheumatoid disease.

**PHYSICAL EXAMINATION:** Alert, healthy young lady with vital signs as recorded.

**HEENT:** Unremarkable.

**Neck:** Supple.

**Chest:** Clear. There's a regular cardiac rhythm without murmur.

**Abdomen:** Soft and nontender.

Orthopedic examination at this time is limited to her right elbow, which is tender and swollen diffusely. She has range of motion only from about 45 degrees to 100 degrees, and rotation of her forearm is limited to about 20-30 degrees of both pronation and supination. Neurovascular status is intact.

**IMPRESSION:** Rheumatoid disease with persistent synovitis and restriction of the motion of the right elbow.

Page 1 of 2

COPY TO: Howard Miller, M.D.

**HISTORY AND PHYSICAL**

PHS0016

## HISTORY AND PHYSICAL

**Patient Name:**       ROBERTS, PERRION DENISE
**Medical Record #:**   00015060
**Dictating Physician:** Howard Miller, M.D.
**Date of Admission:**  03/04/2004

**PLAN:** Radial head excision and synovectomy. The procedure with risks of infection have been discussed with this young lady. She understands that this is a temporizing procedure, and will at best provide some relief of pain and hopefully some increase in motion, but will not return this elbow to normal, and she understands that at some point we may need to consider more involved intervention. All questions have been answered and she wishes to proceed.

641054 alh  000002275
D: 03/04/2004 10:04 A
T: 03/04/2004 10:24 A

cc:    Howard Miller, M.D.

Howard Miller, M.D.

CONFIDENTIAL USE ONLY
NOT TO BE PHOTOCOPIED
CONFIDENTIAL RECORD

**PHS0017**

COPY TO: Howard Miller, M.D.

**HISTORY AND PHYSICAL**

# HUNTSVILLE HOSPITAL

101 Sivley Road • Huntsville, Alabama 35801 • (256) 517-8020

## OPERATIVE REPORT

**Patient Name:** ROBERTS, PERRION DENISE
**Medical Record #:** 00015060
**Dictating Physician:** Howard Miller, M.D.
**Date of Admission:** 03/04/2004

**Room Number:**
**Billing Number:** 000150606416
**Date of Birth:** 06/20/1964
**Patient Type:** Outpatient

**PREOPERATIVE DIAGNOSIS:**  Rheumatoid arthritis with advanced synovitis and arthritis of the right elbow.

**POSTOPERATIVE DIAGNOSIS:**  Same.

**OPERATION:**
1.  Arthrotomy of the right elbow with synovectomy.
2.  Right radial head excision.

**DATE:** 03/08/2004

**SURGEON:** Howard Miller, M.D.

**SUMMARY:**  This is a young lady with rheumatoid disease who has had progressively worsening problems with her elbows. Several years ago she underwent a left elbow synovectomy and radial head excision and is doing fairly well on that side, but she has had progressively worsening problems with her right elbow and we decided to proceed with the above operation. After the usual assessment, she was brought to the Operating Room for this procedure.

**ANESTHESIA:**  General.

**PROCEDURE:**  After the introduction of a general anesthetic, the right upper extremity was thoroughly prepped and draped in the usual sterile fashion, the arm exsanguinated and a pneumatic tourniquet inflated. We made an incision along the lateral aspect of the right elbow, carried dissection down through subcutaneous tissue and hemostasis was obtained. The muscle fascia was incised and we dissected the interval between the anconeus and extensor carpi ulnaris. We then incised the capsule of the elbow. There was marked fluid within the elbow as well as marked synovial hypertrophy. Using various instruments, we performed a synovectomy on the lateral side of the elbow. The synovitis had eroded into the articular surfaces as well as into the bony structure and we cleaned off the pannus then demonstrated the neck of the radius through which an osteotomy was performed and the markedly deformed and arthritic radial head removed. This allowed access to the anterior and medial sides of the joint where further synovectomy was performed. We worked up into the olecranon fossa and did a small ostectomy of the very tip of the olecranon to try to increase this lady's elbow extension. There were marked arthritic changes of the articular surfaces with eburnation in several areas. We thoroughly irrigated the joint and reinspected it to confirm that a total synovectomy had been performed. We then infiltrated the wound with 0.5% Marcaine, closed the capsule of the joint with 3-0 Vicryl and muscle fascia with 3-0 Vicryl, the

Page 1 of 2

COPY TO: Howard Miller, M.D.

PHS0018

## THE ORTHOPAEDIC CENTER

927 Franklin Street, Huntsville, AL 35801-250 Chateau Drive, Suite 160, Huntsville, AL 35801- 8371 Highway 72 West, Suite #104, Madison AL 35758-309 Parks Avenue, Scottsboro, AL 35768, 1797 Wilson Parkway, Fayetteville, TN 37334

**ROBERTS, PERRION**
**213587**
**03/16/04**
**9**
**C**

**CRESTWOOD OFFICE**

**RIGHT ELBOW**

**OFFICE VISIT:** Mr. Roberts is about twelve days following the radial head excision and synovectomy of the right elbow. She is participating in therapy and reports pain without activity as well as a crunching sensation.

**PHYSICAL EXAM:** Exam today shows the wound is benign. We removed her sutures. She lacks about 20 degrees of full extension and flexes to about 100 degrees. She will supinaqte only about 30 degrees and pronate a similar degree.

**IMPRESSION/PLAN:** I have recommended that this young lady discontinue her sling and begin using this arm as best she can for everyday activities. I would like to reassess her in three weeks. I would like x-rays of the right elbow at that time. We discussed that at some point she will probably need to consider knee and elbow replacements, but we would prefer to postpone those given her young age.

**Howard G. Miller, M.D./pc**

*

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTOCOPIED

## THE ORTHOPAEDIC CENTER

927 Franklin Street, Huntsville, AL 35801-250 Chateau Drive, Suite 160, Huntsville, AL 35801- 8371 Highway 72 West, Suite #104, Madison AL 35758-306 Parks Avenue, Scottsboro, AL 35768, 1797 Wilson Parkway, Fayetteville, TN 37334

ROBERTS, PERRION DENISE
213587
02/11/04
9
C

**PATIENT SEEN AT CRESTWOOD**

**OFFICE VISIT:** Perrion Roberts is the young lady with rheumatoid disease and advanced disease of both elbows. Sometime ago I performed a left elbow synovectomy with radial head excision, and although she continues to have symptoms in that elbow it is by far her better elbow. She has developed progressively worsening pain and stiffness of the right elbow. Three weeks or so ago I injected that and she reports some mild improvement, but she is to a point where she would like to proceed with more definitive treatment.

**PHYSICAL EXAMINATION:** Her exam shows she has a flexion contracture of that elbow in the range of 60 degrees, with further flexion only to about 110 degrees. She has pronation of about 30 degrees and supination to about the same. Her neurovascular status is intact.

**IMPRESSION:** Rheumatoid disease with advanced involvement of the right elbow.

**PLAN:** I discussed this with Mrs. Roberts. We would like to avoid elbow replacement at this point, so we have elected to proceed with an arthrotomy with synovectomy and radial head resection. She understands the goal of this surgery is to provide her a better elbow, but it would be unrealistic to anticipate that she will have a normal elbow. Hopefully, we will be able to decrease her flexion contracture somewhat and decrease her pain. I've discussed the risks of infection and the fact that I cannot guarantee the results nor can I give her any indication how long it may be before further intervention, such as an elbow replacement, may be necessary. I have answered some questions for her. I did provide her some Lorcet 10 to be used as needed until the time of surgery, which we will schedule with a planned 23-hour stay at her convenience.

Howard G. Miller, M.D./td
cc: Dr. Macon Phillips
*

PHS0020

[1;4m_____
_  [0m
[1;4m09242003 Current Visit Dr 9 Recorded: 09292003 by 17 MWS.AR MLG
[0m

LEFT KNEE

Ms. Roberts is the young lady with the rheumatoid disease. She recently twisted her left knee and has had persistent swelling since. She is also having significant pain.

Her left knee has a moderate effusion. She has a mild flexion contracture with further flexion to about 100 degrees. There is diffuse synovial tenderness and mild warmth.

IMPRESSION: Synovitis of the left knee. Previous X-rays have demonstrated quite advanced loss of joint space.

We decided to aspirate the left knee. Following a sterile prep, 60 cc of somewhat cloudy fluid were removed from this joint and Xylocaine/Marcaine/methyl prednisolone injected. She will use ice. We have discussed her situation, and we may need to consider an open synovectomy at some point. She will eventually require knee replacement surgery, but she understands why at this point we are trying to postpone that. Likewise, I discussed with her that because of her age and childbearing status, especially in view of her desire to become pregnant, she is unable to undergo treatment with some of the disease-altering medications. We will see how this injection does, and she will return to see me as needed.

Howard G. Miller, M.D./sl

cc: Dr. Macon Phillips


[1;4m_____
_  [0m
[1;4m09102003 Current Visit Dr 9 Recorded: 09152003 by 75 MWS.AR GLN
[0m

LEFT KNEE

RADIOLOGICAL REPORT OF FINDINGS

VIEWS AND SITE OF X-RAYS: Left knee three views.

IMPRESSION AND FINDINGS:

is benign, and we removed her sutures. There is mild swelling and mild warmth, but no indication of infection. She has regained some extension and now lacks no more than 5 degrees or so, and she has regained almost full flexion. There is some medial instability of this elbow.

This young lady is doing well. She will continue her exercises. She was provided some Lorcet Plus today, and I will reassess her in three weeks. I would like X-rays of the left elbow at that time.

Howard G. Miller, M.D./sl

[1;4m
_ [0m
[1;4m03252003 Current Visit Dr 9 Recorded: 03282003 by 52 MWS.AR DCB
[0m

LEFT ELBOW

OFFICE VISIT:    Ms. Roberts is the young lady with rheumatoid disease with advanced arthritic changes of her left elbow. Her symptoms have reached a point where she would like to proceed with additional treatment. She has pain and swelling.

PHYSICAL EXAM:    Exam shows a flexion contraction in the range of 20 degrees, with further flexion to 110 degrees. She has very little limitation of rotation, but there is crepitus with that motion. She has tenderness about the radial head and boggy synovium.

X-RAYS:    I did not x-ray the elbow today. Previous films have shown rather advanced disease.

IMPRESSION:    RHEUMATOID DISEASE ADVANCED LEFT ELBOW.

PLAN:    I discussed this with Ms Roberts. We decided to provide her some temporary improvement today with an injection, so following a sterile prep the left elbow was injected with Xylocaine\Marcaine\Methylprednisolone. We discussed the options of treatment including synovectomy\radial head resection, total elbow replacement, or effusion. Given her young age we would certainly like to postpone elbow replacement surgery, so we have decided to proceed with a synovectomy and radial head resection. She understands that we cannot guarantee how much relief she will have from this, and we have also discussed the risk of infection and the fact that her elbow may be somewhat stiffer after this procedure. Questions have been answered and she

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTOCOPIED

wishes to
proceed. We will make arrangements to do this with a planned overnight stay
at her convenience.

(COPY TO DR. R. MACON PHILLIPS)

Howard G. Miller, M.D./db

[1;4m
_ [0m
[1;4m12132002 Current Visit Dr 9 Recorded: 12192002 by 20 MWS.AR MLG
[0m

RADIOLOGICAL REPORT OF FINDINGS

VIEWS AND SITE OF X-RAYS:    Two views of the left elbow.

IMPRESSION AND FINDINGS:    X-rays of the left elbow were today obtained
(two
views).  These show advanced arthritic changes of the joint with irregularity
of the joint surfaces and near total obliteration of the humeroulnar
joint.

Howard G. Miller, M.D./gyms

[1;4m
_ [0m
[1;4m12132002 Current Visit Dr 9 Recorded: 12132002 by 20 MWS.AR MLG
[0m

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL PRESS RECORD
NOT TO BE PHOTOCOPIED

LEFT ELBOW

HISTORY OF PRESENT ILLNESS:    Perrion Roberts is a 38 year old right handed
young lady seen today for assessment of left elbow pain.  She has experienced
progressively worsening pain and stiffness of this elbow for a while. This
is a lady for whom I performed a synovectomy of her left knee, and she is
doing well with that.  Overall, her various medications are helping her
rheumatoid disease, but she is quite symptomatic in this left elbow.

REVIEW OF SYSTEMS, PAST HISTORY, SOCIAL HISTORY: Reviewed by the physician
and signed in the chart.

PHYSICAL EXAM:    Assessment today shows a healthy appearing young lady whose
left elbow has a flexion contracture in the range of 30 degrees.  There is an
effusion, warmth, and diffuse tenderness.  She will allow flexion in the
range of 120 degrees.  There is mild crepitus with motion.  There is a sense
of rocking to varus and valgus stress.  Neurovascular status of the arm is
intact.

physician
and signed in the chart.

PHYSICAL EXAM:    Examination today shows a very healthy appearing young lady
whose left knee is warm and moderately swollen. She has diffuse tenderness in
the suprapatellar area and along the medial and lateral joint lines. There is
mild crepitus with motion.  There is slight rocking to varus and valgus
stress but no definite instability.  Her neurovascular status is intact.

X-RAYS:    I reviewed x-rays of the left knee (two views).  These films show
a significant joint space narrowing both medially and laterally.  (I believe
these were non-weight-bearing films).

IMPRESSION:    RHEUMATOID DISEASE WITH ADVANCED ARTHRITIS OF THE LEFT KNEE.

