

**PRISON HEALTH SERVICES, INCORPORATED**

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: _Perrion Roberts_     Date of Request: _2-1-06_
ID # _15911 6_     Date of Birth: _6-20-64_ Location: _17_
Nature of problem or request: _I bumped my knee yesterday_
_it is swollen and I'm in pain. My Elbow is_
_in excruciating pain_

Signature _[signature]_

### DO NOT WRITE BELOW THIS LINE

Date: _2 2 06_
Time: _0620_ (AM) PM
Allergies: _Naproxin Motrin_
_ASA_

| RECEIVED |
|---|
| Date: |
| Time: |
| Receiving Nurse Intials _____ |

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTOCOPIED

(S)ubjective: _See Nx_

(O)bjective (V/S): T: _____ P: _____ R: _____ BP: _____ WT: _114_

(A)ssessment:

(P)lan: _CC CRNP_

Refer to: (MD/PA) Mental Health   Dental   Daily Treatment      Return to Clinic PRN
CIRCLE ONE
Check One:  ROUTINE (X)   EMERGENCY ( )
If Emergency was PHS supervisor notified: Yes ( )  No ( )
Was MD/PA on call notified:

_[signature]_ RECEIVED FEB 2006
SIGNATURE AND TITLE

WHITE:   INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT     **PHS0091**

GLF-1002   (1/4)



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: _Perrion Roberts_    Date of Request: _1-12-06_
ID # _159111_    Date of Birth: _6-20-69_ Location: _12_
Nature of problem or request: _I have not used the bathroom (Bm)_
_in 4 days. I can not take Laxitives I have an eating_
_disorder, I have taken Metamucil and it works_
_really good for me._

_____
Signature

### DO NOT WRITE BELOW THIS LINE

Date: ___/___/___
Time: _____ AM  PM
Allergies: _____

RECEIVED
Date: _____
Time: _____
Receiving Nurse Initials _____

RECEIVED
JAN 12 2006

**(S)ubjective:**

**(O)bjective    (V/S):**  T: _____    P: _____    R: _____    BP: _____    WT: _____

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTOCOPIED

**(A)ssessment:**

**(P)lan:**

Refer to:    MD/PA    Mental Health    Dental    Daily Treatment    Return to Clinic PRN
CIRCLE ONE
Check One:  ROUTINE ( )    EMERGENCY ( )
If Emergency was PHS supervisor notified:    Yes ( )    No ( )
Was MD/PA on call notified:    Yes ( )    No ( )

_____
SIGNATURE AND TITLE

WHITE:    INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

PHS0092



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: *Perrion Roberts*   Date of Request: *1-12-06*
ID # *159116*   Date of Birth: *6-20-64*   Location: *12*
Nature of problem or request: *Request to see Dr. Williams about my medication and about my follow-up with the out side specialist. I was told that I was on Dr. Williams list a week ago, I am still waiting I have not use the bathroom in 4 days (BM)*

*P.R.*
Signature

### DO NOT WRITE BELOW THIS LINE

Date: *1/13/06*
Time: *8:15* (AM) PM
Allergies: *Naprosyn, ASA*

RECEIVED
Date:
Time:
Receiving Nurse Initials

RECEIVED
JAN 12 2006

(S)ubjective: *scenot tools ... sick call no net tool @ ... no net tool for construction in not tool ...*

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTOCOPIED

(O)bjective   (V/S): T: *98.3*   P: *72*   R: *20*   BP: *110/72*   WT: *155*

(A)ssessment:

(P)lan:

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment   Return to Clinic PRN
CIRCLE ONE
Check One:   ROUTINE ( )   EMERGENCY ( )
If Emergency was PHS supervisor notified:   Yes ( )   No ( )
Was MD/PA on call notified:   Yes ( )   No ( )

SIGNATURE AND TITLE

WHITE:   INMATES MEDICAL FILE
YELLOW:   INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

**PHS0093**

GLF 1003   (1/1)



# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST



received
12-26-05

Print Name: _Perrion Roberts_     Date of Request: _12-26-05_
ID # _159116_     Date of Birth: _6-20-64_ Location: _12_
Nature of problem or request: _I need gold slip treatment or some_
_Acide on my foot. Tried everything else nothing is_
_workk_

Signature

### DO NOT WRITE BELOW THIS LINE

Date: _12/27/05_
Time: _10:35_ AM PM
Allergies: _Naprosyn, Motrin, ASA_

| RECEIVED |
|---|
| Date: |
| Time: |
| Receiving Nurse Intials _____ |

(S)ubjective: _C/o corns on both feet_

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTOCOPIED

(O)bjective   (V/S): T: _____   P: _____   R: _____   BP: _____   WT: _____

(A)ssessment:

(P)lan: _Goldslip treatment for sou Salicylic acid_
_on Both feet awaiting MD Signature_

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment   Return to Clinic PRN
### CIRCLE ONE
Check One:   ROUTINE ( ✓ )   EMERGENCY ( )
If Emergency was PHS supervisor notified:   Yes ( )   No ( )
Was MD/PA on call notified:   Yes ( )   No ( )

_M. Johnson, LPN_
SIGNATURE AND TITLE



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: _PERRION Roberts_     Date of Request: _12-18-05_

ID # _159116_     Date of Birth: _6-20-64_  Location: _12_

Nature of problem or request: _I am in need of seeing my_
_counslor I have been having severe mantic episodes_

_Signature_

## DO NOT WRITE BELOW THIS LINE

Date: _12/20/05_
Time: _4:05-4:50_  AM **PM**
Allergies: _____

┌─────────────────────────────────┐
│         RECEIVED                 │
│  Date: _____                   │
│  Time: _____                   │
│  Receiving Nurse Intials _____   │
└─────────────────────────────────┘

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTOCOPIED

**(S)ubjective:**

**(O)bjective**  **(V/S): T:** _____  **P:** _____  **R:** _____  **BP:** _____  **WT:** _____

**(A)ssessment:**

**(P)lan:** _Inmate felt better after session Inmate said_
_she would put in another request for counseling should_
_she feel the need._

Refer to: MD/PA   Mental Health   Dental   Daily Treatment      Return to Clinic PRN
**CIRCLE ONE**

Check One:  ROUTINE ( )     EMERGENCY ( )

If Emergency was PHS supervisor notified:     Yes ( )     No ( )

Was MD/PA on call notified:     Yes ( )     No ( )

RECEIVED DEC 1 9 2005

_Dorothy Montgomery, MS_  Psych ASSC
**SIGNATURE AND TITLE**  II

WHITE:   INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT     **PHS0095**

GLF-1002  (1/4)



*Mental Health*

**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

received
12-12-05

Print Name: _Perrion Roberts_     Date of Request: _12-11-05_
ID # _159116_     Date of Birth: _6-20-64_ Location: _12_
Nature of problem or request: _I am stress and having a serious episode_

Signature

## DO NOT WRITE BELOW THIS LINE

Date: _12/13/05_
Time: _6.0_     AM PM
Allergies: _____

```
RECEIVED
Date:
Time:
Receiving Nurse Intials  A
```

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTOCOPIED

**(S)ubjective:**

**(O)bjective**     (V/S): T: _98'_     P: _76_     R: _20_     BP: _120/72_     WT:

**(A)ssessment:**

**(P)lan:**

Refer to:    MD/PA    Mental Health    Dental    Daily Treatment        Return to Clinic PRN
CIRCLE ONE
Check One:   ROUTINE ( )    EMERGENCY ( )
If Emergency was PHS supervisor notified:    Yes ( )    No ( )
Was MD/PA on call notified?    Yes ( )    No ( )

_SIGNATURE AND TITLE_

WHITE:    INMATES MEDICAL FILE
YELLOW:   INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT        **PHS0096**
GLF-1002  (1/4)



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: _Perrion Roberts_     Date of Request: _11-27-05_
ID # _159116_     Date of Birth: _6-20-64_ Location: _12_
Nature of problem or request: _I have a really bad insect bite_

_____

_____

_____

_Signature_

**DO NOT WRITE BELOW THIS LINE**

_____

Date: ___/___/___
Time: _____ AM  PM
Allergies: _____

RECEIVED
Date: NOV 2 7 2005
Time:
Receiving Nurse Initials _____

**(S)ubjective:**

NO SHOW

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTOCOPIED

**(O)bjective   (V/S): T:** _____ **P:** _____ **R:** _____ **BP:** _____ **WT:** _____

**(A)ssessment:**

**(P)lan:**

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment   Return to Clinic PRN
CIRCLE ONE
Check One:   ROUTINE ( )   EMERGENCY ( )
If Emergency was PHS supervisor notified:   Yes ( )   No ( )
Was MD/PA on call notified:   Yes ( )   No ( )

_____
*SIGNATURE AND TITLE*

WHITE:   INMATES MEDICAL FILE
YELLOW:   INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT     **PHS0097**

GLF-1002  (1/4)



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: _Perrion Roberts_    Date of Request: _10-25-05_
ID # _159116_    Date of Birth: _6-20-64_ Location: _12_
Nature of problem or request: _I am having severe pain in my joints and stiffness. My Arthritis medicine is out going on 4 days. Nurse order meds 3 to 4 weeks ago. Dr. Williams order it 2 weeks ago and still I have not received my medicine_
_____ Signature

**DO NOT WRITE BELOW THIS LINE**

Date: _10/26/05_
Time: _8:20_ AM PM
Allergies: _Naprosyn, NSAID, motrin_

> **RECEIVED**
> Date:
> Time:
> Receiving Nurse Intials _____

**(S)ubjective:** _meds need reordering_

**(O)bjective (V/S): T:____    P:____    R:____    WT:____**

_FOR PROFESSIONAL USE ONLY_
_CONFIDENTIAL RECORD_
_NOT TO BE PHOTOCOPIED_

**)ssessment:**

**RECEIVED**
**OCT 2 5 2005**

n: _meds reordered awaiting MD signature for approval_

o:   MD/PA   Mental Health   Dental   Daily Treatment   (Return to Clinic PRN)
CIRCLE ONE
ne:  ROUTINE (✓)   EMERGENCY ( )
Emergency was PHS supervisor notified:   Yes ( )   No ( )
Was MD/PA on call notified:   Yes ( )   No ( )

_M. Pelinar LPN_
**SIGNATURE AND TITLE**

NMATES MEDICAL FILE
IMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

(1/4)

PHS0098



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: _Perrun Roberts_    Date of Request: _10-3-05_
ID # _159116_    Date of Birth: _6-20-64_ Location: _12_
Nature of problem or request: _I have coins on both feet And I cant wear any shoes and they hurt really bad._

Signature

### DO NOT WRITE BELOW THIS LINE

Date: _10/5/05_
Time: _8:20_ AM PM
Allergies: _Naprosyn, Motrin, ASA_

RECEIVED
OCT 4 2005
Receiving Nurse Initials

**(S)ubjective:** _C/o corns on both feet_

PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTOCOPIED

**(O)bjective** (V/S): T: _98?_  P: _78_  R: _18_  BP: _124/72_  WT:

L little toe and R two smallest toes noted corns

**(A)ssessment:** _Alteration in comfort. Rt foot discomfort_

**(P)lan:** _metaplest treatment to corns MW-F x 14 days_

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment   (Return to Clinic PRN)
CIRCLE ONE
Check One:   ROUTINE ( )   EMERGENCY ( )
If Emergency was PHS supervisor notified:   Yes ( )   No ( )
Was MD/PA on call notified:   Yes ( )   No ( )

_M. Robinson LPN_
SIGNATURE AND TITLE

WHITE:   INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT    **PHS0099**
GLF-1002   (1/4)



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: _Perrion Roberts_     Date of Request: _9-25-05_

ID # _159116_     Date of Birth: _6-20-64_ Location: _12_

Nature of problem or request: _I saw the outside Doctor on 9-22-05 And I have not been called to health care to talk about the medication that I was prescribe and the treatments that I need. The outside Doctor stated that my condition is getting worse. I need to know what health care plein ___ Signature to do about my condition and treatments_

**DO NOT WRITE BELOW THIS LINE**

Date: _9/27/05_

Time: _____ AM  PM

Allergies: _Naprosyn, motrin, ASA_

| RECEIVED |
| --- |
| Date: |
| Time: |
| Receiving Nurse Intials _____ |

**(S)ubjective:** _C/o wanting to see MD_

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTOCOPIED

**(O)bjective**   (V/S):   T: _____   P: _____   R: _____   BP: _____   WT: _____

**(A)ssessment:** _Alteration in comfort R/T health care concerns_

**(P)lan:** _MD list_

Refer to ( MD/PA )   Mental Health   Dental   Daily Treatment     Return to Clinic PRN

CIRCLE ONE

Check One:   ROUTINE ( ✓ )    EMERGENCY ( )

    If Emergency was PHS supervisor notified:   Yes ( )    No ( )

    Was MD/PA on call notified:   Yes ( )    No ( )

RECEIVED
SEP 26 2005

_M. Robinson, LPN_
SIGNATURE AND TITLE

WHITE:    INMATES MEDICAL FILE

YELLOW:   INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

PHS0100

GLF-1002  (1/4)



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: _Perrion Roberts_    Date of Request: _9 - 23 - 05_
ID # _159116_    Date of Birth: _6-20-64_ Location: _12_
Nature of problem or request: _I need my birth control P.ll_
_its going on 2 months without it_
_A + D Ointment_

_Signature_

## DO NOT WRITE BELOW THIS LINE

Date: _9/24/05_
Time: _115_ AM PM
Allergies: _ASA Neprosyn_

**RECEIVED**
Date _____
Time _____
Receiving Nurse Initials _____

RECEIVED
SEP 2 4 2005

**(S)ubjective:**

**(O)bjective** (V/S): T: _____ P: _____ R: _____ BP: _____ WT: _____

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTOCOPIED

**(A)ssessment:**

**(P)lan:** _A + D ointment given/_
_Check on Birth Control/_

Refer to:    MD/PA    Mental Health    Dental    Daily Treatment    Return to Clinic PRN
CIRCLE ONE
Check One:    ROUTINE ( )    EMERGENCY ( )
If Emergency was PHS supervisor notified:    Yes ( )    No ( )
Was MD/PA on call notified:    Yes ( )    No ( )

_SIGNATURE AND TITLE_

WHITE:    INMATES MEDICAL FILE
YELLOW:    INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

**PHS0101**

GLF-1002    (1/4)



*MR. A. Bee*

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: *Perrion Roberts*   Date of Request: *9-19-05*
ID # *159116*   Date of Birth: *6-20-64* Location: *12*
Nature of problem or request: *I have been out of my medication for almost 60 days I am in excruciating pain fluid is all over my major joints. I don't need predisone it is a temporary fix.*

_____
Signature

### DO NOT WRITE BELOW THIS LINE

Date: ___/___/___
Time: _____ AM  PM
Allergies: _____

┌─────────────────────────────┐
│         RECEIVED            │
│ Date:                       │
│ Time:                       │
│ Receiving Nurse Intials ___ │
└─────────────────────────────┘

