Region 4           NON-FORMULARY **PHARMACY** REQUEST FORM           PHS

Form must be complete and legible. You must Type or Print.

**Site Name and Number:** Tutwiler Prison For Women - 0844
**Site Phone #:** (334) 514-6269
**Site Fax #:** (334) 514-9559

**Patient Name: (Last, First):** Roberts Perrion
**Inmate #:** 159116
**SPP ID #:** A-457

**Today's Date:** 8/9/05
**Date of Birth:** 6/20/64
**PHS Custody Date:**

☐ Male   ☒ Female

RECEIVED AUG 10 2005

**Diagnosis:**

**Medication Allergies:** Motrin, ASA, Naproxyn

**Requested Non-Formulary and Strength:** Lexapro 10mg

**Directions:** 1 P.O. qd

**Duration of Therapy:** (Maximum approval is 90 days per request)
☐ 7 days  ☐ 10 days  ☐ 30 days  ☐ 60 days  ☒ 90 days  ☐ Other

**Justification for this non-formulary drug.** Include previous therapeutic interventions including lifestyle changes.

Continuation of Therapy

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTOCOPIED

**Compliance:** ☐ > 80%  ☐ < 80%   (Determined by Review of MAR)

**Practitioner Information:** ☒ Physician  ☐ NP/PA  ☐ Dentist
**Name:** Winfred D Williams
**Signature:** [signature]
**Daytime Phone:**
**Pager Number:**

**Determination:** ☒ Approved   ☐ Additional information requested   ☐ Alternative clinical rational

**Corporate/Regional Medical Director/Designee**
**Name:** Will Mosier, MD
**Signature:** [signature]
**Date:** 8/10/5

PHS0170

# MEDICATION ADMINISTRATION RECORD
07/01/2005



(TUT-457) TUTWILER PRISON FOR WOMEN

STDT01

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DOCUSATE CALCIUM (SURFAK) 240MG CAP TAKE 1 CAPSULE(S) BY MOUTH AS NEEDED RX: 7279973 ENGLEHART, M.D. (DIR, SAM, MD START - 04/21/2005  STOP - 07/19/2005 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| THEOPHYLLINE S.R. (THEO-DUR) 200MG TAB ...BY MOUTH TWICE DAILY AS ...DO NOT CRUSH... ENGLEHART, M.D. (DIR, SAM, MD START - 04/21/2005  STOP - 07/19/2005 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ARAVA (LEFLUNOMIDE) 20MG TAB TAKE 1 TABLET(S) BY MOUTH DAILY **NON-FORMULARY APPROVED UNTIL 07.25.05 RX: 7308240 ENGLEHART, M.D. (DIR, SAM, MD START - 04/27/2005  STOP - 07/25/2005 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| (TRIAZIDE) 37.5/25 TAB **KEEP ON PERSON** ENGLEHART, M.D. (DIR, SAM, MD START - 05/05/2005  STOP - 10/31/2005 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| PREDNISONE (DELTASONE) 5MG TAB TAKE 1 TABLET(S) BY MOUTH IN THE EVENING RX: 7377657 ENGLEHART, M.D. (DIR, SAM, MD START - 05/14/2005  STOP - 08/11/2005 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ...TAB ...BY MOUTH DAILY *KEEP ON... ENGLEHART, M.D. (DIR, SAM, MD START - 05/14/2005  STOP - 08/11/2005 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ANTISPASMODIC (DONNATAL) TAB TAKE 1 TABLET(S) BY MOUTH TWICE DAILY RX: 7537043 ENGLEHART, M.D. (DIR, SAM, MD START - 06/10/2005  STOP - 08/08/2005 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ...BID 400MG | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Elavil 10mg PO QHS x 14 days | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

| CHARTING FOR | 07/01/2005 | THROUGH | 07/31/2005 | | |
|---|---|---|---|---|---|
| Physician | ENGLEHART, M.D. (DIR, SAM | | Telephone No. | | Medical Record No |
| Alt. Physician | | | Alt. Telephone | | |
| Allergies | NSAID, ASPIRIN | | Rehabilitative Potential | | |

PHS0171

| Diagnosis | | | | | |
|---|---|---|---|---|---|
| Medicaid Number | Medicare Number | Complete Entries Checked By: R Washington | Title: LPN | Date: | |
| PATIENT ROBERTS, PEGGY... | | | PATIENT CODE | ROOM NO | BED | FACIL |

