# MEDICATION ADMINISTRATION RECORD

09/01/2004

STDT01

(TUT-457) TUTWILER PRISON FOR WOMEN

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

RANITIDINE (ZANTAC) 150MG TAB
TAKE 1 TABLET(S) BY MOUTH TWICE DAILY

RX: 5557501 ENGLEHART, M.D. (DIR, SAM,
START - 04/29/2004     STOP - 10/25/2004

ACETAMINOPHEN (TYLENOL) 325MG TAB
BY MOUTH  TWICE DAILY AS

N.P.  CELIA  NP
08/05/2004     STOP - 09/03/2004

TOLNAFTATE CREAM (15GM) 1% CRM
APPLY TWICE DAILY FOR 30 DAYS  *KEEP ON
PERSON*
RX: 6041023 ENGLEHART, M.D. (DIR, SAM, MD
START - 08/08/2004     STOP - 09/06/2004

BY MOUTH  IN THE EVENING

(DIR, SAM,
MD
11/05/2004

METHOTREXATE 2.5MG TAB
TAKE 3 TABLET(S) BY MOUTH  WEEKLY
WED
RX: 6041665 ENGLEHART, M.D. (DIR, SAM, MD
START - 08/08/2004     STOP - 11/05/2004

FOR PROFESSIONAL USE ONLY
NOT CONFIDENTIAL
IF PHOTOCOPIED

Predisone 10mg T PO
X5days
9-7-04     8-12-04

Prednisone 5mg T PO
X5days
9-15-04     9-24-04

| | NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE | |
|---|---|---|
| CHARTING FOR | 09/01/2004 | THROUGH | 09/30/2004 |

| Physician | ENGLEHART, M.D. (DIR, SAM | Telephone No. | | Medical Record No |
|---|---|---|---|---|
| Alt. Physician | | Alt. Telephone | | |
| Allergies | NSAID, ASPIRIN | Rehabilitative Potential | | |

Diagnosis

**PHS0195**

| Medicaid Number | Medicare Number | Complete Entries Checked: By: | Title: | Date: |
|---|---|---|---|---|
| PATIENT | | | PATIENT CODE 159116 | ROOM NO. 1 | BED | FACIL |

# MEDICATION ADMINISTRATION RECORD

08/01/2004

STDT01

(TUT-457) TUTWILER PRISON FOR WOMEN

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 2 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| RANITIDINE (ZANTAC) 150MG TAB TAKE 1 TABLET(S) BY MOUTH TWICE DAILY RX: 5557501 ENGLEHART, M.D. (DIR, SAM, MD START - 04/29/2004   STOP - 10/25/2004 | 6A 6P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| DILANTIN (DILANTIN) 250MG CAP TAKE 1 BY MOUTH TWICE DAILY ENGLEHART, M.D. (DIR, SAM, MD STOP 08/16/2004 | 6A 6P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Percogesic 1 BID X 30 Days 8/3 - 9/3 | 6A 6P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ... mg NJ ...Day PRN | 6A 6P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Methotrexate 2.5mg #1 PO weekly x 90 days 8/06/04   11/06/04 | 6AM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ... po ...days ... PRN   8/06/04 | 6A | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Flagyl 500mg 1 PO BID x 10 day 8/18/04   08/27/04 | 6AM 6PM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 6A 6P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Trilernal 325mg #1 PO BID X 30 days 9/25   9/25 | 6 6 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 2 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

| CHARTING FOR | 08/01/2004 | THROUGH | 08/31/2004 | | |
|---|---|---|---|---|---|
| Physician   ENGLEHART, M.D. (DIR, SAM | | | Telephone No. | | Medical Record N. |
| Alt. Physician | | | Alt. Telephone | | |
| Allergies   NSAID | | | Rehabilitative Potential | | |

**PHS0196**

Diagnosis

| Medicaid Number | Medicare Number | | |
|---|---|---|---|
| PATIENT ROBERTS, PERRION | | PATIENT CODE 159116 | ROOM NO. 1 |

CONFIDENTIAL DO NOT PHOTOCOPY

# MEDICATION ADMINISTRATION RECORD
07/01/2004

(TUT-457) TUTWILER PRISON FOR WOMEN

STDT01

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| RANITIDINE (ZANTAC) 150MG TAB TAKE 1 TABLET(S) BY MOUTH TWICE DAILY | 6A | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| RX: 5557501 ENGLEHART, M.D. (DIR. SAM, MD START - 04/29/2004   STOP - 10/25/2004 | 6P | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ... TWICE DAILY | 6A | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ... ENGLEHART, M.D. (DIR. SAM, MD STOP - 08/16/2004 | 6P | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| BACLOFEN (LIORESAL) 10MG TAB TAKE 1 TABLET(S) BY MOUTH TWICE DAILY | 6A | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| RX: 5784025 ENGLEHART, M.D. (DIR. SAM, MD START - 06/18/2004   STOP - 07/17/2004 | 6P | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ... TAB ... TWICE DAILY | 6A | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ... ENGLEHART, M.D. ... STOP - 07/17/2004 | 6P | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| mytab 80mg II PO bid x 30 days 6/3/04 — 7/3/04 | 6A 6P | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ... x 30 days ... /04 | 6A 6P | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Medrsolne 20mg I PO BID x 7 days 07/08/04   07/15/04 | 6AM 6PM | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ... | 6AM 6PM | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Predisone 10mg I PO QD x 7 days 07/28/04   08/5/04 | 6AM | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

| CHARTING FOR | 07/01/2004 | THROUGH | 07/31/2004 | |
|---|---|---|---|---|
| Physician  ENGLEHART, M.D. (DIR. SAM | | Telephone No. | | Medical Record No. |
| Alt. Physician | | Alt. Telephone | | |
| Allergies  NSAID | | Rehabilitative Potential | | |
| Diagnosis | | | **PHS0197** | |
| Medicaid Number | Medicare Number | | | |
| PATIENT  ROBERTS, PERRION | | PATIENT CODE  159116 | ROOM NO.  1 | BED  FACILIT  TU |

For professional use only confidential record not to be photocopied

# MEDICATION ADMINISTRATION RECORD
06/01/2004

(TUT-457) TUTWILER PRISON FOR WOMEN

STDT01

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| (ZANTAC) 150MG TAB ONE 1 TABLET(S) BY MOUTH TWICE DAILY | 6a | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 5557501 ENGLEHART, M.D. (DIR. SAM., MD  START - 04/27/2004  STOP - 10/23/2004 | 6P | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| (VICODIN) 25MG CAP BY MOUTH TWICE DAILY | 6a | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ENGLEHART, M.D. (DIR. SAM., MD  STOP - 06/18/2004 | 6P | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Tylenol 325mg ii Po BID x 30days  6-3-04  7-3-04 | 6A / 6P | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| x 30days  7-3-04 | 6A / 6P | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Baclofen 10mg P.O. BID 30days  10/16/04  7/16/04 | 6A / 6P | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ... 10 P.O. BID x 30day  7/16/14 | 6A / 6P | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR 06/01/2004 THROUGH 06/30/2004

Physician ENGLEHART, M.D. (DIR. SAM      Telephone No.      Medical Record No.

Alt. Physician      Alt. Telephone

Allergies NSAID      Rehabilitative Potential

Diagnosis

PHS0198

Medicaid Number      Medicare Number      Completed and checked by

PATIENT ROBERTS, PERRION      PATIENT CODE 159116      ROOM NO. 1      BED FACILI TU

# MEDICATION ADMINISTRATION RECORD



STDT01

| MEDICATIONS | HOUR | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 |
|---|---|---|
| FLAGYL 500mg ī PO BID x 10D 4/22 — 5/3/04 | 6a | alams |
|  | 6p | Martha |
| (illegible) 20mg (illegible) 30 days 5/22/04 | 6a | |
|  | 6p | |
| TYLENOL 325mg ii PO BID x 30 Days 4/22 — 5/22/04 | 6a | |
|  | 6p | |
| (illegible) PO (illegible) /28/04 | 6a | |
|  | 6p | |
| Endocin 25mg ī PO BID x 90 days 05/18/04  08/18/04 | 6AM | |
|  | 6PM | |

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTOCOPIED

| MEDICATIONS | HOUR | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 |
|---|---|---|

NURSE'S ORDERS; MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR **5-1-04**    THROUGH **5-31-04**

Physician **ENGLEHART**

Alt. Physician

Telephone No.

Alt. Telephone

Medical Record N

Allergies **MOTRIN, NAPROSYN**

Rehabilitative Potential

**PHS0199**

Diagnosis

| Medicaid Number | Medicare Number | Complete Entries Checked By | | |
|---|---|---|---|---|

PATIENT **ROBERTS, Dessan**

PATIENT CODE **159116**    ROOM NO.    BED    FACIL

# MEDICATION ADMINISTRATION RECORD

STDT01

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Flagyl 500mg ī tab
BID x 10 days
04/22/04    05/03/04

Tylenol 325mg ī tab
BID x 30 days
04/22/04    05/22/04

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR 04/22/04    THROUGH 04/30/04

Physician  Dr. Engelhardt

Alt. Physician

Telephone No.

Alt. Telephone

Medical Record No

Allergies  Motrin, Naprosyn

Rehabilitative Potential

Diagnosis

**PHS0200**

Medicaid Number

Medicare Number

PATIENT  Roberta Norman

By: _____  Title: RN

PATIENT CODE  159116

ROOM NO.

BED  FACILI

# PRISON HEALTH SERVICES: AUTHORIZATION LETTER

| | | | |
|---|---|---|---|
| **Patient Name:** | Roberts, Perrion | **Inmate Number:** | 159116RO |
| **Service Authorized:** | Office Visits: Op Rheumatology Referral | **Effective Dates:** | 07/12/2005 to 09/12/2005 |
| **Effective:** | Visits authorized for 60 days from effective date. | **Visits Authorized:** | 4 |
| **Responsible Facility:** | Tutwiler Prison For Women | **Contact Name:** | Michelle Pope |
| **Authorization Number:** | 15224749 | **Telephone Number:** | (334)395-5973 Ext 14 |

**Note to Provider of Services:**

- **Medicare/Medicaid do not cover any health services provided to an inmate in custody, except in certain circumstances not applicable to this inmate.**
- Authorization is diagnosis and procedure specific. Any additional tests, procedures, and inpatient or outpatient services must receive prior authorization to ensure benefit eligibility and payment. (Use above contact name and telephone number)
- Authorization for payment of service is guaranteed only if service is provided during the actual time of confinement to the referring correctional facility.
- HIPAA: Please be advised Prison Health Services, Inc. ("PHS") is not a covered entity under HIPAA's Rule on the Privacy of Individually Identifiable Health Information Standard ("Privacy Rule"). Because PHS does not engage in electronic transactions under HIPAA's Electronic Transactions and Code Set Standards ("Transaction Standards"), HIPAA's Privacy Rule does not apply to PHS.
- Payment will not be processed until we receive a clinical summary.

**For Payment Please Submit Claims To:**

Prison Health Services
P.O. Box 967
Brentwood, TN 37024-0967

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTOCOPIED

**The consulting physician should complete this section.**
**The completed form will be sealed in the attached envelope and returned with an officer to the correctional facility.**

**Clinical Summary or Attached Report**

RESTART Prednisone 5 mg po
continue Arava 20 mg po qd
Azulfidine 500 mg BID
Tylenol 10 mg po q4h prn pain
CBC, LFT monthly & send me a copy of report
RTC 3 mo

***** For security and safety, please do not inform patient of possible follow-up appointments. *****

Signature of Consulting Physician: [signature] Date 8/11/05 Time

Reviewed and Signed By Medical Director: Date 9/26/05 [signature] Time

PHS0201

07/14/2005

# UTILIZATION MANAGEMENT REFERRAL REVIEW FORM

Form must be Complete and Legible. You must Type or Print
*Please send this form with the Authorization Letter to the service provider at the time of the Appointment*

**PHS**

## DEMOGRAPHICS

| | | |
|---|---|---|
| **Site Name & Number:** 844 - TUTWILER | **Patient Name: (Last, First):** Roberts Perrion | **Date: (mm/dd/yy)** 07,12,05 |
| **Site Phone #** 334-514-6269 | **Alias: (Last, First):** Roberts Perrion | **Date of Birth: (mm/dd/yy)** 06,20,64 |
| **Site Fax #** 334-514-9559 | **Inmate #** 159116 | **PHS Custody Date: (mm/dd/yy)** 03,19,04 |
| **Will there be a charge?** ☑ Yes ☐ No  **Sex** ☐ Male ☑ Female | **SS Number** 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 | **Potential Release Date: (mm/dd/yy)** 03,16,25 |

**Responsible party:** ☑ PHS  ☐ Auto Ins.  ☐ Health Ins.(Excludes Medicare/Medicaid Managed Care alternative plans)  ☐ Other, be specific (Excludes Medicare, Medicaid and Veterans Administration Services):_____

## CLINICAL DATA

**Requesting Provider:** ☑ Physician ☐ NP, PA ☐ Dental

**Winfred Williams, M.D.**

**Facility Medical Director Signature and Date:** W. Shelly 7/12/05

☐ Service meets criteria for "approval via protocol"

Place a check mark (✓) in the Service Type requested (one only) and complete additional applicable fields.

☑ Office Visit (OV) ☐ X-ray (XR) ☐ Scheduled Admission (SA)
☐ Outpatient Surgery (OS) ☐ Dialysis (DA)

☑ Routine ☐ Urgent

**Estimated Date of Service (mm/dd/yy)** __/__/__
(This starts the approval window for the "open authorization period")

**Multiple Visits/Treatments:** 4  ☐ Radiation therapy ☐ Chemotherapy
**Number of Visits/Treatments:** 4  ☐ Other:____

**Specialist referred to:** Rheumatology/Dr. Jakes

**Type of Consultation, Treatment, Procedure or Surgery:**
F/u Appt č Dr Jakes 9/22/05 8'5 Am

**Diagnosis:** Rheumatoid Arthritis
**ICD-9 code:**

You must include copies of pertinent reports such as lab results, x ray interpretations and specialty consult reports with this form.
☐ Pertinent Documents have been attached and faxed.

**History of illness/injury/sypmptoms with Date of Onset:**
Rheumatoid Arthritis severe č chronic Btw.

**Results of a complaint directed physical examination:**

FOR PROFESSIONAL USE ONLY CONFIDENTIAL RECORD NOT TO BE PHOTOCOPIED

**Previous treatment and response (including medications):**
Azulfidine, Fosamax, Prednisone & Lexapro, Plaquenil w Recent Past

***For security and safety, please do not inform patient of possible follow-up appointments***

**UM DETERMINATION:** ☐ Offsite Service Recommended and Authorized
☐ Alternative Treatment Plan (explain here):
☐ More Information Requested: (See Attached)
☐ Resubmitted with requested information.  **Date resubmitted:** __/__/__

**Regional Medical Director Signature, printed name and date required:** __/__/__ (mm/dd/yy)

Do not write below this line. For Case Manager and Corporate Data Entry ONLY.

| **Cert Type:** | **Med Class:** | **CPT code:** | **UR Auth #:** |

05a - UM Referral review form  Dr. James Jakes with Montgomery Rheumatology Assoc.

**PHS0202**

## PRISON HEALTH SERVICES: AUTHORIZATION LETTER

| | | | |
|---|---|---|---|
| **Patient Name:** | Roberts, Perrion | **Inmate Number:** | 159116RO |
| **Service Authorized:** | Office Visits: Op Rheumatology Referral | **Effective Dates:** | 04/22/2005 |
| **Effective:** | Visits authorized for 60 days from effective date. | **Visits Authorized:** | 1 |
| **Responsible Facility:** | Tutwiler Prison For Women | **Contact Name:** | Michelle Pope |
| **Authorization Number:** | 14948231 | **Telephone Number:** | (334)395-5973 Ext 14 |

**Note to Provider of Services:**

- Medicare/Medicaid do not cover any health services provided to an inmate in custody, except in certain circumstances not applicable to this inmate.
- Authorization is diagnosis and procedure specific. Any additional tests, procedures, and inpatient or outpatient services must receive prior authorization to ensure benefit eligibility and payment. (Use above contact name and telephone number)
- Authorization for payment of service is guaranteed only if service is provided during the actual time of confinement to the referring correctional facility.
- HIPAA: Please be advised Prison Health Services, Inc. ("PHS") is not a covered entity under HIPAA's Rule on the Privacy of Individually Identifiable Health Information Standard ("Privacy Rule"). Because PHS does not engage in electronic transactions under HIPAA's Electronic Transactions and Code Set Standards ("Transaction Standards"), HIPAA's Privacy Rule does not apply to PHS.
- Payment will not be processed until we receive a clinical summary.

**For Payment Please Submit Claims To:**

Prison Health Services
P.O. Box 967
Brentwood, TN 37024-0967

---

### The consulting physician should complete this section.
### The completed form will be sealed in the attached envelope and returned with an officer to the correctional facility.

*Clinical Summary or Attached Report*

ADD A2mEFAD, NE 50 ___ to R.D

FLEXEN.S 10 x AT HS

CBC w/A cnt rearly - send

me resuts,

LEA q mo 18 mg po EAh Am

**\*\*\* For security and safety, please do not inform patient of possible follow-up appointments. \*\*\***

| | | | |
|---|---|---|---|
| Signature of Consulting Physician: | | Date: 6/13/05 | Time |
| Reviewed and Signed By Medical Director: | | Date: 6/20/05 | Time |

**PHS0203**

04/27/2005

**ROBERTS, PERRION D.**          **06/23/05**

**SUBJECTIVE:** The patient returns for evaluation of rheumatoid arthritis. The patient has taken Plaquenil, Azulfidine and methotrexate in the past. She did not tolerate methotrexate because of nausea. She is presently on Arava. Her arthritis remains mildly active and symptomatic, although she does feel that she has improved since being on Arava. At the present time she is tolerating her medicine without side effects. When she was last here I put her on Lexapro, but it was never started. I gave her Flexeril, but it was never started. She is in prison where she is going to be for the next nine months. She is able to do most things for herself with some to much difficulty. She has an hour and a half of morning stiffness.

**REVIEW OF SYSTEMS:** Weight gain, decreased appetite, hair loss, shortness of breath, occasional stomach pain, back pain, joint pain and depression.

**SOCIAL/FAMILY HISTORY:** She does not smoke or drink alcohol.

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTOCOPIED

**ALLERGIES: Ibuprofen, Naprosyn and aspirin.**

**PHYSICAL EXAM:** There is mild synovitis in the right wrist, left elbow and both knees. She has decreased motion of the right wrist and both elbows. She has good motion of the rest of her joints. Vital signs recorded. HEENT – TMs obscured, fundi difficult to visualize, neck supple. Thyroid not palpable. Lungs - relatively clear without rales, wheezes or rhonchi. Heart – without murmurs, gallops or rubs. Abdomen – no organomegaly, masses, tenderness, bruits, CVA or spine tenderness. Skin – no rash or hives detected. Neuromuscular exam – cranial nerves intact. Cerebellar exam normal. Muscle strength normal.

