IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2006 MAR 29 A 9:39

| | |
|---|---|
| PERRION ROBERTS )<br>    Plaintiff, )<br>v. )<br>Warden GLADYS DEESE, )<br>Deputy Warden FRANK ALBRIGHT, )<br>Lieutenant LENITA HAWTHORNE, )<br>PRISON HEALTH SERVICES, )<br>DR. SAMUEL ENGLEHARDT, )<br>MARION WRIGHT, R.N. and )<br>NURSE MOBLEY, L.P.N., )<br>    Defendants, | CIVIL ACTION NO.2:05-CV-1236-MHT |

## MOTION TO CONSIDER MARION WRIGHT
## AS A DEFENDANT IN THIS CAUSE OF ACTION

    Comes Now Plaintiff Perrion Roberts (pro se), and file this Motion to consider Marion Wright as a defendant in this cause of action for the reasons set forth below.  Defendant Marion Wright was at all times relevant hereto, Supervisor of the health care unit at Tutwiler Prison For Women and employed by PHS to provide adequate health care. Defendant Marion Wright was alive with a sound state of mind at said times of incidents. As grounds for this Motion, Plaintiff states as follows:

    1. A supervisor may be liable under section 1983 for the actions of her supervisees where, as here, the supervisor exibits deliberate indifference to the Plaintiffs' physical and mental condition.

2. Numerous of sick call requests, complaints and grievances and other circumstances, suggesting defendant Marion Wright had knowledge that the Plaintiff was in excruciating pain and had deteriorating joints.

3. Marion Wright knew the risk through Plaintiffs' medical file and disregrarded it by failing to take steps to prevent physical harm and pain to the Plaintiff when it was her duty to do so.

4. Marion Wright failure to intervene to prevent further detrerioration of Plaintiffs joints and pain, and failure to oversee the people who caused the wrong constitutes deliberate indifference, subjecting the supervisor to liability.

5. Marion Wright directly participated in violating the Plaintiffs' right to adequate medical care.

6. As a result of poor or no care, Roberts suffered increased disability and extreme extensive mental pain, which added to her physical injuries.

7. Here, there is substantial evidence that Wright disregarded a clear and obvious risk of harm to Roberts. As a result, Roberts suffered further physical damages to her joints and no relief for excruciating pain. Wright's failure to take any steps, much less any reasonable ones, to prevent further deterioration of Plaintiffs' joints or relief of excruciating pain makes her liable, and at minimum should be included in this cause of action.

The request of this consideration of defendant Marion Wright to remain a defendant in said case action, as she acted under color of law to deprive plaintiff of her constitutional rights, and should hereby be granted.

For the forgoing reasons, Marion Wright should remain as a defendant in this cause of action.

Respectfully submitted on this the 27th day of March 2006.

PETITIONER Pierrion Roberts

CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT A COPY OF THE FOREGOING HAS BEEN SERVED UPON Asst. Attorney General Benjamin H. Albritton, Balch & Bingham and the Clerk of the Court BY THE U.S. FIRST CLASS MAIL, THIS 27 DAY OF March, 2006.

_____
PETITIONER