IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **PERRION ROBERTS, #159116** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **CASE NO.: 2:05-CV-1236-MHT** |
| ) | |
| **GLADYS DEESE, et al.** ) | |
| ) | |
| **Defendants.** ) | |

## **ANSWER**

COME NOW defendants, Gladys Deese, Frank Albright and Lenita Hawthorne, by and through Troy King, Attorney General for the State of Alabama, and hereby file their Answer to the plaintiff's Complaint as follows:

1.  Defendants deny plaintiff's allegations and demand strict proof thereof.

2.  Defendants deny that they were negligent or deliberately indifferent to plaintiff's medical care.

3.  Defendants deny any involvement in the medical treatment decisions regarding the plaintiff.

4.  Defendants deny that any of the plaintiff's Constitutional rights have been violated.

5.  Defendants assert the affirmative defenses of sovereign and qualified immunity.

6.  Defendants deny each and every material allegation not expressly admitted herein and demand strict proof thereof.

Respectfully submitted on this the 13th day of April, 2006.

TROY KING (KIN047)
Attorney General

/s/ Benjamin H. Albritton
Benjamin H. Albritton
Assistant Attorney General

ADDRESS OF COUNSEL:

Office of the Attorney General
11 South Union Street
Montgomery, AL 36130
(334) 242-7300

### CERTIFICATE OF SERVICE

I hereby certify that I have, this the 13th day of April, 2006, electronically filed with Clerk of Court using the CM/ECF system the foregoing and served a copy of the foregoing upon the Plaintiff by placing same in the United States Mail, postage prepaid and properly addressed as follows:

   Perrion Roberts, #159116
   Tutwiler Prison for Women
   8966 US Hwy 231
   Wetumpka, AL  36092

/s/ Benjamin H. Albritton
Benjamin H. Albritton
Assistant Attorney General
