IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

PERRION ROBERTS, AIS# 159116        *

    Plaintiff,        *

    v.        *        CIVIL ACTION NO. 2:05-CV-1236-MHT

GLADYS DEESE, et al.,        *

    Defendants.        *

## A F F I D A V I T

Before me, the undersigned Notary Public, did personally appear Frank Albright, who being duly sworn deposes and makes the following statement:

My name is Frank Albright. I am an individual over the age of nineteen years and am employed by the State of Alabama, Department of Corrections, at Julia Tutwiler Prison for Women, 8966 U. S. Highway 231, Wetumpka, Alabama. I am employed in the capacity of Warden III since December 2005. I am named a defendant in this case.

I have read the complaint in the above referenced case. I make the following statement in the defense, thereof in response to the allegations. During Job Board in April of 2004, inmate Roberts entered the Captains' Office stating that she had an illness which would require light duty. Inmate Roberts told me that she was to wear a brace on her arm for her illness. I assigned her to the Housekeeping Unit on a temporary basis, in order to allow her arm to heal. During this Job Board, she was not compliant with the orders from the doctor and was not wearing the prescribed arm brace for her arthritis. There was no documentation submitted to me that she had a disability. I did converse with inmate Roberts on several occasions between June and October of 2004. I did not poke fun at inmate Roberts. I questioned her about not



wearing the arm brace and whether or not she had regular appointments to see the physician. I did receive a request slip from inmate Roberts dated November 1, 2004, requesting that I see her one on one. I interviewed inmate Roberts on November 2, 2004, in my office with my secretary, Ms. Dawn Tumlison, present. During this interview, Inmate Roberts questioned her classification. Inmate Roberts was told that she was not recommended for work release because of her approved custody. Inmate Roberts is barred from community custody due to the amount of cocaine in her possession at the time of her arrest. Inmate Roberts also questioned her medical status. As a result of this interview, inmate Roberts was seen in the Healthcare Unit on November 3, 2004. Doctor Samuel Englehardt examined her. Per Offsite Medical Appointment records, inmate Roberts was also seen by an outside physician in November of 2004, who referred inmate Roberts to a Rheumatologist. The Rheumatologist treated inmate Roberts on approximately 3 occasions before July of 2005. I did not receive any other request slips from inmate Roberts until September 6, 2005. In the September 6, 2005 request slip, inmate Roberts stated that she had not received her prescribed medication. I directed this request to Mr. Aaron Bee (Prison Health Services Administrator). I did not have any knowledge as to whether or not inmate Roberts did indeed have a lapse in medication.

_____ Affiant

Sworn to and subscribed before me this __20__ day of __March__

2006.

_____

Notary Public

My commission expires _06|21|2009_