IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| PERRION ROBERTS, AIS# 159116 | * | |
| Plaintiff, | * | |
| v. | * | CIVIL ACTION NO. 2:05-CV-1236-MHT |
| GLADYS DEESE, et al., | * | |
| Defendants. | * | |

## AFFIDAVIT

Before me, the undersigned Notary Public, did personally appear Frank Albright, who being duly sworn deposes and makes the following statement:

My name is Lenita Hawthorne. I am an individual over the age of nineteen years and am employed by the State of Alabama, Department of Corrections, at Julia Tutwiler Prison for Women, 8966 U. S. Highway 231, Wetumpka, Alabama. I am employed in the capacity of Lieutenant. I am named a defendant in this case.

I have read the complaint in the above referenced case. I make the following statement in the defense, thereof in response to the allegations. Inmate Perrion Roberts (AIS #159116) informed me that she was not receiving her medication at the



Annex. I relayed this information to Ms. Marion Wright, Prison Health Services, on numerous occasions. I also notified Warden Gladys S. Deese of inmate Roberts' complaints. Inmate Roberts reported to me that her problems were corrected.

_____ Affiant

Sworn to and subscribed before me this ___20___ day of __March__ 2006.

_____
Notary Public

My commission expires __06__/__21__/__2009__.