IN THE DISTRICT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2006 MAY -5 A 10: 12

| | | |
|---|---|---|
| <u>Perrion Roberts</u><br>　Plaintiff | )<br>)<br>)<br>) | Civil Action No.<br>2:05-CV-1236-MHT |
| vs | )<br>)<br>)<br>) | |
| <u>Gladys Deese, et. al.,</u><br>　Defendants | )<br>) | |

## MOTION FOR ENLARGEMENT OF TIME

Comes now the plaintiff, pursuant to Rule 6(b), Fed. R. Civ. P., and moves for an extension of time in which to file to the clerk of this court a Response to the Special Report, Required Evidentiary Materials and Answer filed by the Defendants. For the reasons set forth below, Plaintiff Roberts respectfullyy request an additional ninety (90) days to submit response. As grounds for this motion, Plaintiff Roberts states as follows:

1. The plaintiff is requesting a production of documents from the defendants and will need time to receive those documents from defendants.

2. Plaintiff will need the documents to complete her response to support and provide the court with relevant evidence, information, and facts to prove the truth of the matters and facts surrounding her filing this U.S.C. 1983.

3. The granting of the requested additional time will afford Plaintiff a sufficient opportunity to receive copies of documents and complete the preparation of her response and permit the Plaintiff to submit one response on all of the defendants reports and answers in this action.

4. The granting of the requested additional time will not prejudice the defendants, but will aid in the administration of justice by ensuring that the plaintiff will have a fair and reasonable chance to file the required response in a timely manner.

WHEREFORE, PREMISES CONSIDERED, Plaintiff Perrion Roberts respectfully request that this Court grant an extension of time, allowing the plaintiff an additional ninety (90) days to file her response to the defendants special report, required evidentiary materials and answer.

Respectfully submitted on this the 3 day of May, 2006.

Perrion Roberts, Plaintiff