IN THE DISTRICT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

<u>Perrion Roberts</u> )
   Plaintiff )
  )
  )
vs )
  )
  )
  )
<u>Gladys Deese, et. al.,</u> )
   Defendants )

Civil Action No.
2:05-CV-1236-MHT

# REQUEST FOR PRODUCTION OF DOCUMENTS ETC., UNDER RULE 34

Plaintiff Roberts requests defendants Gladys Deese, et al., to respond within 30 days to the following request:

1. That the defendants produce and permit plaintiff to inspect and copy each of the following documents:

    a) Visitation log and sign in log for the month of Oct. 2004 and Nov. 2004.

    b) Copies of request slips dates Nov.1, 2004 and sept. 6, 2005 from Plaintiff to defendant Albright.

    c) Dawn Tumilson appointment book for the month of Oct. and Nov. 2004.

    d) Defendant Albrights appointment book for the months of Oct. and Nov. 2004.

    e) Inmate work log (tutwiler) April, 2004-Dec. 2004 and Inmate work log Annex Jan. 2005-April, 2006.

    f) Copy of offsite medical appointment records for May, 2004.

    g) Prison Health Services Authorization number: 13735787 listed in Special Report under PHS 0224, give the name, address, phone number of Orthopedic Physician and copy of Physical

exam, assessment, Diagnosis, x-ray results, x-rays and what medication the physician prescribed to plaintiff.

h) X-rays, x-ray results ordered by Mclaughin, CNRP on Feb. 17, 2006 and a copy of her diagnosis.

i) Copies of any other material that the defendants intend to use at trial.

2. The Plaintiff requests that the defendants send copies to the plaintiff at Tutwiler Prison for Women.

3. Plaintiff request that the defendants send a list of all the documents thay are sending to make sure that none of the documents were lost in transit.

Dated: 3 May 06

Signed: Perrion Roberts
8966 US Hwy 231
Wetumpka, AL 36092
Plaintiff, pro se

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT A COPY OF THE FOREGOING HAS BEEN SERVED UPON US District Court, Balch & Bingham and Attorney General Albritton BY THE U.S. FIRST CLASS MAIL, THIS 3 DAY OF May, 2006.

_____
PETITIONER