In The United States District Court
For The Middle District Of Alabama
Northern Division

Perrion Roberts,
   Plaintiff,

v.

Gladys Deese, et al.,
   Defendants.

Civil Action No.
2:05-CV-1236-MHT

RECEIVED 2006 MAY 17 A 9:24 CLERK MIDDLE DISTRICT COURT

Request Permission to file Motion to Exclude Affidavit of Defendant Frank Albright due to Conflict of Interest

Come Now Plaintiff Perrion Roberts (pro se), and request permission to file motion to exclude affidavit of Defendant Frank Albright due to conflict of Interest. For reasons set forth below Dawn Tumlison was at all times relevant hereto, secretary of Defendant Frank Albright at Tutwiler Prison for Women and employed by the Alabama Department of Corrections. Dawn Tumlison was named as a witness in Defendant Albrights affidavit and at which time she notarized Defendant Albrights affidavit which is a conflict of Interest.

For the foregoing reason, this request should be granted.

Respectfully submitted on this the 15 Day of May, 2006

Perrion Roberts
Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT A COPY OF THE FOREGOING HAS BEEN SERVED UPON The Clerk of the US District Court, Balch + Bingham + Attorney General Assistant Benjamin Albritton BY THE U.S. FIRST CLASS MAIL, THIS 15 DAY OF May, 2006.

_____
PETITIONER