IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PERRION ROBERTS, #159116, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:05-CV-1236-MHT |
| | ) |
| GLADYS DEESE, et al., | ) |
| | ) |
|     Defendants. | ) |

**ORDER ON MOTION**

Upon consideration of the motion for leave to file motion to exclude affidavit of Frank Albright filed by the plaintiff on May 17, 2006 (Court Doc. No. 28), and as there is no legitimate basis on which to strike such affidavit, it is

ORDERED that the motion for leave to file be and is hereby DENIED.

Done this 23rd day of May, 2006.


        /s/ Vanzetta Penn McPherson
        UNITED STATES MAGISTRATE JUDGE