Perrion Roberts
vs.
Gladys Deese, et al

USDC MDOF Al
Northern Division

2:05cv1236-T
2:05cv1236-T

## Motion For Enlargement Of Time

RECEIVED
2006 JUN -9 A 9: 42

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Comes now the plaintiff, pursuant to Rule 6(b)(1), Fed. R. Civ. P., and moves for an extension of time in which to file to the clerk of this court a response to the Special Report, Required Evidentiary Material and Answers filed by the defendants. For the reasons set forth below plaintiff Roberts respectfully request an additional thirty (30) days to submit response. As grounds for this motion, plaintiff Roberts states as follows:

1. Request that the Court will Order Madison County Jail Medical Department to release a copy of the plaintiff medication transfer documents from Madison County Jail to Tutwiler April 21, 2004, and send it to the plaintiff via mail. Plaintiff requested this information June 5, 2006 from Madison County Medical Department 815 Wheeler Av. Huntsville, AL 35811. Plaintiff was told that she has to have a court order to have such information released. This information was omitted from plaintiffs medical file nor is it a part of her institutional file.

2. The plaintiff is requesting a production of documents from the defendants and will need time to receive those documents from the defendants.

3. Plaintiff will need the documents to complete her response to support and provide the court with relevant evidence, information, and facts surrounding her filing this U.S.C. 1983.

4. The granting of the requested additional time will afford plaintiff a sufficient opportunity to receive copies of documents and complete the preparation of her response on all the defendants report and answers in this action.

5. The granting of the requested additional time will not prejudice the defendants, but will aid in the administration of justice by ensuring that the plaintiff will have a fair

and reasonable chance to file the required response in a timely manner.

WHERE FOR, PREMISES CONSIDERED, Plaintiff Perrion Roberts respectfully request that this court grant an extension of time, granting the plaintiff an additional thiryt (30) days to file her response to the defendants special report, required evidentiary materials and answer.

Respectfully submitted on this the 5th day of June, 2006

Perrion Roberts # 159116
Plaintiff