*Perrion Roberts USDC MD of AL*
*vs Northern Division*
*Gladys Deese*

## Plaintiff's Request For Production Of Documents

Pursuant to Rule 34, Fed.R.Civ. P., the plaintiff requests that the defendants produce the documents listed herein within 30 days, either by providing the plaintiff with copies or by making them available to the plaintiff for inspection and copying.

RECEIVED
JUN 9 2006
CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

1. Plaintiff's medication transfer documents from Madison County Jail Medical Department to Tutwiler.

2. Any logs, lists, or other documentation reflecting the plaintiff's medication transfer.

3. Any and all policies, directives, or instructions to staff governing medication transfer procedures from the county jails or any other institution to Tutwiler.

4. Any and all documents created by any Tutwiler staff member from April 21, 2004 to date concerning the plaintiff's medical care.

June 5, 2006

Perrion Roberts # 159116
8966 Us. Hwy 231
Wetumpka, AL 36092

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT A COPY OF THE FOREGOING HAS BEEN SERVED UPON District Court Clerk, Attorney General and Balch + Bingham LLP BY THE U.S. FIRST CLASS MAIL, THIS 5 DAY OF June, 2006.

_____
PETITIONER