IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PERRION ROBERTS, #159116, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 2:05-CV-1236-MHT |
| ) | |
| GLADYS DEESE, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

Upon review of the request for production of documents filed by the plaintiff on June 9, 2006, (Court Doc. No. 31), and for good cause, it is

ORDERED that:

1. The request for production of documents be and is hereby DENIED to the extent that the plaintiff requests that the defendants be required to submit copies of the requested documents.

2. The request for production of documents be and is hereby GRANTED to the extent that the plaintiff seeks production of documents contained in her prison medical records which are maintained in conjunction with her incarceration.

3. The request for production of documents be and is hereby DENIED with respect to all other requests made by the plaintiff.

5. On or before June 26, 2006, the defendants at the Julia Tutwiler Prison for Women shall allow the plaintiff to inspect and/or copy all documents contained in her

institutional file and medical records relative to the claims pending before this court. **The plaintiff is hereby informed that neither prison officials nor medical personnel are required to provide her with copies of documents without prepayment of all costs associated with producing the copies. Thus, if the plaintiff seeks to obtain photocopies of documents contained in her records, she must make prepayment to the appropriate official of all costs related to producing the copies.** The plaintiff is advised that: (i) she may utilize any means available to her to produce the requisite copies including but not limited to handwritten copies of the evidentiary materials she seeks to retain for herelf and/or submit to this court; and (ii) she **must** procure any and all copies of the necessary documents upon being given access to such documents in accordance with this order. **The plaintiff is therefore cautioned that no further orders will be entered requiring additional access to her records unless she is able to establish that exceptional circumstances warrant additional production of these documents**. The Clerk is DIRECTED to provide a copy of this order to the warden of the Julia Tutwiler Prison for Women and to the supervisor of the health care unit at such facility.

       Done this 12TH day of June, 2006.

                                 **/s/ Delores R. Boyd**
                                 DELORES R. BOYD
                                 UNITED STATES MAGISTRATE JUDGE

                                 FOR

                                 VANZETTA PENN MCPHERSON
                                 UNITED STATES MAGISTRATE JUDGE