Exhibit A

HCX 12-044   Name: Roberts, Jarricou

**HEALTHCARE CORRECTIONS**
**RADIOLOGY SERVICES REQUEST AND REPORT**

State ID No: 15-9716
DOB: 6/20/64

INSTITUTION: Cattawin

Race: ___   Sex: F

NOTE: PERTINENT CLINICAL INFORMATION AND TENTATIVE DIAGNOSIS MUST BE PROVIDED FOR X-RAY EXAMINATION TO BE PERFORMED

| Requesting Physician/PA/NP | Date of request | Time of request | Routine | Priority | Transportation or special needs |
|---|---|---|---|---|---|
| WMS | 2/16/06 | | | | |

HISTORY/DIAGNOSIS:

X-Ray R wrist & elbow
hx of arthritis

### X-RAY REQUEST

| | | | |
|---|---|---|---|
| ABDOMEN/KUB | FINGERS | NAVICULAR VIEW | SOFT TISSUE STUDIES |
| ACROMIO-CLAVICULAR JOINTS (W/WO WEIGHT) | FOOT | ORBITS | STERNUM |
| ANKLE | HAND | OS CALCIS (HEEL) | TEMPORO-MANDIBULAR JOINTS |
| CERVICAL SPINE | HIP | PELVIS | THORACIC SPINE |
| CHEST PA / LATERAL | HUMERUS | RADIUS/ULNA | TIBIA/FIBULA |
| COCCYX | KNEE | RIBS | TOES |
| CONE DOWN SELLA TURCICA | LUMBAR SPINE | SACRO-ILIAC JOINTS | X WRIST Rt |
| X ELBOW Rt | MANDIBLE | SCAPULA | ZYGOMA |
| FACIAL BONES | MAXILLA | SHOULDER | ZYGOMATIC ARCH |
| FEMUR | NASAL BONES | SKULL | |

### REPORT

RIGHT ELBOW: There is severe deformity of the proximal ulna, probably due to old, healed fracture. The head and neck of the radius are absent having apparently been surgically resected. There are extremely severe arthritic changes in the elbow joint. There is osteopenia and a small posterior fat pad.
IMPRESSION: VERY SEVERE ARTHRITIC CHANGES INVOLVING THE RIGHT ELBOW JOINT. A VISIBLE POSTERIOR FAT PAD SUGGESTS JOINT EFFUSION. THE PROXIMAL RADIUS HAS BEEN RESECTED. THIS COULD REPRESENT POST-TRAUMATIC ARTHRITIS BUT COULD ALSO REPRESENT CHANGES SECONDARY TO SEVERE RHEUMATOID ARTHRITIS.

RIGHT WRIST: There are severe arthritic changes, particularly involving the radiocarpal joint and articulations of the multangular bones. There is some irregularity of the distal end of the ulna and there appear to be some bony erosions in the ulna. There is moderate osteopenia.
IMPRESSION: OSTEOPENIA WITH SEVERE ARTHRITIC CHANGES AND SUSPICION OF BONY EROSIONS INVOLVING THE DISTAL ULNA. THIS COULD REPRESENT DESTRUCTIVE ARTHRITIS. SUGGEST CLINICAL CORRELATION AND FOLLOW-UP TO INCLUDE VIEWS OF ANY OTHER SYMPTOMATIC JOINTS.

D & T: 02-20-06  Howard P. Schiele, M.D./rr  Board Certified Radiologist  (Signature on file)

2/22/06

X-RAY TECHNOLOGIST'S NAME (PRINT)   X-RAY TECHNOLOGIST'S SIGNATURE   2-17-06
                                                                      DATE, TIME EXAM PERFORMED

RADIOLOGIST'S NAME (PRINT)   RADIOLOGIST'S SIGNATURE   DATE SIGNED

## THE ORTHOPAEDIC CENTER

927 Franklin Street, Huntsville, AL 35801-250 Chateau Drive, Suite 160, Huntsville, AL 36801- 8371 Highway 72 West, Suite #104, Madison AL 35758-309 Parks Avenue, Scottsboro, AL 35768, 1787 Wilson Parkway, Fayetteville, TN 37334

ROBERTS, PERRION
213587
01/21/04
9
C

ELBOWS

OFFICE VISIT: Perrion Roberts is a young lady with rheumatoid disease and end stage arthritis of both elbows. We have previously performed a synovectomy and radial head resection of her left elbow, and although she has not regained full motion she has much less pain in this elbow than on the right side. She has recently developed increased pain in her right elbow and is in today to address that.

PHYSICAL EXAM: She has flexion contracture in the range of 20 degrees of both elbows. She can just about fully flex from that point. On the left side, she has slight limitation of both pronation and supination. On the right side she supinates only about 10 degrees and pronates 20 degrees. There is crepitus with motion on the right side. Her neurovascular status in intact.

