# Exhibit B

# In The United States District Court
## For The Middle District of Alabama
## Northern Division

PERRION ROBERTS
    Plaintiff,

v.

Warden Gladys Deese,
Deputy Warden Frank Albright,
Lieutenant Lenita Hawthorne,
Prison Health Services,
Dr. Samuel Englehardt,
Marion Wright, R.N. and
Nurse Mobley, L.P.N.,
    Defendants.

Civil Action No.
2:05-CV-1236-MHT

## Affidavit of Andrea M Everson

State of Alabama
County of Montgomery

Before me, the undersigned Notary Public, personally appeard Andrea M. Everson who, after being duly sworn, states as follows:

1. My name is Andrea M Everson. I am over the age of nineteen (19) years, and I have personal knowledge of the information contained in this affidavit.

2. I am a inmate at Julia Tutwiler Prison for Woman ("Tutwiler").

3. Perrion Roberts is an inmate currently incarcerated at Tutwiler.

4. I am well aware of the situation with the medicine that was given to Perrion Roberts. I slept a cubical over from Ms. Roberts, we had all come from the pill-line. Perrion started acting percular. She stated, "they gave her the wrong medication. She could barely walk and her speech was slurry, Ms. Roberts had to be excorted out of the dorm to the health care unit. Mrs. Mobley was the acting nurse on this day.



Further affiant saith not.

                    *Andrea M Everson*
                    Andrea. M. Everson

Sworn To and Subscribed before this the 10 day of April, 2006

(Seal)
                    *Lenita Hawthorne, COS/*
                    Notary Public
                My commission Expires: 11/28/06