Exhibit
C

**Rheumatoid Arthritis**

Rheumatoid Arthritis (RA) is inflammatory and attacks more than the joints. It may cause disease in the lungs, skin, blood vessels, eyes, spleen, and heart. This is a type of arthritis that can cripple and even kill. It is a chronic disease, but in some cases acute spells occur when inflammation flares up unpredictably. About three times more women have this type than men. Often the symptoms can't be seen by others. Each person responds to treatment in different ways. Rheumatoid Arthritis usually begins slowly but sometimes comes on suddenly. Symptoms may appear, go away, and return again. While it is a systemic disease of inflammation, the most noticeable symptoms are vaguely or acutely sore joints of the hands, elbows, knees, and feet. The inflammation also affects the connective tissues throughout the body, which may contribute to a 'sick all over" feeling. Rheumatoid Arthritis begins with inflammation in the synovial membrane, a thin tissue that lines a capsule surrounding the joint. Inflammation of the synovial membrane may spread to other parts of the joint. Inflamed tissue may grow into the cartilage surrounding the bone end, causing it to deteriorate. When the cartilage disintegrates scar tissue forms between the bone ends. Sometimes the scar tissue solidifies into bones, fusing the joint, making it rigid and very difficult to move. According to Salahuddin Kazi, MD, associate professor of internal medicine and chief of rheumatology at the Dallas VA Medical Center. " If RA goes untreated for two years, the majority of people with RA will develop joint erosion, indicating disease progression." Dr. Arthur Kavanaugh, MD, rheumatologist and director of the Center for  Innovative Therapy at the University of California, San Diego his study published in The Lancet emphasized the importance of starting a regimen of antirheumatic drugs early. The most commonly used drugs in 1989

were hydroxychloroquine (plaquenil) and Sulfasalazine (Azulfidine) The main difference between discussions of early treatment 15 to 20 years ago and today are the drugs available now for aggressive treatment. Early, aggressive treatment is particularly important for those who will develop a more serious disease. If a patient has antibodies to rheumatoid factor (RF) or cyclic citrullinated proteins (anti-CCP) at any time during the course of disease - from day one to 12 years - then he/she has a greater risk for persistent disease that is worse and more destructive, " says Stephen Paget, MD, rheumatologist and physician - in - chief of the hospital for Special Surgery in  New York City. " Those patients need aggressive therapy that's constantly monitored. Today's advanced medications have been proven to help stop the progession of further joint damage. A recent study of adalimumab (Humira) plus methotrexate showed one in two people with early RA - diagnosed less than three years earlier - achieved a clinical remission at two years. More than 60 percent of the patients showed at least a 50 - percent improvement in symptoms. The effect with the combination of therapy was observed as early as two weeks. Another study, the Definitive Intervention in New - Onset Rheumatoid Arthritis (DINORA) trial, was reviewing the use of infliximab (Remicade) in combination with methotrexate discovered a breakthrough treatment for moderate to severe rheumatoid arthritis that goes beyond just relieving the pain and stiffness to actually help stop further joint damage and progression. Aggressive treatment throughout the course of the disease is essential, say the experts. The goals of therapy are reduction of inflammation and pain, preservation of function, and prevention of deformity. Therapeutic programs for people with rheumatoid arthritis are individually designed, depending on the extent of the disease and the organs involved.

Exhibit
C - 2

Treatment may include a mix of exercise and rest; use of heat, cold, or both; antiinflammatory and remission - inducing drugs; possibly surgical repair; and in some cases use of special braces or other - supports. Those whose disease starts early (before age 45) are more likely to become severely disabled than those disease starts at an older age (age 70 or older). It's very important to start advanced treatment as soon as possible, says The Rheumatologist Association (Centocor, Inc.) 2005.

In 2002, the FDA granted approval to market Remicade, the only drug shown to improve RA function and help stop further joint damage in patients with RA who had an inadequate response to methotrexate alone. Remicade, in combination with Methotrexate, is now being prescribed to help with physical function, help stop the progression of structural damage, and reduce the signs joint damage of disease in patients with moderately to severly active RA.

Exhibit C-3

# MONTGOMERY RHEUMATOLOGY ASSOCIATES
### Practice Limited to Adult and Pediatric Rheumatology

1421 NARROW LANE PARKWAY
MONTGOMERY, ALABAMA 36111-2654

### 334-284-3105 • Fax-334-284-3107 • 1-800-631-3105

SOHRAB FALLAHI, M.D., F.A.C.P.                                                    JAMES T. JAKES, M.D.
DIPLOMATE AMERICAN BOARD OF INTERNAL                        DIPLOMATE AMERICAN BOARD OF INTERNAL
MEDICINE AND RHEUMATOLOGY                                            MEDICINE AND RHEUMATOLOGY

March 25, 2005

RE: Perrion Roberts

To Whom It May Concern:

Perrion Roberts has very active rheumatoid arthritis that has potential for disability. She is presently in prison. I recently saw her on 03/08/05 and recommended the addition of Arava, Protonix and Relafen. According to her, she has yet to receive any of those medications. I think if she is not treated aggressively, she will become progressively more disabled by this problem. I think it would be in her best interest medically to be released from prison, so that she can acquire adequate medical treatment for these problems since she doesn't appear to be able to get it in prison.

Sincerely,

James T. Jakes, M.D.

