# Exhibit E

Received 7-18-05

# INMATE REQUEST SLIP

Name: Pierrion Roberts   Quarters: 10   Date: 6-27-05

AIS #: 159116

( ) Telephone Call   ( ) Custody Change   ( ) Personal Problem
( ) Special Visit    ( ) Time Sheet      ( ) Other _____

Briefly Outline Your Request - Then Drop In Mail Box

Ms Wright,
I am requesting the results of my mammogram and X-Rays of my breast there was a fluid pocket found. I need those results As Soon as possible. I am having severe joint pain I can't sleep for pain I need to see the Doctor I also need a grievence form and an appeal form Thank you

Do Not Write Below This Line - For Reply Only

Please put in a sick call on this matter. If any results are abnormal we would call you down to health care. Thank you

Approved    Denied    Pay Phone    Collect Call

Request Directed To: (Check One)
( ) Warden              ( ) Deputy Warden           ( ) Captain
( ) Classification Supervisor   ( ) Legal Officer - Notary Public   ( ) Record Office

N176   JUL 0 2 2005

## INMATE REQUEST SLIP

Name: Perrion Robert   Quarters: GA   Date: 7-10-04
AIS #: 159116

( ) Telephone Call   ( ) Custody Change   ( ) Personal Problem
( ) Special Visit    ( ) Time Sheet       ( ) Other _____

**Briefly Outline Your Request** - Then Drop In Mail Box

Dr Englehart, Celebrex really works for me and I have done some research on my condition (Rheumatoid Arthritis) Like you ask me to I have found that I have a low dose of Vitamin intake. It recommend 800 mil B-6, 2,000 m C, 1,000 IU D, 25,000 IU A and Folic Acid also it says to lose weight to relieve pressure from the joints. Could these Vitamins be order. Thank you
Perrion Roberts

Do Not Write Below This Line - For Reply Only

Junk Science

Approved   (Denied)   Pay Phone   Collect Call

Request Directed To: (Check One)
( ) Warden
( ) Classification Supervisor   ( ) Deputy Warden   ( ) Captain
                                ( ) Legal Officer - Notary Public   ( ) Record Office

N176

JUL 10

## INMATE REQUEST SLIP

Name: PERRION Roberts   Quarters: 12   Date: 7-12-05

AIS #: 159116

( ) Telephone Call    ( ) Custody Change    ( ) Personal Problem
( ) Special Visit     ( ) Time Sheet        ( ) Other _____

Briefly Outline Your Request - Then Drop In Mail Box

I requested a grievance form 6-27-05 and I did not recieve one. I need a grievance form and an appeal form

I recieved request back July 25, 2005

Do Not Write Below This Line - For Reply Only

Please get grievance form from the pharmacy nurse at pill line.

Approved    Denied    Pay Phone    Collect Call

Request Directed To: (Check One)

( ) Warden               ( ) Deputy Warden                    ( ) Captain
( ) Classification Supervisor   ( ) Legal Officer - Notary Public   ( ) Record Office

N176

# INMATE REQUEST SLIP

Name **Perrion Roberts**   Quarters **9A**   Date **10-1-04**

AIS # **155116**

( ) Telephone Call    ( ) Custody Change    ( ) Personal Problem
( ) Special Visit     ( ) Time Sheet        ( ) Other _____

**Briefly Outline Your Request - Then Drop In Mail Box**

Mr. Albright,

I really need to speak with you!

Thank you

**Do Not Write Below This Line - For Reply Only**

11/2/04 spoke w/ J3
problems w/ classification spec.
check medical status
check w/ mr. bean @ WR status

(FA)

QUALITY CONTROL - JTP

Approved    Denied    Date ___  Pay Phone ___  Collect Call
                      Initials: ___

**Request Directed To: (Check One)**

( ) Warden              (✓) Deputy Warden       ( ) Captain
( ) Classification Supervisor   ( ) Legal Officer - Notary Public   ( ) Record Office

Date: _____
Initials: _____

N176