In The District Court Of The United States
For The Middle District Of Alabama

RECEIVED

2006 JUN 27  A 10: 23

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Perrion Roberts #160110
    Plaintiff

vs.                                              Civil Action No: 2:05-CV-1236-MHT

Gladys Deese, et al.,
    Defendants

### Plaintiff's Interrogatories And Request For Production
### Of Documents

Pursuant to Rules 33 and 34, Fed. R.Civ P., the plaintiff submits the following interrogatories and requests for documents to the defendants. You are directed to answer each of the interrogatories in writing under oath, and produce each of the requested documents for inspection and copying, within 30 days of service.

1. State the duties of defendant Marion Wright, Director of Nurse at Tutwiler Prison For Women ("Tutwiler"). If those duties are set forth in any job description or other document, produce the document.

2. State the duties of defendant Frank Albright, Deputy Warden at Tutwiler, insofar as they pertain to providing medical care to prisoners or transportation of prisoners to medical appointments or facilities. If those duties are set forth in any job description or other document, produce the document.

3. State the duties of defendant Gladys Deese, Warden at Tutwiler, insofar as they pertain to providing medical care to prisoners. If those duties are set forth in any job description or other document, produce the document.

4. State the duties of defendant Samuel Englehardt, Doctor at Tutwiler during April,2004. If those duties are set forth in any job description or other document,

produce the document.

5. State the names, titles and duties of all staff members at Tutwiler other than Wright and Albright, who have responsibility for receiving and documenting transferred medication from the county jails to the prison, issuing or denying transferred medication, scheduling prisoner's medical appointments outside the prison, for arranging transportation to medical appointments outside the prison, or for evaluating request for specialized treatment or evaluation. If those duties are set forth in any job description or other document, produce the document.

6. State the names, titles, and duties of all staff members at Tutwiler other than defendants Wright and Albright, who have responsibility for ensuring that inmates receive medication at intake that was transferred from the county jails to the prison, and who have responsibility to ensure that request for medical attention are responded to. If those duties are set forth in any job description or other document, produce the document.

7. State the procedure in effect during April, 2004 at Tutwiler for conducting transferred medication upon arrival. If the procedure is different for medication prescribed by inmates private surgeons than for the prison outside specialist, state both procedures. If those procedures are set forth in any policy, directive, or other document, produce the document.

8. State the names, titles and duties of all staff members at Tutwiler who have responsibility for responding to, investigating or deciding inmate medical grievances and appeals. If those duties are set forth in any job description, policy, directive, or other document, produce the document.

9. State the procedure in effect during April 2004 at Tutwiler for responding to,

investigating and deciding inmate medical grievances. If the procedure for handling grievances based on medical complaints is different from the procedure for handling other kinds of grievances, state both procedures. If those procedures are set forth in any directive, manual or other document, produce the document.

10. State the names, titles and duties of all staff members at Tutwiler who have responsibility for responding to, investigating or deciding emergency situations. If those procedures are set forth in any directive, manual or other document, produce the document.

11. State the names, titles and duties of all staff members at Tutwiler other than Wright, Englehardt and Albright who have responsibility for scheduling inmate follow-up examination, lab work and ordering medication. If those duties are set forth in any job description or other document, produce the document.

12. State the names, titles and duties of all staff members at Tutwiler who have responsibility for refunding inmates monies for medication that was transferred from the county jails to the prison and was destroyed at intake by prison officials.

## Conclusion

The plaintiff is indigent and cannot pay for copies, the documents are important to this case and should be provided by the defendants.

June 26, 2006

Perrion Roberts #185110
9990 US Hwy 231
Wetumpka, AL 36092

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT A COPY OF THE FOREGOING HAS BEEN

SERVED UPON _US District Court Clerk, Attorney General and_ BY THE U.S.

FIRST CLASS MAIL, THIS _26_ DAY OF _June_ , _2006_ .

_Balch & Bingham_

PETITIONER