In The District Court Of The United States
For The Middle District Of Alabama

RECEIVED

2006 JUN 28  A 9: 25

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Perrion Roberts #159116
  Plaintiff

vs.

Gladys Deese, et al.,
  Defendants.

Civil Action No: 2:05-CV-1236-MHT

*Demanding Jury Trial*

### Motion For The Appointment Of Counsel

Plaintiff Perrion Roberts, pursuant to section 1915, requests this court to appoint counsel to represent her in this case for the following reasons:

1. The plaintiff is unable to afford counsel.

2. The issues involved in this case are complex.

3. The plaintiff has a limited knowledge of the law.

June 26, 2006

Perrion Roberts
8966 US Hwy 231
Wetumpka, AL 36092

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT A COPY OF THE FOREGOING HAS BEEN

SERVED UPON _District Court Clerk, Attorney General and Balch + Bingham LLP_

BY THE U.S. FIRST CLASS MAIL, THIS _26_ DAY OF _June_ , _2006_ .

PETITIONER