In The District Court Of The United States
For The Middle District Of Alabama

RECEIVED
2006 JUN 28 A 9: 25

[DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA]

<u>Perrion Roberts #159116</u>
    Plaintiff

vs.                                         Civil Action No: 2:05-CV-1236-MHT
                                                      Demanding Jury Trial

<u>Gladys Deese, et al.,</u>
    Defendants.

### Affidavit In Support Of The Plaintiff's Motion
### For The Appointment Of Counsel

Perrion Roberts, being duly sworn, deposes and says:

1. I am the plaintiff in the above entitled case. I make this affidavit in support of my motion for the appointment of counsel.

2. The complaint in this case alleges that plaintiff was subjected to inadequate medical care by all defendants, some of whom actively caused damage to arm and health and others of whom failed to intervene. It alleges that supervisory officials were aware of the inadequate medical treatment of some of the defendants and are liable for failing to take action to control them. The plaintiff was subsequently denied due process in the grievance process and denial of medication prescribed by outside specialist without medical justification by healthcare defendants and she was denied a grievance appeal by the Warden and the Director of Nurse. She was denied ordered medical care by the prison medical administrator and the Deputy Warden for administration.

3. This is a complex case because it contains several different legal claims, with each claim involving a different set of defendants.

4. The case involves medical issues that may require expert testimony.

5. The plaintiff is demanding a jury trial.

6. The case will require discovery of documents and depositions of number of witnesses.

7. The testimony will be in sharp conflict, since the plaintiff alleges that the defendants caused permanent damages to her, while the defendants in their affidavits assert that they had no knowledge.

8. The plaintiff has only education in computers and has no legal education.

9. The plaintiff has limited access to legal materials and has no ability to investigate the facts of the case, for example, by locating interviewing the other inmates who were eyewitnesses that are no longer in prison.

10. As set forth in the Memorandum Of Law submitted with this motion, these facts, along with the legal merit of the plaintiff's claims, support the appointment of counsel to represent the plaintiff.

WHEREFORE, the plaintiff's motion for the appointment of counsel should be granted.

_____
Perrion Roberts


Sworn to before me this June 26, 2006

_____
Junita Hawthorne
Notary Public

My commission expires 11/28/09.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT A COPY OF THE FOREGOING HAS BEEN SERVED UPON District Court Clerk, Attorney General and Balch & Bingham LLP BY THE U.S. FIRST CLASS MAIL, THIS 26 DAY OF June , 2006.

_____
PETITIONER