IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PERRION ROBERTS, #159116, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:05-CV-1236-MHT |
| | ) |
| GLADYS DEESE, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER ON MOTION**

On June 28, 2006, the plaintiff filed a motion for appointment of counsel (Court Doc. No. 38). The court notes that the plaintiff has an adequate understanding of the facts underlying her claims for relief and the law applicable to such claims is not complex. Moreover, the pleadings filed in this case establish that the plaintiff is more than capable of presenting the necessary elements of her claims to this court and fail to demonstrate that there are exceptional circumstances justifying appointment of counsel. *See Bass v. Perrin*, 170 F.3d 1312, 1320 (11th Cir. 1999); *Kilgo v. Ricks*, 983 F.2d 189, 193 (11th Cir. 1993); *Dean v. Barber*, 951 F.2d 1210, 1216 (11th Cir. 1992). Accordingly, it is

ORDERED that the motion for appointment of counsel be and is hereby DENIED.

Done this 30th day of June, 2006.

/s/ Vanzetta Penn McPherson
UNITED STATES MAGISTRATE JUDGE