In The District Court Of The United States
For The Middle District of Alabama
Northern Division

Perrion Roberts
    Plaintiff,

v.

Gladys Deese, et al.,
    Defendants

Civil Action No.
2:05-CV-1236-MHT

## Notice of Change of Address

Address has changed from 8766 US Hwy 231 Wetumpka, Al 36092 to 7916 2nd Av South Birmingham, Al 35206

Respectfully submitted on this the 31 day of July, 2006.

Petitioner Perron Roberts

### Certificate of Service

I hereby certify that a copy of the foregoing has been served upon U.S. District Court Clerk, Balch + Bingham - Attorney Served By the U.S. First Class Mail, This 31 day of July, 2006.

Petitioner