**In The District Court Of The United States
For The Middle District Of Alabama**

RECEIVED

2006 AUG 14  A 9: 39

CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

<u>Perrion Roberts #159116</u>
    Plantiff

vs.                                    Case Action No: 2:05-CV-1236-MHT

<u>Gladys Deese, et al.,</u>
    Defendant.

**Motion For Order Compelling Party
To Answer Interragotories**

Plaintiff moves the court for an order compelling defendant to answer Interrogatories 1 through 12 herefore served on defendants by plantiff on the <u>26</u> day of <u>June</u>, <u>2006</u>, which defendant has failed to answer.

                                        _____  8-11-06
                                        Perrion Roberts Plaintiff
                                        8966 US Hwy 231
                                        Wetumpka, AL 36092

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT A COPY OF THE FOREGOING HAS BEEN SERVED UPON Office of District Clerk, Attorney General Office, Balch & Bingham BY THE U.S. FIRST CLASS MAIL, THIS 11 DAY OF Aug, 2006.

_____
PETITIONER