IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PERRION ROBERTS, #159116, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:05-CV-1236-MHT |
| | ) |
| GLADYS DEESE, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

Upon consideration of the motion to compel filed by the plaintiff on August 14, 2006 (Court Doc. No. 43), in which the plaintiff seeks an order compelling responses to interrogatories and requests for production of documents previously filed in this case, and in light of the evidentiary materials filed by the defendants and the production of documents in accordance with the order entered on June 12, 2006 (Court Doc. No. 34), it is

ORDERED that the motion to compel be and is hereby DENIED.

Done this 17th day of August, 2006.

/s/ Vanzetta Penn McPherson
UNITED STATES MAGISTRATE JUDGE