IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| PERRION ROBERTS, | § |
| | § |
| Plaintiff, | § |
| | § |
| vs. | § CIVIL ACTION NO. |
| | § 2:05-cv-01236=MHT-WC |
| GLADYS DEESE; et al. | § |
| | § |
| Defendants. | § |

## NOTICE OF APPEARANCE

COMES NOW Paul M. James, Jr., and does hereby give his notice of appearance as counsel of record for Defendants, Prison Health Services, Inc., Dr. Samuel Englehardt, Marion Wright, R.N., Nurse Mobley, L.P.N., in the above-referenced case.

Please direct copies of all future correspondence, orders, and pleadings to the undersigned.

/s/ PAUL M. JAMES, JR. (JAM017)
Attorney for Defendants,
Prison Health Services, Inc., Dr. Samuel
Englehardt, Marion Wright, R.N., Nurse
Mobley, L.P.N.

OF COUNSEL:

RUSHTON, STAKELY, JOHNSTON & GARRETT, P.A.
P. O. Box 270
Montgomery, AL  36101-0270
(334) 206-3148
(334) 481-0817 (fax)

## CERTIFICATE OF SERVICE

  I hereby certify that a copy of the above and foregoing has been served by U.S. Mail this the 27th day of May, 2008, to:

  Mr. Perrion Roberts
  7916 2nd Avenue South
  Birmingham, AL  35206

  The Clerk of Court, using the CM/ECF system will send notification of this filing to the following:

  Gregory M. Biggs, Esq.
  ALABAMA DEPARTMENT OF CORRECTIONS
  P. O. Box 301501
  Montgomery, AL  36130-1501

  William R. Lunsford, Esq.
  MAYNARD, COOPER & GALE, P.C.
  655 Gallatin Street
  Huntsville, AL  35801

           /s/ PAUL M. JAMES, JR. (JAM017)
           OF COUNSEL