**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| **PERRION ROBERTS,** | ) |
| | ) |
|    **Plaintiff,** | ) |
| | ) |
| **v.** | ) |
| | ) |
| **WARDEN GLADYS DEESE, DEPUTY WARDEN FRANK ALBRIGHT, LIEUTENANT LENITA HAWTHORNE, PRISON HEALTH SERVICES, DR. SAMUEL ENGLEHARDT, MARION WRIGHT, R.N. and NURSE MOBLEY, L.P.N.,** | ) **CIVIL ACTION NO.**<br>) **2:05-CV-1236-MHT**<br>)<br>)<br>)<br>)<br>) |
| | ) |
|    **Defendants.** | ) |

## MOTION TO WITHDRAW

David B. Block and William R. Lunsford of Maynard, Cooper & Gale, P.C. respectfully request this Court to hereby permit them to withdraw as counsel of record for Defendants Prison Health Services, Inc., Dr. Samuel Englehardt, Marion Wright, R.N. and Catherine Mobley, L.P.N. ("Defendants"). Defendants and undersigned counsel have agreed that Defendants will retain new counsel and new counsel has submitted his Notice of Appearance as of this date.

For the foregoing reason, undersigned counsel respectfully request this Court to allow David B. Block and William R. Lunsford of the law firm of Maynard, Cooper & Gale, P.C. to withdraw from further representation of Defendants in the above-styled civil action.

Respectfully submitted on this the 28th day of May, 2008.

                                          /s/ William R. Lunsford
                                          *One of the Attorneys for Prison Health Services,*
                                          *Inc., Dr. Samuel Englehardt, Catherine Mobley and*
                                          *Marion Wright*

**OF COUNSEL:**

David B. Block
William R. Lunsford
MAYNARD, COOPER & GALE, P.C.
Post Office Box 18668
Huntsville, AL 35804-8668
Telephone: (256) 551-0171
Facsimile: (256) 512-0119

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and service will be perfected by email to the CM/ECF participants or by postage prepaid first class mail to the following this the 28th day of May, 2008:

Perrion Roberts
AIS# 159116
Julia Tutwiler Prison for Women
8966 U.S. Hwy. 231 North
Wetumpka, AL 36902

Benjamin Howard Albritton
Office of the Attorney General
Alabama State House
11 South Union Street
Montgomery, AL 36130-0152

Paul McGee James, Jr.
Rushton Stakely Johnston & Garrett PC
PO Box 270
Montgomery, AL 36101-0270

/s/ William R. Lunsford
Of Counsel