IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PERRION ROBERTS, ) | |
| AIS #159116, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:05-CV-1236-MHT |
| ) | |
| GLADYS DEESE, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER ON MOTION**

On May 28, 2008, two counsel of record for the medical defendants, William R. Lunsford and David B. Block, filed a motion to withdraw (Court Doc. No. 47) in which they seek to withdraw from representation of the aforementioned defendants. Upon consideration of the motion to withdraw as counsel, and for good cause, it is

ORDERED that this motion be and is hereby GRANTED.

Done this 29th day of May, 2008.

                                                          /s/ Wallace Capel, Jr.
                                            WALLACE CAPEL, JR.
                                            UNITED STATES MAGISTRATE JUDGE