IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PERRION ROBERTS,                )                                       | |
|         )                                                                                     | |
|         Plaintiff,         )                                                              | |
|         )                                                                                     | |
|         v.                         )         CASE NO. 2:05-CV-1236-MHT  | |
|         )                                  (WO)                                       | |
| GLADYS DEESE, et al.,     )                                              | |
|         )                                                                                     | |
|         Defendants.      )                                                           | |

## ORDER

The magistrate judge filed a recommendation (doc. #49) in this case to which no timely objections have been filed. After a review of the recommendation, and after an independent and de novo review of the entire record, the court believes that the recommendation should be adopted. Accordingly, it is ORDERED that:

(1)   The recommendation (doc. #49) of the magistrate judge is adopted.

(2)   This case is dismissed without prejudice, for plaintiff's failures to comply with the order of this court.

(3)   Costs are taxed against plaintiff, for which execution may issue.

An appropriate judgment will be entered.

DONE, this the 25th day of June, 2008.

         /s/ Myron H. Thompson         
UNITED STATES DISTRICT JUDGE