PLAN:    I discussed with this young lady that this is a very difficult situation. To symptomatically help her out today, I aspirated the knee of 70
cc of cloudy joint fluid, and injected Xylocaine/methyl prednisolone.
Unfortunately, about the only thing I have to offer this young lady would be
a full knee replacement with a synovectomy. We discussed today the potential
problems of doing that in an individual as young as she is. We will have her
discuss with Dr. Phillips whether other medical treatment is available, and
she will return to see me following that.

(COPY TO DR. MACON PHILLIPS)

Howard G. Miller, M. D. / gykm

[1;4m
[0m
[1;4m08142001 Current Visit Dr 4 Recorded: 08162001 by 49 MWS.AR MLG
[0m

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTOCOPIED

Ms. Roberts is still having significant pain in her left knee.  She presents
today with a markedly swollen effusion of the left knee.  She requests that we
drain her knee.

We have aspirated about 60 cc of very thick gelatinous looking fluid off of
her knee with a lot of debris in her knee.  We are going to send this off for
culture and sensitivity.  Hopefully this will give her some relief of some of
her symptoms with just aspiration of this knee.  We will be glad to see her
back at any time in the future.

Ray A. Fambrough, M. D. / mlg

PHS0024

CC: Dr. Macon Phillips
[1;4m
_ [0m
[1;4m05222001 Current Visit Dr 9 Recorded: 05242001 by 12 MWS.AR GLN
[0m

LEFT KNEE

Perrion Roberts is the young lady who about two months ago underwent an
arthroscopic synovectomy of her left knee. She has been doing quite
well, but
last week tried to exercise on a treadmill, and after 10 to 15 minutes
developed considerable swelling of her left knee, which only now is
subsiding.

Her exam today shows very mild warmth of the left knee. I do not detect
any
swelling. She has regained full motion.

I feel this young lady's knee is progressing quite well, and feel that
the
swelling was simply an aggravation from a little bit too much exercise
in the
early postoperative period. I discussed with her ice, and the need to
perform
exercises of low frequency with multiple repetitions during the day. I
would
like to reassess her in two months.

Recently this young lady sustained a spider bite of her right upper lip.
She
is concerned that because of the small wound, as she is scheduled for a
photo
shoot later this week. She has a small wound with multiple vesicles
which is
midway between her upper lip and her nose on the right side.

I have suggested that increase her dose of prednisone for the next day
or so,
taking two extra tablets. I have indicated to her that this may not
resolve
this lesion, and that it may simply take some time for resolution of
that.

Howard G. Miller, M.D./gln

CC: Dr. Macon Phillips
[1;4m
_ [0m
[1;4m05072001 Current Visit Dr 9 Recorded: 05082001 by 40 MWS.AR SSL
[0m

LEFT KNEE

Ms. Roberts is about seven weeks following the arthroscopic synovectomy
of
her left knee. She is doing extremely well, reporting no pain and very
minimal swelling at this time.

Her exam shows a very mild effusion of that left knee. She has regained full motion, and there is no crepitus.

I am pleased with this young lady's knee. I anticipate continued improvement with time. She is having some pain of her right wrist and both elbows at this time, and I have suggested that she continue her arthritic medication and follow up with Dr. Phillips as scheduled. She will return to see me on an as needed basis.

Howard G. Miller, M.D./sl

cc: Dr. Macon Phillips


THE ORTHOPAEDIC CENTER

725 Madison Street, Huntsville, AL 35801?903 Madison Street, Huntsville, AL 35801?250 Chateau Drive, Suite #160, Huntsville, AL 35803?540 Hughes Road, Suite #4, Madison, AL 35758?309 Parks Avenue., Scottsboro, AL 35768

[1;4m
   [0m
   [1;4m03272001 Current Visit Dr 9 Recorded: 03292001 by 9G8MG.AR SSL
   [0m

LEFT KNEE

Perrion Roberts is the young lady who about 12 days ago underwent an arthroscopic synovectomy of her left knee. She was found to have diffuse proliferative synovitis, but, fortunately, very minimal involvement of her articular surface. The pathology report indicates a chronic synovitis with rheumatoid nodules and hemosiderin deposition.

At this time, this young lady is doing quite well. She has a moderate swelling, as expected, but minimal warmth. She has regained about 100 degrees of knee flexion and is ambulating with one crutch.

This young lady is progressing satisfactorily. She is to continue her Celebrex (I refilled her prescription for 200 mg twice a day), as well as her prednisone, and I will reassess her in one month. I have also suggested that she place ice on her knee four times daily.

Howard G. Miller, M.D./sl

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTOCOPIED

cc:  Dr. Macon Phillips

THE ORTHOPAEDIC CENTER

725 Madison Street, Huntsville, AL 35801?903 Madison Street, Huntsville, AL
35801?250 Chateau Drive, Suite #160,
Huntsville, AL 35803?540 Hughes Road, Suite #4, Madison, AL 35758?309 Parks
Avenue., Scottsboro, AL 35768

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTOCOPIED

## PSYCHOLOGICAL INTERVIEW/DATA ENTRY FORM

Name: _Roberts, Perrion_ AIS#: _159116B_ R/S: _B/F_
Date: _5 / 3 / 04_ Date of Birth: _6 / 20 / 64_ Age: _39_

Beta II: _100_ WAIS: ___/___/___ WRAT-RL: _8, 2_
Last School Grade Completed: _16_ Special Education Classes: Ye s (NO)

MMPI Welsh Code: _9345/17280: 6 #_ Megargee Type: _____

_L x K - F !_

### General Appearance
- __✓__ a. Neat and generally appropriate
- _____ b. Poorly groomed
- _____ c. Flat or avoiding interaction
- _____ d. Sad or worried
- _____ e. Other* _____
_____
_____
_____

### I.  Interpersonal Functioning
- __✓__ a. Normal-good relationships likely
- _____ b. Withdrawn/apparent loner
- _____ c. Likely to ignore rights/needs
- _____ d. Lacks skill or confidence
- _____ e. Probably difficult to get along with

Other* (Specify) _____1. _____2. _____3. _____4. _____5. _____6.
(See Copy) _____
_____

### II.  Personality
- __✓__ a. Healthy
- _____ b. Antisocial
- _____ c. Paranoid
- _____ d. Explosive
- _____ e. Dependent
- _____ f. Passive-Aggressive

Other* (Specify)
- _____1. Schizoid
- _____2. Schizotypal
- _____3. Histrionic
- _____4. Narcissistic
- _____5. Borderline
- _____6. Avoidant
- _____7. Compulsive
- _____8. Atypical/mixed

_____9. See Copy (Write in your wording) _____
_____
_____

### III.  Substance Abuse
- _____ a. Alcohol addiction/abuse history _Inmate denies the use of alcohol._
_____
- _____ b. Drug addiction/abuse history _Inmate denies the use of any illegal substances._
_____
_____
_____

N-259 (2/2001)
*White to Central Records*
*Yellow to Institutional File*
*Pink to Medical Record*

\* See manual for selections and numbers for "other"

_No  PSI_

PHS0028

PSYCHOLOGICAL INTERVIEW/DATA ENTRY FORM
Page 2

Name: *Roberts, Perrion*

III. __Substance Abuse (continued)__

_____ c. Current use _____

_____

_____

_____ d. Current addiction _____

_____

_____

Other* (Specify): _____ 1. _____ 2. _____ 3. _____ 4. _____ 5. _____ 6. _____ 7. _____ 8.

IV. __Emotional Status__

__✓__ a. No significant problems

_____ b. Depressed _____

_____ c. Anxious or stressful _____

_____ d. Angry or resentful _____

_____ e. Confusion or psychotic symptoms _____

_____

_____

_____ f. Mood disturbances _____

_____ g. Sexual maladjustment _____

_____

History of sex offenses?     Yes    (No)

_____ h. Paranoid ideation _____

_____ i. Sleep/appetite disorder _____

_____

Other* (Specify): _____ 1. _____ 2. _____ 3. _____ 4. _____ 5. _____ 6. _____ 7. _____ 8. _____ 9.
(See Copy) _____

Emotional response to incarceration: *Inmate seems to be
adjusting normally.*

V. __Mental Deficiency__

_____ a. Mild                    _____ d. Borderline
_____ b. Moderate                _____ e. Organic impairment suspected
_____ c. Severe                  _____ f. Memory deficit

Remarks: *Average Range*

History of cerebral trauma or seizures?    (Yes)    No

*MVA-2000*

* See manual for selections and numbers for "other"

PSYCHOLOGICAL INTERVIEW/DATA ENTRY FORM
**Page 3**                                    Name: _Roberts, Perrion_

## Mental Health History

✓ **a.** Outpatient treatment (dates/where) _Madison Co. M.H. Cent. -198_

_____ **b.** Inpatient treatment (dates/where) _____

✓ **c.** Psychotropic medication (type/effectiveness) _Paxil_

_____ **d.** Family history of mental illness _____

## VI. Management Problems

_____ **a.** Suicide potential    Ideation?    Yes    (No)    Plans?    Yes    (No)
History of attempts/gestures _____

✓ **b.** Serious mental illness (specify) _Prev. Dx of Depression_
_Already seen psych - No Sx - No m.d._

_____ **c.** Impulsive /acting out behaviors predicted _____

_____ **d.** Authority conflict _____

_____ **e.** Manipulative/untrustworthy _____

_____ **f.** Easily victimized _____

_____ **g.** Escape potential _____

_____ **h.** Assaultiveness _____
History of expressively violent behavior?    Yes    (No)

Other* (Specify) _____1. _____2. _____3. _____4. _____5. _____6. _____7. _____8. _____9.
(See Copy)

## VII. Educational Needs

_____a. ABE    _____b. Special Education    ✓c. Trade School    _____d. Junior College
_Already seen psych - No Sx - No m.d._

## VIII. Mental Health Needs

_____ A. Refer to psychiatrist    _____ E. Sexual adjustment    _____ I. Self-concept enhancement
_____ B. Substance abuse counseling    _____ F. Reality therapy    _____ J. Healthy use of leisure
_____ C. Depression    _____ G. Anger-induced acting out    _____ K. Personal development
_____ D. Stress management    _____ H. Values clarification

RECOMMENDATIONS/REMARKS: _No mental health needs identified at this time._

MENTAL HEALTH CODE:    SMI    HARM    (HIST)    NONE

Evaluation Completed by: _____    Date: _5/4/04_

* See manual for selections and numbers for "other"

ALABAMA DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES

### PSYCHIATRIC EVALUATION FORM
Page 1 of 2

**Referred by:**

(Admission to Institution)     Mental Health Staff     Medical Staff     Other_____

**Reason for Referral (Presenting Problem):**

39 yr. old African American woman referred for psychiatric evaluation.

**Psychiatric History (inpatient/outpatient/dates of treatment/medications prescribed):**

Im stated of never having had any inpatient psychiatric hospitalization. Stated of having had some outpatient counseling, Tx at madison County mental Health Center – fifteen yrs. ago. Was placed on antidepressant which she took for short time. Has not been

**Pertinent Medical History (allergies):**

on any medications (psychotropic) for past fifteen years. Denies of any sx's of mood, anxiety or thought d/o at this time.

**Substance Abuse History:**

Denies any thoughts of hurting herself or others at this time. Stated of having rheumatoid arthritis. Denies of having any other medical problems.

**Pertinent Personal/Family History (inmate's sentence):**

Denies of having any substance abuse hx. Im's sentence is for possession of controlled substance. Stated of being

**Institutional Adjustment (current placement):**

single and has a child twelve years old. Stated of adjusting poorly in the institution.

| Inmate Name | ROBERTS, PERRION | AIS # | 159116 |
|---|---|---|---|

ALDOC Form 455-01

5 of 7

AR 455 – February 27, 2002

PHS0031

ALABAMA DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES

## PSYCHIATRIC EVALUATION FORM
Page 2 of 2

**Mental Status Examination:**

Appearance and Behavior: WDWN African American woman cooperative

Mood and Affect: mood: euthymic, affect: Appropriate (with interview

Speech and Language: WNL

Thought Process: logical, ∅ loose associations, ∅ tangentiality

Thought Content and Perceptions: ∅SI, ∅HI, ∅HA, ∅ delusions, ∅ parano

Cognitive Assessment/Memory: Alert, oriented X3        ∅ other Sx's
                                                        of psychos
Insight/Judgement: Fair                                  noted at
Sleep/Appetite: Fair                                     this tim

**Suicide/Violence Risk Assessment:**

Past Suicidal Ideation/Attempts (dates and methods): Denies

Current Suicidal Ideation and Behavior: Denies

Past Violent/Assaultive Behavior: Denies

Current Violent/Assaultive Ideas/Behavior: Denies

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTOCOPIED

**Diagnostic Impression**

Axis I: None / No psychiatric DX at present time

Axis II: Deferred

Axis III: Rheumatoid Arthritis

Axis IV: Incarceration

Axis V: 75-80

**Treatment Recommendations (including medications/labs ordered/special housing)**

Will code as HIST. No psychotrofic medications at this time. Supportive counseling. Discussed Tx plan c̄ Inm and she agrees c̄ Tx plan.

Mental Health Code:   SMI   HARM   (HIST)   NONE

Psychiatric Follow-Up Required Within: PRN Days   or on as needed basis.