**(S)ubjective:**

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTOCOPIED

**(O)bjective**   (V/S): T: _____ P: _____ R: _____ BP: _____ WT: _____

**(A)ssessment:**

**(P)lan:** *Resolved*

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment   Return to Clinic PRN
CIRCLE ONE
Check One:  ROUTINE ( )   EMERGENCY ( )
If Emergency: PHS supervisor notified:   Yes ( )   No ( )
Was MD/PA on call notified:   Yes ( )   No ( )

*S Beckun LPN*
**SIGNATURE AND TITLE**

RECEIVED
SEP 19 2005

WHITE:   INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

PHS0102

GLF-1002   (1/4)



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: _Perrion Roberts_    Date of Request: _9-15-05_
ID # _15916_    Date of Birth: _6-20-64_ Location: _12_
Nature of problem or request: _I need my arthritis medicine_
_(Arzuz) I also need the Lexapro_

_I need my birth control pills I am out_

_Signature_

## DO NOT WRITE BELOW THIS LINE

Date: _9/16/05_
Time: _10:00_ AM PM
Allergies: _Motrin, ASA, perprox_

RECEIVED
Date
Time: SEP 15 2005
Receiving Nurse Intials

**(S)ubjective:** _I need my meds Arva and lexapro is not ensoneed my birth control pills_

**(O)bjective (V/S): T:** _98.7_ **P:** _82_ **R:** _18_ **B/P:** _/60_ **WT:** _176_
_no energy Nomie_

**(A)ssessment:** _Alteren to confts meds_

**(P)lan:** _MD reum_

Refer to:    MD/PA    Mental Health    Dental    Daily Treatment    Return to Clinic PRN
CIRCLE ONE
Check One:  ROUTINE ( )    EMERGENCY ( )
    If Emergency was PHS supervisor notified:    Yes ( )    No ( )
    Was MD/PA on call notified:    Yes ( )    No ( )

_DC ordered_

_SIGNATURE AND TITLE_

FOR PROFESSIONAL USE ONLY CONFIDENTIAL RECORD NOT TO BE PHOTO COPIED

WHITE:    INMATES MEDICAL FILE
YELLOW:    INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT    PHS0103

GLF-1002   (1/4)



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

*Mental Health*

## PRISON HEALTH SERVICES, INC.
### SICK CALL REQUEST

Print Name: _Perrion Roberts_     Date of Request: _9-11-05_
ID # _159116_     Date of Birth: _6-20-64_ Location: _12_
Nature of problem or request: _Ms Crain was my counslor_
_who will I see now Mr. Goodwin or who I need_
_to see someone soon as possible I Am having_
_pantic Attacks_

               Signature

### DO NOT WRITE BELOW THIS LINE

Date: ___/___/___
Time: _____ AM PM
Allergies: _____

RECEIVED
Date:
Time:
Receiving Nurse Intials: _____

**RECEIVED** SEP 1 2 2005

**(S)ubjective:**

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTOCOPIED

**(O)bjective** **(V/S): T:** _____ **P:** _____ **R:** _____ BP/HR _____ **WT:** _____

**(A)ssessment:**

**(P)lan:**     _was seen by MHP on 09/12/05_

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment    Return to Clinic PRN
                        CIRCLE ONE
Check One:   ROUTINE ( )    EMERGENCY ( )
    If Emergency was PHS supervisor notified:   Yes ( )    No ( )
      Was MD/PA on call notified:   Yes ( )   **ENTERED** SEP 1 2 2005

_K. Pringle MS, MHP_
*SIGNATURE AND TITLE*

WHITE:   INMATES MEDICAL FILE
YELLOW:   INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT        **PHS0104**



# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: _Perrion Roberts_        Date of Request: _9-11-05_
ID # _159116_        Date of Birth: _6-20-64_ Location: _12_
Nature of problem or request: _I am having severe pain in my joints
2nd fluid build-up no medication that I am taking
is helping my bones are rubbing 2nd is causing me major
pain 2nd discomfort daily_        Signature

### DO NOT WRITE BELOW THIS LINE

Date: _9/12/05_
Time: _8:21_ (AM) PM
Allergies: _aspirin, naprosyn_

RECEIVED
Date:
Time:
Receiving Nurse Initials

RECEIVED
SEP 12 2005

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTOCOPIED

**(S)ubjective:** _joint pain is severe_

**(O)bjective** (V/S): T: _98.5_   P: _80_   R: _16_   BP: _125/98_   WT: _175.0_

**(A)ssessment:** _Arthritis med ran out about 30 days ago._

**(P)lan:** _update meds. Meds Reg from 5PP 300 from Scott 9/14/05_

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment      Return to Clinic PRN
CIRCLE ONE
Check One:  ROUTINE ( )   EMERGENCY ( )
   If Emergency was PHS supervisor notified:   Yes ( )   No (✓)
      Was MD/PA on call notified:   Yes ( )   No (✓)

_W. Estes, RN_
*SIGNATURE AND TITLE*

WHITE:   INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT        PHS0105

GLF-1002   (1/4)



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: _Perrion Roberts_          Date of Request: _9-6-05_
ID # _159116_                          Date of Birth: _6-20-64_ Location: _12_
Nature of problem or request: _I still do not have my medicine_
_it has been over 30 days._

_I have several knots under my chin that is sore_

_____
Signature

**DO NOT WRITE BELOW THIS LINE**

Date: _9/7/05_
Time: _7:55_ (AM) PM
Allergies: _Naprosyn, Motrin ASA_

┌─────────────────────────────┐
│         RECEIVED            │
│ Date:  SEP 0 6 2005        │
│ Time:                      │
│ Receiving Nurse Intials ___ │
└─────────────────────────────┘

**(S)ubjective:** _C/o having several knots under chin_

**(O)bjective (V/S):** T: _98⁶_  P: _76_  BP: _____  WT: _175_

*FOR PROFESSIONAL USE ONLY CONFIDENTIAL RECORD NOT TO BE PHOTOCOPIED*

**(A)ssessment:** _Alteration in comfort R/T pain_

**(P)lan:** _MD list / meds reordered_

Refer to: (MD/PA) Mental Health   Dental   Daily Treatment      Return to Clinic PRN
                        **CIRCLE ONE**
Check One: ROUTINE (✓)   EMERGENCY ( )
    If Emergency was PHS supervisor notified:   Yes ( )    No ( )
        Was MD/PA on call notified:   Yes ( )    No ( )

_M. Robinson LPN_
**SIGNATURE AND TITLE**



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: _Perrion Roberts_   Date of Request: _8-24-05_
ID # _159116_   Date of Birth: _6-20-64_ Location: _12_
Nature of problem or request: _Pain excruciating in my joints_
_Have not had Arthritis Medication (Lax) (Arava)_
_in five weeks_

_Signature_

**DO NOT WRITE BELOW THIS LINE**

Date: _8/25/05_
Time: _____ AM  PM
Allergies: _____

RECEIVED
Date:
Time:
Receiving Nurse Initials

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTOCOPIED

**(S)ubjective:** _I am I pain_
_In_ _____ needs are not_

**(O)bjective   (V/S): T:** _98.8_  **P:** _78_  **R:** _16_  **BP:** _120/80_  **WT:** _180_
_Pt does not have Arava or Leopro_

**(A)ssessment:** _Alteration to comfort pain_

**(P)lan:** _MD review for meds_   _①_ _meds reordered_
_8/25/05_

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment   Return to Clinic PRN
**CIRCLE ONE**
Check One:   ROUTINE ( )   EMERGENCY ( )
If Emergency was PHS supervisor notified:   Yes ( )   No ( )
Was MD/PA on call notified:   Yes ( )   No ( )

_SIGNATURE AND TITLE_

WHITE:   INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

PHS0107



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: _Perrion Roberts_    Date of Request: _8-14-05_
ID # _159116_    Date of Birth: _6-20-64_ Location: _12_
Nature of problem or request: _I am having an allergic reaction_
_to my meds._

_I would like to have my meds KOP_

_Signature_

### DO NOT WRITE BELOW THIS LINE

Date: _8/15/05_
Time: _10:19_ (AM) PM
Allergies: _ASA, Nyprozyn_

RECEIVED
Date:
Time:
Receiving Nurse Intials _____

RECEIVED
AUG 14 2005

**(S)ubjective:** _I am heary an Allergic reaction to my_
_meds I was medicated yesterday My heart was Fluttery_
_Yesterday I do not remember this medication_

**(O)bjective** (V/S): T: _98.9_ P: _76_ R: _18_ BP: _118/80_ WT: _185_

_Lungs Clear heart tones normal_

**(A)ssessment:** _No alteration to comfort_

**(P)lan:** _MD review KOP Allergic reaction_

Refer to:    MD/PA    Mental Health    Dental    Daily Treatment    Return to Clinic PRN
CIRCLE ONE
Check One:    ROUTINE ( )    EMERGENCY ( )
If Emergency was PHS supervisor notified:    Yes ( )    No ( )
Was MD/PA on call notified:    Yes ( )    No ( )

_SIGNATURE AND TITLE_

WHITE:    INMATES MEDICAL FILE
YELLOW:    INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

**PHS0108**

GLF-1002    (1/4)



**PRISON HEALTH
SERVICES
INCORPORATED**

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: _Perrion Roberts_    Date of Request: _8-7-05_
ID # _169116_    Date of Birth: _6-20-64_ Location: _12_
Nature of problem or request: _I am still spotting blood since_
_my last cycle 7-24-05 started 7-29-05 ended_
_I need to see a doctor_    _Signature_

### DO NOT WRITE BELOW THIS LINE

Date: ___/___/___
Time: _____ AM  PM
Allergies: _____

| RECEIVED |
| --- |
| Date: |
| Time: AUG 07 2005 |
| Receiving Nurse Initials _____ |

**(S)ubjective:** _I am still spotting blood since my last_
_cycle need my meds reordered_

**(O)bjective   (V/S):** T: _99.0_  P: _74_  R: ___  BP: _120/70_  WT: _180_
_Athes no per getting any w____ C/O At A 2o/Fine_
_noo working_

**(A)ssessment:** _Alteration do comfort need_

**(P)lan:** _MD Lizb_

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment      Return to Clinic PRN
CIRCLE ONE
Check One:  ROUTINE ( )    EMERGENCY ( )
If Emergency was PHS supervisor notified:   Yes ( )   No ( )
Was MD/PA on call notified:   Yes ( )   No ( )

_8/9/5_
_SIGNATURE AND TITLE_

WHITE:    INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

PHS0109

GLF-1002   (1/4)



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: _Perrion Roberts_       Date of Request: _7-26-05_

ID # _159116_       Date of Birth: _6-20-66_ Location: _D_

Nature of problem or request: _I am in severe pain in my left knee, ankle, and both elbows I need pain medicine stronger than Tylenol Also I am still suffering with severe pain in my back. The pain is beginning to be ___ unbearable_     _Signature_

**DO NOT WRITE BELOW THIS LINE**

Date: _7-27-05_

Time: _8:45_ (AM) PM

Allergies: _NAPROSYN, Motrin, ASA_

```
┌─────────────────────────────┐
│         RECEIVED            │
│  Date:                      │
│  Time:      JUL 2 6 2005    │
│  Receiving Nurse Intials ___│
└─────────────────────────────┘
```

**(S)ubjective:** _I'm in a lot of pain Need pain medication Stronger than tylenol PAIN in back is becoming un bareable_

**(O)bjective:** (V/S): T: _98.7_  P: _80_      BP: _114/82_  WT: _178_    V/S Assessed WNL _Back & Knees_ Ankles, and elbows.

_FOR PROFESSIONAL USE ONLY CONFIDENTIAL NOT TO BE PHOTOCOPIED_

**(A)ssessment:** _Alteration in comfort R/T pain (Back)_

**(P)lan:** _MD referral_

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment      Return to Clinic PRN
**CIRCLE ONE**

Check One:   ROUTINE ( )      EMERGENCY ( )

If Emergency was PHS supervisor notified:   Yes ( )    No ( )

Was MD/PA on call notified:   Yes ( )    No ( )

_____
**SIGNATURE AND TITLE**

WHITE:   INMATES MEDICAL FILE
YELLOW:   INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

**PHS0110**

GLF-1002   (1/4)



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

JUN 24 2005

Print Name: _Perrion Roberts_   Date of Request: _7-25-05_
ID # _____   Date of Birth: _6-20-64_ Location: _12_
Nature of problem or request: _My Eyes are very ~~irritated~~_
_irritated and very dry._
_I have a bump on my butt_   Signature _P. Ro...._

### DO NOT WRITE BELOW THIS LINE

Date: ___/___/___
Time: _____ AM PM
Allergies: _____

| RECEIVED |
| --- |
| Date: |
| Time: |
| Receiving Nurse Intials _____ |

**(S)ubjective:** _My eyes are irritated and Dry_
_Bump on my bottom_

**(O)bjective** (V/S): T: _98.6_  P: _78_  BP: _100/70_  WT: _181_
_eyes red pupil equal and reactive to_
_light. Bump on bottom of Dried up_

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL
NOT TO BE PHOTOCOPIED
RX TO OAM RECORD

**(A)ssessment:** _Alteration to comfort irritated eyes_

**(P)lan:** _Artificial tears_

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment     Return to Clinic PRN
CIRCLE ONE
Check One:   ROUTINE ( )   EMERGENCY ( )
   If Emergency was PHS supervisor notified:   Yes ( )   No ( )
   Was MD/PA on call notified:   Yes ( )   No ( )

_7/26/05_

*SIGNATURE AND TITLE*

WHITE:    INMATES MEDICAL FILE
YELLOW:   INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT          PHS0111

GLF 1003   (1/4)



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: _Perrion Roberts_  Date of Request: _7-19-05_
ID # _159116_  Date of Birth: _6-20-64_ Location: _12_
Nature of problem or request: _My left knee is full of fluid and the_
_Pain is severe my elbows are swollen and the pain_
_is to the point I can't wash my back also my right_
_wrist is swollen. My knee needs to be drained._
★ _I need a gold slip to have my ~~...~~_
_personal clothes washed in the_  Signature
_Laundry Do to_ **DO NOT WRITE BELOW THIS LINE**
_my severe chronic condition_
Date: _7/20/05_
Time: _11:20_ AM PM
Allergies: _Naprosyn Motrin, ASA_

RECEIVED
Date: JUL 19 2005
Time:
Receiving Nurse Intials _____

**(S)ubjective:** _I'm retaining A lot of fluid on Ankles_
_knees & wrist pain in knee when I walk_
_± 1 wk._

**(O)bjective:** (V/S): T: _98.6_  P: _8_  R: _20_  BP: _122/84_  WT: _180_
_V/S assessed WNL_  ~~FOR PROFESSIONAL CONFIDENTIAL USE ONLY NOT TO BE PHOTOCOPIED~~ _in both Ankles & knees_
( _Fluid_ )

**(A)ssessment:** _Alteration in comfort R/T Swelling in joints_

**(P)lan:** _MDs list_  _7/21/05_
_nm_

Refer to:  MD/PA  Mental Health  Dental  Daily Treatment   Return to Clinic PRN
CIRCLE ONE
Check One:  ROUTINE ( )   EMERGENCY ( )
If Emergency was PHS supervisor notified:  Yes ( )  No ( )
Was MD/PA on call notified:  Yes ( )  No ( )