# MEDICATION ADMINISTRATION RECORD

STDT01

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| [illegible] 500mg x 90 days 6/30/05 – 9/30/05 | 6A | | | | | | | B | B | | R | R | | R | R | R | | | | | | | | | | | | | |
| [illegible] | | | | | | | | | | | | | | | | | X | | | | | | | | | | | | |
| Lexapro 10mg q AM x 90 days (taken at nite) 6/30/05 – 9/30/05 | 6P | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| [illegible] BIPX [illegible] 11/1/05 [illegible] 7-31-05 | 6A / 6P | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTOCOPIED

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR: _____ THROUGH _____
Physician: _____ Telephone No.: _____ Medical Record No.: _____
Alt. Physician: _____ Alt. Telephone: _____
Allergies: _____ Rehabilitative Potential: _____
Diagnosis: _____ **PHS0172**
Medicaid Number: _____ Medicare Number: _____ Complete Entries Checked By: _____ Title: _____ Date: _____
PATIENT: Roberts, Perrion

# MEDICATION ADMINISTRATION RECORD

STDT01

| MEDICATIONS | HOUR | 1-28 |
|---|---|---|
| Zantac 300mg PO BID x 60 Days  6/29 — 8/29 | | |
| Folic Acid 1mg Tab qAM  6/29 — 8/29 | | |
| Necon 1/35-28 ī qd x 90 days  7/2/05 — 10/7/05 | KOP | |

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR: _____    THROUGH: _____
Physician: _____    Telephone No.: _____    Medical Record No.: _____
Alt. Physician: _____    Alt. Telephone: _____
Allergies: _____    Rehabilitative Potential: _____
Diagnosis: _____
Medicaid Number: _____    Medicare Number: _____

PATIENT: Roberts, Remon
PATIENT CODE: 159116

PHS0173

# MEDICATION ADMINISTRATION RECORD

06/01/2005
STDT01
(TUA-458) TUTWILER ANNEX

| MEDICATIONS | HOUR | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 | 25 26 27 28 |
|---|---|---|---|
| FOLIC ACID (VITAMIN-B9) 1MG TAB<br>TAKE 1 TABLET(S) BY MOUTH DAILY<br>RX: 7135756 ENGLEHART, M.D. (DIR, SAM,<br>START - 03/23/2005  STOP - 06/20/2005 | 0600<br>MD | | |
| RANITIDINE (ZANTAC) 300MG TAB<br>TAKE 1 TABLET(S) BY MOUTH TWICE DAILY<br>RX: 7135758 ENGLEHART, M.D. (DIR, SAM,<br>START - 03/23/2005  STOP - 06/20/2005 | 0600<br>CPM | | |
| IBUPROFEN (MOTRIN) 600MG TAB<br>TAKE 1 TABLET(S) BY MOUTH TWICE DAILY<br>RX: 7135766 ENGLEHART, M.D. (DIR, SAM,<br>START - 03/23/2005  STOP - 06/20/2005 | 0600<br>CPM | | |
| (illegible) TAB<br>(illegible) DAILY<br>ENGLEHART, M.D. (DIR, SAM,<br>STOP - 06/20/2005 | 0600<br>CPM | | |
| DOCUSATE CALCIUM (SURFAK) 240MG CAP<br>TAKE 1 CAPSULE(S) BY MOUTH AS NEEDED<br>RX: 7279973 ENGLEHART, M.D. (DIR, SAM,<br>START - 04/21/2005  STOP - 07/19/2005 | PRN | | |
| (illegible) 500MG TAB<br>(illegible) DAILY AS<br>ENGLEHART, M.D. (DIR, SAM,<br>STOP - 07/19/2005 | 0600<br>CPM | | |
| ARAVA (LEFLUNOMIDE) 20MG TAB<br>TAKE 1 TABLET(S) BY MOUTH DAILY<br>NON-FORMULARY APPROVED UNTIL 07.25.05<br>RX: 7308240 ENGLEHART, M.D. (DIR, SAM,<br>START - 04/27/2005  STOP - 07/25/2005 | 0600<br>MD | | |
| (illegible) TAB<br>(illegible)<br>(DIR, SAM,<br>/31/2005 | | | |
| PREDNISONE (DELTASONE) 2.5MG TAB<br>TAKE 1 TABLET(S) BY MOUTH IN THE EVENING<br>RX: 7327657 ENGLEHART, M.D. (DIR, SAM,<br>START - 05/14/2005  STOP - 08/11/2005 | CPM | | |

| MEDICATIONS | HOUR | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 | 25 26 27 28 |

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR 06/01/2005 THROUGH 06/30/2005
Physician: ENGLEHART, M.D. (DIR, SAM)
Alt. Physician:
Allergies: NSAID, ASPIRIN
Telephone No.
Alt. Telephone
Rehabilitative Potential
Medical Record No.