**ASSESSMENT:**

1) Rheumatoid arthritis. Remains active. I am not sure that she has had much response to Arava at this point. She feels like she is better. She doesn't have a lot of treatment options because of her incarceration and her intolerance of oral methotrexate. It might be possible to put her on injectable methotrexate if she weren't in prison, but I don't think that is going to be possible in prison. I would be possible to put her on a TNF, but not while she is in prison. I will add Azulfidine back at 1 gram a day and continue Plaquenil and Arava. She will continue to have CBC, platelet count, urinalysis and complete metabolic profile checked monthly to monitor for asymptomatic drug toxicity. I will see her back in three months.

2) Depression. Try again to give her Lexapro.

3) Fibromyalgia type complaints. We will try again to give her Flexeril.

James T. Jakes, M.D.

JTJ/tr
CC:      Julia Tutwiler Prison

# UTILIZATION MANAGEMENT REFERRAL REVIEW FORM

Fo... ...ust be Complete and Legible. You must Type or Pri...
*Please send this form with the Authorization Letter to the service provider at the time of the Appointment*

**PHS**

## DEMOGRAPHICS

| Site Name & Number: | Patient Name: (Last, First) | Date: (mm/dd/yy) |
|---|---|---|
| 844 - TUTWILER | Robert, Bernion | 9/22/0 |

| Site Phone # | Alias: (Last, First) | Date of Birth: (mm/dd/yy) |
|---|---|---|
| 334-514-6269 | | 6 20 16 4 |

| Site Fax # | Inmate # | PHS Custody Date: (mm/dd/yy) |
|---|---|---|
| 334-514-9559 | 159116 | 03, 19, 04 |

| Will there be a charge? | Sex | SS Number | Potential Release Date: (mm/dd/yy) |
|---|---|---|---|
| ☑ Yes ☐ No | ☐ Male ☑ Female | 4 2 3 - 8 4 - 8 3 9 2 | 03, 16, 25 |

| Responsible party: | ☑ PHS  ☐ Auto Ins. | ☐ Health Ins.(Excludes Medicare/Medicaid Managed Care alternative plans ) ☐ Other, be specific (Excludes Medicare, Medicaid and Veterans Administration Services): |
|---|---|---|

## CLINICAL DATA

| Requesting Provider: | ☑ Physician ☐ NP, PA ☐ Dental |
|---|---|

**Samuel Engelhardt, M.D.**

**Facility Medical Director Signature and Date:**

*[signature]* 4/22

☐ Service meets criteria for "approval via protocol"

**Place a check-mark (✓) in the Service Type requested (one only) and complete additional applicable fields.**

| ☑ Office Visit (OV) | ☐ X-ray (XR) | ☐ Scheduled Admission (SA) |
|---|---|---|
| ☐ Outpatient Surgery (OS) | ☐ Dialysis (DA) | |

| ☑ Routine | ☐ Urgent |
|---|---|

**Estimated Date of Service (mm/dd/yy)** ___/___/___

**(This starts the approval window for the "open authorization period")**

| Multiple Visits/Treatments: | ☐ Radiation therapy |
|---|---|
| Number of Visits/Treatments: _____ | ☐ Chemotherapy |
| | ☐ Other: |

**Specialist referred to:** Dr Oakes

**Type of Consultation, Treatment, Procedure or Surgery:**

f/u - RA

**Diagnosis:** Chen. Arthritis
**ICD-9 code:**

You must include copies of pertinent reports such as lab results, x-ray interpretations and specialty consult reports with this form.

☐ Pertinent Documents have been attached and faxed.

**History of illness/injury/sypmtoms with Date of Onset:**

Pt c severe RA

Need f/u c

**Results of a complaint directed physical examination:**

Rheumatologist

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTOCOPIED

**Previous treatment and response (including medications):**

F/U Appt Scheduled
for 6/23/05 @ 8:30 am

***For security and safety, please do not inform patient of possible follow-up appointments***

## UM DETERMINATION:

| ☐ Alternative Treatment Plan (explain here): | ☐ Offsite Service Recommended and Authorized |
|---|---|
| ☐ More Information Requested: (See Attached) | |
| ☐ Resubmitted with requested information. | Date resubmitted: ___/___/___ |

**Regional Medical Director Signature, printed name and date required:**

_____ (mm/dd/yy)

4/25/05
RSD

---

**Do not write below this line. For Case Manager and Corporate Data Entry ONLY.**

| Cert Type: | Med Class: | CPT code: | UR Auth #: |
|---|---|---|---|

05a - UM Referral review form

**PHS0205**

**ROBERTS, PERRION D.**

**04/21/05**

ORIGINAL TO BE FILED IN MEDICAL RECORD
FOR OFFICE USE ONLY
DO NOT PHOTOCOPIED

**SUBJECTIVE:** The patient returns today stating that she has been on an Arava for about three weeks. She is not taking any other medications for her arthritis. She has not yet started on any medication for her depression. Recently she was given prednisone by FORENSIC physician and is gradually tapering that down.

**REVIEW OF SYSTEMS:** Weight gain, hair loss, dizziness, back pain, palpitations, nausea, joint pain and depression.

**PHYSICAL EXAM:** She has very little synovitis in the upper extremity joints. She has moderate synovitis in both knees. She has decreased range of motion of the right wrist and right elbow. She has good motion of the rest of her joints. Vital signs recorded. HEENT – TMs obscured, fundi difficult to visualize, neck supple. Thyroid not palpable. Lungs – relatively clear without rales, wheezes or rhonchi. Heart – without murmurs, gallops or rubs. Abdomen – no organomegaly, masses, tenderness, bruits, CVA or spine tenderness. Skin – no rash or hives detected. Neuromuscular exam – cranial nerves intact. Cerebellar exam normal. Muscle strength normal.

**ASSESSMENT:**
1) Rheumatoid arthritis. Continues to be active. I recommended that she continue Arava 20 mg/day, change prednisone to 5 mg in the morning and 2.5 mg at night, add Flexeril 10 mg at HS and Lexapro 10 mg/day for depression, and Prilosec 20 mg/day for GI protection. I recommended that she have will CBC, platelet count, urinalysis and complete metabolic profile checked monthly as long as she stays on Arava to monitor for asymptomatic drug toxicity. I will see her back in two months.

James T. Jakes, M.D.

JTJ/tr
CC:    Julia Tutweiler Prison Health Services

PHS0206

# PRISON HEALTH SERVICES: AUTHORIZATION LETTER

| | | | |
|---|---|---|---|
| **Patient Name:** | Roberts, Perrion | **Inmate Number:** | 159116RO |
| **Service Authorized:** | Office Visits: Op Rheumatology Referral | **Effective Dates:** | 04/05/2005 |
| **Effective:** | Visits authorized for 60 days from effective date. | **Visits Authorized:** | 1 |
| **Responsible Facility:** | Tutwiler Prison For Women | **Contact Name:** | Michelle Pope |
| **Authorization Number:** | 14871320 | **Telephone Number:** | (334)395-5973 Ext 14 |

**Note to Provider of Services:**
- **Medicare/Medicaid do not cover any health services provided to an inmate in custody, except in certain circumstances not applicable to this inmate.**
- Authorization is diagnosis and procedure specific. Any additional tests, procedures, and inpatient or outpatient services must receive prior authorization to ensure benefit eligibility and payment. (Use above contact name and telephone number)
- Authorization for payment of service is guaranteed only if service is provided during the actual time of confinement to the referring correctional facility.
- HIPAA: Please be advised Prison Health Services, Inc. ("PHS") is not a covered entity under HIPAA's Rule on the Privacy of Individually Identifiable Health Information Standard ("Privacy Rule"). Because PHS does not engage in electronic transactions under HIPAA's Electronic Transactions and Code Set Standards ("Transaction Standards"), HIPAA's Privacy Rule does not apply to PHS.
- Payment will not be processed until we receive a clinical summary.

**For Payment Please Submit Claims To:**

Prison Health Services
P.O. Box 967
Brentwood, TN 37024-0967

---

**The consulting physician should complete this section.**
**The completed form will be sealed in the attached envelope and**
**returned with an officer to the correctional facility.**

*Clinical Summary or Attached Report*

CONTINUE Predn. So Ne 5y Am - Prednisone 5mg
ARAVA 20/1 2-5 Pm - Arava 20 mg dail
AND FLEXERIC 10mg HS - Flexeril 10mg @Bed Tm
LEXAPRO 10mg/1 - Lexapro 10mg daily
Prilosev 10/1 - Prilosec 20mg Dail
✓ CDC c/A, cnr? mo NTh/y - cbc, UA +cmp monthl

**\*\*\* For security and safety, please do not inform patient of possible follow-up appointments. \*\*\***

Signature of Consulting Physician: _____   Date 4/1/05   Time

Reviewed and Signed By
Medical Director: _____ RTC 2 mon___   Date _____   Time

4/21/05

**PHS0207**

REGIONAL OFFICE
TUTWILER

@022
PAGE  02

## UTILIZATION MANAGEMENT REFERRAL REVIEW FORM

Form must be Complete and Legible. You must Type or Print

Please send this form with the Authorization Letter to the service provider at the time of the Appointment

PHS

RECEIVED MAR 3 0 2005

### DEMOGRAPHICS

| | |
|---|---|
| **Site Name & Number:** 844 - TUTWILER | **Patient Name (Last, First):** Robert B. Person |
| **Site Phone #** 334-514-6269 | **Alias: (Last, First)** |
| **Site Fax #** 334-514-9559 | **Inmate #** 159116  159116 |
| **Will there be a charge?** ☑ Yes ☐ No    **Sex** ☐ Male ☑ Female | **SS Number** 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 |
| **Responsible party:** ☐ IHS ☐ Alt plan | **Date (mm/dd/yy):** 3,24,05  **Date of Birth (mm/dd/yy):** 6,20,60  **PHS Custody Date (mm/dd/yy):** 03,19,04  **Potential Release Date (mm/dd/yy):** 03,16,25 |

☐ Health Ins (Excludes Medicare/Medicaid Managed Care alternative plans )
☐ Other, be specific (Excludes Medicare, Medicaid and Veterans Administration Services)

### CLINICAL DATA

**Requesting Provider:** ☑ Physician    ☐ NP, PA    ☐ Dental
Samuel Engelhardt, M.D.

**Facility Medical Director Signature and Date:**
_(signature)_   3/24

☐ Service meets criteria for "approval in protocol"

Place a check mark (✓) in the Service Type requested (one only) and complete additional applicable fields.

☑ Office Visit (OV)    ☐ X-ray (XX)    ☐ Scheduled Admission (SA)
☐ Outpatient Surgery (OS)    ☐ Dialysis (DA)
☐ Routine    ☐ Urgent

**Estimated Date of Service (mm/dd/yy):**
(This starts the approval window for the "open authorization period")

**Multiple Visits/Treatments:**    ☐ Radiation therapy  ☐ Chemotherapy
**Number of Visits/Treatments:**    ☐ Other:

**Specialist referred to:** Dr Jakes

**Type of Consultation, Treatment, Procedure or Surgery:**
Rheumatology

**Diagnosis:** Rheu. Arthritis
**ICD-9 code:**
You must include copies of pertinent reports such as lab results, x-ray interpretations and specialty consult reports with this form.
☑ Pertinent Documents have been attached and faxed.

**History of Illness/Injury/symptoms with Date of Onset:**
Severe rheumatoid arthritis -

**Results of a complaint directed physical examination:**
on NSAIDS + methotrexate trying to obtain -

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTOCOPIED

**Previous treatment and response (including medications):**
needs Rhu c Dr Jakes
V82.1

***For security and safety, please do not inform patient of possible follow-up appointments***

### UM DETERMINATION:

☐ Alternative Treatment Plan (explain here)
☐ More Information Requested (See attached)
☐ Resubmitted with requested information

☐ Off-site Service Recommended and Authorized
Date to/from/return:

**Regional Medical Director Signature:**
printed name and date required
Will Mosier, MD    _(signature)_  3,30,5

Do not write below this line. For Case Manager and Corporate Data Entry ONLY.

| Cert Type: RH | Med Rec # O | CPT code: 99201 | UR Auth #: 74871320 |
|---|---|---|---|

05a - UM Referral review form    Dr James T. Jakes with Montgomery Rheumatology Associates

PHS0208

# PRISON HEALTH SERVICES: AUTHORIZATION LETTER

| Patient Name: | Roberts, Perrion | Inmate Number: | 159116RO |
|---|---|---|---|
| Service Authorized: | X-Ray: Ultrasound | Effective Dates: | 03/23/2005 |
| Effective: | Visits authorized for 60 days from effective date. | Visits Authorized: | 1 |
| Responsible Facility: | Tutwiler Prison For Women | Contact Name: | Michelle Pope |
| Authorization Number: | 14830036 | Telephone Number: | (334)395-5973 Ext 14 |

**Note to Provider of Services:**

- **Medicare/Medicaid do not cover any health services provided to an inmate in custody, except in certain circumstances not applicable to this inmate.**
- Authorization is diagnosis and procedure specific. Any additional tests, procedures, and inpatient or outpatient services must receive prior authorization to ensure benefit eligibility and payment. (Use above contact name and telephone number)
- Authorization for payment of service is guaranteed only if service is provided during the actual time of confinement to the referring correctional facility.
- HIPAA: Please be advised Prison Health Services, Inc. ("PHS") is not a covered entity under HIPAA's Rule on the Privacy of Individually Identifiable Health Information Standard ("Privacy Rule"). Because PHS does not engage in electronic transactions under HIPAA's Electronic Transactions and Code Set Standards ("Transaction Standards"), HIPAA's Privacy Rule does not apply to PHS.
- Payment will not be processed until we receive a clinical summary.

**For Payment Please Submit Claims To:**

Prison Health Services
P.O. Box 967
Brentwood, TN 37024-0967

**The consulting physician should complete this section. The completed form will be sealed in the attached envelope and returned with an officer to the correctional facility.**

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTOCOPIED

### Clinical Summary or Attached Report

GLOBAL DIAGNOSTIC SERVICES
US Abd ___ ECHO ___
DATE 3/24/05 INITIALS RANS

**\*\*\* For security and safety, please do not inform patient of possible follow-up appointments. \*\*\***

| Signature of Consulting Physician: | | | |
|---|---|---|---|
| | | Date | Time |
| Reviewed and Signed By Medical Director: | | | |
| | | Date | Time |

**PHS0209**

03/23/2005

# UTILIZATION MANAGEMENT REFERRAL REVIEW FORM
Form must be Complete and Legible. You must Type or Print
*Please send this form with the Authorization Letter to the service provider at the time of the Appointment*

**PHS**

## DEMOGRAPHICS

| Site Name & Number: | Patient Name: (Last, First) | Date: (mm/dd/yy) |
|---|---|---|
| 844 - TUTWILER | Roze B Jerry | 3, 21, 05 |
| **Site Phone #** | **Alias: (Last, First)** | **Date of Birth: (mm/dd/yy)** |
| 334-514-6269 | | 6, 20, 64 |
| **Site Fax #** | **Inmate #** | **PHS Custody Date: (mm/dd/yy)** |
| 334-514-9559 | 159116 | 3, 19, 04 |
| **Will there be a charge?** ☑Yes ☐No  **Sex** ☐Male ☑Female | **SS Number** 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 | **Potential Release Date: (mm/dd/yy)** 3, 16, 25 |

**Responsible party:** ☑ PHS  ☐ Auto Ins.  ☐ Health Ins.(Excludes Medicare/Medicaid Managed Care alternative plans )
☐ Other, be specific (Excludes Medicare, Medicaid and Veterans Administration Services):_____

## CLINICAL DATA

**Requesting Provider:** ☑ Physician  ☐ NP, PA  ☐ Dental

| Samuel Engelhardt, M.D. | History of illness/injury/sypmtoms with Date of Onset: |
|---|---|

**Facility Medical Director Signature and Date:**

_____  3/21

☐ Service meets criteria for "approval via protocol"

**Place a check mark (✓) in the Service Type requested (one only) and complete additional applicable fields.**

☐ Office Visit (OV)   ☑ X-ray (XR)   ☐ Scheduled Admission (SA)
☐ Outpatient Surgery (OS)   ☐ Dialysis (DA)

☑ Routine   ☐ Urgent

**Estimated Date of Service (mm/dd/yy)**  __/__/__
(This starts the approval window for the "open authorization period")

**Multiple Visits/Treatments:**   ☐ Radiation therapy   ☐ Chemotherapy
**Number of Visits/Treatments:**   ☐ Other:____

**Specialist referred to:** Ultrasound Global Diagnostic

**Type of Consultation, Treatment, Procedure or Surgery:**
(R) breast

**Diagnosis:** Fibrocystic breast dz
**ICD-9 code:**

You must include copies of pertinent reports such as lab results, x ray interpretations and specialty consult reports with this form.
☑ Pertinent Documents have been attached and faxed.

(2) nodules (R) breast on mammograms

**Results of a complaint directed physical examination:**

need for U/S

*SEE PROFESSIONAL USE ONLY CONFIDENTIAL RECORD NOT TO BE PHOTOCOPIED*

**Previous treatment and response (including medications):**

***For security and safety, please do not inform patient of possible follow-up appointments***

## UM DETERMINATION:

☐ Alternative Treatment Plan (explain here):  ☐ Offsite Service Recommended and Authorized

☐ More Information Requested: (See Attached)

☐ Resubmitted with requested information.   **Date resubmitted:** __/__/__

**Regional Medical Director Signature, printed name and date required:**

_____  __/__/__ (mm/dd/yy)

**Do not write below this line. For Case Manager and Corporate Data Entry ONLY.**

| Cert Type: | Med Class: | CPT code: | UR Auth #: 14830036 |
|---|---|---|---|

'05a - UM Referral review form   U/S Inhouse by Global Diagnostic Services

**PHS0210**

# UTILIZATION MANAGEMENT REFERRAL REVIEW FORM

Form must be Complete and Legible. You must Type or Print

Please send this form with the Authorization Letter to the service provider at the time of the Appointment

**PHS**

## DEMOGRAPHICS

Site Name & Number: **844 - TUTWILER**

Site Phone #: **334-514-6259**

Site Fax #: **334-514-8559**

Will there be a charge? ☑ Yes ☐ No   Sex: ☐ Male ☑ Female

Patient Name (LAST, First): Rose B Person

Alias (LAST, First):

Inmate #: 159116

SS Number: 423.84.8392

Date: 3.21.15

Date of Birth (mm/dd/yr): 6.20.64

PHS Contract Date (mm/dd/yr): 3.19.04

Potential Release Date (mm/dd/yr): 3.14.25

Responsible party: ☑ Paid ☐ Auto Ins.