X-RAYS: We obtained x-rays today of both elbows (two views of each). These films show end stage disease of both elbows with obliteration of the joint space. There is surgical absence of the left radial head.

IMPRESSION: Rheumatoid arthritis, advanced, both elbows.

PLAN: I discussed with Ms. Roberts that at some point we may wish to consider elbow replacements. However, her left elbow is functionally doing very well at this point. We discussed that we could perform a synovectomy and radial head resection on the right side, but for now we have decided to inject that elbow and see if we can obtain at least some temporary improvement. Following sterile prep the right elbow was injected with Xylocaine/Marcaine/methylprednisolone. She will use, continue Celebrex and I provided her a few Lorcet Plus. She will return to see us in three weeks.

Howard G. Miller, M.D./cn

# The Birmingham News

**Prison medical care tied to deaths**
Thursday, April 21, 2005
CARLA CROWDER
News staff writer

Prison medical staff provided poor, incomplete or substandard medical care to the three inmates who died last year at Tutwiler Prison for Women, according to a physician who monitors the prison's medical system for a federal court settlement.

Dr. Michael Puisis of Illinois, an expert in correctional health care, also suggests in a report that negligent, error-ridden medical care might have led to two of the three deaths.

His report is based on visits to the Wetumpka prison March 7-10 during which he reviewed records, interviewed staff and toured parts of the prison. It was required by a 2004 federal court settlement of a lawsuit over crowded conditions and medical care at Alabama's only prison for women.

With current patients, Puisis reported that private contractor Prison Health Services lacked follow-up, made mistakes in prescribing drugs and gave substandard care to 19 of 22 prisoners whose charts he reviewed. Women with HIV, staph infections, diabetes and other conditions were consistently denied treatment, he wrote.

PHS Vice President Ben Purser said Wednesday that he could not comment because he could not reach Alabama staff familiar with the report because they were in the field.

Efforts to reach the Department of Corrections failed.

The department contracts with PHS, a for-profit company based in Tennessee, to provide medical care in all state prisons. The care it offers at Tutwiler, Limestone and Donaldson prisons has been scrutinized most closely because of federal lawsuit settlements between prisoners and the state.

Dr. Samuel Englehardt, a retired obstetrician and the primary doctor at Tutwiler at the time of the review, worked there before PHS took over and was retained by the company. "Based on chart reviews, Dr. Englehardt should not be providing general internal medical care to the patients," the report states.

PHS recently added a full-time medical director at Tutwiler, a requirement of last summer's settlement of the lawsuit.

Efforts to reach Englehardt Wednesday failed. PHS medical staff at Tutwiler said all questions must go through the Department of Corrections.

**Mistakes cited:**

Among the mistakes the report cited in the three deaths:

"This patient's underlying medical conditions were grossly mismanaged," Puisis wrote about one woman, a lupus patient who suffered a brain hemorrhage and died in March 2004, a few months

after Englehardt canceled tests recommended by an outside cardiologist. "There is no clinical basis for this decision," Puisis wrote.

"Care (of three chronic conditions) was substandard and may have contributed to her death," Puisis wrote about a prisoner who died in August. Her hyperlipidemia, a form of high cholesterol, was untreated and "unquestionably contributed to her death," he wrote.

This woman needed to go to a hospital, he wrote, but instead was kept in the prison infirmary and was not seen regularly by a doctor.

The third inmate hanged herself while on suicide watch. She was on suicide watch for five days, but was not evaluated by a mental health professional except for a phone call to a psychiatrist who prescribed medication. On Jan. 24, 2004, the woman was crying, saying "Daddy, don't hurt me anymore," and was banging her head against a wall, a nurse reported. The next day she hanged herself.

"It appears that the record is either incomplete or she was not seen for the duration of her suicide watch until she died," Puisis wrote. "This type of death review is inadequate and leaves many unanswered questions."

Right to know:

The state and PHS are trying to keep Puisis' reports confidential. Previously, the reports have been filed with the court and released by the Southern Center for Human Rights, the Atlanta-based law firm that represents prisoners in the lawsuit.

But the Southern Center has declined to release the latest report because of unresolved issues with DOC and PHS. A state source provided the report to The Birmingham News.

In it, Puisis discusses the publicity issue. While fear of liability keeps doctors from reporting errors and is counterproductive to improving care, "on the other hand some errors are due to negligence and gross incompetence," Puisis wrote.

Because Tutwiler's physician is not trained in internal medicine and appears to be making serious mistakes, Puisis suggests the information should be public and the inmates, especially, have a right to know.

Two more women have died at Tutwiler this year, and their deaths are under investigation. Puisis has yet to review those cases.

The March report by Puisis does not name the prisoners who died in 2004. He requests more thorough death reviews for all of them.

In the August death, Puisis reports, Englehardt, the physician responsible for "her substandard care," performed the death review. "There were serious problems with the care of this patient, but the physician responsible for the care completed a report that indicated there were no problems," Puisis wrote.