JTJ/tr
Enclosure



**The Orthopaedic Center**

Main Office: 927 Franklin Street, Huntsville, Alabama 35801 • (256) 539-2728 • Fax (256) 539-2666 • www.visittoc.com

**Louis G. Horn, III, MD**
*hip & knee reconstruction*
*general orthopaedics*

**Richard C. Burnside, MD**
*hip & knee reconstruction*
*pediatric orthopaedics*
*general orthopaedics*

**Ray A. Fambrough, MD**
*knee & shoulder*
*reconstruction*

**Howard G. Miller, MD**
*hip & knee reconstruction*
*general orthopaedics*

**Gilbert M. Aust, MD**
*spine surgery*
*hip & knee reconstruction*
*arthroscopy*
*general orthopaedics*

**Philip A. Maddox, MD**
*hand surgery*
*upper extremity*
*reconstruction*
*general orthopaedics*

**Mark A. Leberte, MD**
*trauma surgery*
*general orthopaedics*

**Joseph W. Clark, MD**
*hand surgery*
*upper extremity*
*reconstruction*
*general orthopaedics*

**John J. Greco, MD**
*sports medicine*
*arthroscopy*
*knee & shoulder*
*reconstruction*

**Michael E. Miller, MD**
*trauma surgery*
*reconstructive surgery*

**Stanton B. Davis, MD**
*sports medicine*
*arthroscopy*
*knee & shoulder*
*reconstruction*

**Brian R. Carter, MD**
*physical medicine*
*& rehabilitation*

**Morris B. Seymour, MD**
*cervical & lumbar surgery*

**Jeff F. Hamilton**
*administrator*

March 12, 2004

RE: Perrion Roberts
213587

TO WHOM IT MAY CONCERN:

I have been asked to provide documentation concerning the medial condition of Perrion Roberts, past treatments, and anticipated treatments. This is a young lady who has rheumatoid arthritis which has affected multiple peripheral joints. Unfortunately, medical treatment thus far has not been of great assistance for her. Despite various medications she continues to have joint pain and swelling, primarily of her knees and elbows. Because of her young age, she has been unable to be placed on certain medications that might be of more significant benefit for her. Because of her failure to respond to medications she has undergone a number of procedures, including knee synovectomies, left elbow synovectomy and radial head excision, and within the past two weeks or so, a right elbow synovectomy and radial head excision. She is now recovering from that right arm surgery, but because of that procedure she is very limited at this point in the use of her right arm, and requires assistance with activities of daily living. We anticipate it will take about three months before she reaches the point where she is able to use her arm for significant activities, but even at that point, because of her overall condition, she will remain limited in endurance for activities such as walking, and for use of her arms.

I cannot predict with certainty the future, but I anticipate this young lady will continue to have significant problems of both upper and lower extremities, and will eventually require additional surgeries including joint replacements.

If there are any questions concerning this, please feel free to contact me.

Sincerely,

Howard G. Miller, M.D.

HGM/pc

250 Chateau Dr., Suite 160
Huntsville, AL 35801
(256) 880-4263

8371 Hwy. 72 W., Suite 104
Madison, AL 35758
(256) 704-1210

309 Parks Avenue
Scottsboro, AL 35768
(256) 574-4448

1797 Wilson Parkway
Fayetteville, TN 37334
(931) 438-8168



# TODAY, THERE'S HELP TO STOP FURTHER JOINT DAMAGE AND RELIEVE THE PAIN OF RHEUMATOID ARTHRITIS

**REMICADE is a breakthrough treatment for moderate to severe rheumatoid arthritis that goes beyond just relieving the pain and stiffness to actually help stop further joint damage. Individual results may vary.**

**Important Safety Information:**

REMICADE is used in combination with methotrexate for patients with moderate to severe rheumatoid arthritis.

Many people with heart failure should not take REMICADE; so prior to treatment you should discuss any heart condition with your doctor. Tell your doctor right away if you develop new or worsening symptoms of heart failure (such as shortness of breath or swelling of your ankles or feet).

There are reports of serious infections, including tuberculosis (TB), sepsis and pneumonia. Some of these infections have been fatal. Tell your doctor if you have had recent or past exposure to people with TB. Your doctor will evaluate you for TB and perform a skin test. If you have latent (inactive) TB, your doctor should begin TB treatment before you start REMICADE. REMICADE can lower your ability to fight infections, so if you are prone to or have a history of infections, or develop any signs of an infection such as fever, fatigue, cough, or the flu while taking REMICADE, tell your doctor right away. Also tell your doctor if you have lived in a region where histoplasmosis or coccidioidomycosis is common.

There have been rare cases of serious liver injury in people taking REMICADE, some fatal. Contact your doctor immediately if you develop symptoms such as jaundice (yellow skin and eyes), dark brown urine, right-sided abdominal pain, fever, or severe fatigue.

Blood disorders have been reported, some fatal. Tell your doctor if you develop possible signs of blood disorders such as persistent fever, bruising, bleeding, or paleness while taking REMICADE. Nervous system disorders have also been reported. Tell your doctor if you have or have had a disease that affects the nervous system, or if you experience any numbness, weakness, tingling, or visual disturbances while taking REMICADE. Reports of lymphoma (a type of cancer) in patients on REMICADE and other TNF blockers are rare but occur more often than in the general population. Tell your doctor if you have or have had cancer.

Serious infusion reactions have been reported with REMICADE, including hives, difficulty breathing, and low blood pressure. Reactions have occurred during or after infusions. In clinical studies, some people experienced the following common side effects: respiratory reactions (that may include sinus infections and sore throat), coughing, and stomach pain or mild reactions to infusion such as rash or itchy skin. (Please read accompanying patient information sheet.)

**Two-hour IV infusion given by a doctor every 8 weeks.**

**Call 1-888-844-5786 today for a free information package and ask your rheumatologist if REMICADE is right for you.**

**www.remicade.com**

©2005 Centocor, Inc.    01/05    IN05032



Remicade®
INFLIXIMAB