SBanerjee MD                                    5/3/04
Psychiatrist Signature                          Date

| Inmate Name ROBERTS, PERRION | AIS # 159116 |
|---|---|

ALDOC Form 455-01

6 of 7

AR 455 – February 27, 2002

PHS0032

***** MMPI-2 ADULT INTERPRETIVE SYSTEM *****

developed by

Roger L. Greene, Ph.D.
Robert C. Brown, Jr., Ph.D.
and PAR Staff

-- CLIENT INFORMATION --

Client      : ROBERTS, PERRION        Age              : 39

Sex         : Female                  Marital Status :

Education   :                         Date of Birth  : 06/20/1964

File Name   : 159116

Prepared for: Kilby Correctional Facility  04/23/2004

-----------------------

    The interpretive information contained in this report
should be viewed as only one source of hypotheses about the
individual being evaluated.  No decisions should be based solely
on the information contained in this report.  This material
should be integrated with all other sources of information in
reaching professional decisions about this individual.  This
report is confidential and intended for use by qualified
professionals only.  It should not be released to the individual
being evaluated.

Copyright (c) 1990 by Psychological Assessment Resources, Inc.
All rights reserved.

MMPI-2 is a registered trademark of the University of Minnesota.

MMPI-2 INTERPRETIVE REPORT
PREPARED FOR: Kilby Correctional Facility

PAGE 2

-- MMPI-2 PROFILE FOR VALIDITY AND CLINICAL SCALES --



FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD--
NOT TO BE PHOTOCOPIED

| | L | F | K | Hs | D | Hy | Pd | Mf | Pa | Pt | Sc | Ma | Si |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Score | 90 | 44 | 63 | 49 | 47 | 54 | 53 | 52 | 37 | 47 | 46 | 56 | 45 |
| | L | F | K | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 0 |
| | | | | Hs | D | Hy | Pd | Mf | Pa | Pt | Sc | Ma | Si |

answered (?) Items = 197

lsh Code:　9345/17280:6#　L*K-F:

PHS0034

# ALABAMA DEPARTMENT OF CORRECTIONS
## MENTAL HEALTH SERVICE
### RECEPTION MENTAL HEALTH SCREENING

Institution: _Tutwiler_

Date/Time of Screening: _4/21/04 8³⁵_

Date/Time Inmate Received: _4/21/04 10⁵⁰ A_

Signature /Title of Screener: _C. Thompson LPN_

## MENTAL HEALTH TREATMENT PRIOR TO ENTERING THE ADOC

- ☐ Yes ☑ No   Psychotropic Medication: _____
- ☐ Yes ☑ No   Medication turned over to a DOC upon arrival? _____
- ☐ Yes ☑ No   Mental Health follow – up in last 90 days: _____
- ☐ Yes ☑ No   Suicide/self harm attempts in last 90 days: _____

## MENTAL HEALTH HISTORY Does inmate report a history of the following (if yes, provide details):

_15 yrs ago_

- ☑ Yes ☐ No   Outpatient treatment: _Treated for Depression - Madison Co. Mental Health Cent_
- ☐ Yes ☑ No   Inpatient treatment: _____
- ☐ Yes ☑ No   Psychotropic Medication: _____
- ☐ Yes ☑ No   Suicidal Attempts: _____
- ☑ Yes ☐ No   Suicidal Thoughts: _____
- ☑ Yes ☐ No   Head injury: _Car wreck in 2000_
- ☐ Yes ☑ No   Seizures: _____
- ☐ Yes ☑ No   Violent Behavior: _____
- ☐ Yes ☑ No   Substance Abuse: _____
- ☐ Yes ☑ No   Substance Abuse Treatment: _____
- ☐ Yes ☑ No   Special Education classes: _____

## INMATE SELF – REPORT OF CURRENT STATUS

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTOCOPIED

- ☐ Yes ☑ No   First incarceration (reaction): _2nd incarceration - Remorseful_
- ☐ Yes ☑ No   Reports family support: _____
- ☐ Yes ☑ No   Reports serious depression/remorse: _____
- ☐ Yes ☑ No   Thinking about suicide: _____
- ☐ Yes ☑ No   Has plan for suicide: _____
- ☐ Yes ☑ No   Possible to implement plan: _____
- ☐ Yes ☑ No   Reports hallucinations: _____

## BEHAVIORAL OBSERVAIONS   None

- ☐ Poor eye contact
- ☐ Disorientated
- ☐ Crying
- ☐ Illogical speech content
- ☐ Hostile
- ☐ Poor hygiene
- ☐ Overly anxious
- ☐ Memory deficits
- ☐ Appears to be hearing voices of seeing things
- ☐ Other unusual behavior: _____
- ☐ Unable to pay attention
- ☐ Unable to follow directions
- ☐ Signs of self-mutilation
- ☐ Unresponsive
- ☐ Unable to read
- ☐ Afraid
- ☐ Paranoid

HIST
SB, m
5/3/04
Please refer to Yui intake dated 5/3/04

## DISPOSITION PLACEMENT RECOMMENDATION (Based on reception mental health screening)

- ☑ Routine housing and mental health follow-up
- ☐ Priority mental health follow-up but not emergency
- ☐ Current Psychotropic meds verified/interim supply ordered
- ☐ Emergency mental health referral
- ☐ Safe cell recommended
- ☐ Parole violator interim assessment referral

Inmate Name: _Roberts, Perrion_

AIS#: _159116_

**PHS0035**

_Refer to psychiatrist, SB, MD/ screening received on 4/22/04_

## INTERDISCIPLINARY PROGRESS NOTES

| DATE | TIME | NOTES | SIGNATURE |
|------|------|-------|-----------|
| 12-20-05 | 4:05-4:50p | Ms. Montgomery and inmate Roberts discussed her current emotional problems. Inmate Roberts discussed her deceased mother and grandmother. Inmate still grieving their loss. Ms. Montgomery validated her feelings but also confronted her about why she was back in prison. Inmate Roberts said she would be attending the grief & depression groups. Ms. Montgomery assured inmate Roberts that how important it was her feelings & reactions were normal. Inmate Roberts said she felt much better & would put in another should she feel the need. _Dorothy Montgomery MS_ | |

| Patient;'s Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|---|---|---|---|---|
| Roberts, Perrian | 159116 | | BF | JTP |

F-61

ALABAMA DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES
## REFERRAL TO MENTAL HEALTH

**REASON FOR REFERRAL:**
☐ **CRISIS INTERVENTION**
    ☐ Family problem:_____
    ☐ Problems with other inmates:_____
    ☐ Recent stress:_____
    ☐ Other:_____

☒ **EVALUATION OF MENTAL STATUS**
| | | |
|---|---|---|
| ☐ Suicidal | ☒ Anxious | ☒ Physical Complaints |
| ☐ Homicidal | ☒ Depressed | ☒ Sleep Disturbance |
| ☐ Mutilating | ☐ Withdrawn | ☐ Hallucinations/Delusions |
| ☒ Hostile, (Angry) | ☐ Poor hygiene | ☐ Suspicious |

*Has legitimate health problems*

☒ Other inappropriate behavior: _Crying_

☒ **HISTORY OF PSYCHOTROPIC MEDICATION PRIOR TO INTAKE**
☐ **REFERRAL TO 12 STEP PROGRAM OR WORKSHOPS (list Below)**
**COMMENTS:**
_Inmate has been seen several times for individual counseling. She is not coping any better. She was referred to MH on 4/21/05 + 3/7/05 & On 5/5/05 she was to be seen by the Psychiatrist on 5/9/05. She has not been evaluated for Depression to my knowledge_

Referred by: _Marguerite Cousin, LPC_    Phone Contact #: _5403_    Date: _7/29/05_
☒ Referral for psychiatrist (referral has been screened by mental health or medical staff)
*PROFESSIONAL USE ONLY CONFIDENTIAL RECORD NOT TO BE COPIED*

**MENTAL HEALTH FOLLOW-UP: EVALUATION/TREATMENT/DISPOSITION**

_Appt 8/10/05_

_Im was evaluated on 8/10/05_

**Follow-Up by:**_____    **Date:**_____

| Inmate Name _Roberts, Perrion_ | Cell # _12 Annex_ | AIS # _159116_ |
|---|---|---|

Disposition: Medical file

Reference: ADOC AR 609,612,613,614, 627
ADOC Form **MH-008** - November 30, 2004

PHS0037

ALABAMA DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES
## PSYCHIATRIC PROGRESS NOTES

DATE: 5/10/05    TIME:

| Target Symptoms | Behavioral Rating Scale  0=No problem  5=worst | Today vs Before |
|---|---|---|

Chart reviewed and I/M seen today per referral from Psych Associate to evaluate for possible medication of depressive symptoms.

Medications:

Compliance:  Inmate report _____ % vs MAR _____ %

Informed Consent

In addition to the information in the tables above and below, then inmate-patient:

S  c/o being "stressed" - not sleeping - depressed - much of this is situational. Says she is anxious about her case - has attorneys working to try to get her released. Denies any stressors (new) in here - no problems w/ peers or staff reported.

Side effects:

O  MSE  Calm, polite & cooperative

Speech ___  Affect approp
No objective evidence of depression

| Selected Issues | NO | YES | If yes, comment on pertinent positive findings |
|---|---|---|---|
| Psychosis | X | | |
| Serious Depression | X | | |
| Self-Injurious Thoughts | X | | |
| Suicidal intent | X | | |
| Aggressive | X | | |
| Seriously Impulsive | X | | |
| Situational Upset | X | | |

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
PHOTOCOPIED

| Lab info: | Labs Ordered: | Labs Reviewed: | AIMS:? |
|---|---|---|---|

**ASSESSMENT**/Diagnosis (DSM-IV)   No Axis I Dx - regular stress of incarceration. No need for medication at this time. Suggested referral for Sleep Hygiene group - Also gave some suggestions for self-relaxation interventions.

**PLAN:**

Return to clinic: _____   Print Last Name: Hunter   Sign: Hunter

| Patient's Name: (Last, First, Middle) | AIS # | Age | R/S | Code | Institution |
|---|---|---|---|---|---|
| Roberts, Prinion | 159116 | | B/E | HIST | JTP |

Disposition: Medical File

ADOC AR 632, 633, 623,615
ADOC Form MH-025  March 2, 2005

PHS0038

*2nd referral 4-21-05*

*HIS*

# ALABAMA DEPARTMENT OF CORRECTIONS
## MENTAL HEALTH SERVICES
### REFERRAL TO MENTAL HEALTH

Inmate Name: *Perrion Roberts*     AIS#: *159116*     Date of Referral: *3-7-05*

REASON FOR REFERRAL:
- ☐ CRISIS INTERVENTION
- ☐ Family problem: _____
- ☐ Problems with other inmates: _____
- ☐ Recent stress: _____
- ☒ Other: *Rheumatoid Arthritis*

☐ EVALUATION OF MENTAL STATUS
- ☐ Suicidal
- ☐ Homicidal
- ☐ Mutilative
- ☐ Hostile, Angry
- ☒ Other inappropriate behavior: *↓ appetite, crying more*

- ☐ Anxious
- ☒ Depressed
- ☐ Withdrawn
- ☐ Poor Hygiene

- ☒ Physical Complaints
- ☒ Sleep Disturbance —
- ☐ Hallucinations/Delusions
- ☐ Suspicious

☐ EVALUATION OF NEED FOR PSYCHIATRIC INTERVENTION

☒ HISTORY OF PSYCHOTROPIC MEDICATION PRIOR TO INTAKE

☐ OTHER: _____

COMMENTS: *Inmate reports going to Madison Co MH[?] — 1993. She has taken Paxil since 1993 until 1995. Started again [?] 2000. Went to counseling till going to jail 3/04. She is reporting depressive sx. Evaluate for medication.*

Referred by: *Marguerite Crain, LPC, CADP*     Phone Contact #: ext. 230 / 243

**Marguerite Crain, Psych. Assoc. II**

☒ Referral for psychiatrist (referral has been screened by mental health or medical staff)

MENTAL HEALTH FOLLOW-UP: EVALUATION/TREATMENT/DISPOSITION

*Put on Dr. William's schedule to be seen today 5/5/05 sometime this week. Scheduled for 5/9/05*

Follow-Up by: *Dr. Santira*     Date: *5/5/05*

| Inmate Name | AIS # |
|---|---|
| | |

*SEEN 5/10/05 — Note to Follow.*

PHS0039



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# SPECIAL NEEDS COMMUNICATION FORM

**Date:** 12/27/05

**To:** ADOC

**From:** HCU

**Inmate Name:** Roberts, Penion    **ID#:** 159116

**The following action is recommended for medical reasons:**

1. House in _____
2. Medical Isolation _____
3. Work restrictions _____
4. May have extra _____
5. Other _____

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTOCOPIED

**Comments:**

May report to Gold Slip treatment for salicylic acid to be applied to corns on both feet as directed

**Date:** 12/27/05    **MD Signature:** M. Johnson, APN    **Time:** _____

60418



PHS
PRISON
HEALTH
SERVICES
INCORPORATED

# SPECIAL NEEDS COMMUNICATION FORM

Date: 10/31/05

To: DOC

From: HCU

Inmate Name: Roberts, Perrion     ID#: 159111

**The following action is recommended for medical reasons:**

1. House in Lie Down 2 hours Am + Pm - 180 Day

2. Medical Isolation _____

3. Work restrictions No Wrk - 180 Day

4. May have extra Extra Blanket & Sheet - Day

5. Other Slides - 180 day

**Comments:**

Meat N peanut butter Snack - Twice a day -

Bottom Bunk - 180 Day          180 Day

Allow patient to exercise as she chooses

for joints     (Arthritis)