_Ciller LPN_
**SIGNATURE AND TITLE**

WHITE:    INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT    **PHS0112**
GLF-1002  (1/4)



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: _Ferrion Roberts_    Date of Request: _7-7-05_

ID # _159116_    Date of Birth: _6-20-64_  Location: _12_

Nature of problem or request: _I need a pap smear I have not had my yearly and I have fabroids I need to be checked. I need my birthcontrol pills I have miss 5 days give me a 3 month supply KOP_

_Signature_

### DO NOT WRITE BELOW THIS LINE

Date: _7/8/05_
Time: _9:00_ AM/PM
Allergies: _Morin Pen_

```
┌─────────────────────────────────┐
│           RECEIVED              │
│  Date:     JUL 07 2005          │
│  Time:                          │
│  Receiving Nurse Initals _____ │
└─────────────────────────────────┘
```

**(S)ubjective:** _I need my yearly pap and I have now need my birth control pill_

**(O)bjective** (V/S): T: _98.4_  P: _8_  BP: _____  WT: _____

_C/o no birth control and pap_

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTOCOPIED

**(A)ssessment:** _No Alteran to confo_

**(P)lan:** ~~Fellis list pap~~ _Englent list for pap_

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment   Return to Clinic PRN
CIRCLE ONE

Check One:  ROUTINE ( )   EMERGENCY ( )

If Emergency was PHS supervisor notified:   Yes ( )   No ( )
Was MD/PA on call notified:   Yes ( )   No ( )

_SIGNATURE AND TITLE_

WHITE:   INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

**PHS0113**

GLF-1002   (1/4)



**PRINSON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: _Percion Roberts_ Date of Request: _6-20-05_
ID # _159116_   Date of Birth: _6-20-64_ Location: _12_
Nature of problem or request: _My nose has a sore that will not heal aparently from the cigarette smoke in the dorm I am stopped up and short of breath_

_Signature_

### DO NOT WRITE BELOW THIS LINE

Date: _6/21/05_
Time: _9:15_ (AM) PM
Allergies: _Naprosyn, Motrin, ASA_

| RECEIVED |
|---|
| Date: JUN 2 0 2005 |
| Time: |
| Receiving Nurse Intials _____ |

**(S)ubjective:** _C/o sore on nose_

**(O)bjective** (V/S): T: _985_ P: _70_ R: ___ BP: _132/72_ WT: ___

_FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTOCOPIED_

**(A)ssessment:** _U/S WNL_

**(P)lan:** _ANT Ointment given_

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment
CIRCLE ONE
Check One:   ROUTINE (✓)   EMERGENCY ( )

( Return to Clinic PRN )

If Emergency was PHS supervisor notified:   Yes ( )   No ( )
Was MD/PA on call notified:   Yes ( )   No ( )

_M. Robinson_
SIGNATURE AND TITLE

WHITE:   INMATES MEDICAL FILE
YELLOW:   INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

PHS0114

GLF-1002   (1/4)



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: _Perrion Roberts_   Date of Request: _6-14-05_
ID # _159116_   Date of Birth: _6-20-64_ Location: _12_
Nature of problem or request: _Back, Legs and arm in sever pain very hard to get up out of Bed. My back hurts every night to the point I can't sleep. Elbows and Knees swollen_

_Signature_

### DO NOT WRITE BELOW THIS LINE

Date: _6/15/05_
Time: _9:30_   **AM** PM
Allergies: _Niaprosyn, Morphn, ASA_

> **RECEIVED**
> Date: JUN 14 2005
> Time:
> Receiving Nurse Intials _____

_FOR PROFESSIONAL USE ONLY_
_CONFIDENTIAL RECORD_
_NOT TO BE PHOTOCOPIED_

**(S)ubjective:** _experiencing severe leg and arm pain can't hardly get off bed._

**(O)bjective** (V/S): T: _98.1_   P: _80_   R: _20_   BP: _104/98_   WT: _____
_V/S Assessed WNL some swelling in knees_

**(A)ssessment:** _Alteration in comfort R|T Arthritis_

**(P)lan:** _MDs list_

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment      Return to Clinic PRN
**CIRCLE ONE**
Check One:   ROUTINE ( )      EMERGENCY ( )
   If Emergency was PHS supervisor notified:   Yes ( )      No ( )
   Was MD/PA on call notified:   Yes ( )      No ( )

_____
*SIGNATURE AND TITLE*

WHITE:   INMATES MEDICAL FILE
YELLOW:   INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT      **PHS0115**



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: _Perlim Roberts_     Date of Request: _6-4-05_
ID # _159116_     Date of Birth: _6-20-64_ Location: _12_
Nature of problem or request: _I need A+D for rash from_
_using pads_

_Signature_

### DO NOT WRITE BELOW THIS LINE

Date: ___/___/___
Time: _____ AM  PM
Allergies: _____

```
RECEIVED
Date:
Time:
Receiving Nurse Intials _____
```

**(S)ubjective:** The pads give me a rash and I need A & D

**(O)bjective (V/S):** T: _98.0_  P: _____  BP: _118/70_  WT: _____

_red on top of vagina vaginal area_

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTOCOPIED

**(A)ssessment:** Alteration to comfort rash

**(P)lan:** A & D

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment      Return to Clinic PRN
                                        CIRCLE ONE
Check One:   ROUTINE ( )      EMERGENCY ( )
        If Emergency was PHS supervisor notified   Yes ( )      No ( )
            Was MD/PA on call notified   Yes ( )      No ( )

JUN 04 2005

_SIGNATURE AND TITLE_

WHITE:    INMATES MEDICAL FILE
YELLOW:   INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

**PHS0116**



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: _Perrion Roberts_     Date of Request: _27 May 05_
ID # _159116_     Date of Birth: _6-20-64_ Location: _12_
Nature of problem or request: _I am having sever back pain one_
_my left side, it is very painful to sleep, My knee_
_is filled with fluid and I am having alot of pain in_
_my knee (left) And Right Elbow_

_____ Signature

**DO NOT WRITE BELOW THIS LINE**

Date: _5/28/05_
Time: _9:15_  AM  PM
Allergies: _~~lutex~~ , Motrin , Naprosyn_
_Asprin_

| RECEIVED |
| --- |
| Date: |
| Time: |
| Receiving Nurse Intials _____ |

**(S)ubjective:** _I'm experiencing back pain right in_
_the middle of my back X 2wks thought it_
_was going to go away but it didn't_

**(O)bjective** (V/S): T: _98.6_   P: _80_   BP: _110/70_  WT: _—_
_V/S assessed WNL   No problem already_
_on indocin motrin & tylenol but refuses at pill line_

**(A)ssessment:** _Alteration in comfort R/T ;_

**(P)lan:** _Talk c̄ MD_

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment   Return to Clinic PRN
CIRCLE ONE
Check One:  ROUTINE ( )     EMERGENCY ( )
   If Emergency was PHS supervisor notified:     Yes ( )   No ( )
   Was MD/PA on call notified:     Yes ( )   No ( )

MAY 2 7 2005

_____
SIGNATURE AND TITLE

WHITE:    INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002   (1/4)

PHS0117



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: _PERRION ROBERTS_   Date of Request: _5-16-05_
ID # _159116_   Date of Birth: _6-20-64_ Location: _12_
Nature of problem or request: _My Gold slips need to be up dated_
_all of them. My big toe still has infection and tende_
_I need something strong to clear it up_

_____
Signature

### DO NOT WRITE BELOW THIS LINE

Date: _5/17/05_
Time: _930_  AM PM
Allergies: _ASA, motrin, naproxyn_

┌─────────────────────────────┐
│         **RECEIVED**        │
│ Date:                       │
│ Time:                       │
│ Receiving Nurse Intials ___ │
└─────────────────────────────┘

**(S)ubjective:** _C/o needing Gold renewed_

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTOCOPIED

**(O)bjective** (V/S): T: _98⁵_  P: _82_  R: _20_  BP: _120/74_  WT: _____

**(A)ssessment:**

**(P)lan:** _To put on MD List for s/his (one) 5/19/05_

Refer to: (MD/PA)  Mental Health  Dental  Daily Treatment    Return to Clinic PRN
CIRCLE ONE
Check One: ROUTINE ( ✓ )  EMERGENCY ( )
If Emergency was PHS supervisor notified:   Yes ( )  No ( )
Was MD/PA on call notified:   Yes ( )  No ( )

MAY 1 6 2005

_____
SIGNATURE AND TITLE

WHITE:   INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT    **PHS0118**
GLF-1002  (1/4)



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: _PERRION ROBERTS_          Date of Request: _5-9-05_
ID # _15911b_          Date of Birth: _6-20-64_ Location: _12_
Nature of problem or request: _I am having sever pain in my abdominal_
_area and a discharge my cycle has not started since March_
_I am having major pain in my joints and fluid build-up_
_on my left knee and ankle_

_____
Signature

### DO NOT WRITE BELOW THIS LINE

Date: _5/10/05_
Time: _9:10_ (AM) PM
Allergies: _Motrin_

> **RECEIVED**
> Date:
> Time: MAY 0 9 2005
> Receiving Nurse Intials _____

**(S)ubjective:** _Was experiencing severe pain in lower_
_Abdomen Also having superior pain in my joints_
_and a fluid build_ ... _left knee & ankle._

**(O)bjective** (V/S): T: _97.5_   P: _80_   R: ___   BP: _110/68_   WT: _167_
_V/S Assessed WNL.   L/t knee and ankle swollen_
_no redness pain when palpated no pitting edema_
_noted._

**(A)ssessment:** _Alteration in comfort R/T abdominal pain knee_
_& ankle._

**(P)lan:** _Talk c MD_

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment      Return to Clinic PRN
CIRCLE ONE
Check One:  ROUTINE ( )     EMERGENCY ( )
   If Emergency was PHS supervisor notified:   Yes ( )   No ( )     _will_
   Was MD/PA on call notified:   Yes ( )   No ( )     _see pt_

_____
SIGNATURE AND TITLE

WHITE:   INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT          **PHS0119**

GLF-1002   (1/4)

## PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: _Perrion Roberts_    Date of Request: _5-5-05_
ID # _159116_    Date of Birth: _6-20-69_ Location: _12_
Nature of problem or request: _Fever Blister I need some cream_
_its really bad_

_____
Signature

## DO NOT WRITE BELOW THIS LINE

Date: _5/6/05_
Time: _9:25_ AM PM
Allergies: _Motrin, ASA_

┌─────────────────────────────┐
│        RECEIVED             │
│ Date:                       │
│ Time:    MAY 05 2005        │
│ Receiving Nurse Intials ___ │
└─────────────────────────────┘

(S)ubjective: have Fever blister's on the inside and
outside of mouth

(O)bjective: (V/S): T: 98.6    P: 80    R: 20    BP: 122/80    WT: 166
V/S assessed WNL  Glenn Exudate About the size
of a dime Intact Blisters inside & out of mouth
Raised white

(A)ssessment: Alteration in comfer l R/T blisters

(P)lan: TAO For outside of mouth x 7 days And Nystrin
swish & swallow x 7 days,

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment      Return to Clinic PRN
CIRCLE ONE
Check One:  ROUTINE ( )      EMERGENCY ( )
   If Emergency was PHS supervisor notified:   Yes ( )   No ( )
            Was MD/PA on call notified:   Yes ( )   No ( )

_____
SIGNATURE AND TITLE

WHITE:    INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002   (1/4)

PHS0120



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: _Perrion Roberts_     Date of Request: _5-2-05_
ID # _159116_     Date of Birth: _6-20-64_ Location: _12_
Nature of problem or request: ① My cycle is irregular I need some birth control pills to regulate ② I need A & D I have a rash ③ My arms are hurting really bad also my back

Signature

### DO NOT WRITE BELOW THIS LINE

Date: _5 3 05_
Time: _1025_ AM PM
Allergies: _ASA_

```
┌─────────────────────────────┐
│          RECEIVED           │
│ Date:                       │
│ Time:                       │
│ Receiving Nurse Intials ____│
└─────────────────────────────┘
```

(S)ubjective: My cycle is irregular need some birth control pills to regulate need AED ointment for a rash and @ arm been really bad

FOR PROFESSIONAL CONFIDENTIAL USE NOT TO BE PHOTOCOPIED RECORD ONLY

(O)bjective (V/S): T: _98.4_ P: _80_ R: _22_ BP: _108/80_ WT: _266_
V/S Assessed WNL   No rash noted @ arm not
Due to any injury.

(A)ssessment: Irregular cycle, @ arm pain, rash

(P)lan: Talk c̄ MD

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment       Return to Clinic PRN
CIRCLE ONE
Check One:  ROUTINE ( )    EMERGENCY ( )
If Emergency was PHS supervisor notified:   Yes ( )   No ( )
Was MD/PA on call notified:   Yes ( )   No ( )

1028

MAY 0 3 2005

SIGNATURE AND TITLE

WHITE:   INMATES MEDICAL FILE
YELLOW:   INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

PHS0121

GLF-1002   (1/4)



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: _Perrion Roberts_   Date of Request: _4-12-05_
ID # _159116_   Date of Birth: _6-20-6?_ Location: _17_
Nature of problem or request: _I was suppose to have been seen by Mentzl Health I have not seen anyone yet I'm very depress there is an officer that keeps laughing and harassing me about my health condition._

_Signature_

### DO NOT WRITE BELOW THIS LINE

Date: ___/___/___
Time: _____ AM PM
Allergies: _____

┌─────────────────────────────┐
│         RECEIVED            │
│ Date:    APR 12 2005        │
│ Time:                       │
│ Receiving Nurse Intials ____│
└─────────────────────────────┘

**(S)ubjective:**

**(O)bjective   (V/S): T:_____    P:_____    R:_____   BP:_____   WT:_____**

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTOCOPIED

**(A)ssessment:**

**(P)lan:**

Refer to:   MD/PA  (Mental Health)  Dental  Daily Treatment     Return to Clinic PRN
CIRCLE ONE
Check One:  ROUTINE ( )   EMERGENCY ( )
      If Emergency was PHS supervisor notified:   Yes ( )   No ( )
         Was MD/PA on call notified:   Yes ( )   No ( )

_____
*SIGNATURE AND TITLE*

WHITE:   INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

4/15/05

PHS0122



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: _Terrion Roberts_    Date of Request: _4-7-05_
ID # _159116_    Date of Birth: _6-20-64_ Location: _12_
Nature of problem or request: _I am having ~~really~~ excrutiating_
_pain in my elbows and knees I can't sleep at_
_night for the pain_

_____ Signature

**DO NOT WRITE BELOW THIS LINE**

Date: _4/8/05_
Time: _4:00_ AM PM
Allergies: _motrin, Naprosyn, ASA_

┌─────────────────────────────┐
│         RECEIVED            │
│ Date:          APR 0 7 2005 │
│ Time: PROFESSIONAL USE ONLY │
│ Received by: NURSE          │
│ NOT TO BE PHOTOCOPIED       │
│          MEDICAL RECORD     │
└─────────────────────────────┘