Diagnosis: 
PHS0174

Medicaid Number | Medicare Number
By: Richie Woolley
Title: RN

PATIENT: ROBERTS, PERRION
PATIENT CODE: 159116
ROOM NO: 1
BED: 1

# MEDICATION ADMINISTRATION RECORD

04/01/2005
STDT01

(TUT-457) TUTWILER PRISON FOR WOMEN

D-1

| MEDICATIONS | HOUR | 1-28 |
|---|---|---|
| HYDROXYCHLOROQUIN (PLAQUENIL) 200MG TAB TAKE 1 TABLET(S) BY MOUTH DAILY RX: 6979341 ENGLEHART, M.D. (DIR, SAM, MD) START - 02/19/2005  STOP - 05/19/2005 | 6A | (initials across days) |
| (INDOCIN) 50MG CAP ...BY MOUTH TWICE DAILY ENGLEHART, M.D. (DIR, SAM, MD) START - ...  STOP - 05/31/2005 | 6A / 6P | (initials across days) |
| ACETAMINOPHEN (TYLENOL) 325MG TAB TAKE 2 TABLET(S) BY MOUTH TWICE DAILY FOR 90 DAYS RX: 7040355 ENGLEHART, M.D. (DIR, SAM, MD) START - 03/03/2005  STOP - 05/31/2005 | 6A / 6P | (initials across days) |
| 20mg 1 PO Qday  6·21·05 | 6A | (initials) |
| Folic Acid 1mg PO Qday × 90 days  3·24·05  6·24·05 | 6P | (initials) |
| ...20mg PO BID then 20mg PO ...days then | 6A / 6P | (initials) |
| Prednisone 20mg PO Qday × 5 days  start 4·8·05  4·23·05 | 6A | (initials) |

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR: 04/01/2005   THROUGH: 04/30/2005
Physician: ENGLEHART, M.D. (DIR, SAM)
Alt. Physician:
Allergies: NSAID, ASPIRIN

Diagnosis:
Medicaid Number:
Medicare Number:

PATIENT: ROBERTS, PERRION
PATIENT CODE: 159116
ROOM NO.: 1

PHS0180

Region 4

# NON-FORMULARY PHARMACY REQUEST FORM
Form must be complete and legible. You must Type or Print.



**Site Name and Number:** Tutwiler Annex /Edwina Mitchell WRC - 0844
**Site Phone #:** (334) 514-6269
**Site Fax #:** (334) 514-9559

**Patient Name:** (Last, First) Roberts, Pension
**Inmate #:** 159116
**SPP ID #:** A-458

**Today's Date:** (mm/dd/yy) 4-21-05
**Date of Birth:** (mm/dd/yy) 6-20-64
**PHS Custody Date:**

☐ Male   ☒ Female

**Diagnosis:** Rheumatoid Arthritis
**Medication Allergies:** ASA

**Requested Non-Formulary and Strength:** ARAVA 20 mg
**Directions:** 1 po daily — 90 days

**Duration of Therapy:** (Maximum approval is 90 days per request)
☐ 7 days  ☐ 10 days  ☐ 30 days  ☐ 60 days  ☒ 90 days  ☐ Other _____

**Justification for this non-formulary drug.** Include previous therapeutic interventions including lifestyle changes.
Severe R.A.
ordered per rheumatologist

**Compliance:** ☒ >80%  ☐ <80%  (Determined by Review of MAR)

**Practitioner Information:** ☒ Physician  ☐ NP/PA  ☐ Dentist
**Name:** Engelhardt
**Daytime Phone:** 334-514-9723
**Signature:** [signature]
**Pager Number:**

**Determination:** ☒ Approved  ☐ Additional information requested  ☐ Alternative clinical rational

**Corporate/Regional Medical Director/Designee**
**Name:** Will Mosier, MD
**Signature:** [signature]
**Date:** 4/21/05

RECEIVED APR 25 2005
FOR PROFESSIONAL USE ONLY
CONFIDENTIAL
NOT TO BE PHOTOCOPIED
PHS0181

Region 4

# NON-FORMULARY PHARMACY REQUEST FORM

Form must be complete and legible. You must Type or Print.