## CLINICAL DATA

Requesting Provider: ☑ Physician ☐ NP, PA ☐ Dental

**Samuel Engelhardt, M.D.**

Facility Medical Director Signature and Date: 3/1 R  3/21

History of illness/injury/symptoms with Date of Onset:

(2) nodules ® breast on ultrasound

Results of a complaint directed physical examination:

needs U/S

Specialist referred to: Ultrasound - Global Diagnostic

Type of Consultation: ® breast

Diagnosis: Fibrocystic breast dr

## UM DETERMINATION:

**Do not write below this line. For Case Manager and Corporate Data Entry ONLY.**

U/S   X72   CPT code: 76645   14830036

Site - UM Referral review form   U/S Inhouse by Global Diagnostic Services

RECEIVED MAR 22 2005

FOR PROFESSIONAL USE ONLY CONFIDENTIAL RECORD NOT TO BE PHOTOCOPIED

PHS0211

# UTILIZATION MANAGEMENT REFERRAL REVIEW FORM

Form must be Complete and Legible. You must Type or Print
Please send this form with the Authorization Letter to the service provider at the time of the Appointment

**PHS**

## DEMOGRAPHICS

| Site Name & Number: | Patient Name: (Last, First) | Date: (mm/dd/yy) |
|---|---|---|
| 844 - TUTWILER | Roberts, Perrin | 3, 24, 05 |
| **Site Phone #** | **Alias: (Last, First)** | **Date of Birth: (mm/dd/yy)** |
| 334-514-6269 | | 6, 20, 64 |
| **Site Fax #** | **Inmate #** | **PHS Custody Date: (mm/dd/yy)** |
| 334-514-9559 | 159116   159116 | 03, 19, 04 |
| Will there be a charge? / Sex | **SS Number** | **Potential Release Date: (mm/dd/yy)** |
| ☑ Yes ☐ No / ☐ Male ☑ Female | 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 | 03, 16, 25 |

Responsible party:  ☑ PHS   ☐ Health Ins.(Excludes Medicare/Medicaid Managed Care alternative plans )
☐ Auto Ins.   ☐ Other, be specific (Excludes Medicare, Medicaid and Veterans Administration Services):_____

## CLINICAL DATA

**Requesting Provider:** ☑ Physician   ☐ NP, PA   ☐ Dental

Samuel Engelhardt, M.D.

**Facility Medical Director Signature and Date:**

_[signature]_  3/24

☐ Service meets criteria for "approval via protocol"

**Place a check mark (✓) in the Service Type requested (one only) and complete additional applicable fields.**

☑ Office Visit (OV)   ☐ X-ray (XR)   ☐ Scheduled Admission (SA)
☐ Outpatient Surgery (OS)   ☐ Dialysis (DA)

☑ Routine   ☐ Urgent

**Estimated Date of Service (mm/dd/yy)** ___/___/___
(This starts the approval window for the "open authorization period")

**Multiple Visits/Treatments:** _____   ☐ Radiation therapy
**Number of Visits/Treatments:** _____   ☐ Chemotherapy   ☐ Other:_____

**Specialist referred to:** Dr Jakes

**Type of Consultation, Treatment, Procedure or Surgery:**
Rheumatology

**Diagnosis:** Rheu. arthritis
**ICD-9 code:**

You must include copies of pertinent reports such as lab results, x-ray interpretations and specialty consult reports with this form.
☑ Pertinent Documents have been attached and faxed.

**History of illness/injury/symptoms with Date of Onset:**

Severe rheumatoid arthritis —

**Results of a complaint directed physical examination:**

On NSAIDS &
methotrexate — trying
& Arava —

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO...

**Previous treatment and response (including medications):**

needs f/u ē Dr Jakes

***For security and safety, please do not inform patient of possible follow-up appointments***

## UM DETERMINATION:   ☐ Offsite Service Recommended and Authorized

☐ Alternative Treatment Plan (explain here):

☐ More Information Requested: (See Attached)

☐ Resubmitted with requested information.   Date resubmitted: ___/___/___

**Regional Medical Director Signature, printed name and date required:**

_____ (mm/dd/yy)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
**Do not write below this line. For Case Manager and Corporate Data Entry ONLY.**

| Cart Type: | Med Class: | CPT code: | UR Auth #: |
|---|---|---|---|
| | | | |

05a - UM Referral review form   Dr. James T. Jakes with Montgomery Rheumatology Associates

**PHS0212**

# MONTGOMERY RHEUMATOLOGY ASSOCIATES
## Practice Limited to Adult and Pediatric Rheumatology

1421 NARROW LANE PARKWAY
MONTGOMERY, ALABAMA 36111-2654

**334-284-3105 • Fax-334-284-3107 • 1-800-631-3105**

SOHRAB FALLAHI, M.D., F.A.C.P.
DIPLOMATE AMERICAN BOARD OF INTERNAL
MEDICINE AND RHEUMATOLOGY

JAMES T. JAKES, M.D.
DIPLOMATE AMERICAN BOARD OF INTERNAL
MEDICINE AND RHEUMATOLOGY

March 8, 2005

Prison Health Services
Julia Tutwiler Prison for Women
Rockford Road
Wetumpka, Alabama 36092

RE:    Perrion Roberts
          Inmate No. 159116R0

Dear gentlemen:

I recently had the pleasure of seeing Perrion Roberts. A copy of the initial consultation is enclosed.

*FOR PROFESSIONAL USE ONLY*
*CONFIDENTIAL RECORD*
*NOT TO BE PHOTOCOPIED*

Her arthritis remains active and symptomatic. She is not tolerating her present medication and they are ineffective anyway. I therefore recommend that she stop everything that she is presently taking and begin Relafen, Protonix and Arava. She will need to have a CBC, platelet count and complete metabolic profile checked monthly as long as she stays on these medications to monitor for asymptomatic drug toxicity. Toxicities that can occur associated with Arava include diarrhea, hair loss, bone marrow and liver toxicity. Hopefully she will respond. I injected her left elbow with a long-acting steroid preparation when she was here. I also gave her a Depo-Medrol shot. I recommend checking some baseline laboratory data including CBC, platelet count, urinalysis, complete metabolic profile, sed rate, ANA and rheumatoid factor titers.

She also expressed problems with depression. I have recommended Lexapro for that. I have asked her to return to see me in six weeks.

I appreciate the opportunity of seeing Ms. Roberts.

Sincerely,

James T. Jakes, M.D.

JTJ/tr
Enclosure

PHS0213

# MONTGOMERY RHEUMATOLOGY ASSOCIATES
## INITIAL HISTORY AND PHYSICAL

**NAME:** **ROBERTS, PERRION**
**DATE:** **03/08/05**

**HISTORY OF PRESENT ILLNESS:** Perrion Roberts is a 40-year-old black female. She has had rheumatoid arthritis since 2001. She was living in Huntsville when it initially occurred. She was seen by Dr. Macon Phillips who previously treated her with gold shots, which she apparently took weakly until she was incarcerated in 2004 for possession of drugs. She was given a 20-year sentence. Since that time she has been tried on various NSAIDs and is on Indocin. She was started on methotrexate, but she says that even three pills a week made her nauseated and made her joints feel worse. She is apparently taking one Plaquenil a day and one Azulfidine a day. Her arthritis remains active and symptomatic. She has had previous radial head resections in both elbows. She complains of pain in the MCP joints with swelling in the wrists, elbows, knees and ankles with her elbows being her most symptomatic joints. She is stiff in the morning for about two hours. She has no rash, psoriasis, dry eyes, fevers, chills, Raynaud's or family history of arthritis. She has no problems with her neck, but she has occasional problems with her back. She admits to having problems with depression. She is not sleeping well. She has some problems with nausea, vomiting and heartburn, which she associates with her medication.

**PAST MEDICAL HISTORY:** She has had three operations on her left knee, and bilateral elbow surgeries.

**CURRENT MEDICATIONS:** Indocin, Tylenol, Plaquenil, Azulfidine, and Zantac.

**ALLERGIES:** She is intolerant of Naprosyn because of nausea.

**SOCIAL HISTORY:** She does not smoke or drink alcohol. She is single. She has one child.

**REVIEW OF SYSTEMS:** 10-pound weight loss, sweats, fatigue, morning stiffness, occasional cough, shortness of breath, occasional palpitations, leg cramps, heartburn, nausea, abdominal pain, constipation, headache, anxiety, depression, nervousness, insomnia and memory loss.

**PHYSICAL EXAM:** She has mild synovitis in her right wrist, left elbow, both knees and left ankle. She has limited motion in both elbows. The heart, lungs and abdomen are normal.

At the patient's request, after thoroughly prepping the area with Betadine solution, I injected the left elbow with 0.2 cc of triamcinolone.

**CONTINUED...**

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTOCOPIED

## UTILIZATION MANAGEMENT REFERRAL REVIEW FORM

*must be Complete and Legible. You must Type or Print*

*Please send this form with the Authorization Letter to the service provider at the time of the Appointment*

**PHS**

### DEMOGRAPHICS

| | | |
|---|---|---|
| **Site Name & Number:** 844 - TUTWILER | **Patient Name: (Last, First)** Roberts German | **Date: (mm/dd/yy)** 3/2/15 |
| **Site Phone #** 334-514-6269 | **Alias: (Last, First)** | **Date of Birth: (mm/dd/yy)** 6/20/64 |
| **Site Fax #** 334-514-9559 | **Inmate #** 159116 | **PHS Custody Date: (mm/dd/yy)** 3/19/04 |
| **Will there be a charge?** ☑Yes ☐No    **Sex** ☐Male ☑Female | **SS Number** 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 | **Potential Release Date: (mm/dd/yy)** 3/16/25 |

**Responsible party:** ☑ PHS    ☐ Auto Ins.    ☐ Health Ins.(Excludes Medicare/Medicaid Managed Care alternative plans )    ☐ Other, be specific (Excludes Medicare, Medicaid and Veterans Administration Services):

### CLINICAL DATA

**Requesting Provider:** ☑ Physician    ☐ NP, PA    ☐ Dental

Samuel Engelhardt, M.D.

**Facility Medical Director Signature and Date:** 3/21

☐ Service meets criteria for "approval via protocol"

**Place a check mark (✓) in the Service Type requested (one only) and complete additional applicable fields.**

☐ Office Visit (OV)    ☑ X-ray (XR)    ☐ Scheduled Admission (SA)
☐ Outpatient Surgery (OS)    ☐ Dialysis (DA)

☑ Routine    ☐ Urgent

**Estimated Date of Service (mm/dd/yy)** _ _ / _ _ / _ _

(This starts the approval window for the "open authorization period")

**Multiple Visits/Treatments:** ☐ Radiation therapy    ☐ Chemotherapy
**Number of Visits/Treatments:** ☐ Other:

**Specialist referred to:** ultrasound Global Diagnostic

**Type of Consultation, Treatment, Procedure or Surgery:** (R) breast

**Diagnosis:** Fibrocystic breast dr
**ICD-9 code:**

You must include copies of pertinent reports such as lab results, x-ray interpretations and specialty consult reports with this form.
☑ Pertinent Documents have been attached and faxed.

**History of illness/injury/symptoms with Date of Onset:**

(2) Nodules (R) breast on mammogram

**Results of a complaint directed physical examination:**

needs U/S

*FOR PROFESSIONAL USE ONLY CONFIDENTIAL RECORDS NOT TO BE PHOTOCOPIED*

**Previous treatment and response (including medications):**

***For security and safety, please do not inform patient of possible follow-up appointments***

### UM DETERMINATION:

☐ Alternative Treatment Plan (explain here):

☐ More Information Requested: (See Attached)

☐ Resubmitted with requested information.

☐ Offsite Service Recommended and Authorized

**Date resubmitted:** _ _ / _ _ / _ _

**Regional Medical Director Signature, printed name and date required:**

_ _ / _ _ / _ _ (mm/dd/yy)

3/22/05
(R)fr

**Do not write below this line. For Case Manager and Corporate Data Entry ONLY.**

| **Cert Type:** | **Med Class:** | **CPT code:** | **UR Auth #:** |
|---|---|---|---|

# PRISON HEALTH SERVICES: AUTHORIZATION LETTER

| Patient Name: | Roberts, Perrion | Inmate Number: | 159116RO |
|---|---|---|---|
| Service Authorized: | Office Visits: Op Rheumatology Referral | Effective Dates: | 01/11/2005 |
| Effective: | Visits authorized for 60 days from effective date. | Visits Authorized: | 1 |
| Responsible Facility: | Tutwiler Prison For Women | Contact Name: | Michelle Pope |
| Authorization Number: | 14581476 | Telephone Number: | (334)395-5973 Ext 14 |

**Note to Provider of Services:**

- Medicare/Medicaid do not cover any health services provided to an inmate in custody, except in certain circumstances not applicable to this inmate.
- Authorization is diagnosis and procedure specific. Any additional tests, procedures, and inpatient or outpatient services must receive prior authorization to ensure benefit eligibility and payment. (Use above contact name and telephone number)
- Authorization for payment of service is guaranteed only if service is provided during the actual time of confinement to the referring correctional facility.
- HIPAA: Please be advised Prison Health Services, Inc. ("PHS") is not a covered entity under HIPAA's Rule on the Privacy of Individually Identifiable Health Information Standard ("Privacy Rule"). Because PHS does not engage in electronic transactions under HIPAA's Electronic Transactions and Code Set Standards ("Transaction Standards"), HIPAA's Privacy Rule does not apply to PHS.
- Payment will not be processed until we receive a clinical summary.

**For Payment Please Submit Claims To:**

Prison Health Services
P.O. Box 967
Brentwood, TN 37024-0967

**The consulting physician should complete this section.**
**The completed form will be sealed in the attached envelope and returned with an officer to the correctional facility.**

FOR PROFESSIONAL USE
CONFIDENTIAL INFORMATION
NOT TO BE COPIED

### Clinical Summary or Attached Report

*[handwritten, largely illegible]*

*** For security and safety, please do not inform patient of possible follow-up appointments. ***

Signature of Consulting Physician: _____    Date 3/8/05    Time

Reviewed and Signed By
Medical Director: _____    Date 3/8/05    Time

*[handwritten at bottom]* I am unable to read this letter to ~~P.H.S.~~ Dr. Written: & requested dict & typed mfs

PHS0216

# UTILIZATION MANAGEMENT REFERRAL REVIEW FORM

For ___ must be Complete and Legible. You must Type or Pri
Please send this form wit ___ e Authorization Letter to the service provider at the ___ of the Appointment

**PHS**

## DEMOGRAPHICS

| Site Name & Number: | Patient Name: (Last/First.) | Date: (mm/dd/yy) |
|---|---|---|
| Tutwiler-844 | Roberts, Perrion | 4, 6, 05 |
| **Site Phone #** | **Alias: (Last, First.)** | **Date of Birth: (mm/dd/yy)** |
| (334) 514-6269 | Roberts Perrion | 6, 20, 64 |
| **Site Fax #** | **Inmate #** | **PHS Custody Date: (mm/dd/yy)** |
| (334) 514-9559 | 159116 | 3, 19, 04 |
| **Will there be a charge?** ☑Yes ☐No  **Sex** ☐Male ☑Female | **SS Number** 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 | **Potential Release Date: (mm/dd/yy)** 3, 16, 25 |

**Responsible party:** ☑ PHS ☐ Auto Ins. ☐ Health Ins.(Excludes Medicare/Medicaid Managed Care alternative plans ) ☐ Other, be specific (Excludes Medicare and Medicaid):_____

## CLINICAL DATA

**Requesting Provider:** ☑Physician ☐NP, PA ☐Dental

Engelhardt

**Facility Medical Director Signaure and Date:**

☐ Service meets criteria for "approval via protocol"

**Place a check mark (✓) in the Service Type requested (one only) and complete additional applicable fields.**

☑Office Visit (OV) ☐X-ray (XR) ☐Scheduled Admission (SA)
☐Outpatient Surgery (OS) ☐Dialysis (DA)

☐Routine ☑Urgent

**Estimated Date of Service (mm/dd/yy)** __/__/__
**(This starts the approval window for the "open authorization period")**

**Multiple Visits/Treatments:** ☐Radiation therapy ☐Chemotherapy
**Number of Visits/Treatments:** _____ ☐Other:_____

**Specialist referred to:** Rheumatology

**Type of Consultation, Treatment, Procedure or Surgery:**

**You must include copies of pertinent reports such as lab results, x-ray interpretations and specialty consult reports with this form.**
☐ Pertinent Documents have been attached and faxed.

**History of illness/injury/sypmtoms with Date of Onset:**

Pt E Severe rheumatoid arthritis —

**Results of a complaint directed physical examination:**

was seen NP patient

FOR PROFESSIONAL USE ONLY CONFIDENTIAL RECORD NOT TO BE PHOTO

is pain

**Previous treatment and response (including medications):**

She is on methotrexate and Amitridine — Need Rheumatology

***For security and safety, please do not inform patient of possible follow-up appointments***

Done 4/7
OK

## UM DETERMINATION:

☐ Offsite Service Recommended and Authorized

☐ Alternative Treatment Plan (explain here):

☐ More Information Requested: (See Attached)

☐ Resubmitted with requested information.

**Date resubmitted:** __/__/__

**Regional Medical Director Signature, printed name and date required:** __/__/__ (mm/dd/yy)

---

Do not write below this line. For Case Manager and Corporate Data Entry ONLY.

| Cert Type: | Med Class: | UR Auth #: |
|---|---|---|

UM Referral review form 2-05-2004

**PHS0217**

ADVANCED ORTHOPEDIC

W.L. ____hback, Jr., M.D., F.A.A.O.S.

SURGICAL SPECIALISTS, P.C.
1320 Mulberry Street Montgomery, AL 36106
Phone (334) 262-0523 Fax (334) 262-5915

Parrion Roberts
MR#: 027463
11/10/04

CC: Women's Correctional System

CHIEF COMPLAINT:
1. Rt elbow, Rt wrist pain

HISTORY OF PRESENT ILLNESS:
This patient is a 40-year old female seen in regard to evaluation of pain and discomfort in her right wrist and right elbow. She has a history of rheumatoid arthritis, she has previously been on Methotrexate, and it apparently has been making her sick. The patient has had previous surgery on her right elbow for resection of the radial head. She still has a stiff elbow and pain on movement, and pain on palpation.

MEDICATIONS HISTORY:
Patient is also taking Methotrexate and Tylenol.