Date: 10/31/05   MD Signature: _____   Time: 3 Pm

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTOCOPIED
UNSIGNED

60418
PHS0041

# IDENTIFICATION OF SPECIAL NEEDS

**NAME (PLEASE PRINT)** *Perrion          Roberts*

                          LAST                FIRST        MI

**DATE OF BIRTH** *6-20-64*    ~~SS#~~ *159116*

**Housing Recommendations:**

General Population_____

Medical Observation Unit_____

Lower Level/Lower Bunk_____

Suicide Precautions_____

Special Watch (15 Minute Checks)_____

Isolation_____

Initiate Universal Precautions_____

A + D
Ointment
KOP

CONFIDENTIAL RECORD
PROFESSIONAL USE ONLY
NOT TO BE PHOTOCOPIED

**Individual found to be:**

Frail/Elderly_____

Physically Handicapped_____

Developmentally Disabled_____

Drug/Alcohol Withdrawal_____

Special Mental Health Needs_____

Expressed Suicidal Ideation_____

History of Seizures_____

Other_____

Specify_____

Nurse _____    Date _9/24/05_

**PHS0042**

GLF 1005     Original/Classification     Second Copy/Booking Staff     Third Copy/Medical Unit

# IDENTIFICATION OF SPECIAL NEEDS

**NAME (PLEASE PRINT)** _Roberts, Perron_

LAST        FIRST        MI

**DATE OF BIRTH** _____  SS# _159116_

**Housing Recommendations:**

General Population _____

Medical Observation Unit _____

Lower Level/Lower Bunk _✓_

Suicide Precautions _____

Special Watch (15 Minute Checks) _____

Isolation _____

Initiate Universal Precautions _____

_Extra Blanket and sheet - 180 day (on)_

_sling - 180 day_

_Bottom Bunk - 180 day_

_Cannot work - 180 day_

_Allow pt to lie down hours Am & Pm - 180 day_

*FOR PROFESSIONAL USE ONLY CONFIDENTIAL RECORD NOT TO BE PHOTOCOPIED*

**Individual found to be:**

Frail/Elderly _____

Physically Handicapped _____

Developmentally Disabled _____

Drug/Alcohol Withdrawal _____

Special Mental Health Needs _____

Expressed Suicidal Ideation _____

History of Seizures _____

Other _____

Specify _Rheumatoid arthritis_

_Meat or Peanut butter Snack - Twice a day 180 day_

_Slides - 180 day_

**Nurse** _____  **Date** _5/24/05_

PHS0043

GLF 1005      Original/Classification      Second Copy/Booking Staff      Third Copy/Medical Unit

## IDENTIFICATION OF SPECIAL NEEDS

NAME (PLEASE PRINT) _Roberts, Kevron_
LAST                    FIRST                    MI

DATE OF BIRTH _____     SS# _15911 6_

**Housing Recommendations:**

General Population _____

Medical Observation Unit _____

Lower Level/Lower Bunk _____

Suicide Precautions _____

Special Watch (15 Minute Checks) _____

Isolation _____

Initiate Universal Precautions _____

_Meat & peanut Butter snack twice a day - 90 days_

_Walk Stop - 90 day_

_Lie down if desired 2 hours Am & Pm - 90 day_

**Individual found to be:**

Frail/Elderly _____

Physically Handicapped _____

Developmentally Disabled _____

Drug/Alcohol Withdrawal _____

Special Mental Health Needs _____

Expressed Suicidal Ideation _____

History of Seizures _____

Other _____

_Slides - 90 day_

_On keep sling & ace bandages 90 day_

Specify _Medication : arthritis_

Nurse _____     Date _5/17/05_

PHS0044

# IDENTIFICATION OF SPECIAL NEEDS

**NAME (PLEASE PRINT)** _Roberts, Pierrin_

LAST                    FIRST                    MI

**DATE OF BIRTH** _____ SS# _159116_

**Housing Recommendations:**

General Population_____

Medical Observation Unit_____

Lower Level/Lower Bunk_____

Suicide Precautions_____

Special Watch (15 Minute Checks)_____

Isolation_____

Initiate Universal Precautions_____

_Detox came_
_out_
_KOP - 30 day_

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTOCOPIED

**Individual found to be:**

Frail/Elderly_____

Physically Handicapped_____

Developmentally Disabled_____

Drug/Alcohol Withdrawal_____

Special Mental Health Needs_____

Expressed Suicidal Ideation_____

History of Seizures_____

Other_____

Specify_____

Nurse _____ Date _4-19-05_

**PHS0045**

GLF 1005          Original/Classification          Second Copy/Booking Staff          Third Copy/Medical Unit

## IDENTIFICATION OF SPECIAL NEEDS

**NAME (PLEASE PRINT)** _Roberts, Person_

    LAST              FIRST              MI

**DATE OF BIRTH** _____ SS# _15916_

**Housing Recommendations:**

General Population_____

Medical Observation Unit_____

Lower Level/Lower Bunk_____

Suicide Precautions_____

Special Watch (15 Minute Checks)_____

Isolation_____

Initiate Universal Precautions_____

*VAY m —*
*30 day*

**Individual found to be:**

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTOCOPIED

Frail/Elderly_____

Physically Handicapped_____

Developmentally Disabled_____

Drug/Alcohol Withdrawal_____

Special Mental Health Needs_____

Expressed Suicidal Ideation_____

History of Seizures_____

Other_____

Specify _____

Nurse _____     Date _3/24_

PHS0046

# IDENTIFICATION OF SPECIAL NEEDS

NAME (PLEASE PRINT) _Roberts, Pennon_

                   LAST            FIRST          MI

DATE OF BIRTH _____    SS# _ 159116_

**Housing Recommendations:**

General Population _____    _Walk stop – 90 day_

Medical Observation Unit _____    _May lie down_

Lower Level/Lower Bunk _____    _2 hours – Am & Pm_

Suicide Precautions _____    _90 day_

Special Watch (15 Minute Checks) _____

Isolation _____    _Snack Twice a_

Initiate Universal Precautions _____    _day – 90 day_

_____ _(medications)_

**Individual found to be:**

Frail/Elderly _____

Physically Handicapped _____

Developmentally Disabled _____    _Slides – 90 day_

Drug/Alcohol Withdrawal _____

Special Mental Health Needs _____    _may keep string_

Expressed Suicidal Ideation _____    _faa bandages –_

History of Seizures _____    _90 day_

Other _____

Specify _Arthritis_

Nurse _[signature]_    Date _3/8/05_

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTOCOPIED

PHS0047

# IDENTIFICATION OF SPECIAL NEEDS

NAME (PLEASE PRINT) _Crawford          Normell_

LAST                    FIRST                    MI

DATE OF BIRTH _____     SS# _234551_

**Housing Recommendations:**

General Population_____

Medical Observation Unit_____

Lower Level/Lower Bunk_____

Suicide Precautions_____

Special Watch (15 Minute Checks)_____

Isolation_____

Initiate Universal Precautions_____

*My have extra Tissue x900*

PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTOCOPIED

**Individual found to be:**

Frail/Elderly_____

Physically Handicapped_____

Developmentally Disabled_____

Drug/Alcohol Withdrawal_____

Special Mental Health Needs_____

Expressed Suicidal Ideation_____

History of Seizures_____

Other_____

Specify_____

Nurse _S. Horton RN_          Date _11/14_

PHS0048

## IDENTIFICATION OF SPECIAL NEEDS

NAME (PLEASE PRINT) _Roberts_____ _Perrion_____ _____
                                 **LAST**                  **FIRST**        **MI**

DATE OF BIRTH ___6/30/64_____ SS# _ATS 159116___

**Housing Recommendations:**

General Population_____

Medical Observation Unit_____

Lower Level/Lower Bunk _✓_ Due to arthritic condition

Suicide Precautions_____ Sling x 90 Days   x 80 Day

Special Watch (15 Minute Checks)_____

Isolation_____ Extra blanket x 180 Days

Initiate Universal Precautions_____ must use to prop up arm

Cannot do any strenuous
activity involving bending,
lifting over 5
pounds (push / pull )
x 180 Days

**Individual found to be:**

Frail/Elderly_____

Physically Handicapped_____

Developmentally Disabled_____

Drug/Alcohol Withdrawal_____

Special Mental Health Needs_____

Expressed Suicidal Ideation_____

History of Seizures_____

Other_____

Specify _Rheumatoid arthritis_

Nurse _Bre— Johnson, Rn_____ Date _11/2/2004_____

**PHS0049**

# IDENTIFICATION OF SPECIAL NEEDS

NAME (PLEASE PRINT)  _Perrion____ _Roberts___ _Perrion___
                      LAST          FIRST         MI

DATE OF BIRTH  _6—20—64_____        SS# _A15 159116 B___

**Housing Recommendations:**

General Population_____    ① may have thermals
                              sent from home

Medical Observation Unit_____

Lower Level/Lower Bunk_____  ② Extra blanket
                              for warmth due to
Suicide Precautions_____      Rheu. arthritis

Special Watch (15 Minute Checks)_____

Isolation_____

Initiate Universal Precautions_____

**Individual found to be:**

*FOR PROFESSIONAL USE ONLY*
*CONFIDENTIAL RECORD*
*NOT TO BE PHOTOCOPIED*

Frail/Elderly_____

Physically Handicapped_____

Developmentally Disabled_____

Drug/Alcohol Withdrawal_____

Special Mental Health Needs_____

Expressed Suicidal Ideation_____

History of Seizures_____

Other_____

Specify _Rheumatoid arthritis___

Nurse _____    Date _10/26 04_____

PHS0050

GLF 1005        Original/Classification        Second Copy/Booking Staff        Third Copy/Medical Unit

# IDENTIFICATION OF SPECIAL NEEDS

**NAME (PLEASE PRINT)** _Roberts_ _Perrion_
LAST                          FIRST                          MI

**DATE OF BIRTH** _6_/_20_/_69_          SS# _A7S 159116_

**Housing Recommendations:**            (1)

General Population_____                 RoP

Medical Observation Unit____           (R)

Lower Level/Lower Bunk_____            Shoulder

Suicide Precautions_____               Sling

Special Watch (15 Minute Checks)_____

Isolation_____                          X 180 Day

Initiate Universal Precautions_____

**Individual found to be:**              (1) oint net

Frail/Elderly_____                      (tube)

Physically Handicapped_____

Developmentally Disabled_____

Drug/Alcohol Withdrawal_____

Special Mental Health Needs____

Expressed Suicidal Ideation_____

History of Seizures_____

Other_____

Specify_____

Nurse _____    Date _10/2/04_

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTOCOPIED

PHS0051

# IDENTIFICATION OF SPECIAL NEEDS

**NAME (PLEASE PRINT)** _Roberts_ _Perrion_
                        LAST            FIRST            MI

**DATE OF BIRTH** _6-20-64_          SS# _·75-9116_

**Housing Recommendations:**

General Population_____

Medical Observation Unit_____

Lower Level/Lower Bunk_____

Suicide Precautions_____

Special Watch (15 Minute Checks)_____

Isolation_____

Initiate Universal Precautions_____

Drops
to eye
TID
x 30days

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTOCOPIED

**Individual found to be:**

Frail/Elderly_____

Physically Handicapped_____

Developmentally Disabled_____

Drug/Alcohol Withdrawal_____

Special Mental Health Needs_____

Expressed Suicidal Ideation_____

History of Seizures_____

Other_____

Specify_____

Nurse _____    Date _7-25-04_

**PHS0052**

GLF 1005        Original/Classification        Second Copy/Booking Staff        Third Copy/Medical Unit

# IDENTIFICATION OF SPECIAL NEEDS

**NAME (PLEASE PRINT)** _Roberts, Pension_

                    LAST                FIRST         MI

**DATE OF BIRTH** _6-20-64_    ~~SS#~~ _159116_

## Housing Recommendations:

General Population _____

Medical Observation Unit _____

Lower Level/Lower Bunk _____

Suicide Precautions _____

Special Watch (15 Minute Checks) _____

Isolation _____

Initiate Universal Precautions _____

_work stop_

_3 weeks_

_(flare up of rheumatoid arthritis)_

## Individual found to be:

Frail/Elderly _____

Physically Handicapped _____

Developmentally Disabled _____

Drug/Alcohol Withdrawal _____

Special Mental Health Needs _____

Expressed Suicidal Ideation _____

History of Seizures _____

Other _____

Specify _____

Nurse _____  Date _7/8/04_

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTOCOPIED

**PHS0053**

GLF 1005      Original/Classification      Second Copy/Booking Staff      Third Copy/Medical Unit

# IDENTIFICATION OF SPECIAL NEEDS

**NAME (PLEASE PRINT)** _Roberts      Perrion_
                        LAST           FIRST              MI

**DATE OF BIRTH** _6-20-64_                ~~SS#~~ _15 9 116_

**Housing Recommendations:**

General Population_____

Medical Observation Unit_____          _May Lie down_

Lower Level/Lower Bunk_____            _2 Hours Am_

Suicide Precautions_____              _+ 2 hours Pm_

Special Watch (15 Minute Checks)_____

Isolation_____

Initiate Universal Precautions_____    _180 day_

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTOCOPIED

**Individual found to be:**

Frail/Elderly_____

Physically Handicapped_____

Developmentally Disabled_____

Drug/Alcohol Withdrawal_____

Special Mental Health Needs_____

Expressed Suicidal Ideation_____

History of Seizures_____

Other
Specify_____ _Arthritis_

Nurse _[signature]_              Date _6/10/04_

PHS0054

GLF 1005          Original/Classification          Second Copy/Booking Staff          Third Copy/Medical Unit