**(S)ubjective:** ARMS AN knees been acheing really bad
can't sleep @ night for the pain x2 days on a
scale of one to teds 10 being the worst 5

**(O)bjective:** (V/S): T: _97.7_  P: _80_  R: _18_  BP: _110/68_  WT: _167_
V/S assessed WNL some swelling note in @ arm
warm to touch

**(A)ssessment:** Alterations in comfort R\T arthritis

**(P)lan:** Talk c̄ MD

Refer to:    MD/PA   Mental Health   Dental   Daily Treatment       Return to Clinic PRN
CIRCLE ONE
Check One:  ROUTINE ( )    EMERGENCY ( )
    If Emergency was PHS supervisor notified:    Yes ( )    No ( )    Repeat
    Was MD/PA on call notified:    Yes ( )    No ( )    prednisone

_____
    C.C. Fields LPN    SIGNATURE AND TITLE

Wh.
YELLO,    INMATES MEDICAL FILE
GLF-1002    INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT
    (1/4)

PHS0123



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: _Terrion Roberts_       Date of Request: _3-23-05_
ID # _159116_       Date of Birth: _6-20-64_  Location: _12_
Nature of problem or request: _I am in sever pain in my joints_
_I am still sick from meds given 3-21-05 I_
_have not recieve meds from Dr Jokes or blood_
_work that was order_

_Signature_

### DO NOT WRITE BELOW THIS LINE

Date: _3-24-05_
Time: _10:00_  AM PM
Allergies: _NKA_

| RECEIVED |
|---|
| Date: MAR 2 3 2005 |
| Time: |
| Receiving Nurse Intials _____ |

**(S)ubjective:** _have not been feelin good every since I took_
_that medicine Im experiencing now, severe joint pain_
_my joints ache also ___ occur until_
_After 3-21-05_

**(O)bjective** (V/S): T: _98.6_   P: _82_   R: _20_   BP: _118/74_  WT: _168_
_V/S assessed WNL_

**(A)ssessment:** _Alteration in comfort R/T severe joint pain_

**(P)lan:** _Put on MD's List_

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment       Return to Clinic PRN
                              CIRCLE ONE
Check One:  ROUTINE ( )    EMERGENCY ( )
    If Emergency was PHS supervisor notified:   Yes ( )   No ( )
        Was MD/PA on call notified:   Yes ( )   No ( )

_See PH_

_____
SIGNATURE AND TITLE

WHITE:    INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT       **PHS0124**

GLF-1002   (1/4)



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: _Perrion Roberts_    Date of Request: _3-17-05_
ID # _159116_    Date of Birth: _6-20-64_ Location: _12_
Nature of problem or request: _Follow-up from Rheumatologist +_
_I have not had my blood work nor has my_
_meds started My joints are in major pain_
_and sever stiffness_
_I need to see the Doctor _____
                                        _Signature_

### DO NOT WRITE BELOW THIS LINE

Date: ___/___/___
Time: _____ AM  PM
Allergies: _____

> **RECEIVED**
> Date:  MAR 1 7 2005
> Time:
> Receiving Nurse Initals _____

**(S)ubjective:**

**(O)bjective**  **(V/S): T:** _____  **P:** _____  **R:** _____  **BP:** _____  **WT:** _____

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTOCOPIED

**(A)ssessment:**

**(P)lan:**    _I am waiting for rheumatologists dictated notes_

Refer to:  MD/PA  Mental Health  Dental  Daily Treatment    Return to Clinic PRN
                              CIRCLE ONE
Check One:  ROUTINE ( )    EMERGENCY ( )
     If Emergency was PHS supervisor notified:    Yes ( )    No ( )
               Was MD/PA on call notified:    Yes ( )    No ( )

_____
_SIGNATURE AND TITLE_

WHITE:    INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT        **PHS0125**

GLF-1002  (1/4)



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: _Perrion Roberts_    Date of Request: _3-9-05_
ID # _L9116_    Date of Birth: _6-20-64_ Location: _12_
Nature of Problem or request: _Fever dizzy weak no engery_
_____

Signature

### DO NOT WRITE BELOW THIS LINE

Date: _3/10/05_
Time: _9:20_ AM PM
Allergies: _NSA_

┌─────────────────────────────┐
│          RECEIVED           │
│ Date:      MAR 1 0 2005     │
│ Time:                       │
│ Receiving Nurse Intials ___ │
└─────────────────────────────┘

**(S)ubjective:** Been remaining is loss weakness and no
energy X 2 days

*FOR PROFESSIONAL USE ONLY*
*CONFIDENTIAL RECORD*
*NOT TO BE PHOTOCOPIED*

**(O)bjective** (V/S): T: _98.2_  P: _77_  R: _20_  BP: _104/78_  WT: _268_
V/S Assessed WNL

**(A)ssessment:** Alternation in comfort R/T Dizziness, and
Weakness

**(P)lan:** ~~Talk~~ ON MD's List for Tues roll over

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment        Return to Clinic PRN
                                    CIRCLE ONE
Check One:   ROUTINE ( )    EMERGENCY ( )
       If Emergency was PHS supervisor notified:    Yes ( )    No ( )
              Was MD/PA on call notified:    Yes ( )    No ( )

MAR 0 9 2005

_____
SIGNATURE AND TITLE

WHITE:    INMATES MEDICAL FILE
YELLOW:   INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

PHS0126

GLF-1002   (1/4)



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: _Perrion Roberts_    Date of Request: _2-16-05_
ID # _159116_    Date of Birth: _6-20-60_  Location: _12_
Nature of problem or request: _Pain in Left Elbow bone out of place_
_Pain in Right hand, wrist and Elbow_

_Signature_

### DO NOT WRITE BELOW THIS LINE

Date: _2/17/05_
Time: _9:25_ AM PM
Allergies: _ASA, Naprosyn)_

```
┌─────────────────────────────────┐
│           RECEIVED              │
│  Date:                          │
│  Time:                          │
│  Receiving Nurse Intials _____ │
└─────────────────────────────────┘
```

**(S)ubjective:** _Pain in (L) Elbow, bone out of place pain_
_in (R) hand & wrist_ ~~FOR PROFESSIONAL USE ONLY CONFIDENTIAL RECORD NOT TO BE PHOTOCOPIED~~ _X 7 days_

**(O)bjective** (V/S): T: _98.6_  P: _76_  R: _18_  BP: _108/64_  WT: _169_
_V/S Assessed WNL_

**(A)ssessment:** _Alteration in comfort R/T pain in (L) elbow_

**(P)lan:** _Talk c MD_

Refer to:  MD/PA  Mental Health  Dental  Daily Treatment    Return to Clinic PRN
CIRCLE ONE
Check One:  ROUTINE ( )    EMERGENCY ( )
   If Emergency was PHS supervisor notified:  Yes ( )    No ( )
      Was MD/PA on call notified:  Yes ( )    No ( )

FEB 1 6 2005          _clyf Zeller LPN_
                    SIGNATURE AND TITLE

WHITE:    INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT          **PHS0127**

GLF-1002   (1/4)



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: _Perrion Roberts_    Date of Request: _1-30-05_
ID # _159116_    Date of Birth: _6-20-68_ Location: _12_
Nature of problem or request: _Dizziness ~~getting~~ Felling very Faint_

Signature

### DO NOT WRITE BELOW THIS LINE

Date: ___/___/___
Time: _____ AM PM
Allergies: _____

```
RECEIVED
Date:
Time:
Receiving Nurse Intials _____
```

**(S)ubjective:**

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTOCOPIED

NO Show

**(O)bjective**   (V/S): **T:** _____ **P:** _____ **R:** _____ **BP:** _____ **WT:** _____

**(A)ssessment:**

**(P)lan:**

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment      Return to Clinic PRN
CIRCLE ONE
Check One:   ROUTINE ( )      EMERGENCY ( )
If Emergency was PHS supervisor notified:   Yes ( )   No ( )
Was MD/PA on call notified:   Yes ( )   No ( )

JAN 3 1 2005

_SIGNATURE AND TITLE_

WHITE:   INMATES MEDICAL FILE
YELLOW:   INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT      **PHS0128**

GLF-1002   (1/4)



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

P.
ID Name: _Ferrion Roberts_ Date of Request: _1-24-05_
Nature of problem or request: _5 9116_ Date of Birth: _6-20-64_ Location: _12_
_Left Chronic Pain in wrist and elbow (Right)_
_arm and full of Fluid Chronic pain unable to move._
_I can't raise up out of the bed pain in back_

_____
Signature

### O NOT WRITE BELOW THIS LINE

Date: _1/25/05_
Time: _9.05_ (AM) PM
Allergies: _motein, ASA_

```
┌─────────────────────────────────┐
│           RECEIVED              │
│ Date: 1-24-05                   │
│ Time:                           │
│ Receiving Nurse Intials: EM     │
│ FOR PROFESSIONAL                │
└─────────────────────────────────┘
```

**(S)ubjective:** _Chronic Pain i wrist e elbow full of fluid unable_
_to move arm. Was suppose to be went to ortho_
_3 mos. ago Tylenol not helping. splint PRN still not_
_helping have had 3 surgeries_

CONFIDENTIAL USE ONLY
NOT TO BE PHOTOCOPIED

**(O)bjective** (V/S): T: _____ P: _____ R: _____ BP: _____ WT: _____

**(A)ssessment:** _Alteration in comfort RLT rt wrist pain_

**(P)lan:** _MD referral e motrin 600 mg PO BID X 7 days_

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment      Return to Clinic PRN
CIRCLE ONE
Check One:  ROUTINE ( )   EMERGENCY ( )
If Emergency was PHS supervisor notified:   Yes ( )   No ( )
Was MD/PA on call notified:   Yes ( )   No ( )

_____
Chyl Fuller RN
SIGNATURE AND TITLE

WHITE:   INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002   (1/4)

PHS0129



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: _Parrion Roberts_    Date of Request: _1-5-05_
ID # _159116_    Date of Birth: _6-21-68_  Location: _12_
Nature of problem or request: _Right hand, wrist and elbow_
_in sever pain Medician not working_
_I can not sleep at night because of the_
_sever pain in those joints_
_My pain has been sever in my wrist_
_and hand approximately 2 month_    Signature _[signature]_

### DO NOT WRITE BELOW THIS LINE

Date: _1/6/05_
Time: _____ AM PM
Allergies: _Motrin ASA_

| RECEIVED |
|---|
| Date: |
| Time: |
| Receiving Nurse Intials _____ |

**(S)ubjective:** _Rt hand painful - I have swelling_
_to hand & wrist med not helping_

**(O)bjective** (V/S): T: _____  P: _____  R: _____  BP: _____  WT: _____

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTOCOPIED

**(A)ssessment:** _hand swollen - ace wrap on_
_wants something to help sleep_

**(P)lan:** _Talk c̄ Dr. E about Benadryl_
_until seen next week_

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment       Return to Clinic PRN
                              CIRCLE ONE
Check One:   ROUTINE ( )     EMERGENCY ( )
    If Emergency was PHS supervisor notified:   Yes ( )   No ( )
    Was MD/PA on call notified:   Yes ( )   No ( )

_pt on ibuprofen_
_only a few days_
_have promoted_
_rheumatology_

JAN 0 5 2005

_N Wilbanks [signature]_
SIGNATURE AND TITLE

WHITE:    INMATES MEDICAL FILE
YELLOW:   INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT        PHS0130



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: _Perrion Roberts_    Date of Request: _11-2-04_

ID # _15911_    Date of Birth: _6-30-64_ Location: _QP_

Nature of problem or request: _Sever side affect from Methotrexate sever dizziness, Nausea, vomiting, vision blur Med's need to be discontinue, Still Chronic pain and Swelling in joints_

_____
Signature

### DO NOT WRITE BELOW THIS LINE

Date: _11 /2 /04_

Time: _10_    AM (PM)

Allergies: _motrin, ASA, naprosyn_

| RECEIVED |
|---|
| Date: _11-2-04_ |
| Time: _10 P_ |
| Receiving Nurse Intials _TSW_ |

**(S)ubjective:** _Px to methotrexate — concerns_

**(O)bjective:** (V/S): T: _98.3_    P: _74_    R: _FOR PROFESSIONAL USE ONLY CONFIDENTIAL RECORD NOT TO BE PHOTOCOPIED_    WT: _181_

_Dr. Englehardt has been advised of complaints — SLE has appt with Dr. Pinchback in the near future_

**(A)ssessment:** _Knowledge Deficit regarding tx_

**(P)lan:** _m D Review waiting to talk to Dr. Pinchback. understands waiting Ret. if worsening occurs_

Refer to: (MD) PA   Mental Health   Dental   Daily Treatment    Return to Clinic PRN

CIRCLE ONE

Check One:  ROUTINE (✓)   EMERGENCY ( )

If Emergency was PHS supervisor notified:   Yes ( )   No ( )

Was MD/PA on call notified:.   Yes ( )   No ( )

**RECEIVED**
**NOV 0 2 2004**

_____
*SIGNATURE AND TITLE*

WHITE:    INMATES MEDICAL FILE

YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

PHS0131

*My blood has not been drown to che my liver or kidney I would like for you to discontinue the Methotrexate*

**PHS**
PRISON HEALTH SERVICES INCORPORATED

### PRISON HEALTH SERVICES, INC.
### SICK CALL REQUEST

Print Name: *Perrion Roberts*    Date of Request: *10-31-04*
ID # *159116*    Date of Birth: *6-20-64* Location: *9A*
Nature of problem or request: *I need to see the Doctor I am having sever side effects from Methotrexate sever dizziness, black outs, persistent sore throat, chest pain trouble breathing, vision very blur, nausea, stomach pain sever back pain and joints*

_____
Signature

#### DO NOT WRITE BELOW THIS LINE

Date: ___/___/___
Time: _____ AM  PM
Allergies: _____

┌─────────────────────────────┐
│         RECEIVED            │
│ Date:                      │
│ Time:  OCT 31 2004         │
│ Receiving Nurse Initials ___ │
└─────────────────────────────┘

**(S)ubjective:**

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTOCOPIED

**(O)bjective** (V/S): **T:** _____ **P:** _____ **R:** _____ **BP:** _____ **WT:** _____

**(A)ssessment:** *Did not come to sick call error dgr*

**(P)lan:** *Appt made with Dr Englehardt for tx options*

Refer to:  MD/PA  Mental Health  Dental  Daily Treatment    Return to Clinic PRN
CIRCLE ONE
Check One:  ROUTINE ( )    EMERGENCY ( )
If Emergency was PHS supervisor notified:  Yes ( )  No ( )
Was MD/PA on call notified:  Yes ( )  No ( )

_____
SIGNATURE AND TITLE



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PRISON HEALTH SERVICES, INC.
### SICK CALL REQUEST

Print Name: _Perrion Roberts_      Date of Request: _10-25-04_

ID # _159116_      Date of Birth: _6-20-64_ Location: _9A_

Nature of problem or request: _Gold Slips Need to see Dr_
_Englehart. When will I see outside Dr_
_Sever Pain + need to be housed in heath care_
_for a few days to take stronger pain medicians_