PHS

| Site Name and Number | Patient Name: (Last, First) | Todays Date: (mm/dd/yy) |
|---|---|---|
| Tutwiler Annex /Edwina Mitchell WRC - 0844 | Roberts, Pension | 4-21-05 |
| **Site Phone #** (334) 514-6269 | **Inmate #** 159116 | **Date of Birth:** (mm/dd/yy) 6-20-64 |
| **Site Fax #** (334) 514-9559 | **SPP ID #** A-458 | **PHS Custody Date** |

**Diagnosis:** Rheumatoid Arthritis

☐ Male  ☒ Female

**Medication Allergies:** ASA

**Requested Non-Formulary and Strength:** ARAVA 20 mg

**Directions:** 1 po daily — 90 days

**Duration of Therapy:** (Maximum approval is 90 days per request)

☐ 7 days   ☐ 10 days   ☐ 30 days   ☐ 60 days   ☒ 90 days   ☐ Other

**Justification for this non-formulary drug. Include previous therapeutic interventions including lifestyle changes.**

Severe R.A. — ordered per rheumatologist Dr Oates

**Compliance:** ☒ > 80%   ☐ < 80%   (Determined by Review of MAR)

**Practitioner Information:**   ☒ Physician   ☐ NP/PA   ☐ Dentist

**Name:** Engelhardt   **Signature:** [signed]

**Daytime Phone:** 334-514-9723   **Pager Number:**

It is the prescribing practitioner's personal responsibility to legibly fill out all of the above fields. Incomplete non-formulary requests will not be reviewed. Any delay in therapy caused by an incomplete/illegible non-formulary request is the responsibility of the prescribing practitioner. Verbal approval is acceptable if the prescribing practitioner is not available.

**Determination:**   ☐ Approved   ☐ Additional information requested   ☐ Alternative clinical rational

**Corporate/Regional Medical Director/Designee**

**Name:**

**Signature:**

**Date:**

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTOCOPIED

PHS0182

Region 4                    NON-FORMULARY **PHARMACY** REQUEST FORM

Form must be complete and legible. You must Type or Print.

| Site Name and Number | Patient Name: (Last, First) | Todays Date: (mm/dd/yy) |
|---|---|---|
| Tutwiler Annex /Edwina Mitchell WRC - 0844 | Roberts, Perrion | 7-21-05 |
| **Site Phone #** (334) 514-6269 | **Inmate #** 159116 | **Date of Birth:** (mm/dd/yy) 6-20-64 |
| **Site Fax #** (334) 514-9559 | **SPP ID #** A-458 | **PHS Custody Date** |

**Diagnosis:** Rheumatoid arthritis

☐ Male  ☑ Female

**Medication Allergies:** ASA

**Requested Non-Formulary and Strength:** ARAVA 20 mg

**Directions:** 1 po daily

**Duration of Therapy:** (Maximum approval is 90 days per request)

☐ 7 days  ☐ 10 days  ☐ 30 days  ☐ 60 days  ☑ 90 days  ☐ Other _____

**Justification for this non-formulary drug. Include previous therapeutic interventions including lifestyle changes.**
Severe RA - not responding to plaquenil + azulfidine. Rheumatologist recommends.

**Compliance:** ☑ >80%  ☐ <80%  (Determined by Review of MAR)

**Practitioner Information:**  ☑ Physician  ☐ NP/PA  ☐ Dentist

**Name:** Engelhardt   **Signature:** [signature]

**Daytime Phone:** 334 514 9723   **Pager Number:**

It is the prescribing practitioner's personal responsibility to legibly fill out all of the above fields. Incomplete non-formulary requests will not be reviewed. Any delay in therapy caused by an incomplete/illegible non-formulary request is the responsibility of the prescribing practitioner. Verbal approval is acceptable if the prescribing practitioner is not available.