ALLERGIES: Aspirin; Naprosyn

GENERAL - Denies fever, chills, and weakness
SKIN - Denies rash, new skin lesions, itching, hives, or cysts
EYES - Denies problems with vision
EARS - Denies ear pain, ringing or difficulty hearing, wear hearing aid
NOSE - Denies nasal congestion, Sinus problem or deviated nasal septum
MOUTH - Denies sore throat, or canker sores,dentures
NECK - Denies pain, stiffness or swelling
RESPIRATORY - Denies shortness of breath, cough, sneezing
CARDIOVASCULAR - Denies chest pain, chest discomfort irregular heartbeat an poor circulation
GASTROINTESTINAL - Denies nausea, vomiting, diarrhea, Denies abdominal pain, hemorrhoids, heartburn, blood in stools and ulcers or jaundice
GENITOURINARY - Denies dysuria, frequency of urination, urgency, foul smelling urind, STDs, or hesitancy
MUSCULOSKELETAL - Denies joint or muscle pain, back pain and extremities, difficulty walking, or decreased ROM
NEUROLOGICAL - Denies localized numbness, weakness, tingling and _____, light headedness, dizziness, headaches, convulsionis, seizures, or paralysis or syncophe
PSYCHIATRIC - Denies depression, anxiety, substance use or substance abuse
ENDOCRINE - Denies weight loss or gain
HEMATO-IMMUNOLOGIC - Denies easy bruising or bleeding

PAST HISTORY: Infections - none; Illnesses - no serious past illnesses; Accidents - no injuries of consequence; Surgeries - no prior surgeries; PCP Dr. Englehart.

SOCIAL HISTORY: Alcohol Use - denies drinking; Smoking - denies smoking; Diet - no particular diet; Lifestyle - active lifestyle; Seat Belt Use - always uses seat belts; Occupation - Inmate; Illicit Drug Use - denies use of street drugs; Sexual Activity - did not discuss sexual history.

FAMILY HISTORY OF:
1. Died of Cancer
2. Died of Heart Disease
3. Hyperthyroid

EXAMINATION:
VITAL SIGNS: B/P - 142/96, Pulse - 83, Temperature - 95.8, Weight - 181.00 lbs, Height - 71 inches.
On examination today, the patient has some point tenderness over the posterior aspect of her right elbow but she does not have elbow effusion. She does have point tenderness over the dorsum of the right wrist and she has some tenderness over the dorsoradial aspect of the wrist. She has a slightly boggy synovium but it is not real thick. Her radius and ulnar pulses are 3+ bilaterally. She has full and equal range of motion of all her fingers of both hands. She lacks 20 degrees of full extension of the right elbow and she flexes that elbow 90 degrees. She has full pronation and supination of the right forearm. She

Page 1                                                          Created: 11/10/04

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL ASSET RECORD
NOT TO BE PHOTOCOPIED

PHS0218

Patient: ROBERTS, PERRION     MRNO: 27463     DOB: 06/20/1964     - Continued

has about 5 degrees of extension of her right wrist and she flexes that wrist about 25 degrees. She has good skin tone and color. She does not have the swelling, bogginess, or lack of range of motion of her left elbow.

XRAYS:
I reviewed the x-rays of the right wrist and they show good bone mineralization with narrowing of the carporadial joint, and it shows some impingement or abutment of the distal ulnar. I reviewed the x-rays of the right elbow and the x-rays show resection of the radial head with marked degenerative changes involving the right elbow and some erosion of the capitellum.

ASSESSMENT (DIAGNOSIS):
1. Rheumatoid Arthritis, 714.0, New
2. Pain In Joint Involving Upper Arm/Right, 719.42, New
3. Pain, Wrist/Right, 719.43, New

TREATMENT PLAN:
I feel this patient's symptoms are consistent with rheumatoid arthritis. At this point, her biggest complaint is pain, and I feel that her elbow would respond to an alteration of her arthritis medicine. I will make a temporary splint of the right elbow and wrist that she can wear intermittently to help control her symptoms. I would recommend that this patient see a rheumatologist to try to obtain optimal treatment or medication for her rheumatoid arthritis.

REFERRAL: Refer to Rheumatologist.

W. L. Pinchback, Jr., M.D.
WLPJr/wa

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTOCOPIED

Page 2

Created: 11/10/04

PHS0219

# FAX TRANSMISSION

Date:           November 12, 2004

To:             Prison Health Services

Company:        Medical Dept

From:           Terlesa

Pages:          3      (including this sheet)

*FOR PROFESSIONAL USE ONLY*
*CONFIDENTIAL RECORD*
*NOT TO BE PHOTOCOPIED*

RE: Robert, Perrion

PHS0220

ADVANCED ORTHOPEDIC

W.L. Hußback, Jr., M.D., F.A.A.O.S.

SURGICAL SPECIALISTS, P.C.
1329 Mulberry Street Montgomery, AL 36106
Phone (334) 262-0523 Fax (334) 262-5915

Parrion Roberts
MR#: 027463
11/10/04

CC: Women's Correctional System

CHIEF COMPLAINT:
1. Rt elbow, Rt wrist pain

HISTORY OF PRESENT ILLNESS:
This patient is a 40-year old female seen in regard to evaluation of pain and discomfort in her right
wrist and right elbow. She has a history of rheumatoid arthritis, she has previously been on
Methotrexate, and it apparently has been making her sick. The patient has had previous surgery on her
right elbow for resection of the radial head. She still has a stiff elbow and pain on movement, and pain
on palpation.

MEDICATIONS HISTORY:
Patient is also taking Methotrexate and Tylenol.

ALLERGIES: Aspirin; Naprosyn

GENERAL - Denies fever, chills, and weakness
SKIN - Denies rash, new skin lesions, itching, hives, or cysts
EYES - Denies problems with vision
EARS - Denies ear pain, ringing or difficulty hearing, wear hearing aid
NOSE - Denies nasal congestion, Sinus problem or deviated nasal septum
MOUTH - Denies sore throat, or canker sores,dentures
NECK - Denies pain, stiffness or swelling
RESPIRATORY - Denies shortness of breath, cough, sneezing
CARDIOVASCULAR - Denies chest pain, chest discomfort irregular heartbeat an poor circulation
GASTROINTESTINAL - Denies nausea, vomiting, diarrhea, Denies Abdominal pain, hemorrhoids, heartburn,
blood in stools and ulcers or jaundice
GENITOURINARY - Denies dysuria, frequency of urination, urgency,difficulty, smelling urind, STDs, or
hesitancy
MUSCULOSKELETAL - Denies joint or muscle pain, back pain, cold extremity, difficulty walking, or
decreased ROM
NEUROLOGICAL - Denies localized numbness, weakness, tingling, loss of balance, light headedness,
dizziness, headaches, convulsionis, seizures, or paralysis
PSYCHIATRIC - Denies depression, anxiety, substance use or substance abuse
ENDOCRINE - Denies weight loss or gain
HEMATO-IMMUNOLOGIC - Denies easy bruising or bleeding

PAST HISTORY: Infections - none; Illnesses - no serious past illnesses; Accidents - no injuries of
consequence; Surgeries - no prior surgeries; PCP Dr. Englehart.

SOCIAL HISTORY: Alcohol Use - denies drinking; Smoking - denies smoking; Diet - no particular diet;
Lifestyle - active lifestyle; Seat Belt Use - always uses seat belts; Occupation - Inmate; Illicit Drug
Use - denies use of street drugs; Sexual Activity - did not discuss sexual history.

FAMILY HISTORY OF:
1. Died of Cancer
2. Died of Heart Disease
3. Hyperthyroid

EXAMINATION:
VITAL SIGNS: B/P - 142/96, Pulse - 83, Temperature - 95.8, Weight - 181.00 lbs, Height - 71 inches.
On examination today, the patient has some point tenderness over the posterior aspect of her right elbow
but she does not have elbow effusion. She does have point tenderness over the dorsum of the right wrist
and she has some tenderness over the dorsoradial aspect of the wrist. She has a slightly boggy synovium
but it is not real thick. Her radius and ulnar pulses are 3+ bilaterally. She has full and equal range
of motion of all her fingers of both hands. She lacks 20 degrees of full extension of the right elbow
and she flexes that elbow 90 degrees. She has full pronation and supination of the right forearm. She

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL HEALTH RECORD
NOT TO BE PHOTOCOPIED

PHS0221

10/08/2004  10:23    2059  1452    HAMILTON    PAGE  03/24
10/08/2004  09:21 FAX 334 558 186    REGIONAL OFFICE    HAMILTON    @003

# UTILIZATION MANAGEMENT REFERRAL REVIEW FORM

**PHS**

Form must be Complete and Legible. You must Type or Print
Please send this form with the *Authorization Letter* to the service provider at the time of the Appointment

## DEMOGRAPHICS

Site Name & Number: Tutwiler-844
Site Phone #: (334) 514-6289
Site Fax #: (334) 514-8589

Patient Name (Last, First): Roberts, Kevin
Inmate #: 159116
SS Number: 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

Will there be a charge? ☑ Yes ☐ No
Sex: ☑ Male ☐ Female

## CLINICAL DATA

Referring Provider: ENGLEBERT

Specialist referred to: Dr Brachbock

UM DETERMINATION:
☑ More Information Requested

Regional Medical Director Signature: Will Mosier, MD    10/7/04

OR/OV    99211    (427)8848

UM Referral review form 2-05-20

TUTWILER    334 51 9589    10/07/2004  09:24    PAGE 03

PHS0222

# REFERRAL REVIEW FORM

... and Legible. You must Type or Print ...
... on Letter to the service provider at the end of the Appointment

**PHS**

## DEMOGRAPHICS

Patient Name: (Last, First)

**Roberts, Perron**

Site: ____

First: (Last, First)

(334) 514-9559

Inmate #

**159116**

SS Number

| Will there be a charge? | Sex |
|---|---|
| ☐ Yes ☐ No | ☐ Male ☑ Female |

Date (mm/dd/yy): **10, 5, 04**

Date of Birth: (mm/dd/yy): **01, 20, 69**

PHS Custody Date: (mm/dd/yy): ___/___/___

Potential Release Date: (mm/dd/yy): ___/___/___

Responsible party: ☐ PHS  ☐ Auto Ins

☐ Health Ins.(Excludes Medicare/Medicaid Managed Care alternative plans
☐ Other, be specific (Excludes Medicare and Medicaid)

## CLINICAL DATA

**Requesting Provider:** ☑ Physician  ☐ NP, PA  ☐ Dental

**Engelhardt**

**Facility Medical Director Signature and Date:**

**Engelhardt   10/5/04**

☐ Service meets criteria for "approval via protocol"

**Place a check mark (✓) in the Service Type requested (one only) and complete additional applicable fields.**

| ☑ Office Visit (OV) | ☐ X-ray (XR) | ☐ Scheduled Admission (SA) |
| ☐ Outpatient Surgery (OS) | ☐ Dialysis (DA) | |
| ☑ Routine | | ☐ Urgent |

Estimated Date of Service (mm/dd/yy): ___/___/___

(This starts the approval window for the "open authorization period")

**Multiple Visits/Treatments:**  ☐ Radiation therapy  ☐ Chemotherapy

**Number of Visits/Treatments:**  ☐ Other:

**Specialist referred to:** Dr Puchbrock

**Type of Consultation, Treatment, Procedure or Surgery:**

ortho - (?) Asp. (Rt. elbow?)

You must include copies of pertinent reports such as lab results, x-ray interpretations and specialty consult reports with this form.

☐ Pertinent Documents have been attached and faxed.

**History of Illness/Injury/symptoms with Date of Onset:**

Severe rheumatoid arthritis c widespread
s/p surgery both elbows

**Results of a complaint directed physical examination:**

(R) elbow nearly frozen —
+ heat Elbows, wrist

*FOR PROFESSIONAL USE ONLY*
*CONFIDENTIAL RECORD*
*NOT TO BE PHOTOCOPIED*

**Previous treatment and response (including medications):**

methotrexate - 2 mos
short courses of prednisone

**\*\*\*For security and safety please do not inform patient of possible follow-up appointments\*\*\***

## UM DETERMINATION:

☐ Offsite Service Recommended and Authorized

☐ Alternative Treatment Plan (explain here):

☑ More Information Requested: (See Attached)

☐ Resubmitted with requested information.

Date resubmitted: ___/___/___

**Regional Medical Director Signature, printed name and date required:** ___/___/___ (mm/dd/yy)

**Do not write below this line. For Case Manager and Corporate Data Entry ONLY.**

| Cert Type: | Med Class: | UR Auth #: |
|---|---|---|

UM Referral review form 2-05-2004

**PHS0223**

# PRISON HEALTH SERVICES: AUTHORIZATION LETTER

| Patient Name: | Roberts, Perrion | Inmate Number: | 159116RO |
|---|---|---|---|
| Service Authorized: | Office Visits: Op Orthopedics Referral | Effective Dates: | 04/30/2004 |
| Effective: | Visits authorized for 60 days from effective date. | Visits Authorized: | 1 |
| Responsible Facility: | Tutwiler Prison For Women | Contact Name: | Michelle Pope |
| Authorization Number: | 13735787 | Telephone Number: | (334)395-5973 Ext 14 |

**Note to Provider of Services:**

- Medicare/Medicaid do not cover any health services provided to an inmate in custody, except in certain circumstances not applicable to this inmate.
- Authorization is diagnosis and procedure specific. Any additional tests, procedures, and inpatient or outpatient services must receive prior authorization to ensure benefit eligibility and payment. (Use above contact name and telephone number)
- Authorization for payment of service is guaranteed only if service is provided during the actual time of confinement to the referring correctional facility.
- HIPAA: Please be advised Prison Health Services, Inc. ("PHS") is not a covered entity under HIPAA's Rule on the Privacy of Individually Identifiable Health Information Standard ("Privacy Rule"). Because PHS does not engage in electronic transactions under HIPAA's Electronic Transactions and Code Set Standards ("Transaction Standards"), HIPAA's Privacy Rule does not apply to PHS.
- Payment will not be processed until we receive a clinical summary.

**For Payment Please Submit Claims To:**

Prison Health Services
P.O. Box 967
Brentwood, TN 37024-0967

---

**The consulting physician should complete this section.**
**The completed form will be sealed in the attached envelope and**
**returned with an officer to the correctional facility.**

Clinical Summary or Attached Record

FOR PROFESSIONAL USE ONLY
NOT TO BE PHOTOCOPIED

- Cellbox 200mg T w _____
- Emory Por B Eller

**\*\*\* For security and safety, please do not inform patient of possible follow-up appointments. \*\*\***

| Signature of Consulting Physician: | _(signature)_ | Date 5/12/04 | Time |
|---|---|---|---|
| Reviewed and Signed By Medical Director: | _(signature)_ | Date 5/18/04 | Time |

PHS0224

04/30/2004

Form must be Complete and Legible. You must Type or Print

**PHS**

## DEMOGRAPHICS

| | | |
|---|---|---|
| **Site Name & Number:** Tutwiler 844 | **Patient Name: (Last, First)** Roberts, Perrion | **Date: (mm/dd/yy)** 4/29/04 |
| **Site Phone #** (334) 514-6269 | **Alias: (Last, First)** | **Date of Birth: (mm/dd/yy)** 6/20/64 |
| **Site Fax #** (334) 514-9559 | **Inmate #** 159116 | **PHS Custody Date: (mm/dd/yy)** 04/21/04 |
| **Will there be a charge?** ☑Yes ☐No  **Sex** ☐Male ☑Female | **SS Number** 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 | **Potential Release Date: (mm/dd/yy)** 03/16/25 |

**Responsible party:** ☑PHS  ☐Auto Ins.  ☐Health Ins.(Excludes Medicare/Medicaid Managed Care alternative plans )  ☐Other, be specific (Excludes Medicare and Medicaid):

## CLINICAL DATA

**Requesting Provider:** ☑Physician  ☐NP, PA  ☐Dental

Engelhardt

**Facility Medical Director Signature and Date:**
Engelhardt  4/29/04

☐ Service meets criteria for "approval via protocol"

**Place a check mark (✓) in the Service Type requested (one only) and complete additional applicable fields.**

☑Office Visit (OV)   ☐X-ray (XR)   ☐Scheduled Admission (SA)
☐Outpatient Surgery (OS)   ☐Dialysis (DA)

☑Routine   ☐Urgent

**Estimated Date of Service (mm/dd/yy)** __/__/__
(This starts the approval window for the "open authorization period")

**Multiple Visits/Treatments:** ☐Radiation therapy  ☐Chemotherapy
**Number of Visits/Treatments:** _____  ☐Other:

**Specialist referred to:**

**Type of Consultation, Treatment, Procedure or Surgery:**
orthopedic consult
for post op following

You must include copies of pertinent reports such as lab results, x-ray interpretations and specialty consult reports with this form.
☐ Pertinent Documents have been attached and faxed.