# IDENTIFICATION OF SPECIAL NEEDS

**NAME (PLEASE PRINT)** _Roberts        Perrion_____
                          LAST          FIRST        MI

**DATE OF BIRTH** _6-20-64_____     ~~SS#~~ _159116_____

**Housing Recommendations:**

General Population_____

Medical Observation Unit_____

Lower Level/Lower Bunk_____

Suicide Precautions_____

Special Watch (15 Minute Checks)_____

Isolation_____

Initiate Universal Precautions_____

*Cannot do any strenuous work, involving bending, stooping (lifting over 5 pound, push - pull - 180 day*

*(rheumatoid arthritis)*

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTOCOPIED

**Individual found to be:**

Frail/Elderly_____

Physically Handicapped_____

Developmentally Disabled_____

Drug/Alcohol Withdrawal_____

Special Mental Health Needs_____

Expressed Suicidal Ideation_____

History of Seizures_____

Other_____

Specify_____

Nurse _____     Date _5/13/04____

PHS0055

## IDENTIFICATION OF SPECIAL NEEDS

**NAME (PLEASE PRINT)** _Roberta Berrion_
LAST _____ FIRST _____ MI ____

**DATE OF BIRTH** _6/20/64_     SS# _1 5 9 1 1 6_

**Housing Recommendations:**

General Population _____

Medical Observation Unit _____

Lower Level/Lower Bunk _✓_   due to arthritic condition × 180 Days

Suicide Precautions _____

Special Watch (15 Minute Checks) _____   Sling × 90 Days

Isolation _____   ace bandage × 30 Day

Initiate Universal Precautions _____   Extra blanket × 180 Days

FOR PROFESSIONAL USE ONLY CONFIDENTIAL RECORD NOT TO BE PHOTOCOPIED

**Individual found to be:**

Frail/Elderly _____

Physically Handicapped _____

Developmentally Disabled _____

Drug/Alcohol Withdrawal _____

Special Mental Health Needs _____

Expressed Suicidal Ideation _____

History of Seizures _____

Other _____

Specify _____

Nurse _____   Date _5/4/03_

**PHS0056**

GLF 1005     Original/Classification     Second Copy/Booking Staff     Third Copy/Medical Unit



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## DEPARTMENT OF CORRECTIONS

# Receipt for Medical Product

Inmate Name: _Roberts, Jurrion_

Institution: _J. P._                                    ID No.: _159116_

Medical Product: _Clotrimazole T'Vaginal_          Date Received: _8/ /04_

I verify that I have received the medical product named above. I understand that I am fully responsible for the care of this item. I further understand that I may be required to pay for any repair or replacement.

CONFIDENTIAL RECORD
FOR PERSONAL USE ONLY
NOT TO BE PHOTOCOPIED

_____
Inmate Signature

_____
Signature of Healthcare Staff Dispensing Product

Receipt for Medical Product





**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

DEPARTMENT OF CORRECTIONS

# Receipt for Medical Product

Inmate Name: _Robert Penen_

ID No.: _159116_

Institution: _t.l.t_

Medical Product: _tolnftote cu_

Date Received: _8-10-0_

I verify that I have received the medical product named above. I understand that I am fully responsible for the care of this item. I further understand that I may be required to pay for any repair or replacement.

FOR PERSONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTOCOPIED

_____
Inmate Signature

_____
Signature of Healthcare Staff Dispensing Product

Receipt for Medical Product

**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# EMERGENCY

| ADMISSION DATE 8 /26/05 | TIME 145 ☐AM ☑PM | ORIGINATING FACILITY Tutwilee ☐SIR ☐PDL ☐ESCAPEE ☐ | ☐SICK CALL ☐EMERGENCY ☑OUTPATIENT |
|---|---|---|---|

| ALLERGIES ASA Naprosyn | CONDITION ON ADMISSION ☐GOOD ☐FAIR ☑POOR ☐SHOCK ☐HEMORRHAGE ☐COMA |
|---|---|

| VITAL SIGNS: TEMP 97.7 ORAL RECTAL | RESP. 20 | PULSE 100 | B/P 100/70 | RECHECK IF SYSTOLIC <100> 50 / |
|---|---|---|---|---|

| NATURE OF INJURY OR ILLNESS | | ABRASION /// | CONTUSION # | BURN xx xx | FRACTURE Z Z | LACERATION / _____ SUTURES |
|---|---|---|---|---|---|---|

S. I have not had my
medication in 2 day
my Arm is killing ME
Lexbro is not in Range
of motion in ® Arm is
gone

O C/o no pain

A - Alteration in comfort
B/T Pain

**PHYSICAL EXAMINATION**

P MD to Review

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTOCOPIED

PROFILE RIGHT OR LEFT

RIGHT OR LEFT

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**DIAGNOSIS**

**INSTRUCTIONS TO PATIENT**

PHS0059

| DISCHARGE DATE / | TIME ☐AM ☐PM | RELEASE / TRANSFERRED TO ☐DOC ☐AMBULENCE ☐ | CONDITION ON DISCHARGE ☐SATISFACTORY ☐POOR ☐FAIR ☐CRITICAL |
|---|---|---|---|
| NURSE'S SIGNATURE S. Bradley LPN | DATE 8/26 | PHYSICIAN'S SIGNATURE | DATE 8/26/05 CONSULTATION |

| INMATE NAME (LAST, FIRST, MIDDLE) Roberts Perrion | DOC# 159116 | DOB | R/S B/F | FAC. Tut |
|---|---|---|---|---|

**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# EMERGENCY

| ADMISSION DATE | TIME | ORIGINATING FACILITY *EMC* | ☐ SICK CALL ☐ EMERGENCY |
|---|---|---|---|
| 3 /21/05 | 8¹⁰ AM PM | ☐ SIR ☐ PDL ☐ ESCAPEE | ☐ OUTPATIENT |

ALLERGIES *ASA* ✓

CONDITION ON ADMISSION ☒GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA

VITAL SIGNS: TEMP _98²_ ORAL/RECTAL   RESP. _20_   PULSE _77_   B/P _116,80_   RECHECK IF SYSTOLIC <100> 50

NATURE OF INJURY OR ILLNESS

| ABRASION /// | CONTUSION # | BURN ˣˣ ˣˣ | FRACTURE ᶻ ᶻ | LACERATION / ____ SUTURES |
|---|---|---|---|---|

S. I took to much of that
medicine and it made
me feel funny.

O. Took Motrin 600 mg c̄
Tylenol 650 mgs (need Order
per MD.) Alert + Oriented
X 3 - resp reg c̄ ease
Ø Rash. Ambulates s̄

PHYSICAL EXAMINATION

difficulty. Pupils equal + reactive

A. Alteration in Comfort

P. Rest in bed

PROFILE RIGHT OR LEFT

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTOCOPIED

RIGHT OR LEFT

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

E. Drink alot of fluids
only take as much med
as needed.

DIAGNOSIS

INSTRUCTIONS TO PATIENT

| DISCHARGE DATE | TIME | RELEASE / TRANSFERRED TO | CONDITION ON DISCHARGE |
|---|---|---|---|
| 3 /21 /05 | 8:30 AM PM | ☐ DOC ☐ AMBULANCE ☐ | ☒ SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL |

NURSE'S SIGNATURE *M. Melydon* DATE 3/21/05

PHYSICIAN'S SIGNATURE _____ DATE 3/25/05

CONSULTATION

**PHS0060**

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | R/S | FAC. |
|---|---|---|---|---|
| Roberts Perrion | 159116 | 6-20-64 | B/F | EM |

(White – Record Copy, Yellow – Pharmacy Copy)



# EMERGENCY

| ADMISSION DATE | TIME | ORIGINATING FACILITY | | |
|---|---|---|---|---|
| 10/17/04 | 8¹⁰ AM PM | ☐ SIR ☐ PDL ☐ ESCAPEE ☐ _____ | ☐ SICK CALL ☐ EMERGENCY ☐ OUTPATIENT | |

ALLERGIES: ASA

CONDITION ON ADMISSION: ☐ GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA

VITAL SIGNS: TEMP 98.6 (ORAL / RECTAL)    RESP. 18    PULSE 86    B/P 120/84

RECHECK IF SYSTOLIC <100> 50 _____ / _____

### NATURE OF INJURY OR ILLNESS

| ABRASION /// | CONTUSION # | BURN xx xx | FRACTURE Z Z | LACERATION / _____ SUTURES |
|---|---|---|---|---|

S - Called to med line by DOC - inmate lying on floor - passed out states not eating well hx; anemia.

O - awake - talking perspiring -

A - alt. comfort due to weakness

### PHYSICAL EXAMINATION

P - Increase fluid intake (2) CBC

PROFILE RIGHT OR LEFT

FOR PROFESSIONAL USE ONLY CONFIDENTIAL RECORD NOT TO BE PHOTOCOPIED

RIGHT OR LEFT

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

DIAGNOSIS

INSTRUCTIONS TO PATIENT

| DISCHARGE DATE | TIME | RELEASE / TRANSFERRED TO | CONDITION ON DISCHARGE | |
|---|---|---|---|---|
| 10/17/04 | 8¹⁵ AM PM | ☐ DOC ☐ AMBULANCE ☐ | ☐ SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL | |

| NURSE'S SIGNATURE | DATE | PHYSICIAN'S SIGNATURE | DATE | CONSULTATION | |
|---|---|---|---|---|---|
| Wilbanks | 10/17/04 | | 10/17/04 | | **PHS0061** |

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | R/S | FAC. |
|---|---|---|---|---|
| Roberts Perrion | 159116 | 6/20/04 | B/F | Tut |



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# EMERGENCY

| ADMISSION DATE 8/13/04 | TIME 4:00 ☐AM ☑PM | ORIGINATING FACILITY 747 ☐SIR ☐PDL ☐ESCAPEE | ☐SICK CALL ☑EMERGENCY ☐OUTPATIENT |
|---|---|---|---|

ALLERGIES _NAprosyn_

CONDITION ON ADMISSION ☑GOOD ☐FAIR ☐POOR ☐SHOCK ☐HEMORRHAGE ☐COMA

VITAL SIGNS: TEMP _97.9_ ☑ORAL ☐RECTAL  RESP. _18_  PULSE _78_  B/P _116/70_  RECHECK IF SYSTOLIC <100> 50 ____

**NATURE OF INJURY OR ILLNESS**

S- DOC request body chart
c/Inmate Stated she fill
down some steps in building
#20

O- VS assessed wnl. Min
Swelling noted to ® Knee

| ABRASION /// | CONTUSION # | BURN xx/xx | FRACTURE Z/Z | LACERATION / SUTURES |
|---|---|---|---|---|

PROFILE RIGHT OR LEFT

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTOCOPIED

RIGHT OR LEFT

**PHYSICAL EXAMINATION**

A- Alteration in comfort
due to Swelling and soreness
of ® Knee

P- Apply ice x 24 hrs
Motrin 600 mg now.

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
|---|---|---|
| Motrin 600 mg bid x 3 day V/O Dr. Englehart / C. Dilla | | |

**DIAGNOSIS**

**INSTRUCTIONS TO PATIENT**

| DISCHARGE DATE / / | TIME ☐AM ☐PM | RELEASE / TRANSFERRED TO ☐DOC ☐AMBULANCE ☐ | CONDITION ON DISCHARGE ☐SATISFACTORY ☐POOR ☐FAIR ☐CRITICAL |
|---|---|---|---|
| NURSE'S SIGNATURE | DATE | PHYSICIAN'S SIGNATURE _[signature]_  DATE 8/16/04 | CONSULTATION |

| INMATE NAME (LAST, FIRST, MIDDLE) _Roberts, Perrion_ | DOC# 159116 | DOB 6/20/64 | R/S B/F | FAC. 747 |
|---|---|---|---|---|

PHS0062



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

DEPARTMENT OF CORRECTIONS
## NURSE'S
# PULMONARY CHRONIC CARE CLINIC

| | | | |
|---|---|---|---|
| S: CHRONIC CARE CLINIC | | | **ALLERGIES** |
| **DATE/TIME** 1/87/05 | | | |
| O: VS  T 98  P 80  R 20 | | | |
| BP 128/74  WT 176  Pulse Ox | | | |
| Age of onset | | | |
| Type:  Intrinsic  Extrinsic  Infectious  N/A  (circle) | | | |
| Past use of bronchodilators | Y | N | |
| Proper use of inhaler | Y | N | |
| Smokes | Y | N | |
| Regular exercise | Y | N | |
| | | | |
| Last attack | Y | N | |
| Last treatment | Y | N | |
| Lungs | | | |
| Wheezes | Y | N | P: LABS REVIEWED |
| Sputum production: | Y | N | Labs ordered |
| Describe | | | |
| Compliant with meds | | | |
| KOP | | | |
| Peak Flow: | | | |
| Results | Y | | |
| Flu vaccine  Review | Y | N | |
| Pneumovax Review | Y | N | |
| Asthma    COPD | | | |
| Asthma→Mild   Moderate   Severe  (circle one) | | | |
| Recently admitted to hospital/infirmary: | Y | N | **CURRENT MEDICATIONS:** |
| Date | | | |
| **Notes:** | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | **Status:** (circle)<br>**Improved, Unchanged, Worsened** |
| | | | **Level of Control:** (circle)<br>**Good,  Fair,  Poor** |
| | | | **CCC WITH NURSE** (circle)<br>1,  2,  3 Months |
| Education Done | Y | N | **CCC WITH MD** (circle) |
| Topic: | | | 1, 2, 3, 4, 5, 6 Months |

| INMATE NAME | NUMBER | AGE | RACE/SEX | SIGNATURE: |
|---|---|---|---|---|
| | | | | |

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTOCOPIED

Control:  Good—I Betaagonist MDI per month, no ER
Fair—1 Betaagonist, I ER, 1 wkly awakening
Poor--> 1 Betaagonist MDI per month, > 1 ER visit, > 3 weekly awakenings