_____
Signature

### DO NOT WRITE BELOW THIS LINE

Date: _10 / / 04_
Time: _655 P_ AM (PM)
Allergies: _Motrin, ASA_
_naprosyn makes joints hurt_

RECEIVED
Date: 10-25-04
Time: 655 P
Received Nurse Intials _SW_

FOR PROFESSIONAL CONFIDENTIAL USE ONLY NOT TO BE PHOTOCOPIED

(S)ubjective: _Pain level higher — Requests stronger_
_pain med due to allergy_

(O)bjective  (V/S): T: _98.7_   P: _87_   R: _20_   BP: _132/90_   WT: _180 1/2_

1) _Discussed going to see Dr. Prichlock_
2) _Trouble sleeping due to pain level in rt wrist_
3) _wanted to have wrist brace_

(A)ssessment: _Perceived or actual alt. in comfort R/T Pain_

_E- Do not exercise (R) arm until Dr. Englehardt specifies what to do._

(P)lan: 1) _M. D. Review_
2) _M. D. Review meds_
3) _Gold Slips signed_
4) _Permission to do Rom exercise (R) arm to be out of sling at that time_

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment      Return to Clinic PRN
CIRCLE ONE

Check One:  ROUTINE ( )    EMERGENCY ( )
If Emergency was PHS supervisor notified:   Yes ( )   No ( )
Was MD/PA on call notified:   Yes ( )   No ( )

_Pt has an_
_appt to reschedule it_

RECEIVED
OCT 25 2004

_____
SIGNATURE AND TITLE

_____, RN

WHITE:    INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

PHS0133

GLF-1002  (1/4)



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: *Perrion Roberts*  Date of Request: *10-15-04*
ID # *159116*  Date of Birth: *6-20-64* Location: *9A*
Nature of problem or request: *Pain Medicine for Chronic pain in joints,*
*Thermals to be mailed in due to Arthritis, Aspen Cream,*
*Support hose for veins in legs. Blankets*

_____
*Signature*

**DO NOT WRITE BELOW THIS LINE**

Date: *10/15/04*
Time: *4:50*  AM (PM)
Allergies: *Multiple*

RECEIVED
Date: OCT 15 2004
Time:
Receiving Nurse Intials *CB*

**(S)ubjective:** *I have rheumatoid arthritis my joints hurt.*
*I need a gold slip for blankets, thermals. I need support*
*hose for varicose veins. Asper Creme for joint pain.*

**(O)bjective:** **(V/S):** T: *99°* P: *88* R: *22* BP: *125/78* WT: *182*
*Allergy to ASA*

**(A)ssessment:** *Alteration in comfort secondary to rheumatoid*
*Arthritis*

**(P)lan:** *MD review*
*D/C Naprosyn start Tyl. 650 bid X 180 days*

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment      Return to Clinic PRN
CIRCLE ONE
Check One:  ROUTINE ( )     EMERGENCY ( )
   If Emergency was PHS supervisor notified:   Yes ( )    No ( )
      Was MD/PA on call notified:   Yes ( )    No ( )

_____
*CB*
SIGNATURE AND TITLE

WHITE:   INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

PHS0134



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

### PRISON HEALTH SERVICES, INC.
### SICK CALL REQUEST

*Follow up*

Print Name: _Perrion Roberts_    Date of Request: _10-2-04_
ID # _159116_    Date of Birth: _6-20-69_ Location: _9A_
Nature of problem or request: _Pain in Elbow and fuild build-up_
_Meds not working. Scars are irritated need_
_A&D Ointment Need to know when my appointment_
_is with Dr. Englehart_

_____
Signature

### DO NOT WRITE BELOW THIS LINE

Date: _10 / 2 /04_
Time: _6³⁵_ AM (PM)
Allergies: _NSA, Naprosyn_
_Motrin_

```
┌─────────────────────────────────┐
│           RECEIVED              │
│ Date: 10-2-04                   │
│ Time: 6 35 p                    │
│ Receiving Nurse Intials  ___    │
└─────────────────────────────────┘
```

(S)ubjective: ® Shoulder hurting

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTOCOPIED

(O)bjective  (V/S): T: _98,7_   P: _87_   R: ___   BP: _114/70_   WT: _182_
® Shoulder hurts too bad to move - Elbow swollen - says
fluid out - warm to touch

(A)ssessment: alt in comfort
alt in mobility x LS arthritis

(P)lan: m.D. renew
m. D. appt Tues

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment       Return to Clinic PRN
                              CIRCLE ONE
Check One:  ROUTINE ( )    EMERGENCY ( )
      If Emergency was PHS supervisor notified:   Yes ( )   No ( )
              Was MD/PA on call notified:   Yes ( )   No ( )

_____
SIGNATURE AND TITLE

WHITE:   INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

OCT 02 2004

PHS0135



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: _Perrion Roberts_    Date of Request: _9-24-04_
ID # _15916_    Date of Birth: _6-20-66_ Location: _9A_
Nature of problem or request: _Chronic Pain in joints and_
_back dizzy spell's    Blood & Tyroids need_
_to be check   meds not working_

_Follow up_                        Signature

**DO NOT WRITE BELOW THIS LINE**

Date: _9/24/04_
Time: _8:57_ AM (PM)
Allergies: _Naproxen_

| RECEIVED |
|---|
| Date: _9-24-04_ |
| Time: _8:57 pm_ |
| Receiving Nurse Intials _CB_ |

(S)ubjective: _States Blood work Hrs not done /_
_Feels like I'm going to Pass out_    APH 3x/day 30 mo
                                      120/85

(O)bjective  (V/S): T: _976_  P: _80_  R: ___  BP _156/88_  WT: _181_

_Reordered Slip made out for blood work_
_c/o Acid Reflux after lunch + dinner_

(A)ssessment: _Alteration in Comfort. Pt Had not been_
_taking her naproxen – Explained it to the pt._
_Refer to m.d._

(P)lan: _Explained to Continue meds_
_E. States I drink 10 – 12 cups of water per day_

SEP 24 2004

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment       Return to Clinic PRN
CIRCLE ONE
Check One:  ROUTINE ( )      EMERGENCY ( )
     If Emergency was PHS supervisor notified:   Yes ( )    No (✓)
              Was MD/PA on call notified:   Yes ( )    No ( )

_SIGNATURE AND TITLE_

WHITE:    INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

PHS0136

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTOCOPIED



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: _Perrion Roberts_     Date of Request: _9-2-04_
ID # _159116_     Date of Birth: _6-20-64_ Location: _____
Nature of problem or request: _Pain in joints (Sevar)_
_Meds Are out_
_DR. Englehart wanted to see_
_me this week I should have_ _An appt_
_____ Signature     I need_
_to see_
_him_

### DO NOT WRITE BELOW THIS LINE

Date: _9/2/04_
Time: _6⁰⁵_ AM (PM)
Allergies: _nothin_

```
RECEIVED
Date: 9/2/04
Time: 6⁵⁵ pm
Receiving Nurse Intials AM
```

**(S)ubjective:** _"Im still hurting my elbows and back an hurting"_

**(O)bjective (V/S):** T: _97⁵_ P: _80_ BP: _124/98_ WT: _181_

*FOR PROFESSIONAL USE ONLY CONFIDENTIAL RECORD NOT TO BE PHOTOCOPIED*

**(A)ssessment:** _Swelling noted to both elbows_

**(P)lan:** ① _md review_
② _md follow up appt d/c. 9/3/04_

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment      Return to Clinic PRN
CIRCLE ONE
Check One:   ROUTINE (✓)   EMERGENCY ( )
If Emergency was PHS supervisor notified:    Yes ( )    No ( )
Was MD/PA on call notified:    Yes ( )    No ( )

_____
SIGNATURE AND TITLE

RECEIVED
SEP 02 2004

WHITE:   INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

PHS0137

GLF-1002   (1/4)

*Follow up*



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: _Perrion Roberts_    Date of Request: _8-24-04_
ID # _15916_    Date of Birth: _6-20-64_    Location: _____

(male knew 54177)

Nature of problem or request: _All meds are out new med Not working_
_Still having discharge "Med prescribe didn't help"_    *Follow*
_pain in my back where I fell_    *up*
_Sharp pain in left side_
_The nurse said that she_ ~~signature~~    Signature
_was ordering Yeast Cream_ **DO NOT WRITE BELOW THIS LINE**
_It has not come_

Date: _8/24/04_
Time: _8:05 PM_  AM PM
Allergies: _Naproxen, matrin, ASA_

RECEIVED
Date: _8/24/04_
Time: _____
Receiving Nurse Intials _____

**(S)ubjective:** _All my meds are out  new meds are not working_
_I'm still having a discharge "still" having pain in my_
_back' and sharp pain in left side_

**(O)bjective (V/S):** T: _98⁸_  P: _97_  R: _____  BP: _110/90_  WT: _181_
_02 SAT 97_

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTOCOPIED

**(A)ssessment:** _no acute distress noted_

**(P)lan:** _① MD Renu'_
_② MD follow up_

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment        Return to Clinic PRN
CIRCLE ONE
Check One:  ROUTINE (✓)    EMERGENCY ( )
    If Emergency was PHS supervisor notified:    Yes ( )    No ( )
    Was MD/PA on call notified:    Yes ( )    No ( )

_Just started_
_me two treat_

_____
SIGNATURE AND TITLE

RECEIVED
AUG 24 2004

WHITE:    INMATES MEDICAL FILE
YELLOW:    INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT        PHS0138



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: _Perrion Roberts_
ID # _159116_          Date of Request: _7-10-04_
Date of Birth: _6-20-64_ Location: _9A_
Nature of problem or request: _pain in side feel like kidney having discharge_

_Signature_

## DO NOT WRITE BELOW THIS LINE

Date: _7/11/04_
Time: _100_ AM PM
Allergies: _NSAIDs, Phenergan_

RECEIVED
Date: _7/11/04_
Time: _1:00 pm_
Receiving Nurse Intials _AB_

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTOCOPIED

**(S)ubjective:** I'm havg pain ... It feels like I'm havg kidney Problems. I also ...

**(O)bjective** (V/S): T: _98_  P: _86_  R: _18_  BP: _120/80_  WT: _172_

**(A)ssessment:**

**(P)lan:**

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment          Return to Clinic PRN
CIRCLE ONE

Check One:   ROUTINE (X)   EMERGENCY ( )
If Emergency was PHS supervisor notified:   Yes ( )   No ( )
Was MD/PA on call notified:   Yes ( )   No ( )

_SIGNATURE AND TITLE_

WHITE:   INMATES MEDICAL FILE
YELLOW:   INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002   (1/4)

PHS0139



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: _Perrion Roberts_        Date of Request: _7-7-04_
ID # _15916_        Date of Birth: _6-20-64_  Location: _9_
Nature of problem or request: _Pain in Joints_
_Mink slip need to be change. Need pain_
_meds. ~~no longer~~ Tylenol not working_
_been writing to see the Doctor Two Weeks_
                                                    _Signature_

### DO NOT WRITE BELOW THIS LINE

Date: _7 18 04_
Time: _1220_ (AM) PM
Allergies: _metrix, Naprosyn_

> **RECEIVED**
> Date: _7 8 04_
> Time: _12 3_
> Receiving Nurse Intials _RO_

**(S)ubjective** _Pain in Joints,_
_Need pain meds. Tylenol not working. Been wanting_
_to see M.D. x two weeks_

**(O)bjective** (V/S): T: _98.4_  P: _70_  R: _18_  BP: _124/84_  WT: _172_
_Pain both elbows and wrists, have some_
_edema present. Areas warm, et dry. Inner elbow & wrists_
_Inmate is writing Pink slip for temporary work stop_
**(A)ssessment:** _Both elbows have some swelling, no pitting_
_Go painful. Can open and close hands and make_
_fists. Stated tylenol don't work. Noted Pain med and_
_musle relaxer still current till 7/16/04. Inmate requesting_
**(P)lan:** _temporary work till md. Review complaint_
_MD to review, if no better sign up again - appt scheduled,_
_E. Cont. to taken meds ordered on 6/16/04._

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment        Return to Clinic PRN
CIRCLE ONE
Check One:  ROUTINE ( ✓ )   EMERGENCY ( )
If Emergency was PHS supervisor notified:   Yes ( )    No ( )
Was MD/PA on call notified:   Yes ( )    No ( )

_Will_
_see o4_

**RECEIVED**
**JUL 0 7 2004**

_Rose Duncan,_
*SIGNATURE AND TITLE*

WHITE:   INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

PHS0140



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: _Pervion Roberts_          Date of Request: _6-21-0__

ID # _159116_          Date of Birth: _6-20-64_ Location: _9A_

Nature of problem or request: _Pain in joints, settling Fluid_

_On major joints._

_Having an Allergic reaction to Medication_

_____ Signature

### DO NOT WRITE BELOW THIS LINE

Date: _6/21/0__

Time: _1150_   AM  PM

Allergies: _Motrin, ASA_

```
RECEIVED
Date:
Time:
Receiving Nurse Intials _____
```

**(S)ubjective:** _I'm having pains in my ankle and my knees. Mostly my knees. I can feel the fluid on my ankle and knees are sticking me. My meds makes_

**(O)bjective  (V/S):** T: _98.2_   P: _64_   BP: _120/80_   WT: _172_

_History of Rhennadoid arthritis. S ankles and knees are swollen_

**(A)ssessment:** _Alteration in level of comfort_

**(P)lan:** _Refer to MD_

Refer to:  **MD/PA**  Mental Health  Dental  Daily Treatment      Return to Clinic PRN
### CIRCLE ONE

Check One:  ROUTINE ( )  EMERGENCY ( )

If Emergency was PHS supervisor notified:  Yes ( )  No ( )

Was MD/PA on call notified:  Yes ( )  No ( )

_Will RX with Sulfasalazine or Plaquenil Next_

**RECEIVED**
**JUN 21 2004**

_____
*SIGNATURE AND TITLE*

WHITE:    INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

PHS0141



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: _Perrion Roberts_    Date of Request: _6-15-04_
ID # _159116_    Date of Birth: _6-20-64_ Location: _9A_
Nature of problem or request: _Pain in both elbows ankle swollen
need A very strong pain medication
I need a shot from the orthopedic for pain
in joints Pain level past **10**_
                                          _Signature_

**DO NOT WRITE BELOW THIS LINE**

Date: _6/16/04_
Time: _12:45_ AM PM
Allergies: _Ibuprofen,
ASA
Naprosyn)_

RECEIVED
Date: _6/16/04_
Time: _12:45 AM_
Receiving Nurse Intials _RD_

**(S)ubjective:** _Pain in both elbows, ankles
are swollen. Requesting strong pain meds_

**(O)bjective** (V/S): T: _98_  P: _90_    BP: _140/80_ WT: _174_
_noted old surgical scars both elbows. Skin
warm et dry also. C/o it hurts to stretch arm
and elbows forward. Left ankle is swollen._

**(A)ssessment:** _C/o painful to move both arm and elbows
forward. Has little swelling at elbows
Noted swelling to left ankle._