**Determination:** ☐ Approved  ☐ Additional information requested  ☐ Alternative clinical rational

**Corporate/Regional Medical Director/Designee**

**Name:**   **Signature:** _____

**Date:**

PHS0183

# MEDICATION ADMINISTRATION RECORD

03/01/2005
STDT01
(TUT-457) TUTWILER PRISON FOR WOMEN

| MEDICATIONS | HOUR | 1-28 |
|---|---|---|
| SULFASALAZINE (AZULFIDINE) 500MG TAB<br>TAKE 1 TABLET(S) BY MOUTH DAILY<br>RX: 6725561 ENGLEHART, M.D. (DIR, SAM, MD)<br>START - 12/30/2004    STOP - 03/29/2005 | 6A | D/C 3/21/05 |
| RANITIDINE (ZANTAC) 150MG TAB<br>TAKE 1 TABLET(S) BY MOUTH DAILY<br>RX: ENGLEHART, M.D. (DIR, SAM, MD)<br>START - 01/29/2005    STOP - 03/29/2005 | 6A | See new 3/21/05 |
| INDOMETHACIN (INDOCIN) 50MG CAP<br>TAKE 1 CAPSULE(S) BY MOUTH TWICE DAILY<br>RX: 6979336 ENGLEHART, M.D. (DIR, SAM, MD)<br>START - 02/19/2005    STOP - 03/20/2005 | 6A<br>6P | See New Order |
| (PLAQUENIL) 200MG TAB<br>TAKE 1 TABLET(S) BY MOUTH DAILY<br>ENGLEHART, M.D. (DIR, SAM, MD)<br>START - 02/17/2005   STOP - 05/19/2005 | 6A | 3/21/05 |
| Tylenol 325 ii PO BID<br>x 90 days<br>3/1/05      6/1/05 | 6A<br>6P | 3/21/05 |
| 500mg ii PO<br>x 90 days<br>6/1/05 | 6A<br>6P | |
| Zantac 300mg PO BID<br>x 90 days<br>6/21/05 | 6A<br>6P | |
| 200 mg PO<br>x 90 days<br>6/21/05 | 6A<br>6P | |
| Tylenol 325 mg ii<br>PO BID x 90 days<br>6/21/05 | 6A<br>6P | |

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR 03/01/2005 THROUGH 03/31/2005

Physician: ENGLEHART, M.D. (DIR, SAM
Alt. Physician:
Allergies: NSAID, ASPIRIN

PHS0184

PATIENT: ROBERTS, PERRION
PATIENT CODE: 159116
ROOM NO: 1

# MEDICATION ADMINISTRATION RECORD

STDT01                                                                 2 of I

| MEDICATIONS | HOUR | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 |
|---|---|---|
| ARAVA 20mg 1 po qd x 90 days 3/21/05 | 6A | |
| [illegible] 10mg PO BID [illegible] 3.31.05 | [illegible] | |
| Folic Acid 1mg qdaily x 90 days 3.24.05  4.24.05 | 6A | |

CHARTING FOR 3/21/05   THROUGH 3/31/05

Physician: Dr Pleasant
Alt. Physician: Dr Englehardt
Allergies: ASA

Diagnosis:

PHS0185

PATIENT: Roberta Parrish

# MEDICATION ADMINISTRATION RECORD

02/01/2005        (TUA-45B) TUTWILER ANNEX
STDT01

| MEDICATIONS | HOUR | 1-28 |
|---|---|---|
| ACETAMINOPHEN (TYLENOL) 325MG TAB<br>TAKE 2 TABLET(S) BY MOUTH TWICE DAILY<br>RX: 6384736 ENGLEHART, M.D. (DIR, SAM, MD)<br>START - 10/19/2004   STOP - 04/16/2005 | | Double entry |
| SULFAZINE (AZULFIDINE) 500MG TAB<br>TABLET(S) BY MOUTH DAILY<br>ENGLEHART, M.D. (DIR, SAM, MD)<br>STOP - 03/29/2005 | 0600 | |
| Zantac 150mg PO BID<br>x 60 Days<br>1/27/05 | 0600<br>6pm | |
| ___ 50mg ___ tabs<br>___ 30 Days | 6am<br>11am<br>6pm | |
| Motrin 600mg PO TID<br>x 30 Days<br>1/27/05 | 0600<br>11am<br>6pm | |
| ___ 50mg po tid<br>x 30 days | 6A<br>6P | |
| Trazodone 50mg PO BID<br>x 30 days<br>2-17-05   3-17-05 | 6pm<br>6a | |
| ___ PO<br>___<br>5/17/05 | 6a<br>6p | |