**History of illness/injury/sypmtoms with Date of Onset:**
S/P (R) Radial head
incision + Synovectomy
of Elbow (early
April)

**Results of a complaint directed physical examination:**
Surgery done in Huntsville

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTOCOPIED

**Previous treatment and response (including medications):**
Need orthopedic
eval.

***For security and safety, please do not inform patient of possible follow-up appointments***

**UM DETERMINATION:**
☑Alternative Treatment Plan (explain here)   ☐Offsite Service Recommended and Authorized

☐More information Requested (See Attached)
☐Resubmitted with requested information.   **Date Resubmitted:** __/__/__

**Regional Medical Director Signature,**
printed name and date required:

**Do not write below this line. For Case Manager and Corporate Data Entry ONLY.**
__/__/__ (mm/dd/yy)

| **Cert Type:** | **Med Class:** | **UR Auth #** 13735787 |
|---|---|---|

UM Referral review form 2-05-2004

appt date 5-17-04

PHS0225



**LabCorp** Laboratory Corporation of America

LabCorp Birmingham
1801 First Avenue South, Birmingham, AL 35233-0000

Phone: 205-581-3500

| SPECIMEN 023-205-5208-0 | TYPE S | PRIMARY LAB MB | REPORT STATUS COMPLETE | Page #: 1 |
|---|---|---|---|---|

ADDITIONAL INFORMATION          SS#: 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

FASTING: N
DOB: 6/20/1964

| PATIENT NAME ROBERTS,PERRION | | SEX F | AGE(YR./MOS.) 41 / 7 |
|---|---|---|---|
| PT. ADD.: | | | |

| DATE OF SPECIMEN 1/23/2006 | TIME 13:08 | DATE RECEIVED 1/23/2006 | DATE REPORTED 1/24/2006 | TIME 7:23 | 4409 |
|---|---|---|---|---|---|

CLINICAL INFORMATION
CD- 41138414676

| PHYSICIAN ID. WILLIAMS W | PATIENT ID. 159116 |
|---|---|

ACCOUNT: Tutwiller Prison For Women
Prison Health Services
8966 Us Hwy 231 N
Wetumpka          AL   36092-0000

ACCOUNT NUMBER:   01309900

| TEST | RESULT | | LIMITS | LAB |
|---|---|---|---|---|
| CMP12+LP+TP+TSH+6AC+CBC/D/Plt | | | | |
| Chemistries | | | | MB |
| Glucose, Serum | 88 | mg/dL | 65 - 99 | MB |
| Uric Acid, Serum | 3.3 | mg/dL | 2.4 - 8.2 | MB |
| BUN | 12 | mg/dL | 5 - 26 | MB |
| Creatinine, Serum | 0.9 | mg/dL | 0.5 - 1.5 | MB |
| BUN/Creatinine Ratio | 13 | | 8 - 27 | |
| Sodium, Serum | 139 | mmol/L | 135 - 148 | MB |
| Potassium, Serum | 4.0 | mmol/L | 3.5 - 5.5 | MB |
| Chloride, Serum | 105 | mmol/L | 96 - 109 | MB |
| Calcium, Serum | 9.4 | mg/dL | 8.5 - 10.6 | MB |
| Phosphorus, Serum | 3.5 | mg/dL | 2.5 - 4.5 | MB |
| Protein, Total, Serum | 7.1 | g/dL | 6.0 - 8.5 | MB |
| Albumin, Serum | 4.1 | g/dL | 3.5 - 5.5 | MB |
| Globulin, Total | 3.0 | | 1.5 - 4.5 | |
| A/G Ratio | 1.4 | | 1.1 - 2.5 | |
| Bilirubin, Total | 0.4 | | 0.1 - 1.2 | MB |
| Alkaline Phosphatase, Serum | 74 | IU/L | 25 - 150 | MB |
| LDH | 177 | IU/L | 100 - 250 | MB |
| AST (SGOT) | 20 | IU/L | 0 - 40 | MB |
| ALT (SGPT) | 15 | IU/L | 0 - 40 | MB |
| GGT | 18 | IU/L | 0 - 60 | MB |
| Iron, Serum | 126 | ug/dL | 35 - 155 | MB |
| | | | | MB |
| Lipids | | | | MB |
| Cholesterol, Total | 190 | mg/dL | 100 - 199 | MB |
| Triglycerides | 96 | mg/dL | 0 - 149 | MB |
| > HDL Cholesterol | 63 H | mg/dL | 40 - 59 | MB |
| Comment | | | | MB |

HDL cholesterol values >59 mg/dL are associated with reduced cardiac
risk.

| VLDL Cholesterol Cal | 19 | mg/dL | 5 - 40 | |
| > LDL Cholesterol Calc | 108 H | mg/dL | 0 - 99 | |
| Comment | | | | MB |

If initial LDL-cholesterol result is >100 mg/dL, assess for
risk factors.

| T. Chol/HDL Ratio | 3.0 | ratio units | 0.0 - 4.4 | |
| Estimated CHD Risk | < 0.5 | times avg. | 0.0 - 1.0 | |
| | | T. Chol/HDL Ratio | | |
| | | Men   Women | | |

| Pat Name: ROBERTS,PERRION | Pat ID: 159116 | Spec #: 023-205-5208-0 | Seq #: 4409 |
|---|---|---|---|

Results are Flagged in Accordance with Age Dependent Reference Ranges
Continued on Next Page

PHS0226



**LabCorp** LabCorp Birmingham
Laboratory Corporation of America    1801 First Avenue South, Birmingham, AL 35233-0000

Phone: 205-581-3500

| SPECIMEN 023-205-5208-0 | TYPE S | PRIMARY LAB MB | REPORT STATUS COMPLETE | Page #: 2 |
|---|---|---|---|---|

| ADDITIONAL INFORMATION | SS#: 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 |
|---|---|

FASTING: N
DOB: 6/20/1964

| PATIENT NAME | | SEX | AGE(YR./MOS.) |
|---|---|---|---|
| ROBERTS,PERRION | | F | 41 / 7 |

PT. ADD.:

| DATE OF SPECIMEN | TIME | DATE RECEIVED | DATE REPORTED | TIME | |
|---|---|---|---|---|---|
| 1/23/2006 | 13:08 | 1/23/2006 | 1/24/2006 | 7:23 | 4409 |

**CLINICAL INFORMATION**
CD- 41138414676

| PHYSICIAN ID. WILLIAMS W | PATIENT ID. 159116 |
|---|---|

ACCOUNT: Tutwiller Prison For Women
Prison Health Services
8966 Us Hwy 231 N
Wetumpka          AL   36092-0000
ACCOUNT NUMBER:   01309900

| TEST | RESULT | LIMITS | LAB |
|---|---|---|---|

|  |  | 1/2 Avg.Risk | 3.4 | 3.3 |  |
|  |  | Avg.Risk | 5.0 | 4.4 |  |
|  |  | 2X Avg.Risk | 9.6 | 7.1 |  |
|  |  | 3X Avg.Risk | 23.4 | 11.0 |  |

The CHD Risk is based on the T. Chol/HDL ratio.  Other
factors affect CHD Risk such as hypertension, smoking,
diabetes, severe obesity, and family history of pre-
mature CHD.

| TEST | RESULT | | LIMITS | LAB |
|---|---|---|---|---|
| | | | | MB |
| Thyroid | | | | MB |
| TSH | 1.230 | uIU/mL | 0.350 - 5.500 | MB |
| Thyroxine (T4) | 7.5 | ug/dL | 4.5 - 12.0 | MB |
| T3 Uptake | 31 | % | 24 - 39 | MB |
| Free Thyroxine Index | 2.3 | | 1.2 - 4.9 | MB |
| | | | | MB |
| CBC, Platelet Ct, and Diff | | | | MB |
| White Blood Cell(WBC)Count | 4.2 | x10E3/uL | 4.0 - 10.5 | MB |
| Red Blood Cell (RBC) Count | 4.64 | x10E6/uL | 3.80 - 5.10 | MB |
| Hemoglobin | 11.6 | g/dL | 11.5 - 15.0 | MB |
| Hematocrit | 35.4 | % | 34.0 - 44.0 | MB |
| > MCV | 76 L | fL | 80 - 98 | MB |
| > MCH | 25.0L | pg | 27.0 - 34.0 | MB |
| MCHC | 32.8 | g/dL | 32.0 - 36.0 | MB |
| > RDW | 15.2H | % | 11.7 - 15.0 | MB |
| Platelets | 230 | x10E3/uL | 140 - 415 | MB |
| Neutrophils | 49 | % | 40 - 74 | MB |
| Lymphs | 42 | % | 14 - 46 | MB |
| Monocytes | 8 | % | 4 - 13 | MB |
| Eos | 1 | % | 0 - 7 | MB |
| Basos | 0 | % | 0 - 3 | MB |
| Neutrophils (Absolute) | 2.1 | x10E3/uL | 1.8 - 7.8 | MB |
| Lymphs (Absolute) | 1.8 | x10E3/uL | 0.7 - 4.5 | MB |
| Monocytes(Absolute) | 0.3 | x10E3/uL | 0.1 - 1.0 | MB |
| Eos (Absolute) | 0.0 | x10E3/uL | 0.0 - 0.4 | MB |
| Baso (Absolute) | 0.0 | x10E3/uL | 0.0 - 0.2 | MB |

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTOCOPIED

1/25/06

LAB: MB LabCorp Birmingham          DIRECTOR: John Elgin N MD
1801 First Avenue South, Birmingham,  AL 35233-0000

| Pat Name: ROBERTS,PERRION | Pat ID: 159116 | Spec #: 023-205-5208-0 | Seq #: 4409 |
|---|---|---|---|

Results are Flagged in Accordance with Age Dependent Reference Ranges
PHS0227



**LabCorp** Laboratory Corporation of America

**LabCorp** Birmingham
1801 First Avenue South, Birmingham, AL 35233-0000

Phone: 205-581-3500

| SPECIMEN 005-205-5333-0 | TYPE S | PRIMARY LAB MB | REPORT STATUS COMPLETE | Page #: 1 |
|---|---|---|---|---|

| ADDITIONAL INFORMATION | SS#: 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 |
|---|---|

FASTING: N
DOB: 6/20/1964

| PATIENT NAME | SEX | AGE(YR./MOS.) |
|---|---|---|
| ROBERTS,PERRION | F | 41 / 6 |

PT. ADD.:

| DATE OF SPECIMEN | TIME | DATE RECEIVED | DATE REPORTED | TIME | |
|---|---|---|---|---|---|
| 1/05/2006 | 9:48 | 1/05/2006 | 1/06/2006 | 17:14 | 4056 |

| CLINICAL INFORMATION |
|---|
| CD- 41138414259 |

| PHYSICIAN ID. WILLIAMS W | PATIENT ID. 159116 |
|---|---|

ACCOUNT: Tutwiller Prison For Women
Prison Health Services
8966 Us Hwy 231 N
Wetumpka                    AL    36092-0000
ACCOUNT NUMBER:    01309900

| TEST | RESULT | LIMITS | LAB |
|---|---|---|---|
| Uric A+ANA+RA Qn+CRP+ASO | | | |
| Uric Acid, Serum | 3.8 | mg/dL | 2.4 - 8.2 | MB |
| Antistreptolysin O Ab | 29.3 | IU/mL | 0.0 - 200.0 | MB |
| C-Reactive Protein, Quant | <0.3 | mg/L | 0.0 - 4.9 | MB |
| > RA Latex Turbid. | 31.5H | IU/mL | 0.0 - 13.9 | MB |
| Antinuclear Antibodies Direct | 16 | U/mL | 0 - 99 | MB |
| | | Negative | <100 | |
| | | Equivocal | 100 - 120 | |
| | | Positive | >120 | |

| | | | | |
|---|---|---|---|---|
| CMP12+LP+TP+TSH+6AC+CBC/D/Plt | | | | |
| Chemistries | | | | MB |
| Glucose, Serum | 73 | mg/dL | 65 - 99 | MB |
| BUN | 10 | mg/dL | 5 - 26 | MB |
| Creatinine, Serum | 0.9 | mg/dL | 0.5 - 1.5 | MB |
| BUN/Creatinine Ratio | 11 | | 8 - 27 | |
| Sodium, Serum | 141 | mmol/L | 135 - 148 | MB |
| Potassium, Serum | 3.8 | mmol/L | 3.5 - 5.5 | MB |
| Chloride, Serum | 106 | mmol/L | 96 - 109 | MB |
| Calcium, Serum | 9.4 | mg/dL | 8.5 - 10.6 | MB |
| Phosphorus, Serum | 3.7 | mg/dL | 2.5 - 4.5 | MB |
| Protein, Total, Serum | 6.9 | g/dL | 6.0 - 8.5 | MB |
| Albumin, Serum | 4.2 | g/dL | 3.5 - 5.5 | MB |
| Globulin, Total | 2.7 | g/dL | 1.5 - 4.5 | |
| A/G Ratio | 1.6 | | 1.1 - 2.5 | |
| Bilirubin, Total | 0.4 | mg/dL | 0.1 - 1.2 | MB |
| Alkaline Phosphatase, Serum | 69 | IU/L | 25 - 150 | MB |
| LDH | 185 | IU/L | 100 - 250 | MB |
| AST (SGOT) | 23 | IU/L | 0 - 40 | MB |
| ALT (SGPT) | 17 | IU/L | 0 - 40 | MB |
| GGT | 15 | IU/L | 0 - 60 | MB |
| Iron, Serum | 97 | ug/dL | 35 - 155 | MB |
| | | | | MB |
| Lipids | | | | MB |
| Cholesterol, Total | 172 | mg/dL | 100 - 199 | MB |
| Triglycerides | 50 | mg/dL | 0 - 149 | MB |
| > HDL Cholesterol | 65 H | mg/dL | 40 - 59 | MB |
| Comment | | | | MB |

HDL cholesterol values >59 mg/dL are associated with reduced cardiac
risk.

| | | | | |
|---|---|---|---|---|
| VLDL Cholesterol Cal | 10 | mg/dL | 5 - 40 | |

*(handwritten: 1/9/06)*

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTOCOPIED

| Pat Name: ROBERTS,PERRION | Pat ID: 159116 | Spec #: 005-205-5333-0 | Seq #: 4056 |
|---|---|---|---|

Results are Flagged in Accordance with Age Dependent Reference Ranges
Continued on Next Page                                                PHS0228



**LabCorp** Laboratory Corporation of America
LabCorp Birmingham
1801 First Avenue South, Birmingham, AL 35233-0000

Phone: 205-581-3500

| SPECIMEN<br>005-205-5333-0 | TYPE<br>S | PRIMARY LAB<br>MB | REPORT STATUS<br>COMPLETE | Page #: 2 |
|---|---|---|---|---|

| ADDITIONAL INFORMATION | SS#: 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 |
|---|---|

FASTING: N
DOB: 6/20/1964

| PATIENT NAME<br>ROBERTS,PERRION | SEX<br>F | AGE(YR./MOS.)<br>41 / 6 |
|---|---|---|

PT. ADD.:

| DATE OF SPECIMEN | TIME | DATE RECEIVED | DATE REPORTED | TIME | |
|---|---|---|---|---|---|
| 1/05/2006 | 9:48 | 1/05/2006 | 1/06/2006 | 17:14 | 4056 |

| CLINICAL INFORMATION |
|---|
| CD- 41138414259 |

| PHYSICIAN ID.<br>WILLIAMS W | PATIENT ID.<br>159116 |
|---|---|

ACCOUNT:  Tutwiller Prison For Women
Prison Health Services
8966 Us Hwy 231 N
Wetumpka            AL  36092-0C00
ACCOUNT NUMBER:   01309900

| TEST | RESULT | | LIMITS | LAB |
|---|---|---|---|---|
| LDL Cholesterol Calc | 97 | mg/dL | 0 - 99 | |
| T. Chol/HDL Ratio | 2.6 | ratio units | 0.0 - 4.4 | |
| Estimated CHD Risk | < 0.5 | times avg. | 0.0 - 1.0 | |

```
                              T. Chol/HDL Ratio
                                   Men   Women
                   1/2 Avg.Risk   3.4     3.3
                       Avg.Risk   5.0     4.4
                    2X Avg.Risk   9.6     7.1
                    3X Avg.Risk  23.4    11.0
```

The CHD Risk is based on the T. Chol/HDL ratio.  Other
factors affect CHD Risk such as hypertension, smoking,
diabetes, severe obesity, and family history of pre-
mature CHD.

| TEST | RESULT | | LIMITS | LAB |
|---|---|---|---|---|
| Thyroid | | | | MB |
| | | | | MB |
| TSH | 1.894 | uIU/mL | 0.350 - 5.500 | MB |
| Thyroxine (T4) | 7.7 | ug/dL | 4.5 - 12.0 | MB |
| T3 Uptake | 32 | % | 24 - 39 | MB |
| Free Thyroxine Index | 2.5 | | 1.2 - 4.9 | MB |
| | | | | MB |
| CBC, Platelet Ct, and Diff | | | | MB |
| White Blood Cell(WBC)Count | 5.0 | x10E3/uL | 4.0 - 10.5 | MB |
| Red Blood Cell (RBC) Count | 4.44 | x10E6/uL | 3.80 - 5.10 | MB |
| > Hemoglobin | 11.2L | g/dL | 11.5 - 15.0 | MB |
| Hematocrit | 34.5 | % | 34.0 - 44.0 | MB |
| > MCV | 78 L | fL | 80 - 98 | MB |
| > MCH | 25.1L | pg | 27.0 - 34.0 | MB |
| MCHC | 32.4 | g/dL | 32.0 - 36.0 | MB |
| > RDW | 15.8H | % | 11.7 - 15.0 | MB |
| Platelets | 246 | x10E3/uL | 140 - 415 | MB |
| Neutrophils | 60 | % | 40 - 74 | MB |
| Lymphs | 32 | % | 14 - 46 | MB |
| Monocytes | 7 | % | 4 - 13 | MB |
| Eos | 1 | % | 0 - 7 | MB |
| Basos | 0 | % | 0 - 3 | MB |
| Neutrophils (Absolute) | 3.0 | x10E3/uL | 1.8 - 7.8 | MB |
| Lymphs (Absolute) | 1.6 | x10E3/uL | 0.7 - 4.5 | MB |
| Monocytes(Absolute) | 0.4 | x10E3/uL | 0.1 - 1.0 | MB |
| Eos (Absolute) | 0.1 | x10E3/uL | 0.0 - 0.4 | MB |

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTOCOPIED

| Pat Name:  ROBERTS,PERRION | Pat ID: 159116 | Spec #: 005-205-5333-0 | Seq #: 4056 |
|---|---|---|---|

Results are Flagged in Accordance with Age Dependent Reference Ranges

Continued on Next Page

PHS0229



**LabCorp** Laboratory Corporation of America

LabCorp Montgomery Hull
543 Hull Street, Montgomery, AL 36104-0000

Phone: 334-263-5745

| SPECIMEN 292-684-3133-0 | TYPE S | PRIMARY LAB YX | REPORT STATUS COMPLETE | Page #: 1 |
|---|---|---|---|---|

| ADDITIONAL INFORMATION | | SS#: 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 |
|---|---|---|

FASTING: N
DOB: 6/20/1964

| PATIENT NAME ROBERTS,PERRION | SEX F | AGE(YR./MOS.) 41 / 3 |
|---|---|---|

PT. ADD.:

| CLINICAL INFORMATION CD- 41138412958 | |
|---|---|
| PHYSICIAN ID. WILLIAMS W | PATIENT ID. 159116 |

ACCOUNT: Tutwiller Prison For Women
Prison Health Services
8966 Us Hwy 231 N
Wetumpka          AL   36092-0000
ACCOUNT NUMBER:  01309900

| DATE OF SPECIMEN 10/19/2005 | TIME 9:58 | DATE RECEIVED 10/19/2005 | DATE REPORTED 10/20/2005 | TIME 8:29 | 2638 |
|---|---|---|---|---|---|

| TEST | RESULT | LIMITS | LAB |
|---|---|---|---|
| CMP12+LP+TP+TSH+6AC+CBC/D/Plt | | | |
| Chemistries | | | YX |
| Glucose, Serum | 104 H | mg/dL | 65 - 99 | YX |
| Uric Acid, Serum | 2.5 | mg/dL | 2.4 - 8.2 | YX |
| BUN | 9 | mg/dL | 5 - 26 | YX |
| Creatinine, Serum | 0.9 | mg/dL | 0.5 - 1.5 | YX |
| BUN/Creatinine Ratio | 10 | | 8 - 27 | |
| Sodium, Serum | 136 | mmol/L | 135 - 148 | YX |
| Potassium, Serum | 4.2 | mmol/L | 3.5 - 5.5 | YX |
| Chloride, Serum | 105 | mmol/L | 96 - 109 | YX |
| Calcium, Serum | 9.0 | mg/dL | 8.5 - 10.6 | YX |
| Phosphorus, Serum | 2.9 | mg/dL | 2.5 - 4.5 | YX |
| Protein, Total, Serum | 7.5 | g/dL | 6.0 - 8.5 | YX |
| Albumin, Serum | 3.9 | g/dL | 3.5 - 5.5 | YX |
| Globulin, Total | 3.6 | | 1.5 - 4.5 | |
| A/G Ratio | 1.1 | | 1.1 - 2.5 | |
| Bilirubin, Total | 0.4 | | 0.1 - 1.2 | YX |
| Alkaline Phosphatase, Serum | 86 | IU/L | 25 - 150 | YX |
| LDH | 207 | IU/L | 100 - 250 | YX |
| AST (SGOT) | 26 | IU/L | 0 - 40 | YX |
| ALT (SGPT) | 16 | IU/L | 0 - 40 | YX |
| GGT | 16 | IU/L | 0 - 60 | YX |
| Iron, Serum | 152 | ug/dL | 35 - 155 | YX |
| | | | | YX |
| Lipids | | | | YX |
| Cholesterol, Total | 184 | mg/dL | 100 - 199 | YX |
| Triglycerides | 71 | mg/dL | 0 - 149 | YX |
| HDL Cholesterol | 62 H | mg/dL | 40 - 59 | YX |
| Comment | | | | YX |