Status:  Improved—Decrease us of Betaagonist MDI
Unchanged—Use of Betaagonist MDI unchanged
Worsened—Greater use of MDI

PHS0063



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PHYSICIANS' ORDERS

| NAME: | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B.    /    / | |
| ALLERGIES: | |
| Use Last    Date    /    / | ☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED |

| NAME: | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B.    /    / | |
| ALLERGIES: | |
| Use Fourth    Date    /    / | ☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED |

| NAME: Roberts Pierson | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B. 6,20,64    Annie 1/18/06 | ① CBC comp |
| ALLERGIES: | ② D/C Donnatal |
| Use Third    Date 1,18,06 | ☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED |

*FOR PROFESSIONAL USE ONLY CONFIDENTIAL RECORD NOT TO BE PHOTOCOPIED*

| NAME: Roberts Pierson | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B. 6,20,64    Annual 1/18/06 | ① Metamucil KOP x 100d |
| ALLERGIES: | ② HCC Flu today |
| | ③ Mag Citrate 1 Done |
| | ④ Curr medications KOP |
| Use Second    Date 1,18,06 | ⑤ Prenatal MTV qd x 100d |
| | ☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED |

| NAME: Roberts Pierson 159116 | DIAGNOSIS |
|---|---|
| D.O.B. 6,20,64 | ① Cont Arava & Lexapro KOP Please |
| ALLERGIES: | ② HCC F/u next wk |
| Use First    Date 1,5,05 | ☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED |



**PHS**
**PRISON
HEALTH
SERVICES
INCORPORATED**

## PHYSICIANS' ORDERS

NAME: Roberts, Perrin
159116

D.O.B. 6,29,64    noted
1/1/06
3 AM
Robinson R.

ALLERGIES:

Use Last    Date 12,31, 05

DIAGNOSIS (If Chg'd)
F/u Hcu next Tues F/u RA, CBC
comp.

☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED

---

NAME: Roberts, Perrion

D.O.B. 6,20,04

ALLERGIES:

Use Fourth    Date  /  /

DIAGNOSIS (If Chg'd)
11/11 Arava Non Form submitted

☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED

---

NAME: Roberts, Perrion

D.O.B. 6,20,04

ALLERGIES:

Use Third    Date 10,31, 05

DIAGNOSIS (If Chg'd)
(1) _____ _____ for Record

☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED

---

NAME: Roberts, Perrion
159116

D.O.B. 6,20,04

ALLERGIES: Naprosyn, Motrin, ASA

Use Second    Date 10,26, 05

DIAGNOSIS (If Chg'd)
(1) Flexeril 10mg ⊤ tab po qhs x 90d KOP
(2) Lexapro 10mg ⊤ tab po qday x 90d KOP
(3) Arava 20mg ⊤ tab po qday x 90d KOP

☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED    Med renewal M.Edwin

---

NAME: Roberts, Perrion
159116

D.O.B. 6,20,04

ALLERGIES: Naprosyn, Motrin, ASA

Use First    Date 10,26, 05

DIAGNOSIS
(1) Prenatal Plus ⊤ tab po qday x 180d KOP
(2) Donnatal ⊤ tab po BID x 180d KOP
(3) Zantac 300mg ⊤ po BID x 180 d KOP
(4) Folic Acid 1mg ⊤ po qd x 180d KOP
(5) Plaquenil 200mg ⊤ po BID x 90d KOP

☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED    Med renewal

60110 (4/03)

PHS0065



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PHYSICIANS' ORDERS

NAME: Roberts, Perrion
159116

D.O.B. 6/20/64
ALLERGIES: NAPROSYN, MOTRIN
ASA

Use Last    Date 9/10/05

DIAGNOSIS (If Chg'd)
① CBC, comp a/a
② Prerogesic T-T PO BID x 2wk
③ Please give meds KOP if available x 180d
④ HCC F/U 2-3 wks

☐ GENERIC SUBSTITUTION IS NOT PERMITTED    H.Mills

---

NAME: Roberts Perrion
159116

D.O.B. 6/20/64
ALLERGIES: ASA, Motrin

Use Fourth    Date 9/20/05

DIAGNOSIS (If Chg'd)
HCC F/U 1wk Emo used

☐ GENERIC SUBSTITUTION IS NOT PERMITTED    H.Mills

---

NAME: Roberts Perrion

D.O.B. 6/20/64
ALLERGIES:

Use Third    Date 9/26/05

DIAGNOSIS (If Chg'd)
① Prednisone 5mg PO qd x 90d
② Arava 20mg qd x 90d
③ Azulfidine 500mg BID x 180d
④ Tylenol TT PO q6° PRN x 90d
⑤ CBC c/d comp x 3mo

☐ GENERIC SUBSTITUTION IS NOT PERMITTED    H.Mills

---

NAME: Roberts, Perrion
159116

D.O.B. 6/20/64
ALLERGIES: ASA, Motrin

Use Second    Date 9/16/05

DIAGNOSIS (If Chg'd)
RECON 1/25-28

KOP - 90 days

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: Roberts, Perrion
159116

D.O.B. 6/20/64
ALLERGIES: ASA, Motrin

Use First    Date 9/8/05

DIAGNOSIS
Please get patient meds as
ordered on 8/9/05

☐ GENERIC SUBSTITUTION IS NOT PERMITTED    H.Mills

---

MEDICAL RECORDS COPY

60110 (4/03)

PHS0066



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

**PHYSICIANS' ORDERS**

| NAME: Roberts, Perrion 159116 | DIAGNOSIS (If Chg'd) HCU F/U WED NXT NK |
|---|---|
| D.O.B. 6/20/64 ALLERGIES: Naprosyn, Motrin, ASA | noted 8/9/05 1535 J. Roland |
| Use Last    Date 8/25/05 | ☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED |

| NAME: Roberts, Perrion 159116 | DIAGNOSIS (If Chg'd) |
|---|---|
| noted 8/9/05 R. Duncan 11pm | ③ Arava 20 mg PO qd x 90d ✓ ④ LEXAPRO 10 mg PO qd x 90 d ○ |
| D.O.B. 6/20/64 ALLERGIES: Naprosyn, Motrin, ASA | ⑤ Azulfidine 500 mg PO BID x 90d ⑥ Plaquenil 200 mg PO BID x 90d ⑦ Give Flexeril 10mg q HS x 90d |
| Use Fourth    Date 8/9/05 | ☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED |

| NAME: Roberts, Perrion 15-9/16 | DIAGNOSIS (If Chg'd) |
|---|---|
| noted 8/9/05 R. Duncan 11pm | ① Prednisone 80 mg qd x 1 dose 70 mg PO x 1, 60 mg PO x 1, 50 mg x 1, 40 mg PO x 1, 30 mg PO x 1, 20 mg x 1, 10 mg PO x 1 dose |
| D.O.B. 6/20/64 ALLERGIES: Naprosyn, Motrin, ASA | ② Plaquenil 200 mg PO BID x 90d |
| Use Third    Date 8/9/85 | ☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED |

| NAME: Roberts, Perrion 159116 | DIAGNOSIS (If Chg'd) |
|---|---|
| noted 8/9/05 R. Duncan 11pm | ① comp, CBC, U/A monthly x 3 mo ② Premarin 1mg po daily x 10 days (Error) ③ NECON 1/35 28 1 tab daily x 90 days |
| D.O.B. 6/20/64 ALLERGIES: Naprosyn, Motrin, ASA | |
| Use Second    Date 8/9/05 | ☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED |

| NAME: Roberts, Perrion 159116 | DIAGNOSIS |
|---|---|
| noted 8/9/05 R. Duncan 11pm | ① Prenatal Vitamins 1 po qd x 90 days ② Demerol 1 po BID x 90 days ③ Zantac 300 mg 1 BID x 90 days ④ Folic Acid 1 mg tab po daily x 90 days |
| D.O.B. 6/20/64 ALLERGIES: Naprosyn, Motrin, ASA | T.O. Dr. Williams / M. Johnson, LPN |
| Use First    Date 8/9/05 | ☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED |

MEDICAL RECORDS COPY

60110 (4/03)                                                                    PHS0067



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PHYSICIANS' ORDERS

---

NAME: Roberts, Perrion
159116         PM

D.O.B. 6/20/64

ALLERGIES: Naprosyn, Motrin, ASA

Use Last    Date 7/29/05

DIAGNOSIS (If Chg'd)
① HCU Appt from
② percogesic + PO BID x 3d

☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED

---

NAME: Roberts, Perron
159116

D.O.B. 6/20/64          P.Navyt
7/25/

ALLERGIES: Naprosyn, motrin, ASA

Use Fourth    Date 7/25/05

DIAGNOSIS (If Chg'd)
EKG- annual
V.O. Dr Williams /Mary

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL REPORT
NOT TO BE PHOTOCOPIED

☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED

---

NAME: Roberts Parrion

D.O.B.  /  /

ALLERGIES:

Use Third    Date 7/18/05

DIAGNOSIS (If Chg'd)
HCU Appt     Discuss NSOS

☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED

---

NAME: Roberts, Perrion
159116

D.O.B. 6/20/64

ALLERGIES: Naprosyn, Motrin, ASA,

Use Second    Date 7/7/05

DIAGNOSIS (If Chg'd)
Necon 1/35-28 ī tab qday
x 90days. Take as directed.

☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED

---

NAME: Roberts Parrion
159116

D.O.B. 6/20/64          Noted
MBleachl
6/30/05
ALLERGIES: ASA

Use First    Date 6/30/05

DIAGNOSIS
① Azulfidine 500mg PO BID x 90d
② Flexeril 10mg PO at bedtime x 90d
③ Lexapro 10mg q AM x 90d
④ CBC u/A Chem 12 q month x 6mo

☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED

---

60110 (4/03)

**MEDICAL RECORDS COPY**

PHS0068



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## PHYSICIANS' ORDERS

NAME: *Roberts, Perrion*

D.O.B.  /  /

ALLERGIES:

Use Last    Date 6/5/05

DIAGNOSIS (If Chg'd)
① Flexeril 10mg PO hs - 14 day
②

☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED

---

NAME: *Roberts, Perrion*

159116

D.O.B.  /  /

ALLERGIES:

Use Fourth    Date 6/19/05

DIAGNOSIS (If Chg'd)
① Cancel Indocin
② Donnatal Tab ī PO BID
   X60 days

☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED

---

NAME: *Roberts, Perrion*

159116

D.O.B. 6/20/64

ALLERGIES:

Use Third    Date 6/11/05

DIAGNOSIS (If Chg'd)
Vit B12  1000 micrograms
1m                    This week

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTOCOPIED

☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED

---

NAME: *Roberts, Perrion*

159116

D.O.B. 6/20/64

ALLERGIES:

Use Second    Date 5/21/05

DIAGNOSIS (If Chg'd)
Add Prednisone 2.5 m PM
X 90 days - PO

☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED

---

NAME: *Roberts, Perrion*

159116

D.O.B. 6/21/64

ALLERGIES: ASA

Use First    Date 5/21/05

DIAGNOSIS
CBC UA CMP-12
in 1 week
Prenatal Vit ī daily
X 90 days

☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED

---

60110 (4/03)

**MEDICAL RECORDS COPY**

PHS0069



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PHYSICIANS' ORDERS

NAME: Roberts, Perrion
159166

DIAGNOSIS (If Chg'd)

Nystatin 5cc swish e swallow x 7 days
PO PRN x 7 days

D.O.B. 6 29 64
ALLERGIES: ASA

V/O Dr. Englehardt/Fel (RN)

Use Last    Date 5 6 05
☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: Roberts, Perrion
159116

DIAGNOSIS (If Chg'd)
1) NECON 1/35-28 — KOP — 6 mos
2) Flexeril 10 mg po BID — 7 days

D.O.B. 6 20 16 4
ALLERGIES: ASA

Use Fourth    Date 5 13 05
☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: Roberts, Perrion
159116

DIAGNOSIS (If Chg'd)                        6/23 —

Appt                rheumatologist

D.O.B. 6 20 16 4
ALLERGIES: ASA

CBC, UA + CMP-12 every mo x 3 mos

Use Third    Date 4 21 05
☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: Roberts, Perrion
159116

DIAGNOSIS (If Chg'd)
PREDNISONE 5mg po AM — 90 days
ARAVA 20 mg po daily — 90 days
Zantac 300 po BID — 90 days
Flexeril 10 mg po hs x 14 days
See me in 2/3 weeks

D.O.B. 6 20 16 4
ALLERGIES: ASA

Use Second    Date 4 21 05
☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: Roberts, Perrion
159116

DIAGNOSIS
Lidocaine oint — KOP — 14 days
Surfak 240 T po AM — 90 days
Theodur 200 T po BID AM — Biology
CBC, Sed rate, CMP-12