**(P)lan:** _If no better sign up o pain.
E. Elevate arm prn_

Refer to:   MD/PA  Mental Health  Dental  Daily Treatment    Return to Clinic PRN
                                    CIRCLE ONE
Check One:  ROUTINE (✓)  EMERGENCY ( )
If Emergency was PHS supervisor notified:  Yes ( )  No ( )
Was MD/PA on call notified:  Yes ( )  No ( )

_Rose Duncan_
**SIGNATURE AND TITLE**

JUN 15

WHITE:   INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT
PHS0142

GLF-1002  (1/4)



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: _Perrion Roberts_    Date of Request: _6-8-04_
ID # _15916_    Date of Birth: _6-20-64_ Location: _9A_
Nature of problem or request: _Sever Pain in joints_
_Follow up_

Signature _[signature]_

### DO NOT WRITE BELOW THIS LINE

Date: _6 9 04_
Time: _12:15_  AM PM
Allergies: _Naproxn, Motrin, ASA_

RECEIVED
Date: _6 9 04_
Time: _12:15 Am_
Receiving Nurse Intials _P6_

_Follow up_

**(S)ubjective:** _I'm in pain + Bedford in not help. I have Rheumatoid Arthritis. Pain — [FOR PROFESSIONAL USE ONLY CONFIDENTIAL RECORD NOT TO BE PHOTOCOPIED] + ankle, knee, hip — both joints._

**(O)bjective** (V/S): T: _97.4_  P: _80_  R: _18_  BP: _116/64_  WT: _171 lbs_

**(A)ssessment:** (L) _side knee + ankle slight soreng. I have Rheumatoid and hurts when I sit & try to get up._

**(P)lan:** _Per. M.D. Riund_
_C. continued to ↑ legs + Elbow while sitting, use cool compart to ann one Heat make you hurt._

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment   Return to Clinic PRN
CIRCLE ONE
Check One:   ROUTINE (X)     EMERGENCY ( )
If Emergency was PHS supervisor notified:   Yes ( )   No ( )
Was MD/PA on call notified:   Yes ( )   No ( )

RECEIVED
JUN 0 8 2004

_[signature]_
SIGNATURE AND TITLE

_pt on undvain_
_[signature]_

WHITE: INMATES MEDICAL FILE
YELLOW: INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT
GLF-1002   (1/4)

PHS0143



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: _Perrian Roberts_     Date of Request: _6-1-04_

ID # _159116_     Date of Birth: _6-20-64_ Location: _9A_

Nature of problem or request: _Pain Sever Pain in all joints_
_Pain in the gallbladder area. Sever Stiffness in_
_elbow, back, hip and knee._

_____ Signature

### DO NOT WRITE BELOW THIS LINE

Date: _6-2-04_

Time: _1126_ AM/**PM**

Allergies: _Naprosyn, Disulfer_

```
RECEIVED
Date: 6-2-04
Time: 11 P
Receiving Nurse Intials  SN
```

(S)ubjective: _Having Pain in all joints & stiffness_
_L side & think it may be gallbladder_
_in joints -_

(O)bjective  (V/S): T: _96 8_  P: _74_  R:  BP: _130/90_  WT. _172_
_0 tenderness to L side, ROM WNL, no joint pain_
_on indocin, did 25 mg allergic to advil 8x48_

(A)ssessment: _Alteration in Comfort of arthritis/gas_

(P)lan: _↑ H₂O, avoid gassy foods_
_E on gassi arthritis_

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment      Return to Clinic PRN
### CIRCLE ONE
Check One:  ROUTINE ( )     EMERGENCY ( )

If Emergency was PHS supervisor notified:   Yes ( )     No ( )

Was MD/PA on call notified:   Yes ( )     No ( )

_____
SIGNATURE AND TITLE

WHITE:   INMATES MEDICAL FILE
YELLOW:   INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

PHS0144



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: _Perrion Roberts_    Date of Request: _5-29-04_
ID # _159116_    Date of Birth: _6-20-64_ Location: _9A_
Nature of problem or request: _Swelling in joint and sever stiffness_
_I am in need of Arthritis Medicien. Need to_
_know what meds I am on. I am having sever lower_
_back pains and guizzing in my stomach could be cause_
_by meds._

Signature

### DO NOT WRITE BELOW THIS LINE

Date: _5 30 04_
Time: _23:50_ AM PM
Allergies: _NKDA Motrin_

RECEIVED
Date: _5/30/04_
Time: _17:50 p_
Receiving Nurse Intials _M_

**(S)ubjective:** " _I've been hurting, medication the Dr ordered_
_is not working_

**(O)bjective    (V/S):** T: _98.0_    P: _80_    R: ___    BP: _110/70_    WT: _171_

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTOCOPIED

**(A)ssessment:** _C/o arthritis in joints._
_Attention on comfort in C/T arthritis pain —_

**(P)lan:** _Meds ordered already_
_c Motrin 6-8 glasses H2O per Day. Do Warm up_
_exercises. Warm compress to joints. Take_
_medication as ordered_

Refer to:    MD/PA    Mental Health    Dental    Daily Treatment    Return to Clinic PRN
CIRCLE ONE

Check One:   ROUTINE( X )    EMERGENCY ( )
If Emergency was PHS supervisor notified:    Yes ( )    No ( )
Was MD/PA on call notified:    Yes ( )    No ( )

SIGNATURE AND TITLE

MAY 30 P.M.

WHITE:    INMATES MEDICAL FILE
YELLOW:    INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002   (1/4)

PHS0145



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: _Perrion Roberts_    Date of Request: _5-6-04_
ID # _158116_    Date of Birth: _6-20-64_ Location: _9_
Nature of problem or request: _I have to have a pink slip stating that I can not do _____ _____ that will cause my joints to pain and flare ups I have sever RA and I will not get better_

_Signature_

### DO NOT WRITE BELOW THIS LINE

Date: _5/8/04_
Time: _12:00_ (AM) PM
Allergies: NKDA
  IBUPROFEN, NAPROXEN

```
RECEIVED
Date: 5-8-04
Time:
Receiving Nurse Initials  G
```

(S)ubjective: _"I'm having severe pain in my joints and I need a pink slip for light duty"_

(O)bjective  (V/S): T: _97.8_  P: _84_  R:  BP: _110/80_  WT: _173_

*FOR PROFESSIONAL USE ONLY*
*CONFIDENTIAL RECORD*
*NOT TO BE PHOTOCOPIED*

(A)ssessment: _States pain has lasted a long time in her joints_

(P)lan: _Has appt c MD_

Refer to:  MD/PA  Mental Health  Dental  Daily Treatment    Return to Clinic PRN
CIRCLE ONE
Check One:  ROUTINE ( )  EMERGENCY ( )
  If Emergency was PHS supervisor notified:    Yes ( )   No ( )
  Was MD/PA on call notified:    Yes ( )   No ( )

_Signature_
SIGNATURE AND TITLE

RECEIVED
MAY 0 7 2004

WHITE:   INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT
GLF-1002   (1/4)

PHS0146



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: _Perrion Roberts_          Date of Request: _5-4-04_
ID # _159116_                          Date of Birth: _6-20-64_ Location: _6_
Nature of problem or request: _I need a pink slip for buttom bunk profile, for my Arm sling and ace-band and Extra blanket because my joints get so cold it makes me stiff_

_____ /Signature

### DO NOT WRITE BELOW THIS LINE

Date: ___/___/___
Time: _____ AM  PM
Allergies: _____

┌─────────────────────────────┐
│         RECEIVED            │
│ Date:                      │
│ Time:                      │
│ Receiving Nurse Intials ____│
└─────────────────────────────┘

**(S)ubjective:** _Needs pink slip for Sanity of prob..._

**(O)bjective   (V/S): T:** _97,2_ **P:** _82_ **R:** ___ **BP:** _130/90_ **WT:** _174_

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTOCOPIED

**(A)ssessment:** _Gave pink slip for sling - just had surgery - Blanket to keep warm, coldness makes stiff - Is not a top bunk candidate. Slip for ace bandage used to support elbow part time_

**(P)lan:** _M.D. review_

Refer to: (MD/PA)  Mental Health  Dental  Daily Treatment    Return to Clinic PRN
CIRCLE ONE
Check One:  ROUTINE (✓)  EMERGENCY ( )
    If Emergency was PHS supervisor notified:  Yes ( )  No ( )
        Was MD/PA on call notified:  Yes ( )  No ( )

_____
SIGNATURE AND TITLE

RECEIVED
MAY 04 2004

WHITE:    INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

PHS0147



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: _Perrion Roberts_          Date of Request: _4-28-04_
ID # _159116_          Date of Birth: _6-30-04_ Location: _Dorm 6_
Nature of problem or request: _Pain in knee and Elbow + Heartburn_

_____

_____

_Signature_

### DO NOT WRITE BELOW THIS LINE

_____

Date: ___/___/___
Time: _____ AM  PM
Allergies: _____

| RECEIVED |
| --- |
| Date: |
| Time: |
| Receiving Nurse Intials _____ |

**(S)ubjective** Knee & Elbow are _____ Having heartburn. _____ flow is starting to hurt – _____

**(O)bjective** (V/S): T: _98.4_   P: _14_   R: _20_   BP: _118/74_   WT: _174_

**(A)ssessment:** _Has Rheu. arthritis – Joint replacement. Arm in sling – hx of problem w/ joints_

**(P)lan:** _M.D. appt. this week. Zantac for acid reflux_

Refer to:  (MD) PA  Mental Health  Dental  Daily Treatment    Return to Clinic PRN
CIRCLE ONE
Check One:  ROUTINE (✓)  EMERGENCY ( )
If Emergency was PHS supervisor notified:    Yes ( )    No ( )
Was MD/PA on call notified:    Yes ( )    No ( )

_SIGNATURE AND TITLE_

WHITE:   INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

PHS0148

FOR PROFESSIONAL USE ONLY CONFIDENTIAL RECORD NOT TO BE PHOTOCOPIED

RECEIVED APR 27 2004



**PHS**

**Nursing Evaluation Tool:**                    **General Sick Call**

Facility: Alabama Department of Corrections

Patient Name: _Roberts          Pierrion_
                          Last                    First

Inmate Number: _15916_          Date of Birth: _6_ / _20_ / _64_
                                                MM   DD   YYYY

Date of Report: _2_ / _12_ / _06_    Time Seen: _0620_ (AM) PM  Circle One
                MM   DD   YYYY

**Subjective:** Chief Complaint(s): _Both knee hurt - "left knee has fluid"_

Onset: _8 days_

Brief History: _Hx of Rheumatoid Arthritis_
(Continue on back if necessary)

☐ Check Here if additional notes on back

**Objective:** Vital Signs: (As Indicated) T _98⁸_  P _72_  RR _18_  B/P _118_ / _70_
                                                        Sat 98

Examination Findings: _Alg. CMS noted_
(Continue on back if necessary)

_FOR PROFESSIONAL USE ONLY_
_CONFIDENTIAL RECORD_
_NOT TO BE PHOTOCOPIED_

☐ Check Here if additional notes on back

**Assessment: (Referral Status)**    Preliminary Determination(s): _____

☐ Referral **NOT REQUIRED**

☑ Referral **REQUIRED** due to the following: (Check all that apply)
  ☑ Recurrent Complaint (More than 2 visits for the same complaint)
  ☑ Other: _HX_

**Comment:** You should contact a physician and/or a nursing supervisor if you have any concerns about the status of the patient or are unsure of the appropriate care to be given.

**Plan:** Check All That Apply:
  ☑ Instructions to return if condition worsens.
  ☑ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should do as well as appropriate follow-up. ☑ YES  ☐ NO (If NO then schedule patient for appropriate follow-up visits)
  ☐ Other: _____
                (Describe)

OTC Medications given ☑ NO  ☐ YES (If Yes) List: _____

Referral: ☐ NO  ☑ YES (If Yes, Whom/Where): _CRNP McLaughlin_  Date for referral: _2_/_2_/_06_
                                                                                    MM  DD  YYYY

Referral Type: ☐ Routine  ☑ Urgent  ☐ Emergent  (if emergent who was contacted?): _____  Time _____

X _____          Name: _____          **PHS0149**
   Nurses Signature                    Printed

**Nursing Evaluation Tool:**    **General Sick Call**

Facility: Tutwiler Correctional Facility

Patient Name: _Perrin_ _____   _Robert_  
                            Last                 First          MI

Inmate Number: _159116_ _____   Date of Birth: _6_ / _20_ / _64_  
                                                            MM    DD    YYYY

Date of Report: _1_ / _19_ / _2006_   Time Seen: _____ AM / PM  Circle One  
                     MM   DD   YYYY

**Subjective:** Chief Complaint(s): _Penis not regular face bredryant_

Onset: _____

Brief History:  
(Continue on back if necessary)

_____

_____

_____

**Objective:** Vital Signs: (As Indicated) T: _98²_  P: _76_  RR: _20_  B/P: _120/74_ /  ☐ Check Here if additional notes on back

Examination Findings:  
(Continue on back if necessary)

_____

_____

_____

FOR PROFESSIONAL USE ONLY  
CONFIDENTIAL RECORD  
NOT TO BE PHOTOCOPIED

**Assessment: (Referral Status)**   Preliminary Determination(s): _____   ☐ Check Here if additional notes on back

  ☐ Referral **NOT REQUIRED**

  ☑ Referral **REQUIRED** due to the following: (Check all that apply)  
    ☐ Recurrent Complaint (More than 2 visits for the same complaint)  
    ☐ Other: _TO see Dr E._

**Comment:** You should contact a physician and/or a nursing supervisor if you have any concerns about the status of the patient or are unsure of the appropriate care to be given.

**Plan:** Check All That Apply:  
  ☐ Instructions to return if condition worsens.  
  ☐ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should do as well as appropriate follow-up. ☐ YES ☐ NO (If NO then schedule patient for appropriate follow-up visits)  
  ☐ Other:_____  
    (Describe)

OTC Medications given ☑ NO ☐ YES (If Yes List):_____

Referral: ☐ NO ☑ YES (If Yes, Whom/Where): _Dr Englebert on 1/23/06_ Date for referral:___/___/___  
                                                                   MM   DD   YYYY

Referral Type: ☐ Routine  ☐ Urgent  ☐ Emergent (if emergent who was contacted?): _____  Time _____

x _____   Name: _Richard Moseley Lpn_  
    Nurses Signature                                     Printed

Facility: Tutwiler Correctional Facility

Patient Name: Pardion, Roberts
                Last                    First

Inmate Number: 159116

Date of Birth: 6 120 164
              MM  DD  YYYY

Date of Report: 1 113 106
               MM  DD  YYYY

Time Seen: 8 10    AM PM  Circle One

**Subjective:** Chief Complaint(s): I'm constapeted will BAA

Onset: 4 Days 4 Days

Brief History: Rheumatord Arthritis, Inmate States that
(Continue on back if necessary)
that that fibcl Helps Hir Have B/mc

☐ Check Here if additional notes on back

**Objective:** Vital Signs: (As Indicated) T: 98.3  P: 72  RR: 20  B/P: 110 / 72

Examination Findings: Bowel sounds sluggish x 4 qards Abdomen
(Continue on back if necessary)
slightly Distoaled firm to the touch c/o of not Having
in 20 days

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTOCOPIED

☐ Check Here if additional notes on back

**Assessment:** (Referral Status)          Preliminary Determination(s): _____
☑ Referral **NOT REQUIRED**

☐ Referral **REQUIRED** due to the following: (Check all that apply) _____
  ☐ Recurrent Complaint (More than 2 visits for the same complaint)
  ☐ Other: _____

Comment: You should contact a physician and/or a nursing supervisor if you have any concerns about the status of the patient or are unsure of the appropriate care to be given.