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

| CHARTING FOR | 02/01/2005 | THROUGH | 02/28/2005 | | |
|---|---|---|---|---|---|
| Physician | ENGLEHART, M.D. (DIR, SAM | | Telephone No. | | Medical Record No. |
| Alt. Physician | | | Alt. Telephone | | |
| Allergies | NSAID, ASPIRIN | | Rehabilitative Potential | | PHS0186 |
| Diagnosis | | | | | |
| Medicaid Number | | Medicare Number | Complete Entries Checked By: Piphie Washington | Title: LPN | Date: 1/30 |
| PATIENT | ROBERTS, PERRION | | PATIENT CODE 159116 | ROOM NO 1 | BED/FACILITY T |

# MEDICATION ADMINISTRATION RECORD

STDT01

| MEDICATIONS | HOUR | 1-28 |
|---|---|---|
| Azulfadine (Sulfa Salidine) 500mg i PO daily x 90 days 12-28-04 | 0900 | |
| [illegible] PO BID [illegible] | 0900 / 6pm | |
| Tylenol 325mg ii PO BID x 180 days 10/15/04 | 0900 / 6pm | |
| [illegible] | 6pm | |
| Prednisone 20mg po tonight c̄ 30cc mylanta | | |
| [illegible] | | |
| Zantac 150mg po BID x 60 days 1/27/05 | 6A / 6p | |
| [illegible] tabs | 6A / 6p | |
| Motrin 600mg TID x 30 days 1/27/05 | 6A / 1p / 6p | |

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR: THROUGH:
Physician: 
Alt. Physician: 
Allergies: 
Diagnosis: 
Medicaid Number: Medicare Number: 
Complete Entries Checked by: Ruthie Washington  Title: LPN  Date: 1/5

PATIENT: Roberts, Perrion
PATIENT CODE: 159 114

PHS0187

# MEDICATION ADMINISTRATION RECORD

12/01/2004

STDT01

(TUT-457) TUTWILER PRISON FOR WOMEN

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| RANITIDINE (ZANTAC) 150MG TAB TAKE 1 TABLET(S) BY MOUTH TWICE DAILY RX: 6329047 ENGLEHART, M.D. (DIR, SAM, MD START - 10/07/2004  STOP - 01/04/2005 | 6A 6P | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| [illegible] 2.5MG TAB [illegible] BY MOUTH WEEKLY [illegible] ENGLEHART, M.D. (DIR, SAM, MD START - 10/07/2004  STOP - 01/04/2005 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ACETAMINOPHEN (TYLENOL) 325MG TAB TAKE 2 TABLET(S) BY MOUTH TWICE DAILY RX: 6384736 ENGLEHART, M.D. (DIR, SAM, MD START - 10/19/2004  STOP - 04/16/2005 | 6A 6P | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| [illegible] 500mg [illegible] x 90 day 12/14/04 | 6A 6P | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Keflex 500 mg p.o. BID x 10 days 12/14/04 | 6A 6P | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| [illegible] 500mg p.o. daily x 90 days 3/30/05 | 6A 6P | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Give one [illegible] P.O. Bid until [illegible] arrives | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

FOR PROFESSIONAL USE ONLY CONFIDENTIAL RECORD NOT TO BE PHOTOCOPIED

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR 12/01/2004 THROUGH 12/31/2004

Physician: ENGLEHART, M.D. (DIR, SAM

Alt. Physician:

Allergies: NSAID, ASPIRIN

Diagnosis:

Medicaid Number:  Medicare Number:

Complete Entries Checked: By Rose Duncan  Title:  Date:

PATIENT: ROBERTS, [illegible]

PHS0188

# MEDICATION ADMINISTRATION RECORD

11/01/2004
STDT01                                                    (TUT-457) TUTWILER PRISON FOR WOMEN

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

DOCUSATE CALCIUM (SURFAK) 240MG CAP
TAKE 1 CAPSULE(S) BY MOUTH IN THE EVENING

RX: 6041024 ENGLEHART, M.D. (DIR, SAM, MD
START - 08/08/2004    STOP - 11/05/2004

[illegible medication] (CARDS) 500MG TAB
[illegible] BY MOUTH TWICE DAILY *KEEP
ENGLEHART, M.D. (DIR, SAM, MD
STOP - 11/26/2004