HDL cholesterol values >59 mg/dL are associated with reduced cardiac risk.

| VLDL Cholesterol Cal | 14 | mg/dL | 5 - 40 | |
| LDL Cholesterol Calc | 108 H | mg/dL | 0 - 99 | |
| Comment | | | | YX |

If initial LDL-cholesterol result is >100 mg/dL, assess for risk factors.

| T. Chol/HDL Ratio | 3.0 | ratio units | 0.0 - 4.4 | |
| Estimated CHD Risk | < 0.5 | times avg. | 0.0 - 1.0 | |

T. Chol/HDL Ratio
Men   Women

*10/24/05*

| Pat Name: ROBERTS,PERRION | Pat ID: 159116 | Spec #: 292-684-3133-0 | Seq #: 2638 |
|---|---|---|---|

Results are Flagged in Accordance with Age Dependent Reference Ranges

Continued on Next Page

PHS0230

*FOR PROFESSIONAL USE ONLY CONFIDENTIAL RECORD NOT TO BE PHOTOCOPIED*



**LabCorp**
Laboratory Corporation of America

LabCorp Montgomery Hull
543 Hull Street, Montgomery, AL 36104-0000

Phone: 334-263-5745

| SPECIMEN 292-684-3133-0 | TYPE S | PRIMARY LAB YX | REPORT STATUS COMPLETE | Page #: | 2 |
|---|---|---|---|---|---|

| ADDITIONAL INFORMATION | SS#: 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 |
|---|---|

FASTING: N
DOB: 6/20/1964

| PATIENT NAME | SEX | AGE(YR./MOS.) |
|---|---|---|
| ROBERTS,PERRION | F | 41 / 3 |

PT. ADD.:

| CLINICAL INFORMATION |
|---|
| CD- 41138412958 |

| PHYSICIAN ID. WILLIAMS W | PATIENT ID. 159116 |
|---|---|

ACCOUNT: Tutwiller Prison For Women
Prison Health Services
8966 Us Hwy 231 N
Wetumpka          AL   36092-0000
ACCOUNT NUMBER:   01309900

| DATE OF SPECIMEN 10/19/2005 | TIME 9:58 | DATE RECEIVED 10/19/2005 | DATE REPORTED 10/20/2005 | TIME 8:29 | 2638 |
|---|---|---|---|---|---|

| TEST | RESULT | LIMITS | LAB |
|---|---|---|---|
| | | 1/2 Avg.Risk 3.4    3.3 | |
| | | Avg.Risk 5.0    4.4 | |
| | | 2X Avg.Risk 9.6    7.1 | |
| | | 3X Avg.Risk 23.4    11.0 | |

The CHD Risk is based on the T. Chol/HDL ratio.  Other
factors affect CHD Risk such as hypertension, smoking,
diabetes, severe obesity, and family history of pre-
mature CHD.

| TEST | RESULT | | LIMITS | LAB |
|---|---|---|---|---|
| Thyroid | | | | YX |
| | | | | YX |
| TSH | 1.156 | uIU/mL | 0.350 - 5.500 | MB |
| Thyroxine (T4) | 8.4 | ug/dL | 4.5 - 12.0 | MB |
| T3 Uptake | 28 | % | 24  - 39 | MB |
| Free Thyroxine Index | 2.4 | | 1.2 - 4.9 | |
| | | | | YX |
| CBC, Platelet Ct, and Diff | | | | YX |
| White Blood Cell(WBC)Count | 4.6 | x10E3/uL | 4.0 - 10.5 | YX |
| Red Blood Cell (RBC) Count | 4.95 | x10E6/uL | 4.0 - 5.10 | YX |
| Hemoglobin | 12.4 | g/dL | 5.0 | YX |
| Hematocrit | 36.6 | % | 44.0 | YX |
| MCV | 74 L | fL | 80 - 98 | YX |
| MCH | 25.0L | pg | 27.0 - 34.0 | YX |
| MCHC | 33.8 | g/dL | 32.0 - 36.0 | YX |
| RDW | 14.6 | % | 11.7 - 15.0 | YX |
| Platelets | 164 | x10E3/uL | 140 - 415 | YX |
| Neutrophils | 47 | % | 40 - 74 | YX |
| Lymphs | 46 | % | 14 - 46 | YX |
| Monocytes | 4 | % | 4 - 13 | YX |
| Eos | 2 | % | 0 - 7 | YX |
| Basos | 1 | % | 0 - 3 | YX |
| Neutrophils (Absolute) | 2.2 | x10E3/uL | 1.8 - 7.8 | YX |
| Lymphs (Absolute) | 2.1 | x10E3/uL | 0.7 - 4.5 | YX |
| Monocytes(Absolute) | 0.2 | x10E3/uL | 0.1 - 1.0 | YX |
| Eos (Absolute) | 0.1 | x10E3/uL | 0.0 - 0.4 | YX |
| Baso (Absolute) | 0.0 | x10E3/uL | 0.0 - 0.2 | YX |
| Urinalysis, Routine | | | | |
| Urinalysis Gross Exam | | | | YX |
| Specific Gravity | 1.026 | | 1.005 - 1.030 | YX |
| pH | 6.0 | | 5.0 - 7.5 | YX |

| Pat Name:  ROBERTS,PERRION | Pat ID: 159116 | Spec #:  292-684-3133-0 | Seq #: 2638 |
|---|---|---|---|

Results are Flagged in Accordance with Age Dependent Reference Ranges

Continued on Next Page

PHS0231



**LabCorp** Laboratory Corporation of America
LabCorp Mougomery Hull
543 Hull Street, Montgomery, AL 36104-0000

Phone: 334-263-5745

| SPECIMEN 292-684-3133-0 | TYPE S | PRIMARY LAB YX | REPORT STATUS COMPLETE | Page #: | 3 |
|---|---|---|---|---|---|

| ADDITIONAL INFORMATION | SS#: 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 |
|---|---|

FASTING: N
DOB: 6/20/1964

| PATIENT NAME ROBERTS,PERRION | SEX F | AGE(YR./MOS.) 41 / 3 |
|---|---|---|

PT. ADD.:

| DATE OF SPECIMEN 10/19/2005 | TIME 9:58 | DATE RECEIVED 10/19/2005 | DATE REPORTED 10/20/2005 | TIME 8:29 | 2638 |
|---|---|---|---|---|---|

| CLINICAL INFORMATION |
|---|
| CD- 41138412958 |

| PHYSICIAN ID. WILLIAMS W | PATIENT ID. 159116 |
|---|---|

ACCOUNT: Tutwiller Prison For Women
Prison Health Services
8966 Us Hwy 231 N
Wetumpka          AL   36092-0000
ACCOUNT NUMBER:   01309900

| TEST | RESULT | | LIMITS | LAB |
|---|---|---|---|---|
| Urine-Color | Yellow | | Yellow | YX |
| Appearance | Clear | | Clear | YX |
| WBC Esterase | Negative | | Negative | YX |
| Protein | Trace | | Negative/Trace | YX |
| Glucose | Negative | | Negative | YX |
| Ketones | Negative | | Negative | YX |
| Occult Blood | Negative | | Negative | YX |
| Bilirubin | Negative | | Negative | YX |
| Urobilinogen,Semi-Qn | 0.0 | mg/dL | 0.0 - 1.9 | YX |
| Nitrite, Urine | Negative | | Negative | YX |
| Microscopic Examination | | | | YX |
| Microscopic follows if indicated. | | | | |

LAB: MB LabCorp Birmingham                    DIRECTOR: John Elgin N MD
1801 First Avenue South, Birmingham,  AL 35205-0000

LAB: YX LabCorp Montgomery Hull                         Sturtevant B PhD
543 Hull Street, Montgomery,  AL 36104-0000

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTOCOPIED

10/24/05

| Pat Name:  ROBERTS,PERRION | Pat ID:  159116 | Spec #:  292-684-3133-0 | Seq #:  2638 |
|---|---|---|---|

Results are Flagged in Accordance with Age Dependent Reference Ranges
Last Page of Report

PHS0232

**LabCorp** 
Laboratory Corporation of America

LabCorp Birmingham
1801 First Avenue South, Birmingham, AL 35233-0000

Phone: 205-581-3500

| SPECIMEN 257-205-5198-0 | TYPE S | PRIMARY LAB MB | REPORT STATUS COMPLETE | Page #: 1 |
|---|---|---|---|---|

| ADDITIONAL INFORMATION | SS#: 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 |
|---|---|

FASTING: N
DOB: 6/20/1964

| PATIENT NAME | SEX | AGE(YR./MOS.) |
|---|---|---|
| ROBERTS,PERRION | F | 41 / 2 |

PT. ADD.:

| DATE OF SPECIMEN | TIME | DATE RECEIVED | DATE REPORTED | TIME | |
|---|---|---|---|---|---|
| 9/14/2005 | 9:38 | 9/14/2005 | 9/15/2005 | 8:31 | 1364 |

| CLINICAL INFORMATION |
|---|
| CD- 41138412100 |

| PHYSICIAN ID. WILLIAMS W | PATIENT ID. 159116 |
|---|---|

ACCOUNT: Tutwiller Prison For Women
Prison Health Services
8966 Us Hwy 231 N
Wetumpka        AL    36092-0000
ACCOUNT NUMBER:   01309900

| TEST | RESULT | LIMITS | LAB |
|---|---|---|---|
| CMP12+LP+TP+TSH+6AC+CBC/D/Plt | | | |
| Chemistries | | | MB |
| Glucose, Serum | 90 | mg/dL | 65 - 99 | MB |
| Uric Acid, Serum | 3.7 | mg/dL | 2.4 - 8.2 | MB |
| BUN | 6 | mg/dL | 5 - 26 | MB |
| Creatinine, Serum | 0.8 | mg/dL | 0.5 - 1.5 | MB |
| BUN/Creatinine Ratio | 8 | | 8 - 27 | |
| Sodium, Serum | 141 | mmol/L | 135 - 148 | MB |
| Potassium, Serum | 3.7 | mmol/L | 3.5 - 5.5 | MB |
| Chloride, Serum | 107 | mmol/L | 96 - 109 | MB |
| Calcium, Serum | 8.6 | mg/dL | 8.5 - 10.6 | MB |
| Phosphorus, Serum | 2.9 | mg/dL | 2.5 - 4.5 | MB |
| Protein, Total, Serum | 6.3 | g/dL | 6.0 - 8.5 | MB |
| Albumin, Serum | 3.5 | g/dL | 3.5 - 5.5 | MB |
| Globulin, Total | 2.8 | g/dL | 1.5 - 4.5 | |
| A/G Ratio | 1.3 | | - 2.5 | |
| Bilirubin, Total | 0.3 | mg/dL | 1.2 | MB |
| Alkaline Phosphatase, Serum | 63 | IU/L | - 150 | MB |
| LDH | 165 | IU/L | 100 - 250 | MB |
| AST (SGOT) | 18 | IU/L | 0 - 40 | MB |
| ALT (SGPT) | 16 | IU/L | 0 - 40 | MB |
| GGT | 12 | IU/L | 0 - 60 | MB |
| Iron, Serum | 116 | ug/dL | 35 - 155 | MB |
| | | | | MB |
| Lipids | | | | MB |
| Cholesterol, Total | 169 | mg/dL | 100 - 199 | MB |
| Triglycerides | 77 | mg/dL | 0 - 149 | MB |
| HDL Cholesterol | 48 | mg/dL | 40 - 59 | MB |
| VLDL Cholesterol Cal | 15 | mg/dL | 5 - 40 | |
| > LDL Cholesterol Calc | 106 H | mg/dL | 0 - 99 | |
| Comment | | | | MB |

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTOCOPIED

If initial LDL-cholesterol result is >100 mg/dL, assess for
risk factors and refer to the ATP-III table below.

9/21/05

| Risk Category | LDL Goal mg/dL | LDL Level (mg/dL) at which to initiate Therapeutic Lifestyle Changes (TLC) | LDL Level (mg/dL) at which to consider Drug Therapy |
|---|---|---|---|
| CHD | <100 | >100 | >or=130 |

| Pat Name: ROBERTS,PERRION | Pat ID: 159116 | Spec #: 257-205-5198-0 | Seq #: 1364 |
|---|---|---|---|

Results are Flagged in Accordance with Age Dependent Reference Ranges

Continued on Next Page

PHS0233

**LabCorp** Laboratory Corporation of America

LabCorp Birmingham
1801 First Avenue South, Birmingham, AL 35233-0000

**LabCorp** Laboratory Corporation of America

Phone: 205-581-3500

| SPECIMEN 257-205-5198-0 | TYPE S | PRIMARY LAB MB | REPORT STATUS COMPLETE | Page #:  2 |
|---|---|---|---|---|

| ADDITIONAL INFORMATION | SS#: 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 |
|---|---|

FASTING: N
DOB: 6/20/1964

| PATIENT NAME | SEX | AGE(YR./MOS.) |
|---|---|---|
| ROBERTS,PERRION | F | 41 / 2 |

PT. ADD.:

| CLINICAL INFORMATION |
|---|
| CD- 41138412100 |

| PHYSICIAN ID. WILLIAMS W | PATIENT ID. 159116 |
|---|---|

ACCOUNT: Tutwiler Prison For Women
Prison Health Services
8966 Us Hwy 231 N
Wetumpka        AL   36092-0000
ACCOUNT NUMBER:   01309900

| DATE OF SPECIMEN | TIME | DATE RECEIVED | DATE REPORTED | TIME | |
|---|---|---|---|---|---|
| 9/14/2005 | 9:38 | 9/14/2005 | 9/15/2005 | 8:31 | 1364 |

| TEST | RESULT | | LIMITS | LAB |
|---|---|---|---|---|
| 2+  Risk Factors <130 | >or=130 | | >or=130 | |
| 0-1 Risk Factors <160 | >or=160 | | >or=190 | |
| T. Chol/HDL Ratio | 3.5 | ratio units | 0.0 - 4.4 | |
| Estimated CHD Risk | 0.5 | times avg. | 0.0 - 1.0 | |

T. Chol/HDL Ratio

| | | Men | Women |
|---|---|---|---|
| 1/2 Avg.Risk | | 3.4 | 3.3 |
| Avg.Risk | | 5.0 | 4.4 |
| 2X Avg.Risk | | 9.6 | 7.1 |
| 3X Avg.Risk | | 23.4 | 11.0 |

The CHD Risk is based on the T. Chol/HDL ratio. Other
factors affect CHD Risk such as hypertension, smoking,
diabetes, severe obesity, and family history of pre-
mature CHD.

| | | | | LAB |
|---|---|---|---|---|
| Thyroid | | | | MB |
| TSH | 1.422 | uIU/mL | .350 - 5.500 | MB |
| Thyroxine (T4) | 8.0 | ug/dL | 4.5 - 12.0 | MB |
| T3 Uptake | 27 | % | 24 - 39 | MB |
| Free Thyroxine Index | 2.2 | | 1.2 - 4.9 | MB |
| | | | | MB |
| CBC, Platelet Ct, and Diff | | | | MB |
| White Blood Cell(WBC)Count | 4.4 | x10E3/uL | 4.0 - 10.5 | MB |
| Red Blood Cell (RBC) Count | 4.43 | x10E6/uL | 3.80 - 5.10 | MB |
| > Hemoglobin | 11.3L | g/dL | 11.5 - 15.0 | MB |
| Hematocrit | 34.1 | % | 34.0 - 44.0 | MB |
| > MCV | 77 L | fL | 80 - 98 | MB |
| > MCH | 25.6L | pg | 27.0 - 34.0 | MB |
| MCHC | 33.2 | g/dL | 32.0 - 36.0 | MB |
| > RDW | 15.4H | % | 11.7 - 15.0 | MB |
| Platelets | 219 | x10E3/uL | 140 - 415 | MB |
| Neutrophils | 56 | % | 40 - 74 | MB |
| Lymphs | 35 | % | 14 - 46 | MB |
| Monocytes | 7 | % | 4 - 13 | MB |
| Eos | 1 | % | 0 - 7 | MB |
| Basos | 1 | % | 0 - 3 | MB |
| Neutrophils (Absolute) | 2.5 | x10E3/uL | 1.8 - 7.8 | MB |
| Lymphs (Absolute) | 1.5 | x10E3/uL | 0.7 - 4.5 | MB |
| Monocytes(Absolute) | 0.3 | x10E3/uL | 0.1 - 1.0 | MB |

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTOCOPIED

9/21/05

| Pat Name: ROBERTS,PERRION | Pat ID: 159116 | Spec #: 257-205-5198-0 | Seq #: 1364 |
|---|---|---|---|

Results are Flagged in Accordance with Age Dependent Reference Ranges

Continued on Next Page

PHS0234



**LabCorp** Laboratory Corporation of America

LabCorp Birmingham Cyto Histo
1801 First Avenue South, Birmingham, AL 35233-0000

Phone: 205-581-3500

| SPECIMEN | TYPE | PRIMARY LAB | REPORT STATUS | |
|---|---|---|---|---|
| 222-C05-3107-0 | S | BA | COMPLETE | Page #:  1 |

ADDITIONAL INFORMATION        SS#: 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

FASTING: N
DOB: 6/20/1964

| PATIENT NAME | | SEX | AGE(YR./MOS.) |
|---|---|---|---|
| ROBERTS,PERRION | | F | 41 / 1 |

PT. ADD.:

| DATE OF SPECIMEN | TIME | DATE RECEIVED | DATE REPORTED | TIME | |
|---|---|---|---|---|---|
| 8/10/2005 | 9:26 | 8/10/2005 | 8/11/2005 | 21:06 | 674 |