D.O.B. 6 20 16 4
ALLERGIES: ASA

Use First    Date 4 19 05
☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

FOR PROFESSIONAL CONFIDENTIAL USE ONLY NOT TO BE PHOTOCOPIED

60110 (4/03)                MEDICAL RECORDS COPY                **PHS0070**



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PHYSICIANS' ORDERS

| NAME: | Roberts, Perron | DIAGNOSIS (If Chg'd) |
|---|---|---|
| | 159116 | Prednisone 40 mg po bid |
| | | X 5 day Then |
| D.O.B. / / | | 20 mg po BID x 5 days |
| ALLERGIES: | | Then 10mg po daily x 5 day |
| Use Last | Date 4/8/05 | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

| NAME: | Roberts, Perron | DIAGNOSIS (If Chg'd) |
|---|---|---|
| | 159116 | Prednisone 10 mg po BID |
| D.O.B. 6/20/1964 | | X 7 day |
| | | Folic Acid 1mg po daily — 90 day |
| ALLERGIES: | | See her 1 week |
| | ASA | Appt Dr Vakes — 4 weeks |
| Use Fourth | Date 3/24/05 | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

| NAME: | Roberts, Perron | DIAGNOSIS (If Chg'd) |
|---|---|---|
| | 159116 | CBC comp P-12, Sed rate |
| D.O.B. 6/20/1964 | | Folic Acid po daily — 90 day |
| ALLERGIES: ASA | | for MH Referral Depression |
| Use Third | Date 3/21/05 | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

| NAME: | Roberts, Perron | DIAGNOSIS (If Chg'd) RA |
|---|---|---|
| | 159116 | 1) Zantac 300 po BID — 90 day |
| D.O.B. 6/20/1964 | | 2) Motrin 600 po BID — 90 day |
| | | 3) Tylenol 325 II po BID — 90 day |
| ALLERGIES: ASA | | 4) Ultrasound R breast |
| Use Second | Date 3/21/05 | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

| NAME: | Roberts, Perron | DIAGNOSIS RA |
|---|---|---|
| | 159116 | 1) Discontinue Azulfadine |
| D.O.B. 6/20/1964 | | 2) Discontinue Plaquenil |
| ALLERGIES ASA | | 3) ARAVA 20mg T po daily — 90 |
| Use First | Date 3/21/05 | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

**MEDICAL RECORDS COPY**

60110 (4/03)



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PHYSICIANS' ORDERS

| NAME: | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B.    /    / | |
| ALLERGIES: | |
| Use Last    Date    /    / | ☐ GENERIC SUBSTITUTION IS <u>NOT</u> PERMITTED |

| NAME: | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B.    /    / | |
| ALLERGIES: | |
| Use Fourth    Date    /    / | ☐ GENERIC SUBSTITUTION IS <u>NOT</u> PERMITTED |

| NAME: Roberts, Perrion  159116 | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B. 6 120 1 64 | Reduce ___ 2 weeks |
| ALLERGIES: ASA | ___ po TID – 90 Day |
| | Snack ___ |
| | Continue Indocin 50 mg po TID |
| Use Third    Date 3 1 05 | x 90 Day |
| | ☐ GENERIC SUBSTITUTION IS <u>NOT</u> PERMITTED |

| NAME: Roberts, Perrion  159116 | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B. 6 120 1 64 | Change Indocin to BID – 30 Day (50 mg) |
| ALLERGIES: ASA | Pt Asprevil 100 mg po bid – 90 day |
| Use Second    Date 2 17 05 | ☐ GENERIC SUBSTITUTION IS <u>NOT</u> PERMITTED |

| NAME: Roberts Perrion  159116 | DIAGNOSIS |
|---|---|
| D.O.B. 6 1201 64 | ① Appt in 3wk |
| ALLERGIES: ASA, Naprosyn → Nausea | ② D/C Prednisone |
| | ② Prednisone 20 mg PO TID |
| | ③ D/C Motrin |
| Use First    Date 2 2 06 | ④ Start Indocin 50 mg PO TID x |
| | ☐ GENERIC SUBSTITUTION IS <u>NOT</u> PERMITTED |



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PHYSICIANS' ORDERS

| | |
|---|---|
| NAME: Roberts, Perrion 159116 | **DIAGNOSIS (If Chg'd)** |
| D.O.B. 6 20 64 | ① Medrol dose pack _[illegible]_ |
| ALLERGIES: | ② Prednisone 20mg po _[illegible]_ |
| Use Last    Date 1 27 05 | ③ Zantac 150 _[illegible]_ |
| | ☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED |

| | |
|---|---|
| NAME: Roberts, Perrion 159116 | **DIAGNOSIS (If Chg'd)** |
| D.O.B. 6 20 64 | ① Tylenol T# 3 24 (3) po TID x 30 day |
| ALLERGIES: | ② _[illegible]_ motrin to 600mg T(D) x 30 day |
| In Fourth    Date 1 27 05 | ③ Cold slip to come to pill line _[illegible]_ |
| | ☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED |

| | |
|---|---|
| NAME: Roberts, Perrion 159116 | **DIAGNOSIS (If Chg'd)** |
| D.O.B. 6 20 64 | Motrin 600mg po BID x 30 days |
| ALLERGIES: multiple | |
| Use Third    Date 1 25 05 | V/O Dr. _[illegible]_ |
| | ☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED |

| | |
|---|---|
| NAME: Roberts, Perrion 159116 | **DIAGNOSIS (If Chg'd)** |
| D.O.B. 6 20 64 | ① CBC Sed rate |
| ALLERGIES: multiple | ② Appt rheumatology |
| Use Second    Date 1 16 05 | ③ Benadryl 50 mg hs x 4 days |
| | ☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED |

| | |
|---|---|
| NAME: Roberts, Perrion 159116 | **DIAGNOSIS** |
| D.O.B. 6 20 64 | Azulfidine (Sulfasalazine) 500 mg |
| ALLERGIES: _[illegible]_ | ① po BID x 90 days |
| Use First    Date 12 28 04 | Give ① _[illegible]_ po BID until Azulfidine arrives - then D/C recheck 2 weeks |
| | ☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED |

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTOCOPIED

60110 (4/03)          **MEDICAL RECORDS COPY**          PHS0073



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PHYSICIANS' ORDERS

---

NAME: Roberts, Perron
159116

D.O.B. 6/20/66
ALLERGIES: multiple

Use Last    Date 12/14/04

DIAGNOSIS (If Chg'd)    (5) Am Snack - 30 days
1) Sulfa Salazine (Azulfidine)
   500 mg ↑ po Daily - 90 days
2) Cancel Aspirin
3) Recheck 2 weeks — CBC in 2 wks
4) Keflex 500 po BID - 14 days    12/14/04
☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: Roberts, Perron
159116

D.O.B. 6/20/66
ALLERGIES: multiple

Use Fourth    Date 11/6/04

DIAGNOSIS (If Chg'd)
Cancel Naprosyn
Enteric Coated Aspirin
325 mg ↑↑ po BID x 30 days
See me 2 weeks
☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: Roberts, Perron
159116

D.O.B. 6/20/66
ALLERGIES: multiple

Use Third    Date 11/4/04

DIAGNOSIS (If Chg'd)
1) Stop

FOR PROFESSIONAL
CONFIDENTIAL USE ONLY
RECORD
NOT TO BE PHOTOCOPIED

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: Roberts, Perron
159116

D.O.B. 6/20/66
ALLERGIES:

Use Second    Date 10/26/04

DIAGNOSIS (If Chg'd)
Indocin 25 po BID x 14 days

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: Roberts, Perrion
159116

D.O.B. 6/20/04
ALLERGIES: Mutiple

Use First    Date 10/15/04

DIAGNOSIS
D/C Naprosyn
Tylenol 325mg ↑↑ po bid x 180 days

V/O Dr Englehardt / CB
☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

60110 (4/03)    **MEDICAL RECORDS COPY**    PHS0074



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PHYSICIANS' ORDERS

---

**NAME:** Roberts, Perrion
159116

**D.O.B.** 6 20 69

**ALLERGIES:** multiple

**Use Last**    **Date** 10 5 04

**DIAGNOSIS (If Chg'd)** _illegible_
__-12   CBC Sd rate
Zantac 150 po BID - 90 days
Increase methotrexate to 2.5 mg IV
weekly - 90 days
_illegible_

☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED

---

**NAME:** Roberts Perrion
159116          10/3/04
N Wilfully

**D.O.B.** 6 120 69

**ALLERGIES:** multiple

**Use Fourth**    **Date** 10 2 2004

**DIAGNOSIS (If Chg'd)**
At D out rest 1 tube - _illegible_
B Shoulder sling PRN x 30 Days
                                10/3
F/u or improved / _illegible_

☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED

---

**NAME:** Roberts Perrion
159116              C. Hanye
9/24/04

**D.O.B.** 6 120 64

**ALLERGIES:**

**Use Third**    **Date** 9 24 04

**DIAGNOSIS (If Chg'd)** _CONFIDENTIAL RECORD_
+ Tumor Ti BID x 60 days to
F/O Dr Eng/John SA

☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED

---

**NAME:** Roberts, Perrion
159116

**D.O.B.** 6 120 64

**ALLERGIES:** Naprosyn

**Use Second**    **Date** 9 7 04

**DIAGNOSIS (If Chg'd)**
② Naprosyn 375 ī po BID - 60 Days
① Complete met profile, CBC + Sed rate
   (04 8827)      + Thyroid profile
③ Recheck 4 weeks

☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED

---

**NAME:** Roberts, Perrion
159116

**D.O.B.** 6 120 64

**ALLERGIES:** Naprosyn

**Use First**    **Date** 9 7 04

**DIAGNOSIS**
① Prednisone 10 mg po BID x 5 day
Then 5mg po BID - x 5 day
=
Then 5mg qd x 5 days - Then D/c

☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED

---

MEDICAL RECORDS COPY

60110 (4/03)

PHS0075



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PHYSICIANS' ORDERS

| NAME: | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B.    /    / | |
| ALLERGIES: | |
| Use Last    Date    /    / | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

| NAME: | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B.    /    / | |
| ALLERGIES: | |
| Use Fourth    Date    /    / | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

| NAME: Roberts, Perrion 159116  8/25/04 RWilbanks fmr | DIAGNOSIS (If Chg'd)  ① Tylenol ... 11 po Bid X 30 days. ② Clotrimazole ... vaginal cream 2% insert vaginally X 7 nights NC Dr Engelhardt / Knudson |
|---|---|
| D.O.B. 6/29/64 | |
| ALLERGIES: naprosyn | |
| Use Third    Date 8/24/04 | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED    8/25 |

| NAME: Robats, Perrion 159116  Noted 8/15/04 10:02AM RNurse | DIAGNOSIS (If Chg'd)  Motrin 600mg bid X 5 days. VO Dr Engelhardt / C. Dillard LPN |
|---|---|
| D.O.B. 6/29/64 | |
| ALLERGIES: Naprosyn | |
| Use Second    Date 8/13/04 | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED    8/15 |

| NAME: Robert B. Pearson 159116  Noted 8/6 10:00AM RNurse | DIAGNOSIS  ④ Recheck 4 weeks  ① Methotrexate 2.5 mg III tabs po weekly X 90 days  ② Triluctate Cream (#1) — 30 day - KOP  ③ Surfak 240 I po prn - 90 days |
|---|---|
| D.O.B. 6/20/64 | |
| ALLERGIES: Naproxyn | |
| First    Date 8/6/04 | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

(4/03)    **MEDICAL RECORDS COPY**    PHS0076



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PHYSICIANS' ORDERS

NAME: Roberts Perrin
159116

D.O.B. 6|22|04
ALLERGIES: naprosyn

Use Last     Date 6|14|

DIAGNOSIS (If Chg'd)
DC CCC HTN
Dosn't have HTN B/P 129/68

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: Roberts, Perrin
159116

D.O.B. 6 22 04
ALLERGIES: naprosyn

Use Fourth     Date 8|11|04

DIAGNOSIS (If Chg'd)
① Flagyl 500 mg T PO BID X 10 days
FOR PROFESSIONAL USE
CONFIDENTIAL
NOT TO BE PHOTOGRAPHED/COPIED

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: Roberts, perrion
159116

D.O.B. 6 22 04
ALLERGIES: naprosyn

Use Third     Date 8|7|04

DIAGNOSIS (If Chg'd)

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: Roberts, Perrion
159116

D.O.B. 6 20 64
ALLERGIES: Naprosyn, Motrin ASA

Use Second     Date 8|3|04

DIAGNOSIS (If Chg'd)
Tylenol 325 mg tabs II po BID X 30 days prn

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: Roberts Perrion
159116

D.O.B. 6 20 64
ALLERGIES: Anceds

Use First     Date 8 12 04

DIAGNOSIS
Percogesic I BID X 30 Days

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

MEDICAL RECORDS COPY

PHS0077

60110 (4/03)