**Plan:** Check All That Apply:
· ☐ Instructions to return if condition worsens.
· ☐ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should do as well as appropriate follow-up. ☐ YES ☐ NO (If NO then schedule patient for appropriate follow-up visits)
☑ Other: _____ MD needs metamucel ordered per evap wr RN
      (Describe)

OTC Medications given ☐ NO  ☐ YES (If Yes List): _____

Referral: ☐ NO  ☐ YES (If Yes, Whom/Where): _____  Date for referral: __/__/__
                                                                    MM  DD  YYYY

Referral Type: ☐ Routine  ☐ Urgent  ☐ Emergent  (if emergent who was contacted?): _____  Time

x _____                Name: James Sutton
   Nurses Signature                      Printed

PHS0151



**PRISON
HEALTH
SERVICES
INCORPORATED**

## PROGRESS NOTES

| Date/Time | Inmate's Name: Roberts Penson | D.O.B.: 6/20/84 |
|-----------|-------------------------------|-----------------|
| 4/29/04 | W/S ¹²⁴/₈₈ 992 - 82-20 | |
| 5-8-04 | Seen at sick call — a. Zirow, Sp — | |

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTOCOPIED

60111 (5/85)                    **Complete Both Sides Before Using Another Sheet**          **PHS0152**

Facility Name: Tutwiler Prison for Women

Month/Year of Charting: 12/05

**Arava 20MG Tab    30.00**

Take 1 tablet(s) by mouth daily

Start Date: 11-05-2005
Stop Date: 02-02-2006
Prescriber: Williams, Winfred
RX #: 250854661

Lexapro 10mg
ī PO QD

KOP

Start Date: 10/26
Stop Date: 1/26
Prescriber:
RX #:

Prednisone 5mg
ī PO QD
x 90 days

Start Date: 9/26
Stop Date: 10/26
Prescriber:
RX #:

Azulfodin 500mg
ī PO BID
x 180 days

Start Date: 9/26
Stop Date: 3/26
Prescriber:
RX #:

Tylenol 325 mg
īī PO Q6° PRN
x 90 days

Start Date: 9/26
Stop Date: 10/26
Prescriber:
RX #:

Start Date:
Stop Date:
Prescriber:
RX #:

PHS0153

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTOCOPIED

**Diagnosis**

**Allergies** ASA, MOTRIN

**Housing Unit:** Population Annex

**Patient ID Number:** 159116

**Patient Name:**

**Roberts, Perrion**

Date of Birth: 06-20-1964

| Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|
| | | | | 1. Discontinued Order |
| | | | | 2. Refused |
| | | | | 3. Patient out of facility |
| | | | | 4. Charted in Error |
| | | | | 5. Lock Down |
| | | | | 6. Self Administered |
| | | | | 7. Medication out of Stock |
| | | | | 8. Medication Held |
| | | | | 9. No Show |
| | | | | 10. Other |

Facility Name: Tutwiler Prison for Women

Month/Year of Charting: 12/05

**Flexeril 10MG Tablet    30.00**

Take 1 tablet(s) by mouth at bedtime

KUP

Start Date: 10-28-2005    Prescriber: Englehart, Sam
Stop Date: 01-25-2006    RX #: 250824874

**Prenatal Plus Tab    30.00**

Take 1 tablet(s) by mouth daily

KOP

Start Date: 10-28-2005    Prescriber: Englehart, Sam
Stop Date: 04-25-2006    RX #: 250824896

**Donnatal Tablet    60.00**

Take 1 tablet(s) by mouth twice daily

KOP

Start Date: 10-28-2005    Prescriber: Englehart, Sam
Stop Date: 04-25-2006    RX #: 250825015

**Ranitidine HCl 300MG Tab    60.00**

Take 1 tablet(s) by mouth twice daily

KUP

Start Date: 10-28-2005    Prescriber: Englehart, Sam
Stop Date: 04-25-2006    RX #: 250825016

**Folic Acid 1MG Tab    30.00**

Take 1 tablet(s) by mouth daily

KOP

Start Date: 10-28-2005    Prescriber: Englehart, Sam
Stop Date: 04-25-2006    RX #: 250824895

**Plaquenil 200MG Tab    60.00**

Take 1 tablet(s) by mouth twice daily

KOP

Start Date: 10-28-2005    Prescriber: Englehart, Sam
Stop Date: 01-25-2006    RX #: 250825018

PHS0154

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTOCOPIED

Diagnosis

Allergies

Housing Unit: Population ANNEX
Patient ID Number: 159116
Patient Name:

**Roberts, Perrion**

Date of Birth: 06-20-1964

| Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|
| | | | | 1. Discontinued Order |
| | | | | 2. Refused |
| | | | | 3. Patient out of facility |
| | | | | 4. Charted in Error |
| | | | | 5. Lock Down |
| | | | | 6. Self Administered |
| | | | | 7. Medication out of Stock |
| | | | | 8. Medication Held |
| | | | | 9. No Show |
| | | | | 10. Other |

Region 4

# NON-FORMULARY PHARMACY REQUEST FORM
### Form must be complete and legible. You must Type or Print.

PHS

| Site Name and Number | Patient Name: (Last, First) | Todays Date: (mm/dd/yy) |
|---|---|---|
| Tutwiler Prison For Women - 0844 | Roberts, Propon | 1/5/05 |
| **Site Phone #** (334) 514-6269 | **Inmate #** 159116 | **Date of Birth:** (mm/dd/yy) 6-20-64 |
| **Site Fax #** (334) 514-9559 | **SPP ID #** A-457 | **PHS Custody Date** 4-21-04 |

Diagnosis: Advanced Rheumatoid Arthritis

Medication Allergies: ASA, NSAIDS

☐ Male ☑ Female

RECEIVED JAN 05 2006

Requested Non-Formulary and Strength: Lexapro 10 mg

Directions: ONE TABLET DAILY

Duration of Therapy:
(Maximum approval is 90 days per request)

☐ 7 days ☐ 10 days ☐ 30 days ☐ 60 days ☑ 90 days ☐ Other

Justification for this non-formulary drug. Include previous therapeutic interventions including lifestyle changes.

CONTINUATION OF MEDICATION.

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTOCOPIED

Compliance: ☐ > 80% ☐ < 80% (Determined by Review of MAR)

**Practitioner Information:** ☑ Physician ☐ NP/PA ☐ Dentist

Name: WINFRED D. WILLIAMS        Signature: _____

Daytime Phone: 514-6269           Pager Number: _____

It is the prescribing practitioner's personal responsibility to notify in or all of the above fields. Incomplete non-formulary requests will not be conferred. Any delay in therapy caused by an incomplete request is solely the responsibility of the prescribing practitioner. Verbal approval is acceptable if the prescribing practitioner is not available.

| Determination: | ☐ Approved | ☐ Additional information requested | ☐ Alternative clinical rational |
|---|---|---|---|

Corporate/Regional Medical Director/Designee

Name: _____        Signature: _____

Date: 11/10/____            FAXED

annie 12

| Facility Name: Tutwiler Prison for Women | | Month/Year of Charting: 11/05 |

**Prenatal Plus Tab    30.00**

Take 1 tablet(s) by mouth daily

KOP

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

6 A
K
O
P

given #30 11/4/05 m

Start Date: ~~08-11-2005~~ 10/26/05    Prescriber: Englehart, Sam
Stop Date: ~~11-08-2005~~ 4/26/06    RX #: 250389574

**Donnatal  Tablet    60.00**

Take 1 tablet(s) by mouth twice daily

KOP

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

6 A

given # 60 11/4/05 m

6 P

Start Date: ~~08-11-2005~~ 10/26/05    Prescriber: Englehart, Sam
Stop Date: 11-08-2005 4/26/06    RX #: 250389578

**Ranitidine HCl 300MG Tab    60.00**

Take 1 tablet(s) by mouth twice daily

KOP

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

6 A

given # 60 11/4/05 m

6 P

Start Date: ~~08-11-2005~~ 10/26/05    Prescriber: Englehart, Sam
Stop Date: ~~11-08-2005~~ 4/26/06    RX #: 250389580

**Folic Acid 1MG Tab    30.00**

Take 1 tablet(s) by mouth daily

KOP

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

6 A

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL MEDICAL RECORD
NOT TO BE PHOTOCOPIED

given # 30 11/4/05 m

Start Date: ~~08-11-2005~~ 10/26/05    Prescriber: Englehart, Sam
Stop Date: ~~11-08-2005~~ 4/26/06    RX #: 250389583

**Plaquenil 200MG Tab    60.00**

Take 1 tablet(s) by mouth twice daily

KOP

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

6 A

given # 60 11/4/05 m

6 P

Start Date: ~~08-11-2005~~ 10/26/05    Prescriber: Williams, Winfred
Stop Date: 11-08-2005 1/26/06    RX #: 250389591

**Flexeril 10MG Tablet    30.00**

Take 1 tablet(s) by mouth at bedtime

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

6 P

given #30 11/4/05 m

**PHS0156**

Start Date: ~~08-11-2005~~ 10/26/05    Prescriber: Williams, Winfred
Stop Date: ~~11-08-2005~~ 1/26/06    RX #: 250389592

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|---|
| Allergies ASA, Motrin | N. Elaine Lanal RN | NEL | M.Gilmore RN | m | 1. Discontinued Order<br>2. Refused<br>3. Patient out of facility<br>4. Charted in Error<br>5. Lock Down<br>6. Self Administered<br>7. Medication out of Stock<br>8. Medication Held<br>9. No Show<br>10. Other |
| Housing Unit:    Population | | | | | |
| Patient ID Number:  159116 | | | | | |
| Patient Name: | | | | | |

**Roberts, Perrion**

Date of Birth:    **06-20-1964**

# NON FORMULARY PHARMACY REQUEST FORM
### Form must be complete and legible. You must Type or Print.

**PHS**

| | | |
|---|---|---|
| **Site Name and Number** Tutwiler | **Patient Name: (Last, First)** Roberts Pierion | **Todays Date: (mm/dd/yy)** 11/02/05 |
| **Site Phone #** | **Inmate #** 159416 | **Date of Birth: (mm/dd/yy)** |
| **Site Fax #** | **SPP ID #** 1 | **PHS Custody Date** |
| **Diagnosis:** Advanced Rheumatoid Arthritis | | ☐ Male ☑ Female |
| **Medication Allergies** Nsaids, ASA | | |

**Requested Non-Formulary and Strength:**
ARAVA    20 mg

**Directions:**
One Tab PO qd

**Duration of Therapy:**
(Maximum approval is 90 days per request)

☐ 7 days  ☐ 10 days  ☐ 30 days  ☐ 60 days  ☑ 90 days  ☐ Other _____

**Justification for this non-formulary drug. Include previous therapeutic interventions including lifestyle changes.**
Continuation of Medication

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTOCOPIED

**Compliance:** ☐ > 80%  ☐ < 80%  (Determined by Review of MAR)

**Practioner Information:** ☑ Physician  ☐ NP/PA  ☐ Dentist

**Name:** Winfred D. Williams    **Signature:** _[signature]_

**Daytime Phone:** 51_ 0269    **Pager Number:**

_It is the prescribing practioner's personal responsibility to legibly fill out all of the above fields. Incomplete non formulary requests will not be reviewed. Any delay in therapy caused by an incomplete/illegible non-formulary request is the responsibility of the prescribing practioner. Verbal approval is acceptable if the prescribing practioner is not available._

**Determination:** ☑ Approved  ☐ Additional information requested  ☐ Alternative clinical rational

**Corporate/Regional Medical Director/Designee.**

**Name:**

**Signature:** _[signature]_

**Date:** 11/3/0_

PHS0157

| Facility Name: Tutwiler Prison for Women | | Month/Year of Charting: 11/05 | |

**Lexapro 10MG Tab    30.00**

Take 1 tablet(s) by mouth daily

KOP

Start Date: 08-27-2005 9/26/05  Prescriber: Williams, Winfred
Stop Date: 11-24-2005 1/26/06   RX #: 250614113

**Arava 20MG Tab    30.00**

Take 1 tablet(s) by mouth daily

KOP

Start Date: 09-28-2005 9/26/05  Prescriber: Williams, Winfred
Stop Date: 12-26-2005 1/26/06   RX #: 250675445

**Necon 1/35 (28) 1-35MG-MCG Tab**

Take 1 tablet(s) by mouth daily

KOP

Start Date: 09-20-2005  Prescriber: Webb, Marty
Stop Date: 12-18-2005   RX #: 250634523

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTOCOPIED

**Prednisone 5mg po**
**QDay x 90 days**

Start Date: 09-26-05  Prescriber:
Stop Date: 12-26-05   RX #:

**Azidladine 500mg**
**BID x 180 days**

Start Date: 09-26-05  Prescriber:
Stop Date: 03-26-06   RX #:

**Tylenol ii po Q6°**
**PRN x 90 days**

Start Date: 09-26-05  Prescriber:
Stop Date: 12-26-05   RX #:

PHS0158

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|---|
| Allergies: ASA, Motrin | N. Elaine Lamb RN | NEL | M. Johnson RN | MJ | 1. Discontinued Order 2. Refused 3. Patient out of facility 4. Charted in Error 5. Lock Down 6. Self Administered 7. Medication out of Stock 8. Medication Held 9. No Show 10. Other |

Housing Unit: Population
Patient ID Number: 159116
Patient Name:
**Roberts, Perrion**

Date of Birth: 06-20-1964

**Facility Name:**

*Cancel order for Necon*

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**Month/Year of Charting:**

Start Date: 10/3/05   Prescriber:
Stop Date:   RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date:   Prescriber:
Stop Date:   RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date:   Prescriber:
Stop Date:   RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTOCOPIED

Start Date:   Prescriber:
Stop Date:   RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date:   Prescriber:
Stop Date:   RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date:   Prescriber:
Stop Date:   RX #:

**PHS0159**

*Anney*

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|---|
| | Rgladya | RG | | | 1. Discontinued Order |
| Allergies | | | | | 2. Refused |
| | | | | | 3. Patient out of facility |
| | | | | | 4. Charted in Error |
| Housing Unit: | | | | | 5. Lock Down |
| Patient ID Number: | | | | | 6. Self Administered |
| Patient Name: | | | | | 7. Medication out of Stock |
| | | | | | 8. Medication Held |
| | | | | | 9. No Show |
| | | | | | 10. Other |

Roberts Perrian   Date of Birth: 6/20/67

# MEDICATION ADMINISTRATION RECORD

STDT01

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Prednisone 5mg PO
QD x 90 days
9-26-05    12-26-05

20mg aD
days
12-26-05

Azulfadine 500mg
Bid x 180 days
3-26-05    3-26-016

PO
10 days
26-05

Percogesic — π
PO BID x 2wks
10-10-05    10-30-05

FOR CONFIDENTIAL USE

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR 10-1-05    THROUGH 10-31-05

Physician

Alt. Physician

Telephone No.