RANITIDINE (ZANTAC) 150MG TAB
TAKE 1 TABLET(S) BY MOUTH TWICE DAILY

RX: 6329047 ENGLEHART, M.D. (DIR, SAM, MD
START - 10/07/2004    STOP - 01/04/2005

[illegible] WEEKLY
[illegible] M.D. (DIR, SAM, MD
01/04/2005

ACETAMINOPHEN (TYLENOL) 325MG TAB
TAKE 2 TABLET(S) BY MOUTH TWICE DAILY

RX: 6384736 ENGLEHART, M.D. (DIR, SAM, MD
START - 10/19/2004    STOP - 04/16/2005

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTOCOPIED

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR 11/01/2004 THROUGH 11/30/2004
Physician: ENGLEHART, M.D. (DIR, SAM
Alt. Physician
Allergies: NSAID, ASPIRIN
Telephone No.
Alt. Telephone
Rehabilitative Potential
Medical Record No.
Diagnosis
Medicaid Number    Medicare Number
Complete Entries Checked
By: Rose Duncan    Title: [illegible]    Date: 10/26

PATIENT: ROBERTS, PERRION
PATIENT CODE: 159116    ROOM NO: 1    BED FAC

PHS0189

# MEDICATION ADMINISTRATION RECORD

STDT01

| MEDICATIONS | HOUR | 1-28 |
|---|---|---|
| Tylenol 325mg ii po bid x 180 days 10-15-04 | 6A / 6P | |
| Indocin 25mg PO BID x 7 days 10/27/04  11/2/04 | 6A / 6P | |

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR: ___  THROUGH: ___
Physician: ___   Telephone No.: ___   Medical Record No.: ___
Alt. Physician: ___   Alt. Telephone: ___
Allergies: ___   Rehabilitative Potential: ___
Diagnosis: ___

PHS0190

Medicaid Number: ___   Medicare Number: ___   Complete Entries Checked By: Chrissy MB

PATIENT: Roberts, Perrion
PATIENT CODE: 159111

# MEDICATION ADMINISTRATION RECORD

10/01/2004  (TUA-458) TUTWILER ANNEX

STDT01

| MEDICATIONS | HOUR |
|---|---|
| RANITIDINE (ZANTAC) 150MG TAB<br>TAKE 1 TABLET(S) BY MOUTH TWICE DAILY<br>RX: 5537501 ENGLEHART, M.D. (DIR, SAM, MD)<br>START - 10/05/2004   STOP - 01/05/2005 | 6A<br>6P |
| (illegible - blacked out)<br>...IN THE EVENING<br>...(DIR, SAM, MD)<br>STOP 11/05/2004 | 6P |
| METHOTREXATE 2.5MG TAB<br>TAKE 4 TABLET(S) BY MOUTH WEEKLY<br>RX: 6041665 ENGLEHART, M.D. (DIR, SAM, MD)<br>START - 10/05/2004   STOP - 01/05/2005 | 6A |
| (illegible)<br>...TWICE DAILY<br>...(DIR, SAM, MD)<br>STOP 11/05/2004 | 6A<br>6P |
| Tums ii BID x 60 days 1 cap<br>CALCIUM CARB.CHEW(TUMS)(CARDS) 500MG TAB<br>TAKE 2 TABLET(S) BY MOUTH TWICE DAILY *KEEP ON PERSON*<br>ROBERTS, PERRION         159116<br>START: 09/28/2004   STOP: 11/26/2004<br>ROBERTS, PERRION         159116 | 6A<br>6P |
| RANITIDINE (ZANTAC) 150MG TAB<br>TAKE 1 TABLET(S) BY MOUTH TWICE DAILY<br>RX: 6329047 ENGLEHART, M.D. (DIR, SAM, MD)<br>START: 10/07/2004   STOP: 01/04/2005<br>ROBERTS, PERRION         159116 | 6A<br>6P |
| METHOTREXATE 2.5MG TAB<br>TAKE 4 TABLET(S) BY MOUTH WEEKLY<br>RX: 6332130 ENGLEHART, M.D. (DIR, SAM, MD)<br>START: 10/07/2004   STOP: 01/04/2005<br>ROBERTS, PERRION         159116 | 6A |

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR 10/01/2004 THROUGH 10/31/2004

Physician: ENGLEHART, M.D. (DIR, SAM)
Alt. Physician:
Allergies: NSAID, ASPIRIN
Diagnosis:
Medicaid Number:  Medicare Number:

PATIENT: ROBERTS, PERRION
PATIENT CODE: 159116  ROOM NO: 1

PHS0191

# NON-FORMULARY PHARMACY REQUEST FORM

Form must be complete and legible. You must Type or Print.