**CLINICAL INFORMATION**
CD- 41138411396

| PHYSICIAN ID. | PATIENT ID. |
|---|---|
| ENGLEHARDS | 159116 |

ACCOUNT:  Tutwiller Prison For Women
Prison Health Services
8966 Us Hwy 231 N
Wetumpka        AL  36092-0000
ACCOUNT NUMBER:  01309900

| TEST | RESULT | LIMITS | LAB |
|---|---|---|---|
| Source............Cervical;Endocervical | | | |
| LMP / Prev Treat...LMP=072405 | | | |
| Pap Smear (1 Slide), Gyn | | | |
| Test ordered: | | | BA |
|   009100 Pap Smear (1 Slide) Gyn | | | |
|   Number of Slides = 1 | | | |
| DIAGNOSIS: | | | BA |
|   ************************************************************** | | | |
|   NEGATIVE FOR INTRAEPITHELIAL LESION AND MALIGNANCY. | | | |
|   INFLAMMATION | | | |
| Specimen adequacy: | | | BA |
|   Satisfactory for evaluation.  Endocervical and/or squamous metaplastic | | | |
|   cells (endocervical component) are present. | | | |
|   ************************************************************** | | | |
| Performed by: | | | BA |
|   Terry S Currin, Cytotechnologist (ASCP) | | | |
|   . | | | BA |
| Comment: | | | BA |
| The Pap smear is a screening test designed to aid in the detection of pre- | | | |
| malignant and malignant conditions of the uterine cervix.  It is not a | | | |
| diagnostic procedure and should not be used as the sole means of detecting | | | |
| cervical cancer.  Both false-positive and false-negative reports do occur. | | | |

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTOCOPIED

LAB: BA LabCorp Birmingham Cyto Histo            DIRECTOR: John Elgin N MD
1801 First Avenue South, Birmingham,  AL 35233-0000

| Pat Name:  ROBERTS,PERRION | Pat ID:  159116 | Spec #:  222-C05-3107-0 | Seq #:  674 |
|---|---|---|---|

Results are Flagged in Accordance with Age Dependent Reference Ranges
Last Page of Report

PHS0235



**LabCorp** Laboratory Corporation of America

LabCorp Birmingham
1801 First Avenue South, Birmingham, AL 35233-0000

Phone: 205-581-3500

| SPECIMEN 147-205-5070-0 | TYPE S | PRIMARY LAB MB | REPORT STATUS COMPLETE | Page #: 1 |
|---|---|---|---|---|

ADDITIONAL INFORMATION     SS#: 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

FASTING: N
DOB: 6/20/1964

| PATIENT NAME | SEX | AGE(YR./MOS.) |
|---|---|---|
| ROBERTS,PERRION | F | 40 / 11 |

PT. ADD.:

| DATE OF SPECIMEN | TIME | DATE RECEIVED | DATE REPORTED | TIME | |
|---|---|---|---|---|---|
| 5/27/2005 | 9:50 | 5/27/2005 | 5/28/2005 | 7:19 | 9060 |

CLINICAL INFORMATION
CD-41138409866

| PHYSICIAN ID. ENGLEHARDS | PATIENT ID. 159116 |
|---|---|

ACCOUNT: Tutwiller Prison For Women
Prison Health Services
8966 Us Hwy 231 N
Wetumpka     AL   36092-0000
ACCOUNT NUMBER:   01309900

| TEST | RESULT | | LIMITS | | LAB |
|---|---|---|---|---|---|
| CMP12+LP+TP+TSH+6AC+CBC/D/Plt | | | | | |
| Chemistries | | | | | MB |
| Glucose, Serum | 86 | mg/dL | 65 - 99 | | MB |
| Uric Acid, Serum | 2.5 | mg/dL | 2.4 - 8.2 | | MB |
| BUN | 9 | mg/dL | 5 - 26 | | MB |
| Creatinine, Serum | 0.8 | mg/dL | 0.5 - 1.5 | | MB |
| BUN/Creatinine Ratio | 11 | | 8 - 27 | | |
| Sodium, Serum | 138 | mmol/L | 135 - 148 | | MB |
| Potassium, Serum | 4.2 | mmol/L | 3.5 - 5.5 | | MB |
| Chloride, Serum | 105 | mmol/L | 96 - 109 | | MB |
| Calcium, Serum | 8.9 | mg/dL | 8.5 - 10.6 | | MB |
| Phosphorus, Serum | 3.1 | mg/dL | 2.5 - 4.5 | | MB |
| Protein, Total, Serum | 6.8 | g/dL | 6.0 - 8.5 | | MB |
| Albumin, Serum | 3.7 | g/dL | 3.5 - 5.5 | | MB |
| Globulin, Total | 3.1 | g/dL | 2.5 - 5 | | |
| A/G Ratio | 1.2 | | | | |
| Bilirubin, Total | 0.2 | mg/dL | 0 - 1.0 | | MB |
| Alkaline Phosphatase, Serum | 75 | IU/L | 25 - 150 | | MB |
| LDH | 209 | IU/L | 100 - 250 | | MB |
| AST (SGOT) | 23 | IU/L | 0 - 40 | | MB |
| ALT (SGPT) | 15 | IU/L | 0 - 40 | | MB |
| GGT | 12 | IU/L | 0 - 60 | | MB |
| Iron, Serum | 138 | ug/dL | 35 - 155 | | MB |
| | | | | | MB |
| Lipids | | | | | MB |
| Cholesterol, Total | 159 | mg/dL | 100 - 199 | | MB |
| Triglycerides | 90 | mg/dL | 0 - 149 | | MB |
| > HDL Cholesterol | 64 H | mg/dL | 40 - 59 | | MB |
| Comment | | | | | MB |

HDL cholesterol values >59 mg/dL are associated with reduced cardiac risk.

| VLDL Cholesterol Cal | 18 | mg/dL | 5 - 40 |
| LDL Cholesterol Calc | 77 | mg/dL | 0 - 99 |
| T. Chol/HDL Ratio | 2.5 | ratio units | 0.0 - 4.4 |
| Estimated CHD Risk | < 0.5 | times avg. | 0.0 - 1.0 |

T. Chol/HDL Ratio

| | Men | Women |
|---|---|---|
| 1/2 Avg.Risk | 3.4 | 3.3 |
| Avg.Risk | 5.0 | 4.4 |
| 2X Avg.Risk | 9.6 | 7.1 |

FOR PROFESSIONAL USE ONLY CONFIDENTIAL RECORD NOT TO BE PHOTOCOPIED

| Pat Name: ROBERTS,PERRION | Pat ID: 159116 | Spec #: 147-205-5070-0 | Seq #: 9060 |
|---|---|---|---|

Results are Flagged in Accordance with Age Dependent Reference Ranges

Continued on Next Page

PHS0236



**LabCorp** Laboratory Corporation of America

LabCorp Birmingham
1801 First Avenue South, Birmingham, AL 35233-0000

Phone: 205-581-3500

| SPECIMEN | TYPE | PRIMARY LAB | REPORT STATUS | |
|---|---|---|---|---|
| 147-205-5070-0 | S | MB | COMPLETE | Page #: 2 |

**ADDITIONAL INFORMATION**   SS#: 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

FASTING: N
DOB: 6/20/1964

| PATIENT NAME | SEX | AGE(YR./MOS.) |
|---|---|---|
| ROBERTS,PERRION | F | 40 / 11 |

PT. ADD.:

| DATE OF SPECIMEN | TIME | DATE RECEIVED | DATE REPORTED | TIME | |
|---|---|---|---|---|---|
| 5/27/2005 | 9:50 | 5/27/2005 | 5/28/2005 | 7:19 | 9060 |

| CLINICAL INFORMATION |
|---|
| CD-41138409866 |

| PHYSICIAN ID. | PATIENT ID. |
|---|---|
| ENGLEHARDS | 159116 |

ACCOUNT: Tutwiller Prison For Women
Prison Health Services
8966 Us Hwy 231 N
Wetumpka          AL  36092-0000
ACCOUNT NUMBER:  01309900

| TEST | RESULT | | LIMITS | LAB |
|---|---|---|---|---|
| | | 3X Avg.Risk 23.4 | 11.0 | |

The CHD Risk is based on the T. Chol/HDL ratio.  Other factors affect CHD Risk such as hypertension, smoking, diabetes, severe obesity, and family history of pre-mature CHD.

| TEST | RESULT | | LIMITS | LAB |
|---|---|---|---|---|
| Thyroid | | | | MB |
| TSH | 1.978 | uIU/mL | 0.350 - 5.500 | MB |
| Thyroxine (T4) | 9.9 | ug/dL | 4.5 - 12.0 | MB |
| > T3 Uptake | 21 L | % | 24 - 39 | MB |
| Free Thyroxine Index | 2.1 | | 1.2 - 4.9 | |
| | | | | MB |
| CBC, Platelet Ct, and Diff | | | | MB |
| White Blood Cell (WBC) Count | 5.2 | x10E3/uL | 0 - 10.5 | MB |
| Red Blood Cell (RBC) Count | 4.59 | x10E6/uL | - 10 | MB |
| Hemoglobin | 11.5 | g/dL | | MB |
| Hematocrit | 34.7 | % | - 0 | MB |
| > MCV | 76 L | fL | 80 - 98 | MB |
| > MCH | 25.1 L | pg | 27.0 - 34.0 | MB |
| MCHC | 33.2 | g/dL | 32.0 - 36.0 | MB |
| RDW | 14.7 | % | 11.7 - 15.0 | MB |
| Platelets | 227 | x10E3/uL | 140 - 415 | MB |
| Neutrophils | 56 | % | 40 - 74 | MB |
| Lymphs | 35 | % | 14 - 46 | MB |
| Monocytes | 7 | % | 4 - 13 | MB |
| Eos | 1 | % | 0 - 7 | MB |
| Basos | 1 | % | 0 - 3 | MB |
| Neutrophils (Absolute) | 2.9 | x10E3/uL | 1.8 - 7.8 | MB |
| Lymphs (Absolute) | 1.8 | x10E3/uL | 0.7 - 4.5 | MB |
| Monocytes(Absolute) | 0.4 | x10E3/uL | 0.1 - 1.0 | MB |
| Eos (Absolute) | 0.1 | x10E3/uL | 0.0 - 0.4 | MB |
| Baso (Absolute) | 0.1 | x10E3/uL | 0.0 - 0.2 | MB |
| Urinalysis, Routine | | | | |
| Urinalysis Gross Exam | | | | MB |
| Specific Gravity | 1.008 | | 1.005 - 1.030 | MB |
| pH | 6.0 | | 5.0 - 7.5 | MB |
| Urine-Color | Yellow | | Yellow | MB |
| Appearance | Clear | | Clear | MB |
| > WBC Esterase | Trace | | Negative | MB |

FOR PROFESSIONAL USE ONLY CONFIDENTIAL RECORD NOT TO BE PHOTOCOPIED

| Pat Name: ROBERTS,PERRION | Pat ID: 159116 | Spec #: 147-205-5070-0 | Seq #: 9060 |
|---|---|---|---|

Results are Flagged in Accordance with Age Dependent Reference Ranges
Continued on Next Page                                          PHS0237

**LabCorp** Laboratory Corporation of America

**LabCorp** Laboratory Corporation of America

LabCorp Birmingham
1801 First Avenue South, Birmingham, AL 35233-0000

Phone: 205-581-3500

| SPECIMEN | TYPE | PRIMARY LAB | REPORT STATUS | |
|---|---|---|---|---|
| 111-205-5081-0 | S | MB | COMPLETE | Page #: 1 |

**ADDITIONAL INFORMATION**     SS#: 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

FASTING: N
DOB: 6/20/1964

| PATIENT NAME | SEX | AGE(YR./MOS.) |
|---|---|---|
| ROBERTS,PERRION | F | 40 / 10 |

PT. ADD.:

| DATE OF SPECIMEN | TIME | DATE RECEIVED | DATE REPORTED | TIME | |
|---|---|---|---|---|---|
| 4/20/2005 | 16:21 | 4/21/2005 | 4/23/2005 | 15:11 | 8438 |

**CLINICAL INFORMATION**
CD- 41138409162

| PHYSICIAN ID. ENGLEHARDS | PATIENT ID. 159116 |
|---|---|

ACCOUNT: Tutwiller Prison For Women
Prison Health Services
8966 Us Hwy 231 N
Wetumpka          AL   36092-0000
ACCOUNT NUMBER:   01309900

| TEST | RESULT | | LIMITS | LAB |
|---|---|---|---|---|

CMP12+LP+TP+TSH+6AC+CBC/D/Plt

Chemistries

| | | | | | MB |
|---|---|---|---|---|---|
| Glucose, Serum | 94 | mg/dL | 65 - 99 | | MB |
| > Uric Acid, Serum | 1.8 L | mg/dL | 2.4 - 8.2 | MB |
| BUN | 16 | mg/dL | 5 - 26 | MB |
| Creatinine, Serum | 0.8 | mg/dL | 0.5 - 1.5 | MB |
| BUN/Creatinine Ratio | 20 | | 8 - 27 | |
| > Sodium, Serum | 133 L | mmol/L | 135 - 148 | MB |
| Potassium, Serum | 4.6 | mmol/L | 3.5 - 5.5 | MB |
| Chloride, Serum | 98 | mmol/L | 96 - 109 | MB |
| Calcium, Serum | 9.2 | mg/dL | 8.5 - 10.6 | MB |
| Phosphorus, Serum | 4.0 | mg/dL | 2.5 - 4.5 | MB |
| Protein, Total, Serum | 7.3 | g/dL | 6.0 - 8.5 | MB |
| Albumin, Serum | 4.0 | g/dL | 3.5 - 5.5 | MB |
| Globulin, Total | 3.3 | g/dL | 1.5 - 4.5 | |
| A/G Ratio | 1.2 | | - 2.5 | |
| Bilirubin, Total | 0.4 | mg/dL | .2 | MB |
| Alkaline Phosphatase, Serum | 102 | IU/L | - 150 | MB |
| LDH | 207 | IU/L | 100 - 250 | MB |
| AST (SGOT) | 15 | IU/L | 0 - 40 | MB |
| ALT (SGPT) | 16 | IU/L | 0 - 40 | MB |
| GGT | 21 | IU/L | 0 - 60 | MB |
| Iron, Serum | 116 | ug/dL | 35 - 155 | MB |
| | | | | MB |

Lipids

| | | | | | MB |
|---|---|---|---|---|---|
| Cholesterol, Total | 193 | mg/dL | 100 - 199 | MB |
| Triglycerides | 71 | mg/dL | 0 - 149 | MB |
| > HDL Cholesterol | 94 H | mg/dL | 40 - 59 | MB |

Comment                                                                        MB

HDL cholesterol values >59 mg/dL are associated with reduced cardiac
risk.

| VLDL Cholesterol Cal | 14 | mg/dL | 5 - 40 |
|---|---|---|---|
| LDL Cholesterol Calc | 85 | mg/dL | 0 - 99 |
| T. Chol/HDL Ratio | 2.1 | ratio units | 0.0 - 4.4 |
| Estimated CHD Risk | < 0.5 | times avg. | 0.0 - 1.0 |

T. Chol/HDL Ratio

| | | Men | Women |
|---|---|---|---|
| 1/2 Avg.Risk | | 3.4 | 3.3 |
| | Avg.Risk | 5.0 | 4.4 |
| | 2X Avg.Risk | 9.6 | 7.1 |

*FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTOCOPIED*

| Pat Name: ROBERTS,PERRION | Pat ID: 159116 | Spec #: 111-205-5081-0 | Seq #: 8438 |
|---|---|---|---|

Results are Flagged in Accordance with Age Dependent Reference Ranges
Continued on Next Page

PHS0238

Patient: Roberts, Perrion
Date of Birth: 06/20/1964
Location: Global Diagnostic Services/Tutweiler
Date of Study: March 29, 2005
Study: Right Breast Ultrasound

**History:**   Abnormal mammogram.

**Findings:**   Small parts transducer was utilized to perform sagittal and transverse scans to evaluate the parenchyma of the right breast demonstrating multiple subcentimeter mixed echoes to complex solid nodules in the right breast in the 9, 10 and 11 o'clock positions. These demonstrate no hypervascularity and most likely represent benign inflammatory lesions. However, malignancy is not categorically excluded and therefore continued sonographic evaluation is recommended.

**Impression:**   Subcentimeter mixed echo complex to solid nodules in the right breast in the 9, 10 and 11 o'clock positions. These most likely given their sonographic appearance are of a benign etiology but continued longitudinal observation versus consideration as to the need for surgical consult is recommended. Longitudinal observation given their multiplicity is recommended with follow up ultrasound in three months to ensure continued stability.

William B. (Barry) Smith, M.D.
Date of Study: March 29, 2005
Date of Transcription: Sunday, April 03, 2005/mts
Verified by

PHS0239



# ELMORE COMMUNITY HOSPITAL
## PO BOX 130
### WETUMPKA, AL 36092

## RADIOLOGY REPORT

PATIENT NAME: ROBERTS PERRION
PATIENT DOB: 06/20/1964
PATIENT NUMBER: 300307       PATIENT MR#: 049950
PATIENT SS#: 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     X-RAY #: 59313
ADMITTING PHYSICIAN: ENGLEHART
FAMILY PHYSICIAN:
PATIENT ROOM: OP

REASON FOR EXAM: FULL COMPRESSION VIEWS

PROCEDURE: MAMMOGRAM                    DATE: 03/18/05

Routine views are supplemented by full compression views of the right breast. There is a moderate amount of fibroglandular tissue. I see no stellate mass or microcalcification. There are two fairly well-defined nodules on the right outer breast noted on craniocaudal view. Full compression views show the nodules to persist, and ultrasound followup is recommended. I see no stellate mass or microcalcification.

IMPRESSIONS:

Negative mammogram.

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTOCOPIED

BI-RADS Category 0 – Incomplete Study – Further Workup Required.

Approximately 15% of breast cancers will not be identified by mammography. It is important that a negative radiographic study does not exclude the possibility of malignancy, particularly in the presence of a palpable mass.

Evaluation of the breast for tumor will be enhanced by correlating radiographic findings with physical findings. We, therefore, urge regular breast self-examination and examination by a physician.

                                        Paul A. Turner, M.D.

PAT/bfw
D: 03/18/05
T: 03/18/05

PHS0240

## ELMORE COMMUNITY HOSPITAL
### PO BOX 130
### WETUMPKA, AL 36092

#### RADIOLOGY REPORT

PATIENT NAME: ROBERTS PERRION
PATIENT DOB: 06/20/1964
PATIENT NUMBER: 300307       PATIENT MR#: 049950
PATIENT SS#: 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     X-RAY #: 59313
ADMITTING PHYSICIAN: ENGLEHART
FAMILY PHYSICIAN:
PATIENT ROOM: OP

REASON FOR EXAM: ROUTINE

PROCEDURE: MAMMOGRAM                    DATE: 03/18/05

There are no old films for comparison.

The breasts contain a moderate amount of fibroglandular tissue. There are faint nodular densities
in the upper outer breast, which need further evaluation with cone compression views. There is no
stellate mass or microcalcification.