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PHYSICIANS' ORDERS

| NAME: Perrion, Roberts 159116 | DIAGNOSIS (If Chg'd) |
| --- | --- |
| | Monista-7 Suppository en ā day |
| D.O.B. 6 20 16 4 | x 7 day |
| ALLERGIES: ASA, Motrin Naprosyn | V.O. Jun Dr Eyronds / JGm |
| Use Last    Date 7/11/04 | ☐ GENERIC SUBSTITUTION IS <u>NOT</u> PERMITTED    SH 7/3 |

| NAME: Roberts, Perrion 159116 | DIAGNOSIS (If Chg'd) |
| --- | --- |
| | Prednisone 20 mg po bid x 7 days |
| D.O.B.  /  / | Then 10 mg po BID - 7 days |
| ALLERGIES: Motrin, Naprosyn | Then 10 mg po daily - 7 days |
| | See pt in 3 weeks |
| Use Fourth    Date 7/8/04 | ☐ GENERIC SUBSTITUTION IS <u>NOT</u> PERMITTED    SH |

| NAME: | DIAGNOSIS (If Chg'd) |
| --- | --- |
| D.O.B.  /  / | FOR PROFESSIONAL USE ONLY CONFIDENTIAL RECORD NOT TO BE PHOTOCOPIED |
| ALLERGIES: | |
| Use Third    Date  /  / | ☐ GENERIC SUBSTITUTION IS <u>NOT</u> PERMITTED |

| NAME: Roberts, Perrion 159116 | DIAGNOSIS (If Chg'd) |
| --- | --- |
| 6/11/04 Wilbrook | 1. Baclofen 10 mg PO Bid |
| D.O.B. 6 20 16 4 | x 30 days |
| ALLERGIES: Motrin, Naprosyn ASA | 2. Percogesic ii PO Bid |
| | x 30 days    SH |
| Use Second    Date 6 V 6 04 | ☐ GENERIC SUBSTITUTION IS <u>NOT</u> PERMITTED |

| NAME: Roberts, Perrion 159116 | DIAGNOSIS |
| --- | --- |
| | Tylenol 325 mg ii PO Bid x 30 day |
| D.O.B. 6 20 16 4    6/3/04 Wilbrook | Mytabs 80 mg ii PO Bid x 30 day |
| ALLERGIES: ANeeds | |
| Use First    Date 6 3 04 | ☐ GENERIC SUBSTITUTION IS <u>NOT</u> PERMITTED    SH 6/3 |

MEDICAL RECORDS COPY    PHS0078

60110 (4/03)



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

### PHYSICIANS' ORDERS

NAME: Roberts Perrion
159116

D.O.B.   /   /
ALLERGIES:

Use Last    Date 6/10/04

DIAGNOSIS (If Chg'd)

*prople*

☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED

---

NAME: Roberts Perrion
159116

D.O.B. 6/20/64
ALLERGIES: motrin. ASA

Use Fourth    Date 5/18/04

DIAGNOSIS (If Chg'd)    noted 5/18 @ 12:45pm DStanfield

Indocin 25 mg ┬ po BID

X 90 day

FOR PROFESSIONAL
CONFIDENTIAL USE ONLY
NOTTO BE PHOTOCOPIED
☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED

---

NAME: Roberts   Perrion
159116

D.O.B. 6/20/64
ALLERGIES:

Use Third    Date 4/29/04

DIAGNOSIS (If Chg'd)

continue    gert

recheck   2 weeks

☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED

---

NAME: Roberts Perrion
159116

D.O.B. 6/20/64
ALLERGIES: motrin, naprosyn
ASA

Use Second    Date 4/27/2004

DIAGNOSIS (If Chg'd)    noted 4/28 @ 11:50am DFGoVA

Zantac 150 mg BID x 180 Days

4/28

☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED

---

NAME: Roberts Perrion
159116

D.O.B. 6/20/64    4/27/04 will walk
nw   ASA
ALLERGIES: Motrin, Naprosyn

Use First    Date 4/22/04

DIAGNOSIS

Flagyl 500mg ┬ po BID X 10 days

Baclofen 20 mg po BID - 30 Days

Tylenol 325 ┬ po BID - 30 day

Request Records - at Trinity

☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED

---

**MEDICAL RECORDS COPY**                    PHS0079



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PROGRESS NOTES

| Date/Time | Inmate's Name: Roberta Berson | D.O.B.: / / |
|-----------|-------------------------------|-------------|

1/28/06    Pt referred because of 2 periods
in Jan - 1st & 17th - each lasting 5 days
First such occurrence in months

O - Cx clear
uterus 8 wks size - small fundal
myoma - about the same as exam
in 8/05 -

A = no Rx small fibroids

P: mens calendar -
N'tify me if DUB - + will
use cyclic provera if
heavy so

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTOCOPIED



**PRISON HEALTH SERVICES INCORPORATED**

## PROGRESS NOTES

| Date/Time | Inmate's Name: Robert, Perrion | D.O.B.: 6/20/64 |
|---|---|---|

**10/10/05**
**11 30 AM**

VS SATS 972-84-18 - 13 4/82 - wt - 170

Labs done last month due this month

PT c/o usual joint pain & discomfort. Has been on multiple meds & followed by Dr Jake Rheumatology. Pt states she has received her medications & pleased, but wants them KOP. KOP Program explained to pt. Pt seems to be eligible for KOP. Medications need reordering for KOP. Pain tolerable but (R) elbow - chronic irritation / inflammation. ROM exercises emphasized.

AFEB VSS
HEENT c/o

Lungs : CTA (B)
CV : RRR
abd : ⊖
ext : (R) elbow ↓ ROM extension to 150° then pain full, mild effusion ⊖ erythema

A: severe Rheumatoid arthritis c joint edema

P: cont meds as ordered, Plaquenil, Arava, Coumadin
     Azulfidine
   ✓ Labs
   Add Analgesic

**10/31/05**

98⁸ - 76 - 20    110/80    O₂ 98%    wt 172

Flu - pt does better (ie no bleeding) if she is not on OCP!

No Sxtm
See Nutrition

PHS0081

| Date/Time | Inmate's Name: | Roberts Perrion | D.O.B.: 6/20/64 |
|-----------|---------------|-----------------|------------------|

5/12/05   168, 128/82, 98.5, 88, 20

Plu - Pt c̄ R.A. - doing pretty well actually - low energy level & recent swelling & soreness ® knee. No hea—

We are following Dr. Jakes' recommenda-tions - Elbows & wrists = comfortable

O: ® knee slightly swollen c̄ erythema ↑ heat. Good ROM

A: RA

P: Labs in 1 wk as per Dr Jakes

continue visit c̄ PCP

Add Prednisone 2.5 m

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTOCOPIED

8-5-05   95.0 72 16  130/80

Pt reports out of medication __ days. Arava plaquini

uses spotting since 24th

Pt reports non active ankles and elbows. surgery on both elbows 2° RA.

→ GYN note: Pt had vmp 7/24 → still spotting c̄ a 5-day period. Her oral contraceptives were not provided in July - Pt due for Pap.

O: External genitalia, vag, cvx = normal. DNK ____ discharge. Uterus slightly enlarged (6 wks size). No adnexal mass

A: Dysfunctional bleeding - small ___ uterus

P: Pt has resumed OCP (Necon) -

Pap done



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PROGRESS NOTES

| Date/Time | Inmate's Name: Roberts, Perrion | D.O.B.: 6 120 164 |
|---|---|---|

3.8.05  174, 98.4 114/72, 18, 77

Pt saw Dr Jakes, rheumatologist, today.

I cannot read his writing. She was
given an injection in ® shoulder & ®
elbow — (?) steroid —

I have written Dr Jakes for further
information — & will see pt next week

*[signature]*

3/8/05  Addendum —
Phone call to Dr. Jakes'
office — she will send his dictated notes
for me

*[signature]*

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORDS
NOT TO BE PHOTOCOPIED

3/21/05  note: Have reviewed Dr Jakes' typed
notes; & written orders for ARAVA; &
D/C Plaquenil & azulfidine =

also- needs U/S ® breast
Labs ordered
MH referral i depression

*[signature]*



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## PROGRESS NOTES

| Date/Time | Inmate's Name: Roberts, Vernon | D.O.B.: / / |
|---|---|---|

2/17/05

Note: Have added Plaquenil 200 bid
to A regimen

_signature_

3.1.05   98.0  176, 138/96  78, 16

flu - pt c rheumatoid arthritis; c/o pain
A hand + both elbows; L > R -
    She was begun on plaquenil 2 weeks ago,
in addition to Indocin, methotrexate, +
azulfadine -
    Pt is a little

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTOCOPIED

O: There is no erythema + warm heat in
joints in question

Sed rate normal
in JAN

A: RA - severe

P: awaiting Rheumatology appt
continue meds
snack c meds

_signature_

PHS0084

| Date/Time | Inmate's Name: Roberts | D.O.B.: / / |
|---|---|---|

12.28.04  118/82, 96, 98.3 20

11:30 PM  S: Pt c̄ severe rheumatoid arthritis; f/u — d
find her Azulfidine haven arrived —
She c/o pain — no new c/o

O: no new findings

A: Rheumatoid arthritis

P: Reordered Azulfidine

See 2 wks

*(signature)*

1/27/05  VS — 98.4  86  20  118/76
5P  ⑤ Pt c̄ severe arthritis (12 yrs) present c/o
pain in wrist + hands. Also c/o ⓡ knee
Pt c/o starting deformity of R hand

Ⓞ alert in mod. pain
LROM ⓛ wrist + fingers
tender ⓡ knee.
Tender L + R Elbow.

A/P ⓡ Rheumatoid arthritis c̄ exacerbation
— See orders

*(signature)*

2/2/05  ⑤ f/u for arthritis pain in ⓡ wrist + hands
Also c/o pain in ⓛ elbow

Ⓞ Chst NAD.
tender ⓡ elbow. tender ⓡ wrist c̄ LROM

A/P — Rheumatoid Arthritis — sl improved
only
to Rheumatologist

*(signature)*

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTOCOPIED



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## PROGRESS NOTES

| Date/Time | Inmate's Name: Roberts | D.O.B.: / / |
|-----------|------------------------|-------------|

11.16. 04

Dr Pudrbick's note received

P: Stop naproxyN
use EC ASA - II BD
See pt 2 wks
continue methotrexate

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTOCOPIED

60111 (5/85)                    **Complete Both Sides Before Using Another Sheet**                    **PHS0086**



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PROGRESS NOTES

| Date/Time | Inmate's Name: Roberts, Person | D.O.B.: / / |
|-----------|-------------------------------|-------------|

10/5/04   ↑ pain — Rheu. arthritis pt
ē Near Frozen (R) elbow — ⊕ nausea

O: Some ↑ heat in wrists, elbows —

A: Rheu. arthritis

P: CBC, cmp 12, ↑ methotrexate
to 10 mg/wk — Zantac
arthr consult —

11-30-04   — no indigestion —

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTOCOPIED

Has appt ē orthopedist

O: M Exam

A = 6SR 1)
Rheu. arthritis

20/30 = OD
20/25 = OS

P: Dr Pinchback to see pt Next week
Stop Indocin
Continue methotrexate
Labs all noted



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PROGRESS NOTES

| Date/Time | Inmate's Name: Roberts Perison | D.O.B.: 6/20/64 |
|---|---|---|

6-2-04 1130p  Screened for sick call ————————— Steinrigt

6/10/4  112, 99.1, 140/80

      S = leg + ankles hurt

      H known rheumatoid arthritis

      Very difficult time tolerating Prednisone in past

      O = Slight heat [FOR PROFESSIONAL USE ONLY / CONFIDENTIAL RECORD / NOT TO BE PHOTOCOPIED] joints

      A = RA

      P = LAy in 2 hours flu + Pry
      Continue Lidocin + Tylenol

                     [signature]

7/8/04  12²⁰pm.  Seen @ sick call ————— L. Duncan

7/08/04  98° - 90-18- 118/76

S/O  c/o pain again in joints - esp ® wrist
      + elbow + L knee - These joints are
      swollen + warm

      A = RA - "flares"

**PHS0088**

      P = 3 wks of Tapering Prednisone - + recheck
      Then - might consider methotrexate
      (she never took That)

                     [signature]

(5/85)

**Complete Both Sides Before Using Another Sheet**



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PROGRESS NOTES

| Date/Time | Inmate's Name: Roberts, Parrion  159116 | D.O.B.: 06 / 20 /66 |
|---|---|---|

**05/3/04** 978 - 98 - 20 - 118/82

S: my knee gone out last week

O: No change in Exam

A = rheumatoid arthritis

P: Pt has appt = orthopedic

profile extended

*[signature]*

5-18-04  Note:

Ortho rec: ~~FOR PROFESSIONAL USE ONLY CONFIDENTIAL RECORD NOT TO BE PHOTOCOPIED~~ R.O.M. Exercises;

and celebrex —

Will use Indocin  *[signature]*

**5/30/04** Seen @ Sick call Seering.  *[signature]*

**6/16/04** 12⁴⁵ pm  Seen @ sick call.  *[signature]*

**6/21/04** 11⁴⁰  Seen @ sick call  *[signature]*

**Complete Both Sides Before Using Another Sheet**
PHS0089



**PRISON
HEALTH
SERVICES
INCORPORATED**

## PROGRESS NOTES

| Date/Time | Inmate's Name: Roberts Perrion 159116 B    D.O.B.: 6/20/64 |
|---|---|

**4-22-04**

S: New Arrival Exam

O: See PE (UA     return) 8-10 weeks

A: HTN

Rheumatoid Arthritis

Trich Vaginitis, ? Leiomyoma

P: 1 gr salt

Flagyl 500 BID X 10 days

Consult Dr. Englehardt

Np Back exam, Ty Level

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTOCOPIED

---

**4/29/04**   Pt c̄ severe Rheumatoid Arthritis

presents; records reviewed - s/p

surgery (R) elbow 5 weeks ago.

Pt states she had bright red

rectal bleeding last month in Huntsville

shortly p̄ starting Motrin; but NO melena -

She takes Celebrex !! States Prednisone

causes nausea (Not so stated in her

records) - Has had plaquenil and

gold injections -

O: fresh scar (R) elbow. No ↑ heat or

evidence of effusion in any Joint

A: Rheum. Arthritis -

No Motrin allergy