Alt. Telephone

Allergies: ASA, motrin

Rehabilitative Potential

Diagnosis

| Medicaid Number | Medicare Number | By: | Medical Record No. |
|---|---|---|---|

PATIENT: Roberts Perrion

PATIENT ID: 159116

PHS0160

p-12

Facility Name: Tutwiler Prison for Women

Month/Year of Charting: 10/05

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**Flexeril 10MG Tablet    30.00**

Take 1 tablet(s) by mouth at bedtime

X 90 days

Renewed 10/26/05

Start Date: 08-11-2005 10/3/0    Prescriber: Williams, Winfred
Stop Date: 11-08-2005 1/26/05    RX #: 250389592

**Lexapro 10MG Tab    30.00**

Take 1 tablet(s) by mouth daily

KOP    X 90 days

Renewed 10/26/05

Start Date: 08-27-2005 10/26/0    Prescriber: Williams, Winfred
Stop Date: 11-24-2005 1/26/06    RX #: 250614113

**Arava 20MG Tab    30.00**

Take 1 tablet(s) by mouth daily

X 90 days KOP

Renewed 10/26/05

Start Date: 08-27-2005 10/26/6    Prescriber: Williams, Winfred
Stop Date: 11-24-2005 1/26/05    RX #: 250614133

**Necon 1/35 (28) 1-35MG-MCG Tab**
**1**

Take 1 tablet(s) by mouth daily

KOP

Start Date: 09-20-2005    Prescriber: Webb, Marty
Stop Date: 12-18-2005    RX #: 250634523

FOR PROFESSIONAL RECORD
NOT TO BE PHOTOCOPIED

Start Date:    Prescriber:
Stop Date:    RX #:

Start Date:    Prescriber:
Stop Date:    RX #:

PHS0161

Diagnosis

Allergies

Housing Unit: Population
Patient ID Number: 159116
Patient Name:

**Roberts, Perrion**

| Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|

Documentation Codes
1. Discontinued Order
2. Refused
3. Patient out of facility
4. Charted in Error
5. Lock Down
6. Self Administered
7. Medication out of Stock
8. Medication Held
9. No Show
10. Other

Date of Birth: 06-20-1964

Facility Name: Tutwiler Prison for Women

Month/Year Charting: 10/05

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |

**Prenatal Plus Tab    30.00**
Take 1 tablet(s) by mouth daily
KOP X 90 days
Renewed 10/26/05
Start Date: 08-11-2005 10/4/06    Prescriber: Englehart, Sam
Stop Date: 11-08-2005 4/26/06    RX #: 250389574

**Donnatal Tablet    60.00**
Take 1 tablet(s) by mouth twice daily
X 180 days KOP
Renewed 10/26/05
Start Date: 08-11-2005 10/26/05    Prescriber: Englehart, Sam
Stop Date: 11-08-2005 4/26/6    RX #: 250389578

**Ranitidine HCl 300MG Tab    60.00**
Take 1 tablet(s) by mouth twice daily
X 180 d KOP
Renewed 10/26/05
Start Date: 08-11-2005 10/26/05    Prescriber: Englehart, Sam
Stop Date: 11-08-2005 4/26/6    RX #: 250389580

**Folic Acid 1MG Tab    30.00**
Take 1 tablet(s) by mouth daily
X 180 days KOP
Renewed 10/26/05
Start Date: 08-11-2005 10/26/05    Prescriber: Englehart, Sam
Stop Date: 11-08-2005 4/26/6    RX #: 250389583

**Sulfasalazine 500MG Tab    60.00**
Take 1 tablet(s) by mouth twice daily
KOP
Start Date: 08-11-2005    Prescriber: Williams, Winfred
Stop Date: 11-08-2005    RX #: 250389589

**Plaquenil 200MG Tab    60.00**
Take 1 tablet(s) by mouth twice daily
X 90 days KOP
Renewed 10/26/05
Start Date: 08-11-2005 10/26/05    Prescriber: Williams, Winfred
Stop Date: 11-08-2005 1/26/06    RX #: 250389591

PHS0162

Diagnosis

Allergies

Housing Unit: Population
Patient ID Number: 159116
Patient Name:

**Roberts, Perrion**

Date of Birth: 06-20-1964

| Nurse's Signature | Initial | Nurse's Signature | Initial |
|---|---|---|---|
| Washingto | | | |
| | | Lanisha Coe | |

Documentation Codes
1. Discontinued Order
2. Refused
3. Patient out of facility
4. Charted in Error
5. Lock Down
6. Self Administered
7. Medication out of Stock
8. Medication Held
9. No Show
10. Other



Facility Name: Tutwiler Prison for Women

Month/Year of Charting: 09/05

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**Norethin 1/35E (28) 1-35MG-MCG Tab 1**

Take 1 tablet(s) by mouth daily

Start Date: 08-11-2005  Prescriber: Foy MHM, Phoebe
Stop Date: 11-08-2005  RX #: 250389571

**Prenatal Plus Tab  30.00**

Take 1 tablet(s) by mouth daily

Start Date: 08-11-2005  Prescriber: Foy MHM, Phoebe
Stop Date: 11-08-2005  RX #: 250389574

**Donnatal Tablet  60.00**

Take 1 tablet(s) by mouth twice daily

Start Date: 08-11-2005  Prescriber: Foy MHM, Phoebe
Stop Date: 11-08-2005  RX #: 250389578

**Ranitidine HCl 300MG Tab  60.00**

Take 1 tablet(s) by mouth twice daily

FOR PROFESSIONAL CONFIDENTIAL USE ONLY NOT TO BE PHOTOCOPIED

Start Date: 08-11-2005  Prescriber: Foy MHM, Phoebe
Stop Date: 11-08-2005  RX #: 250389580

**Folic Acid 1MG Tab  30.00**

Take 1 tablet(s) by mouth daily

Start Date: 08-11-2005  Prescriber: Foy MHM, Phoebe
Stop Date: 11-08-2005  RX #: 250389583

**Azulfidine Oral Tab 500 MG 500MG Tab 60.00**

Take 1 tablet(s) by mouth twice daily

Start Date: 08-11-2005  Prescriber: Williams, Winfred
Stop Date: 11-08-2005  RX #: 250389589

**PHS0163**

Diagnosis

Allergies

Housing Unit: Population
Patient ID Number: 159116
Patient Name:

**Roberts, Perrion**

Date of Birth: 06-20-1964

| Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|
| Lakinda Gay | L H | | | 1. Discontinued Order |

Documentation Codes
1. Discontinued Order
2. Refused
3. Patient out of facility
4. Charted in Error
5. Lock Down
6. Self Administered
7. Medication out of Stock
8. Medication Held
9. No Show
10. Other

Facility Name: **Tutwiler Prison for Women**    Month/Year of Charting: **09/05**

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**Plaquenil 200MG Tab    60.00**

Take 1 tablet(s) by mouth twice daily

Start Date: **08-11-2005**    Prescriber: **Williams, Winfred**
Stop Date: **11-08-2005**    RX #: **250389591**

**Flexeril 10MG Tablet    30.00**

Take 1 tablet(s) by mouth at bedtime

Start Date: **08-11-2005**    Prescriber: **Williams, Winfred**
Stop Date: **11-08-2005**    RX #: **250389592**

Donnatal Tpo
Bid x 90 day

Start Date: 8/9/05    Prescriber:
Stop Date: 11/9/05

Lexapro 10 mg
qd x 90 days
non form

Start Date: 8/9/05    Prescriber:
Stop Date: 11/9/05    RX #:

Arava 20 mg
Po qd x 90 days
non form

Start Date: 8/9/05    Prescriber:
Stop Date: 11/19/05    RX #:

Neuron 1/25 - 28mg
ROF x 90 mg

9/18/05

Start Date: 9/18/05    Prescriber:
Stop Date: 12/18/05    RX #:

**PHS0164**

Diagnosis

Allergies

Housing Unit: **Population**
Patient ID Number: **159116**
Patient Name:

**Roberts, Perrion**    Date of Birth: **06/20-1964**

| Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|
| Laheeda Cryz | Fc | | | 1. Discontinued Order |

Documentation Codes:
1. Discontinued Order
2. Refused
3. Patient out of facility
4. Charted in Error
5. Lock Down
6. Self Administered
7. Medication out of Stock
8. Medication Held
9. No Show
10. Other

STDT01

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Prednisone 5mg PO
QD X 90 days
9/26/05            12/26

20mg QD
12/26

Azulfadine 500mg
BID X 90 day 2/26

PO
90 day

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTOCOPIED

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR 9-1-05   THROUGH 9-30-05

| Physician | | Telephone No. | | Medical Record |
|---|---|---|---|---|
| Alt. Physician | | Alt. Telephone | | |
| Allergies | ASA motrin | Rehabilitative Potential | | |

Diagnosis

| Medicaid Number | Medicare Number | By | | | |
|---|---|---|---|---|---|

PATIENT  Roberts Perrion

159116

# MEDICATION ADMINISTRATION RECORD

*Aurex*

STDT01

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| *Prenatal Vit i po gd x 90 days* | 6A | | ✓ | | | | | | | | | | | | | | | | | | | | | | | | | | |
| *8/9/05 - 11/9/05* | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| *Prenatal i po gd x 90 days 8/9/05 - 11/9/05* | 6A | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 6P | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| *Zantac 300 mg po B/d x 90 days 8/9/05 - 11/9/05* | 6A | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 6P | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| *___ 1 mg ___ daily 0 8/9/05 - 11/9/05* | 6A | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| *Necon 1/35 - 28 i tab daily x 90 days 8/9/05 - 11/9/05* | 6A | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| *___ 500 mg ___ d x 90 days ___ 11/9/05* | 6A | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 6P | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| *Lexapro 10 mg po gd x 90 days Non-Form* | 6A | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| *___ mg ___ days* | 6A | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE**

CHARTING FOR *8/1/05*  THROUGH *8/31/05*

Physician *Williams*

Alt. Physician

Telephone No.

Alt. Telephone

Medical Record No.

'ergies *Naprosyn    Motrin, ASA*

Rehabilitative Potential

**PHS0166**

Diagnosis

Medicaid Number     Medicare Number     Complete Entries Checked:

By *Carl Duncan*    Title: *6P*    Date:

PATIENT *Roberts (Glenn)*    PATIENT CODE    ROOM NO.    BED    FACILIT

FOR PROFESSIONAL USE ONLY CONFIDENTIAL RECORD NOT TO BE PHOTOCOPIED

# MEDICATION ADMINISTRATION RECORD

*Annex*

STDT01



| MEDICATIONS | HOUR | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 |

Prednisone taper
80 mg g d x 1 dose dose
8/9/05 - 8/9/05

Prednisone 70 mg — 6A
x 1 day dose
8/10/05 - 8/10/05

Prednisone 50 mg — 6A
p.o. x 1 dose
8/11/05 - 8/11/05

Prednisone 40 mg — 6A
x 1 dose
8/12/05 - 8/12/05

Prednisone 30 mg — 6A
x 1 dose
8/13/05 - 8/13/05

Prednisone 20 mg — 6A
x 1 dose
8/14/05 - 8/14/05

Prednisone 10 mg — 6A
p.o. x 1 dose
8/15/05 - 8/15/05

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL SECTION
NOT TO BE PHOTOCOPIED

| MEDICATIONS | HOUR | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 |

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR 8/1/05   THROUGH 8/31/05

Physician William

Alt. Physician

Telephone No.
Att. Telephone

Medical Record No.

Allergies Naprosyn, Motrin, ASA

Rehabilitative Potential

Diagnosis

**PHS0167**

Medicaid Number

Medicare Number

Complete Entries Checked
By ___

PATIENT  Roberts, Perrin

PATIENT CODE 15 9/11

ROOM NO.   BED   FACILIT

# MEDICATION ADMINISTRATION RECORD

STDT01

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Azulfidine 500mg PO BID x 90 days 6/30/05 – 9/30/05 | 6A / 6P | added to MAR 8/9/05 | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Flexeril 10mg po ... x 90 days 6/30/05 – 9/30/05 | 6A / 6P | added to MAR 8/9/05 | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Lexapro 10mg q AM x 90 days 6/30/05 – 9/30/05 | 6A / 6P | added to MAR 8/9/05 | | | | | | | | | | | | | | | | | | | | | | | | | | | |

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD.
NOT TO BE PHOTOCOPIED

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR 8/9/05   THROUGH 8

Physician

Alt. Physician Williams

Telephone No.

Alt. Telephone

Medical Record No.

Allergies Naprosyn, Motrin, ASA

Rehabilitative Potential

Diagnosis

**PHS0168**

Medicaid Number

Medicare Number

By: M. Johnson   Title: LPN   Date: 8/9

PATIENT Roberts, Perrion

PATIENT CODE 759116   ROOM NO.   BED   FACILITY 7L

D-12

| Facility Name: | Tutwiler Prison for Women | | | | | | | | | | | | Month/Year of Charting: | | 08/05 | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |

**Prednisone 2.5MG Tab    30.00**

TAKE 1 TABLET(S) BY MOUTH  IN THE EVENING

6pm

Start Date: 05-14-2005    Prescriber: Englehart, Sam
Stop Date: 08-11-2005    RX #: 7399557

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |

**Prenatal Plus Tab    30.00**

TAKE 1 TABLET(S) BY MOUTH  DAILY
*KEEP ON PERSON*

6pm

Start Date: 05-14-2005    Prescriber: Englehart, Sam
Stop Date: 08-11-2005    RX #: 7399565

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 3 |

**Phenobarbital-Belladonna Alk 16.2MG Tab    60.00**

TAKE 1 TABLET(S) BY MOUTH  TWICE DAILY

6pm

Start Date: 08-10-2005    Prescriber: Englehart, Sam
Stop Date: 08-10-2005    RX #: 7537043

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 3 |

**Necon 1/35 (28) 1-35MG-MCG Tab 1**

Take 1 tablet(s) by mouth daily as directed

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL
NOT TO BE PHOTOCOPIED

Start Date: 07-09-2005    Prescriber: Williams, Winfred
Stop Date: 10-06-2005    RX #: 250165236

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 3 |

Zantac 300mg
PO BID x60 Days

6pm

Start Date: 6/29/05    Prescriber:
Stop Date: 8/29/05    RX #:

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |

Folic Acid 1mg Tab
Daily PO

CAM man

Start Date: 6/29/05    Prescriber:    **PHS0169**
Stop Date: 8/29/05    RX #:

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|---|
| | | | | | 1. Discontinued Order |
| | | | | | 2. Refused |
| Allergies | | | | | 3. Patient out of facility |
| | | | | | 4. Charted in Error |
| | | | | | 5. Lock Down |
| Housing Unit: Population | | | | | 6. Self Administered |
| Patient ID Number: 159116 | | | | | 7. Medication out of Stock |
| Patient Name: | | | | | 8. Medication Held |
| | | | | | 9. No Show |
| **Roberts, Perrion** | | | Date of Birth: | **06-20-1964** | 10. Other |