**Site Name and Number:** Tutwiler Prison For Women 0844
**Site Phone #:** (334) 514-626_
**Site Fax #:** (334) 514-955_

**Patient Name (Last, First):** Roberts, Perrion
**Inmate #:** 159116
**SSN / ID #:** A-457

**Today's Date:** 10-5-04
**Date of Birth:** 6-20-69
**PHS Custody Date:**
☐ Male  ☑ Female

**Diagnosis:** Rheumatoid Arthritis
**Medication Allergies:** NSAIDS, ASA

**Requested Non-Formulary and Strength:** Methotrexate 2.5
**Directions:** IV weekly

**Duration of Therapy:** (Maximum approval is 90 days per request)
☐ 2 days  ☐ 10 days  ☐ 30 days  ☐ 60 days  ☑ 90 days  ☐ Other

**Justification for this non-formulary request:** Pt on MTX weekly — not holding her. Would like to ↑ dose.

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTOCOPIED

**Compliance:** ☑ > 80%  ☐ < 80% (Determined by Review of MAR)

**Practitioner Information:** ☑ MD  ☐ NP/PA  ☐ DMD
**Name:** Engelhardt
**Signature:** [signed]
**Daytime Phone:** 334-514-9723
**Pager Number:**

**Determination:** ☑ Approved  ☐ Additional information requested  ☐ Alternative clinical regimen

**Corporate/Regional Medical Director/Designee**
**Name:** Will Mosier, MD
**Signature:** [signed]
**Date:** 10/11/04

PHS0192

# NON-FORMULARY PHARMACY REQUEST FORM

Region 4
Form must be complete and legible. You must Type or Print.

PHS

| Site Name and Number | Patient Name: (Last, First) | Todays Date: (mm/dd/yy) |
|---|---|---|
| Tutwiler Prison For Women - 0844 | Roberts, Perrion | 10-5-04 |
| **Site Phone #** (334) 514-6269 | **Inmate #** 159116 | **Date of Birth:** (mm/dd/yy) 6-20-69 |
| **Site Fax #** (334) 514-9559 | **SPP ID #** A-457 | **PHS Custody Date** |

**Diagnosis:** Rheumatoid arthritis

☐ Male  ☒ Female

**Medication Allergies:** NSAIDS, ASA

**Requested Non-Formulary and Strength:** Methotrexate 2.5

**Directions:** TIW weekly

**Duration of Therapy:** (Maximum approval is 90 days per request)

☐ 7 days  ☐ 10 days  ☐ 30 days  ☐ 60 days  ☒ 90 days  ☐ Other _____

**Justification for this non-formulary drug. Include previous therapeutic interventions including lifestyle changes.**
Pt on TIW weekly doses her
would like to ↑ dose

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTOCOPIED

**Compliance:** ☒ > 80%  ☐ < 80%  (Determined by Review of MAR)

**Practitioner Information:** ☒ Physician  ☐ NP/PA  ☐ Dentist

**Name:** Engelhardt   **Signature:** [signature]
**Daytime Phone:** 334-514-9723   **Pager Number:**

It is the prescribing practitioner's personal responsibility to legibly fill out all of the above fields. Incomplete non-formulary requests will not be reviewed. Any delay in therapy caused by an incomplete/illegible non-formulary request is the responsibility of the prescribing practitioner. Verbal approval is acceptable if the prescribing practitioner is not available.

**Determination:** ☐ Approved  ☐ Additional Information requested  ☐ Alternative clinical rational

**Corporate/Regional Medical Director/Designee**

**Name:** _____   **Signature:** _____
**Date:** _____

PHS0193

# MEDICATION ADMINISTRATION RECORD

STDT01

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Tums ⅱ BID x 60 days KOD
9/26                    11/26

CHARTING FOR 9-24 THROUGH 9-30-04

Allergies: NSAID, ASA

Complete Entries Checked By: C. Haney RN    9/30/04

PATIENT: Roberts Perron

PATIENT CODE: 159116

PHS0194