IMPRESSIONS:

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD.
NOT TO BE PHOTOCOPIED.

BI-RADS Category 0 – Incomplete Study – Further Workup Required.

Approximately 15% of breast cancers will not be identified by mammography. It is important that
a negative radiographic study does not exclude the possibility of malignancy, particularly in the
presence of a palpable mass.

Evaluation of the breast for tumor will be enhanced by correlating radiographic findings with
physical findings. We, therefore, urge regular breast self-examination and examination by a
physician.

                                    Paul A. Turner, M.D.

PAT/gn
D: 03/18/05
T: 03/18/05

**LabCorp**
Laboratory Corporation of America

## Laboratory Corporation of America

| SPECIMEN<br>279-205-5089-0 | TYPE<br>S | PRIMARY LAB<br>MB | REPORT STATUS<br>COMPLETE | Page #:    1 |
|---|---|---|---|---|

| ADDITIONAL INFORMATION | SS#: 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 |
|---|---|

FASTING: N
DOB: 6/20/1964

| PATIENT NAME<br>ROBERTS,PERRION | SEX<br>F | AGE(YR./MOS.)<br>40  /  3 |
|---|---|---|

PT. ADD.:

| DATE OF SPECIMEN | TIME | DATE RECEIVED | DATE REPORTED | TIME | |
|---|---|---|---|---|---|
| 10/05/2004 | 15:49 | 10/05/2004 | 10/06/2004 | 7:23 | 4967 |

| CLINICAL INFORMATION |
|---|
| CD- 41138405873 |

| PHYSICIAN ID.<br>ENGLEHARDS | PATIENT ID.<br>159116 |
|---|---|

ACCOUNT:  TUTWILLER PRISON FOR WOMEN
PRISON HEALTH SERVICES
8966 Us Hwy 231 N
Wetumpka        AL  36092-0000
ACCOUNT NUMBER:   01309900

| TEST | RESULT | | LIMITS | LAB |
|---|---|---|---|---|
| CMP12+LP+TP+TSH+6AC+CBC/D/Plt | | | | |
| Chemistries | | | | MB |
| Glucose, Serum | 80 | mg/dL | 65  - 99 | MB |
| Uric Acid, Serum | 3.3 | mg/dL | 2.4 - 8.2 | MB |
| BUN | 10 | mg/dL | 5  - 26 | MB |
| Creatinine, Serum | 0.7 | mg/dL | 0.5 - 1.5 | MB |
| BUN/Creatinine Ratio | 14 | | 8  - 27 | |
| Sodium, Serum | 139 | mmol/L | 135  - 148 | MB |
| Potassium, Serum | 4.0 | mmol/L | 3.5 - 5.5 | MB |
| Chloride, Serum | 102 | mmol/L | 96  - 109 | MB |
| Calcium, Serum | 9.3 | mg/dL | 8.5 - 10.6 | MB |
| Phosphorus, Serum | 3.7 | mg/dL | 2.5 - 4.5 | MB |
| Protein, Total, Serum | 7.0 | g/dL | 6 - 8.5 | MB |
| Albumin, Serum | 4.0 | g/dL | 3 - 5.5 | MB |
| Globulin, Total | 3.0 | g/dL | - 4.5 | |
| A/G Ratio | 1.3 | | 1.1 - 2.5 | |
| Bilirubin, Total | 0.3 | mg/dL | 0.1 - 1.2 | |
| Alkaline Phosphatase, Serum | 85 | IU/L | 25 - 150 | MB |
| LDH | 199 | IU/L | 100 - 250 | MB |
| AST (SGOT) | 22 | IU/L | 0 - 40 | MB |
| ALT (SGPT) | 17 | IU/L | 0 - 40 | MB |
| GGT | 18 | IU/L | 0 - 60 | MB |
| Iron, Serum | 100 | ug/dL | 35 - 155 | MB |
| | | | | MB |
| Lipids | | | | MB |
| Cholesterol, Total | 176 | mg/dL | 100 - 199 | MB |
| Triglycerides | 73 | mg/dL | 0 - 149 | MB |
| > HDL Cholesterol | 64 H | mg/dL | 40 - 59 | MB |
| Comment | | | | MB |

HDL cholesterol values >59 mg/dL are associated with reduced
cardiac risk.

| | | | | |
|---|---|---|---|---|
| VLDL Cholesterol Cal | 15 | mg/dL | 5 - 40 | |
| LDL Cholesterol Calc | 97 | mg/dL | 0 - 99 | |
| T. Chol/HDL Ratio | 2.8 | ratio units | 0.0 - 4.4 | |
| Estimated CHD Risk | < 0.5 | times avg. | 0.0 - 1.0 | |

| | T. Chol/HDL Ratio | |
|---|---|---|
| | Men | Women |
| 1/2 Avg.Risk | 3.4 | 3.3 |
| Avg.Risk | 5.0 | 4.4 |
| 2X Avg.Risk | 9.6 | 7.1 |

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTOCOPIED

**Results are Flagged in Accordance with Age Dependent Reference Ranges**
Continued on Next Page

**PHS0242**

KILBY CORRECTIONAL FACILITY
PO BOX 11
MT. MEIGS, AL 36057

PATIENT NAME _Roberts, Kenyon_

PRISON ID _159116_

DATE SUBMITTED _4-28-04_

Tut. 43

| TEST NAME | RESULT | REFERENCE RANGE | COMMENTS |
|---|---|---|---|
| HIV ANTIBODY 1-2 | NR | NEGATIVE (NEG) | |
| RPR | NR | NON-REACTIVE (NR) | |
| URINALYSIS | | | |
| APPEARANCE | | | |
| pH | | pH 5- pH 6 | |
| PROTEIN | | NEGATIVE (NEG) | |
| GLUCOSE | | NEGATIVE (NEG) | |
| KETONES | | NEGATIVE (NEG) | |
| BILIRUBIN | | NEGATIVE (NEG) | |
| BLOOD | | < 5 RBC/MCL | |
| NITRITE | | NEGATIVE (NEG) | |
| UROBILINOGEN | | < 1.0 MG/DL | |
| LEUK. ESTERASE | | NEGATIVE (NEG) | |
| SPECIFIC GRAVITY | | 1.016-1.022 | |

"A" These results are unreliable due to the age of the specimen.
"H" These results are unreliable due to the hemolyzed condition of the specimen.
"A+H" These results are unreliable due to the age and hemolyzed condition of the specimen.

CLIA ID NO.   01D0706289

WAYNE D. MERCER, PHD
LABORATORY DIRECTOR

PHS0243

**LabCorp**
Laboratory Corporation of America

# Laboratory Corporation of America

| SPECIMEN 117-205-5062-0 | TYPE S | PRIMARY LAB MB | REPORT STATUS COMPLETE | Page #: 1 |
|---|---|---|---|---|

| ADDITIONAL INFORMATION | SS#: 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 |
|---|---|

FASTING: N
DOB: 6/20/1964

| PATIENT NAME | | SEX | AGE(YR./MOS.) |
|---|---|---|---|
| ROBERTS,PERRION | | F | 39 / 10 |
| PT. ADD.: | | | |

| DATE OF SPECIMEN | TIME | DATE RECEIVED | DATE REPORTED | TIME | |
|---|---|---|---|---|---|
| 4/26/2004 | 10:59 | 4/26/2004 | 4/27/2004 | 7:23 | 2115 |

| CLINICAL INFORMATION |
|---|
| CD- 95202703045 |

| PHYSICIAN ID. ENGLEHARDS | PATIENT ID. 159116 |
|---|---|

ACCOUNT: TUTWILLER PRISON FOR WOMEN
PRISON HEALTH SERVICES
8966 US HWY 231 N
WETUMPKA          AL    36092-0◯00
ACCOUNT NUMBER:   01309900

| TEST | RESULT | | LIMITS | LAB |
|---|---|---|---|---|
| CBC With Differential/Platelet | | | | |
| White Blood Cell (WBC) Count | 7.1 | X 10-3/uL | 4.0 - 10.5 | MB |
| Red Blood Cell (RBC) Count | 4.83 | X 10-6/uL | 3.80 - 5.10 | MB |
| Hemoglobin | 12.0 | g/dL | 11.5 - 15.0 | MB |
| Hematocrit | 36.4 | % | 34.0 - 44.0 | MB |
| > MCV | 75 L | fL | 80 - 98 | MB |
| > MCH | 24.9L | pg | 27.0 - 34.0 | MB |
| MCHC | 33.0 | g/dL | 32.0 - 36.0 | MB |
| RDW | 14.0 | % | 11.7 - 15.0 | MB |
| Platelets | 240 | X 10-3/uL | 140 - 415 | MB |
| Polys | 55 | % | 40 - 74 | MB |
| Lymphs | 35 | % | 14 - 46 | MB |
| Monocytes | 8 | % | 4 - 13 | MB |
| Eos | 1 | % | 0 - 7 | MB |
| Basos | 1 | % | 0 - 3 | MB |
| Polys (Absolute) | 3.9 | X 10-3/uL | | MB |
| Lymphs (Absolute) | 2.5 | X 10-3/uL | .5 | MB |
| Monocytes(Absolute) | 0.6 | X 10-3/uL | 0.1 0 | MB |
| Eos (Absolute Value) | 0.1 | X 10-3/uL | 0.0 - 0.4 | MB |
| Baso(Absolute) | 0.1 | X 10-3/uL | 0.0 - 0.2 | MB |
| | | | | MB |

LAB: MB LabCorp Birmingham                    DIRECTOR: Arthur Kelly G MD
1801 First Avenue South, Birmingham,  AL 35233-0000

Results are Flagged in Accordance with Age Dependent Reference Ranges
Last Page of Report

PHS0244



# Laboratory Corporation of America

| SPECIMEN 114-C05-0592-0 | TYPE S | PRIMARY LAB BA | REPORT STATUS COMPLETE | Page #: | 2 |
|---|---|---|---|---|---|

| ADDITIONAL INFORMATION |
|---|

SSN#423848392
CO-JHC20042421        PHONE: 256-851-7883   DOB: 6/20/1964

| CLINICAL INFORMATION |
|---|
| TEW    C CD- 95202703007 |

| PHYSICIAN ID. TEW C | PATIENT ID. 159116 |
|---|---|

| PATIENT NAME ROBERTS,PERRION | SEX F | AGE(YR./MOS.) 39 / 10 |
|---|---|---|

| ACCOUNT:  TUTWILLER PRISON FOR WOMEN |
|---|

PRISON HEALTH SERVICES
8966 US HWY 231 N
WETUMPKA         AL   36092-0000

PT. ADD.:  6308 MATIC RD
HUNTSVILLE            AL        35810-0000

| DATE OF SPECIMEN 4/22/2004 | TIME 0:00 | DATE RECEIVED 4/23/2004 | DATE REPORTED 4/28/2004 | TIME 17:13 | 2136 |
|---|---|---|---|---|---|

**ACCOUNT NUMBER:**   01309900

| TEST | RESULT | LIMITS | LAB |
|---|---|---|---|

negative reports do occur.

LAB: BA LabCorp Birmingham                          DIRECTOR: John Elgin N MD
1801 First Avenue South, Birmingham,  AL 35233-0000

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTOCOPIED

Results are Flagged in Accordance with Age Dependent Reference Ranges
Last Page of Report

**PHS0245**



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## DEPARTMENT OF CORRECTIONS

DATE: 4/22/04

**URINALYSIS**

LEUKOCYTES ___ 1+ ___

NITRITE ___ Negative ___

UROBILINOGEN ___ normal ___

PROTEIN ___ Negative ___

pH ___ 8 ___

BLOOD ___ Negative ___

SPEC. GRAVITY ___ 1.010 ___

KETONE ___ Negative ___

GLUCOSE ___ normal ___

HCG ___ Negative ___

(Add: Final Labs Here)

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTOCOPIED

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC # | DOB | RACE/SEX | FAC. |
|---|---|---|---|---|
| Roberts Perrion | 159116 | | BF | Tut |

PHS-MD-70012

**LABORATORY REPORTS**

**PHS0246**



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## DEPARTMENT OF CORRECTIONS

## DENTAL RECORD TREATMENT

Services Rendered

| Date | Tooth # | Diagnosis | Treatment | Initials | Class |
|------|---------|-----------|-----------|----------|-------|
| 12/20/05 | | | Generalize otto. Palpin Pt had Moderate Calculus deposits. o Moderate bleeding upon probing | RR | PDH |

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTOCOPIED

| PATIENT LAST NAME | FIRST | MIDDLE | DOB | R/S | ID NO. |
|-------------------|-------|--------|-----|-----|--------|
| Roberts | Perrion | Denise | 6-20-64 | | 159116 |

PHS-MD-70022

PHS0247

**PHS**
PRISON
HEALTH
SERVICES

# DENTAL RECORDS

Name _Perrion Roberts_     BCDC # _159116_     DATE OF EXAM _4-28-04_

Classification    1    2    3    4

Treatment Needed                          Completed



R I G H T    1  2  3  4  5  6  7  8  9  10 11 12 13 14 15 16    L E F T
32 31 30 29 28 27 26 25 24 23 22 21 20 19 18 17

Existing Prosthesis ___ Yes ___ P/P ___ C/C
                         No  X

Periodontal Classification ①  2  3  4
Oral Hygiene (good)
Soft Tissue (normal)

## MEDICAL HISTORY REVIEW

Check "yes" or "no" to any of the conditions below that you have or have had.

| | YES | NO | DENTIST'S NOTES |
|---|---|---|---|
| HIV | | ✓ | |
| Allergies | | ✓ | |
| Anemia | ✓ | | |
| Asthma or other respiratory problems | | ✓ | |
| Blood pressure conditions | | ✓ | FOR PROFESSIONAL USE ONLY |
| Diabetes | | ✓ | CONFIDENTIAL RECORD |
| Epilepsy | | ✓ | NOT TO BE PHOTOCOPIED |
| Excessive bleeding after surgery | | ✓ | |
| Fainting | | ✓ | |
| Are you in good health | ✓ | | |
| Gastrointestinal disorders | ✓ | | |
| Heart Disease or murmur | | ✓ | |
| Hepatitis | | ✓ | |
| Kidney problems | | ✓ | |
| Reactions to anesthetics or medications | | ✓ | |
| Rheumatic fever | | ✓ | |
| Taking any medication | ✓ | | |
| Thyroid conditions | ✓ | | Celebrex, Tylenol and muscle relaxer |
| Tuberculosis | | ✓ | |
| Are you pregnant | | ✓ | |
| Other conditions | ✓ | ✓ | BA |

I, the undersigned, have check the above conditions and consent to necessary dental treatment.

Patient's Signature _____    Date _4-28-04_

**PHS0248**

PHS MD-70091

*Second Complaint*

# PRISON HEALTH SERVICES
## MEDICAL COMPLAINT FORM

APR 14 2005

**NAME** Perrion Roberts    **AIS #** 159116    **UNIT** 12    **DATE** 4-13-05

This complaint is to be completed with as few words as possible to identify the problem. Additional pages attached to this form will not be accepted.

**PART A—INMATE REQUEST**

This my second complaint about my meds that was prescribe to me by Dr. Bakes he prescribe Arava, Relaten, Pentanix, Lexapro and Blood work I only recieve Arava out of the four meds there has not been NO blood work done on me yet. The meds that I have taken and presently take can and will cause liver damage and kidney failure. I have not been give the results of my mammogram and the found a fluid pocket I would like to know whats going on with that. Because of your inpersistance in my medical care I am only able to bend my arm 90° I can't touch my shoulder her wash my back or comb my hair. I am still in alot of pain I don't sleep at night because of pain. when will I recieve my meds And why am I given meds that I am allergic to. Why was I told by nurse and after she gave me to much meds that wasn't anything wrong with me All I need to do is go to sleep. If this complaint is not answered Further action will be taken.

**INMATE SIGNATURE**

**PART B –RESPONSE**    **DATE RECEIVED** 4-18-05

A follow-up appointment will be made as soon as possible

**MEDICAL STAFF SIGNATURE** Lman T Wright, RN
**DATE** 4-18-05

IF YOU ARE UNSATISFIED WITH THE RESPONSE, YOU MAY FILE A MEDICAL GRIEVANCE USING THE PRISON HEATLH SERVICES GRIEVANCE FORM

| | Y | N | | | Y | N |
|---|---|---|---|---|---|---|
| I Dissatisfied with Quality of Medical Care | ☑ | ☐ | VI Delay in Health Care Provided | | ☑ | ☐ |
| II Dissatisfied with Quality of Dental Care | ☐ | ☐ | VII Problems with Medication | | ☑ | ☐ |
| III Dissatisfied with Quality of Mental Health Care | ☐ | ☐ | VIII Request to be seen | | ☑ | ☐ |
| IV Dissatisfied with Response to Non-Medical Request | ☑ | ☐ | IX Request for Off-site Specialty Care | | ☑ | ☐ |
| V Conduct of Healthcare Staff | ☑ | ☐ | X Other | | ☐ | ☐ |

11/03 - Alabama

PHS0249

HC

# MEDICAL COMPLAINT FORM

NAME: _Perrion Roberts_          DATE: _6-1-04_

AIS NUMBER: _159116_             UNIT: _9A_

This complaint is to be completed with as few words as possible to identify the problem. Additional pages attached to this form will not be accepted.

---

**PART A — INMATE COMPLAINT**

I. Dissatisfied with Quality of Medical Care

I went to sick call Saturday 5-29-04 around 10:30 pm
I have fever Chronic Pain of the joints and I need
something to ease the pain daily. Also I complained of
pain in my stomch or gallbladder.
The nurse on duty that night told me to drink water
it will stop my Chronic Pain all over. I am a Chronic
pain person and water will not stop my pain.
I am in sever pain... I was charged $3.00 for the
nurse to tell me to drink water which has not been
effective..

---

**PART B — MEDICAL STAFF RESPONSE**

Medicine was

ordered 5-18-04

                    Mary Twigg HSA
                        6-2-04

RECEIVED
JUN - 2 2004

_____
STAFF SIGNATURE

_____
DATE

IF YOU ARE UNSATISFIED WITH THE RESPONSE, YOU MAY FILE A MEDICAL GRIEVANCE
USING THE        MEDICAL GRIEVANCE FORM .

| | | | | | |
|---|---|---|---|---|---|
| I | Dissatisfied with Quality of Medical Care | ☐☐ | VI | Delay in Health Care Provided | ☐☐ |
| II | Dissatisfied with Quality of Dental Care | ☐☐ | VII | Problems with Medication | ☐☐ |
| III | Dissatisfied with Quality of Mental Health Care | ☐☐ | VIII | Request to be seen | ☐☐ |
| IV | Dissatisfied with Reponse to Non-Medical Request | ☐☐ | IX | Request for Off-site Speciality Care | ☐☐ |
| V | Conduct of Healthcare Staff | ☐☐ | X | Other | ☐☐ |

PHS0250